# EXHIBIT 3

Sign up | Log in

**NYT Politics** ✓
@nytpolitics

Fact Check: Partisans falsely blamed Loretta Lynch, Tim Kaine, Bernie Sanders for Wednesday's Virginia shooting.
nyti.ms/2subsd9



Al Drago/The New York Times

11:00 PM · Jun 15, 2017

**19** Retweets   **20** Likes

**GAB American** 🐸 @GuardAmerican · 4h
Replying to @nytpolitics
Ahem:

> Was this attack evidence of how vicious American politics has become? Probably. In 2011, when Jared Lee Loughner opened fire in a supermarket parking lot, grievously wounding Representative Gabby Giffords and killing six people, including a 9-year-old girl, the link to political incitement was clear. Before the shooting, Sarah Palin's political action committee circulated a map of targeted electoral districts that put Ms. Giffords and 19 other Democrats under stylized cross hairs.
>
> Conservatives and right-wing media were quick on Wednesday to demand forceful condemnation of hate speech and crimes by anti-Trump liberals. They're right. Though there's no sign of incitement as direct as in the Giffords attack, liberals should of course hold themselves to the same standard of decency that they ask of the right.

↻ 3     ♡ 15

**matt_s_pip** @matt_s_pip · 4h
Replying to @nytpolitics
Blamed?...or pointed out inflammatory rhetoric and fundraising off a false narrative about Tucson shooting?

♡ 1     ↻ 2     ♡ 4

**The Barbarian** @BarbarianinSF · 1h
In Lynch's case, we have her call for blood and death on the streets on VIDEO.

♡ 1     ↻ 1     ♡ 3

1 more reply

**Jack** @JG_Conservative · 18h
Replying to @nytpolitics
Your paper blamed 2011 Giffords shooting on Sarah Palin. Talk about glass houses & stones!

↻ 4     ♡ 29

Document title: NYT Politics on Twitter: &quot;Fact Check: Partisans falsely blamed Loretta Lynch, Tim Kaine, Bernie Sanders for Wednesday&#39;s Virginia shooting....
Capture URL: https://mobile.twitter.com/nytpolitics/status/875488162730082304
Capture timestamp (UTC): Fri, 16 Jun 2017 17:17:44 GMT
Page 1 of 8



Document title: NYT Politics on Twitter: &quot;Fact Check: Partisans falsely blamed Loretta Lynch, Tim Kaine, Bernie Sanders for Wednesday&#39;s Virginia shooting.…
Capture URL: https://mobile.twitter.com/nytpolitics/status/875488162730082304
Capture timestamp (UTC): Fri, 16 Jun 2017 17:17:44 GMT



Replying to @nytpolitics
Liberal like to think of themselves as a tolerant group...they certainly are not.

♡ 4

**Mama Kylee** @MamaKylee · 18h
Replying to @nytpolitics
Call me stupid but...I'd say it was the shooter's fault....

💬 1   ♡ 2

**Deborah Gayou** @1deserthottie · 17h
OK, ... Stupid!

♡ 1

**SLGTexas** @SLGTexas · 18h
Replying to @nytpolitics
Well I blame ttump

💬 1

**Deborah Gayou** @1deserthottie · 17h
REALLY?! 70 is fairly young for senility you display. POTUS has NOT ONCE called for DEATH of any1! NOT called for BEHEADING, STABBING any1.

♡ 3

**BuckInTennessee** @BuckInTennessee · 2h
Replying to @nytpolitics
NY times thinks all of Twitter has short term memory loss. Just Yesterday! NYTimes blamed Giffords shooting on Sarah Palin. Whoops?

🔁 1   ♡ 2

**Chris** @chrisfndavid · 4h
Replying to @nytpolitics
You need a fact check your facts checkers there's evidence all-over the Internet of them inciting violence against the right. FAKE NEWS

♡ 2

**Craig** @KC11A18A · 18h
Replying to @nytpolitics
don't forget Obama's "they bring a knife we bring a gun"

♡ 2

**TANSTAAFL** @TANSTAAFL24 · 1h
Replying to @nytpolitics
The Virginia shooting was caused by climate of hate whipped up by reactionary left-fascist Democrats and the MSM.

