# EXHIBIT 4

SECTIONS | HOME | SEARCH | The New York Times | SUBSCRIBE NOW | LOG IN

EDITORIAL
The Travel Ban at the Supreme Court

DAVID BROOKS
The G.O.P. Rejects Conservatism

DAVID LEONHARDT
A Vote of Conscience and Courage

THE CONVERSATION
What Do We Have a Government for?

PAID POST: TNT "WILL"
Who Were Shakespeare's Off-Stage Women?

OP-ED CON
The Sena Bipartisa





Veuve Clicquot Polo Classic
Experience the 2017 event
WATCH NOW

The Opinion Pages | OP-ED COLUMNIST

# She Who Must Not Be Named

**Charles M. Blow**  DEC. 3, 2010

335

This is it. This is the last time I'm going to write the name Sarah Palin until she does something truly newsworthy, like declare herself a candidate for the presidency. Until then, I will no longer take part in the left's obsessive-compulsive fascination with her, which is both unhealthy and counterproductive.

She's the Zsa Zsa Gabor of American politics. She once did something noteworthy, but she's now just famous for being famous.

She was a vice presidential nominee. But she lost. She was the governor of Alaska. But she quit. Now she's just a political personality — part cheerleader, part bomb-thrower — being kept afloat in part by the hackles of her enemies and the people who admire her resilience in the face of them. The left's outsize and unrelenting assault on her has made her a folk hero. The logic goes that if she's making people on the left this upset, she must be doing something right.

Yet the left continues to elevate her every utterance so that they can mock and deride her. The problem is that this strategy continues to backfire. The more the left tries to paint her as one of the "Mean Girls," the more the right sees her as "Erin Brockovich." The never-ending attempts to tear her down only build her up. She's like the ominous blob in the horror films: the more you shoot at it, the bigger and stronger it becomes.




Charles M. Blow
Damon Winter/The New York Times

**RELATED COVERAGE**

There's Something About Sarah  DEC. 3, 2010

**Charles M. Blow**
Politics, public opinion and social justice.

Trump Is Girding for a Fight  JUN 19
Rhetoric and Bullets  JUN 15
The Resistance: Impeachment Anxiety  JUN 12
James Comey Cometh  JUN 7
Trump's Incredible Shrinking America  JUN 5

See More »

**RECENT COMMENTS**

Savanna  December 4, 2010
Finally, it looks like we've had enough of her. But she is so funny, and believe me there is so little to laugh at right now, it will be...

ivehadit  December 4, 2010
might have thought about before subjecting us to another nonsensical article about Sarah Palin.

sandellen  December 4, 2010
Brilliant. Enough said.

SEE ALL COMMENTS

8 ARTICLES REMAINING



Charles M. Blow
Damon Winter/The New York Times

Yes, she's about as sharp as a wet balloon, but we already know that. How much more time and energy must be devoted to dissecting that? How is this constructive, or even instructive at this point? What purpose does it serve other than inflaming passions to drive viewership and Web clicks?

As Politico's editor in chief, John F. Harris, and its executive editor, Jim VandeHei, very candidly expressed in August: "More traffic comes from an item on Sarah Palin's 'refudiation' faux pas than from our hundreds of stories on the complexities of health care reform or Wall Street regulation."

ADVERTISEMENT

So left-leaning blogs like The Huffington Post plaster pictures of her and her family all over their sites with entries about her latest gaffe or sideswipe. But she's barely mentioned on popular conservative blogs.

The same leftward skew is also true on television. An analysis of CNN, MSNBC and Fox News from Nov. 3 to Dec. 2, using data from ShadowTV, a monitoring service, found that CNN mentioned the name "Sarah Palin" nearly 800 times. (O.K., I had to write her name there. Sorry.) Left-leaning MSNBC mentioned it nearly 1,000 times. But Fox News, which employs her, mentioned it fewer than 600 times. (Secondary mentions like "Sarah" or "Palin" are not included in the count. Neither is "Mama Grizzly.")

People on the left seem to need her, to bash her, because she is, in three words, the way the left likes to see the right: hollow, dim and mean. But since she's feeding on the negativity, I suggest three other words: get over it.



I invite you to join me on Facebook and follow me on Twitter, or e-mail me at chblow@nytimes.com.

