# EXHIBIT 6

SECTIONS | HOME | SEARCH | The New York Times | SUBSCRIBE NOW | LOG IN

With 3 Words, Supreme Court Opens a World of Uncertainty for Refugees | Supreme Court Takes Up Travel Ban Case, and Allows Parts to Go Ahead | Senate Health Bill Reels as C.B.O. Predicts 22 Million More Uninsured | Mayors, Sidestepping Trump, Vow to Fill Void on Climate Change | PAID POST: MIAMI TOURISM — Miami: The Hidden Gems You Can Explore  | Justices to Religious Same-Sex

U.S.

# Shooting Is Latest Eruption in a Grim Ritual of Rage and Blame

By ALEXANDER BURNS   JUNE 14, 2017



The scene around Eugene Simpson Stadium Park in Alexandria, Va., on Wednesday after a gunman shot four people, including Representative Steve Scalise. Al Drago/The New York Times

**RELATED COVERAGE**

 Steve Scalise Among 4 Shot at Baseball Field; Suspect Is Dead   JUNE 14, 2017

 Virginia Shooting Suspect Was Distraught Over Trump's Election, Brother Says   JUNE 14, 2017

 CNN Fires Kathy Griffin From New Year's Eve Broadcast Over Trump Photo   MAY 31, 2017

The violence has come regularly for years, in one politically charged spasm after another. A member of Congress shot through the head in Tucson. Assaults on the Holocaust Museum, a Planned Parenthood office and the Family Research Council, a socially conservative group. Gunmen targeting black churchgoers in South Carolina, Indian immigrants in Kansas and police officers in New York and Texas.

The attempted slaughter of Republican lawmakers on a baseball diamond outside Washington was less an aberration than the latest example of a grim trend, widely remarked upon by leaders in both parties, but never slowed or stopped.

And with lawmakers, legislative aides and Capitol police officers hospitalized on Wednesday, a process of mourning and recrimination unfolded as a kind of familiar ritual, with a somber statement from the president and bipartisan denunciations of violence quickly giving way to finger-pointing and blame on social media.

Even high-level gestures of conciliation, including from President Trump and Senator Bernie Sanders, did little to blunt the sense that America's civic culture is consumed with anger and breaking down — though mental illness sometimes makes it impossible to say exactly what leads to violence.

ADVERTISEMENT

7 ARTICLES REMAINING

BRIGGS & STRATTON — Q6500 QuietPower™ Series Inverter Generator — See why 60% quieter means 100% better. WATCH VIDEO

To survivors of past attacks, the shooting in Virginia — perpetrated by a 66-year-old former Sanders supporter who expressed rage over Mr. Trump's presidency — came as a sign that the worst might still be ahead.

Former Senator John C. Danforth, Republican of Missouri, said the violence reflected a contagion in America's political culture, in which adversaries were treated as "people to be destroyed." He said Mr. Trump and Democratic leaders, as well as the news media, all deserved blame.

"We are inundated by rage," Mr. Danforth, who is an ordained minister, said in an interview. "It's not just practicing politicians. It's the demand from the base of the two parties, and it is in large part encouraged by the media."

Mr. Danforth, 80, issued a searing rebuke to his own party in 2015, after the suicide of a state officeholder, Thomas Schweich, who had been the target of brutal personal attacks. In a eulogy Mr. Danforth warned, "Words can kill." But he acknowledged ruefully on Wednesday that practitioners of that brand of politics seldom paid a price for it.

"It apparently works," he said. "It wins elections, wins ratings."

Ron Barber, a former aide to Representative Gabrielle Giffords who was wounded in the 2011 shooting that nearly killed her, and then briefly replaced her in Congress, said Wednesday's attack brought back "terrible memories" for him. After his own election in 2012, Mr. Barber recalled, people left messages at his office threatening to punch or kill him.