Including YOU, @nytimes

♡ 1

**DotG** @MoWin16 · 1h
Replying to @nytpolitics
Fact Check: NYT is only useful in the bottom of a cat litter pan. TRUE

♡ 1

**SwampCrazyElaine** @Erunner110 · 4h
Replying to @nytpolitics
How did you blame? The GOP and Palin. Stuff it You hypocrites and liars

♡ 1

**CB** @TexasCB · 4h
Replying to @nytpolitics



**CB** @TexasCB · 4h
Replying to @nytpolitics
Do you read your own editorial page? Because "false blaming" is what it does best!

**Al Copersino** @acopersi · 4h
Replying to @nytpolitics
Seriously. I know from reading the Times that it was Sarah Palin's fault.

**Craig** @KC11A18A · 4h
Replying to @nytpolitics
you don't read your own paper?

**Archimedes Watts** @archimedeswatts · 17h
Replying to @nytpolitics
Fact check: partisans falsely claim cheeseburgers taste better than pizza

(It's an opinion, clowns)

**Antonio** @Antonio9847 · 18h
Replying to @nytpolitics
You forgot Palin too you dishonest hacks.

**Black Voices Muted** @dog884 · 1h
Replying to @nytpolitics
Is America's under funding of public schools, and privatizing college for decades, contributing to extremism?

**TANSTAAFL** @TANSTAAFL24 · 1h
Replying to @nytpolitics
Ummmmmmmmm.....

Well, that made no sense at all.

But keep trying, ok?

**Tall Man Short Hair** @TallManShort · 8m
Replying to @nytpolitics
Shorter @NYTimes: "We don't report the truth, we create it."

**fossilady** @Donna83529215 · 15m
Replying to @nytpolitics
it's time the NYT became a cooking newsletter. All they do well is stir the pot.

**RightWingHockeyCoach** @DroppinTheMitts · 29m
Replying to @nytpolitics
Name one non-employee (or mom) that has ever accused even one of your employees of having honor, honesty and integrity. You can't.

**bob rod** @a1bobbyr · 30m
Replying to @nytpolitics
the NYT fact checking anything is a joke



Sign up | Log in

**American Nobody** @jaydakota76 · 1h
Replying to @nytpolitics
@cnn called you #fakenews
You're in deeper than you realize.

**IpsoPhakto** @Mcschweety · 1h
Replying to @nytpolitics
Fact: The NYT should be renamed to the Potemkin Village Voice. You're a sewer-pit of lefty feces.

**Black Voices Muted** @dog884 · 1h
Replying to @nytpolitics
Have Americans been 'primed' for another civil war since Reagan's take back America, and Trump's make America great again messaging?

**IpsoPhakto** @Mcschweety · 1h
Replying to @nytpolitics
Fact: Many Democrats condone and enable violence to capture and retain power. Democrats are fascists.

**Dino** @dinok1975 · 1h
Replying to @nytpolitics
this proves tht the NY Times has no shame.

**Dino** @dinok1975 · 1h
Replying to @nytpolitics
after trying to link Palin to Giffords this just proves how pathtetic and hypocrital the NY Times is. U all should b ahamed

**Kirk Massey** @KirkMasseyTCU · 2h
Replying to @nytpolitics
Hilarious, you guys trot out some psycho with zero credibility to find the equivalent of the NYT editorial staff.

**gasmd** @doclounz · 4h
Replying to @nytpolitics
Well that's not too biased....."falsely," how do know either way??

**Me.** @RickRollin_ · 4h
Replying to @nytpolitics
Fact Check from NYT, is this parody?

**Donald Jett** @Jett_Donald51 · 6h
Replying to @nytpolitics
Funny you can report and use falsely blamed when all you report is fake news. Nice job. But not sure it was falsely blamed.

**Michael Oliver** @Michael98068797 · 15h
Replying to @nytpolitics
Damn conservatives, starting to act like left wingers.



Document title: NYT Politics on Twitter: &quot;Fact Check: Partisans falsely blamed Loretta Lynch, Tim Kaine, Bernie Sanders for Wednesday&#39;s Virginia shooting....
Capture URL: https://mobile.twitter.com/nytpolitics/status/875488162730082304
Capture timestamp (UTC): Fri, 16 Jun 2017 17:17:44 GMT
Page 6 of 8