A version of this op-ed appears in print on December 4, 2010, on Page A23 of the New York edition with the headline: She Who Must Not Be Named. Today's Paper | Subscribe

RELATED COVERAGE

There's Something About Sarah  DEC. 3, 2010

Charles M. Blow
Politics, public opinion and social justice.

| Trump Is Girding for a Fight  Trump and team are attempting to defame and delegitimize the Russia investigation. | Rhetoric and Bullets  Our talk should never promote violence, but it needn't be timid. | The Resistance: Impeachment Anxiety It's important to face the very real possibility that Trump's removal may not come. |

More in Opinion                                              Go to the Opinion Section »

 

TRENDING

1. Senate Health Bill Reels as C.B.O. Predicts 22 Million More Uninsured
2. Op-Ed Columnist: The G.O.P. Rejects Conservatism
3. Google Fined Record $2.7 Billion in E.U. Antitrust Ruling
4. The Interpreter: Canada's Secret to Resisting the West's Populist Wave
5. 3 CNN Journalists Resign After Retracted Story on Trump Ally




The Opinion Pages | She Who Must Not Be Named

Subscribe

335

| EDITORIAL | DAVID BROOKS | DAVID LEONHARDT | THE CONVERSATION | PAID POST: TNT "WILL" | OP-ED CON |
|---|---|---|---|---|---|
| The Travel Ban at the Supreme Court | The G.O.P. Rejects Conservatism | A Vote of Conscience and Courage | What Do We Have a Government for? | Who Were Shakespeare's Off-Stage Women? | The Sena Bipartisan |

Trump Is Girding for a Fight

Trump and team are attempting to defame and delegitimize the Russia investigation.

Rhetoric and Bullets

Our talk should never promote violence, but it needn't be timid.

The Resistance: Impeachment Anxiety

It's important to face the very real possibility that Trump's removal may not come.

2. Op-Ed Columnist: The G.O.P. Rejects Conservatism 

3. Google Fined Record $2.7 Billion in E.U. Antitrust Ruling 

4. The Interpreter: Canada's Secret to Resisting the West's Populist Wave 

5. 3 CNN Journalists Resign After Retracted Story on Trump Ally 

6. President Trump's Lies, the Definitive List 

7. The C.B.O. Score: A Few Bright Spots for Republicans. The Rest Can Be Scored as Grim. 

8. Best of Late Night: Stephen Colbert Is Not Asking the Russians to Help Him Become President 

9. Op-Ed Contributor: Britain's Broken Ladder of Social Mobility 

10. Republicans Struggle to Marshal Votes for Health Care Bill 

View More Trending Stories »

## More in Opinion
Go to the Opinion Section »

 

**EDITORIAL**
The Travel Ban at the Supreme Court

**DAVID BROOKS**
The G.O.P. Rejects Conservatism

  

**DAVID LEONHARDT**
A Vote of Conscience and Courage

**THE CONVERSATION**
What Do We Have a Government for?

**OP-ED CONTRIBUTOR**
The Senate's Secretly Bipartisan Health Bill

## Recommended for You
Go to All Recommendations »

3 CNN Journalists Resign After Retracted Story on Trump Ally

Work less. You'll get so much more done.

**BOOKS NEWS**
Sarah Jessica Parker Reveals First Book Acquisition, and Her A.L.A. Book Club Pick

---

JUN 27 — Hamilton Chicago — PrivateBank Theatre — See more tickets — StubHub — Buy tickets — Theater events near you

---

### The New York Times
Go to Home Page »

| NEWS | OPINION | ARTS | LIVING | LISTINGS & MORE | SUBSCRIBE |
|---|---|---|---|---|---|
| World | Today's Opinion | Today's Arts | Automobiles | Classifieds | Home Delivery |
| U.S. | Op-Ed Columnists | Art & Design | Crossword | Tools & Services | Digital Subscriptions |
| Politics | Editorials | Books | Food | Times Topics | Crossword |
| N.Y. | Contributing Writers | Dance | Education | Public Editor | |
| Business | Op-Ed Contributors | Movies | Fashion & Style | N.Y.C. Events Guide | Email Newsletters |
| Tech | Opinionator | Music | Health | Blogs | Alerts |
| Science | Letters | N.Y.C. Events Guide | Jobs | Multimedia | Gift Subscriptions |
| Health | Sunday Review | Television | Magazine | Photography | Corporate Subscriptions |
| Sports | Taking Note | Theater | N.Y.C. Events Guide | Video | Education Rate |
| Education | Room for Debate | Video: Arts | Real Estate | NYT Store | |
| Obituaries | Public Editor | | T Magazine | Times Journeys | Mobile Applications |
| Today's Paper | Video: Opinion | | Travel | Subscribe | Replica Edition |
| Corrections | | | Weddings & Celebrations | Manage My Account | |

© 2017 The New York Times Company | Contact Us | Work With Us | Advertise | Your Ad Choices | Privacy | Terms of Service | Terms of Sale     Site Map | Help | Site Feedback | Subscriptions