"Fast-forward to 2017, and I'm sorry to say, it gets worse," said Mr. Barber, a Democrat. "What happened in 2016 was a presidential campaign that I think really ramped up the anger and vulgarities that we see directed at members of Congress."

That toxicity does not emanate only from politicians, Mr. Barber said. "I am on Facebook and I see things there that I couldn't imagine anyone saying about another person," he said. "We've seen an increase in racism, anti-Semitism, homophobia. It's time for all our leaders, from the president on down, to say, 'Stop.'"

Voters on the left and the right described themselves as shaken and fearful of what might happen next. Among conservatives, the shooting appeared to confirm a belief that liberal opposition to Mr. Trump had taken a sinister turn, veering into outright violence. For liberals, the attack stirred concern about the potential for extremism on the left, and deepened a sense — dating from Barack Obama's presidency — that ordinary partisan conflicts had taken on more menacing overtones.

In Fairhope, Ala., B. J. Middleton, a retired police officer, said the explosive political atmosphere recalled the time of the Rev. Dr. Martin Luther King Jr.'s assassination in 1968. Mr. Middleton, 78, who supports Mr. Trump, said he increasingly feared "violence coming from the left."

"I was there for the riots and what happened to Dr. King, and I'll tell you, it feels like we're building toward something again," Mr. Middleton said.

Kayla Winner-Connor, a graduate student in Los Angeles, said she was dismayed but not surprised by Wednesday's violence.

to say that — everything we're hearing seems really extreme and it




"I hate to say that — everything we're hearing seems really extreme and it has been polarized for a while, but now it is dangerous," said Ms. Winner-Connor, who said she was not a supporter of Mr. Trump. She added, "His agenda feels so wrong and I feel an emotionally charged response, but this is spawning some extreme reactions."

Hope that the political system would self-correct seemed to compete with cynicism about the idea that things might even be salvageable. Kari Duma, 45, of Tucson, said she was skeptical that the country would hear Wednesday's gunshots as a "wake-up call."

"How many wake-up calls do we need?" she asked. "The thing is, people are not afraid to attack other people because of politics and beliefs."



There is a long history of political bloodshed and assassination in the United States, sometimes carried out by ideological actors and at other times by people who are mentally unstable. Gunmen have killed four presidents and shot at several others, and killed Dr. King, Robert F. Kennedy and the pioneering gay politician Harvey Milk.

Mentally ill people have targeted members of Congress before, too, including Ms. Giffords and Allard K. Lowenstein, a former antiwar activist who was murdered in his office. In 2003, a member of the New York City Council, James Davis, was shot to death on the chamber's floor by a political opponent.

The apparent violent turn in national politics, and the disappearance of traditional rules of civility, also come as mass shootings — usually targeting nonpolitical civilian targets, in schools and public places — are on the rise.

Some question the correlation between violence and political rhetoric, stressing that gunmen who attack political targets are often unstable or angry for unrelated reasons.

George Brauchler, a Colorado district attorney who prosecuted James Holmes, who killed 12 people in an Aurora movie theater in 2012, said he was inclined to view the gunman outside Washington on Wednesday chiefly as "evil."

"I don't know that politics facilitates that or if it's just an excuse for it," said Mr. Brauchler, a Republican who is running for governor. "It's not like, in the absence of a political issue, this guy would have lived a law-abiding life."

Among politicians and voters on Wednesday, there was at least a visceral link between the latest violence and a long-running disintegration of civic norms, which has left candidates and commentators freer than ever to stoke hateful impulses with little fear of consequences.

In 2011, the shooting of Ms. Giffords by a mentally ill assailant came during a convulsive political period, when a bitter debate over health care yielded a wave of threats against lawmakers. Sarah Palin, the former vice-presidential candidate, drew sharp criticism for having posted a graphic online that showed cross hairs over the districts of several members of Congress, including Ms. Giffords — though no connection to the crime was




Case 1:17-cv-04853-JSR   Document 1-6   Filed 06/27/17   Page 5 of 6

☰  [nytimes]   U.S. | Shooting Is Latest Eruption in a Grim Ritual of Rage and Blame    Subscribe

| With 3 Words, Supreme Court Opens a World of Uncertainty for Refugees | Supreme Court Takes Up Travel Ban Case, and Allows Parts to Go Ahead | Senate Health Bill Reels as C.B.O. Predicts 22 Million More Uninsured | Mayors, Sidestepping Trump, Vow to Fill Void on Climate Change | PAID POST: MIAMI TOURISM — Miami: The Hidden Gems You Can Explore | Justices to Religious Same-Sex |

showed cross hairs over the districts of several members of Congress, including Ms. Giffords — though no connection to the crime was established.

Mr. Trump has been an unabashed dabbler in provocative rhetoric, goading attendees at his rallies to rough up protesters, and suggesting last summer that "Second Amendment people" could take action if Hillary Clinton were elected. He was unapologetic during the campaign for comments that critics said verged on incitement.

But Mr. Trump has not had a monopoly on caustic language. Activists on the left have accused the president of "treason," a crime that can carry a death sentence, and compared him to Hitler. The comedian Kathy Griffin recently apologized after posting a video in which she brandished a prop version of Mr. Trump's bloody and severed head.

Frank Keating, who was the governor of Oklahoma when antigovernment militants bombed a federal building there in 1995, killing 168 people, said figures of public authority needed to be more sensitive to the impact of their words on "unstable people."

"There are people that are right on the edge, partisans in both parties, that could — would — do terrible things if that trip wire is tripped," said Mr. Keating, a Republican. "The rhetoric needs to come down about 17 notches."

Voters on both sides of the political divide shared that sentiment. In New York City, Bill Ryan, 60, a Democrat who supported Mr. Trump, said the rhetoric of anger was getting "louder and louder."

"It lights a fuse with these freaking fanatics who go out and start shooting people on a baseball field," Mr. Ryan said.

Christine Quinn, the former speaker of the New York City Council, who witnessed the shooting there in 2003, said the guardrails around political behavior had vanished.

"You see presidential candidates, now the president of the United States, joking about violence," said Ms. Quinn, a Democrat. "Clearly, we see evidence here that it's reverberating on all sides, and the reality is that we have a tone now where there is no cap on it."

---

Reporting was contributed by Luis Ferré-Sadurní, Jennifer Medina, Fernanda Santos and Matthew Teague.

A version of this article appears in print on June 15, 2017, on Page A1 of the New York edition with the headline: Words, but Little Action to Halt Grim Cycle of Rage and Blame. Order Reprints | Today's Paper | Subscribe

**RELATED COVERAGE**

Steve Scalise Among 4 Shot at Baseball Field; Suspect Is Dead  JUNE 14, 2017 

Virginia Shooting Suspect Was Distraught Over Trump's Election, Brother Says  JUNE 14, 2017 

CNN Fires Kathy Griffin From New Year's Eve Broadcast Over Trump Photo  MAY 31, 2017 

**More in U.S.**                                                      Go to the U.S. Section »

  

**TRENDING**

1. Senate Health Bill Reels as C.B.O. Predicts 22 Million More Uninsured 

2. Op-Ed Columnist: The G.O.P. Rejects Conservatism 





U.S. | Shooting Is Latest Eruption in a Grim Ritual of Rage and Blame | Subscribe

 With 3 Words, Supreme Court Opens a World of Uncertainty for Refugees
 Supreme Court Takes Up Travel Ban Case, and Allows Parts to Go Ahead
 Senate Health Bill Reels as C.B.O. Predicts 22 Million More Uninsured
Mayors, Sidestepping Trump, Vow to Fill Void on Climate Change
 PAID POST: MIAMI TOURISM — Miami: The Hidden Gems You Can Explore

 Justices to Hear Case on Religious Objections to Same-Sex

Virginia Shooting Suspect Was Distraught Over Trump's Election, Brother Says  JUNE 14, 2017 

CNN Fires Kathy Griffin From New Year's Eve Broadcast Over Trump Photo  MAY 31, 2017 

## More in U.S.  Go to the U.S. Section »

 With 3 Words, Supreme Court Opens a World of Uncertainty for Refugees

 Supreme Court Takes Up Travel Ban Case, and Allows Parts to Go Ahead

 PAID POST: BRIGHTHOUSE — Learn Why the Five Years Before Retirement Are So Important

 Senate Health Bill Reels as C.B.O. Predicts 22 Million More Uninsured

 Mayors, Sidestepping Trump, Vow to Fill Void on Climate Change

 Justices to Hear Case on Religious Objections to Same-Sex Marriage

### TRENDING

1. Senate Health Bill Reels as C.B.O. Predicts 22 Million More Uninsured 
2. Op-Ed Columnist: The G.O.P. Rejects Conservatism 
3. Google Fined Record $2.7 Billion in E.U. Antitrust Ruling 
4. The Interpreter: Canada's Secret to Resisting the West's Populist Wave 
5. 3 CNN Journalists Resign After Retracted Story on Trump Ally 
6. President Trump's Lies, the Definitive List 
7. The C.B.O. Score: A Few Bright Spots for Republicans. The Rest Can Be Scored as Grim.
8. Best of Late Night: Stephen Colbert Is Not Asking the Russians to Help Him Become President 
9. Op-Ed Contributor: Britain's Broken Ladder of Social Mobility 
10. Republicans Struggle to Marshal Votes for Health Care Bill 

View More Trending Stories »

## Recommended for You  Go to All Recommendations »

 3 CNN Journalists Resign After Retracted Story on Trump Ally

 Work less. You'll get so much more done.

 Why You Don't Want to Have a Baby in a Car



### The New York Times  Go to Home Page »

| NEWS | OPINION | ARTS | LIVING | LISTINGS & MORE | SUBSCRIBE |
|---|---|---|---|---|---|
| World | Today's Opinion | Today's Arts | Automobiles | Classifieds | Home Delivery |
| U.S. | Op-Ed Columnists | Art & Design | Crossword | Tools & Services | Digital Subscriptions |
| Politics | Editorials | Books | Food | Times Topics | Crossword |
| N.Y. | Contributing Writers | Dance | Education | Public Editor | Email Newsletters |
| Business | Op-Ed Contributors | Movies | Fashion & Style | N.Y.C. Events Guide | Alerts |
| Tech | Opinionator | Music | Health | Blogs | Gift Subscriptions |
| Science | Letters | N.Y.C. Events Guide | Jobs | Multimedia | Corporate Subscriptions |
| Health | Sunday Review | Television | Magazine | Photography | Education Rate |
| Sports | Taking Note | Theater | N.Y.C. Events Guide | Video | Mobile Applications |
| Education | Room for Debate | Video: Arts | Real Estate | NYT Store | Replica Edition |
| Obituaries | Public Editor | | T Magazine | Times Journeys | |
| Today's Paper | Video: Opinion | | Travel | Subscribe | |
| Corrections | | | Weddings & Celebrations | Manage My Account | |

© 2017 The New York Times Company | Contact Us | Work With Us | Advertise | Your Ad Choices | Privacy | Terms of Service | Terms of Sale      Site Map | Help | Site Feedback | Subscriptions

---

Document title: Shooting Is Latest Eruption in a Grim Ritual of Rage and Blame - The New York Times
Capture URL: https://www.nytimes.com/2017/06/14/us/baseball-shooting-is-latest-eruption-in-a-grim-ritual-of-rage-and-blame.html
Capture timestamp (UTC): Tue, 27 Jun 2017 14:49:57 GMT
Page 5 of 5