# EXHIBIT 8

SECTIONS  HOME  SEARCH                **The New York Times**                SUBSCRIBE NOW   LOG IN

| OP-ED CONTRIBUTOR<br>Amazon Bites Off Even More Monopoly Power | EDITORIAL<br>The Health Care of Millions Depends on a Few Senators | FRANK BRUNI<br>After Georgia Election, Democrats Are Demoralized. Again | ROSS DOUTHAT<br>In Search of the American Center | PAID POST: BRANDMK<br>Where to Start Your Own Business | THOMAS L.<br>Where Di Go? |



The Opinion Pages | OP-ED COLUMNIST

# Rhetoric and Bullets

**Charles M. Blow**  JUNE 15, 2017



A police officer guarding the Capitol after a shooting in nearby Alexandria, Va., on Wednesday.
Aaron P. Bernstein/Reuters

In 2011, after Representative Gabby Giffords of Arizona was gravely injured and six others were killed by a shooter in Tucson, I was moved to commit an entire column to condemning the left for linking the shooting so closely to political rhetoric.

Yes, Republican personalities and officials in the wake of Barack Obama's election had spoken openly about "Second Amendment remedies" and being "armed and dangerous" and "revolution," but it was not possible to connect the dots between that irresponsible talk and the Tucson shooter.

Now, here I am again, only this time extending the same condemnation to the right for doing the same after four people, including House Majority Whip Steve Scalise, were shot at an Alexandria, Va., baseball field where Republican members of Congress were practicing in advance of a charity game.

The shooter, identified as James T. Hodgkinson, appears to have had strong liberal, anti-Trump, anti-Republican views — among other things, he was a

### Charles M. Blow
Politics, public opinion and social justice

| | |
|---|---|
| Trump Is Girding for a Fight | JUN 19 |
| The Resistance: Impeachment Anxiety | JUN 12 |
| James Comey Cometh | JUN 7 |
| Trump's Incredible Shrinking America | JUN 5 |
| The Complexities of James Comey | JUN 1 |

See More »

**RECENT COMMENTS**

**Harled Dichmon** June 16, 2017
Mr Blow, you and others have been extremely vociferous, calling for "Resistance" at all levels - remember who said "if they bring a knife to...

**Raul Campos** June 16, 2017
Mr. Blow, it doesn't surprise me that you mistakenly believe that political hate speech is not contributory to acts of political violence....

**Scott Rose** June 16, 2017
Australia summoned the political will to enact sensible gun control legislation and hasn't had a mass shooting in decades Scalise in the...

SEE ALL COMMENTS

0 ARTICLES REMAINING    The Times Sale. 50% off for one year. Ends Sunday.    SUBSCRIBE NOW  Subscriber login

Document title: Rhetoric and Bullets - The New York Times
Capture URL: https://www.nytimes.com/2017/06/15/opinion/virginia-baseball-shooting-anti-trump.html
Capture timestamp (UTC): Wed, 21 Jun 2017 19:11:32 GMT
Page 1 of 5



The very real possibility that the shooting was politically motivated was clearly on the minds of many, including Representative Rodney Davis, Republican of Illinois, who was at the baseball field during the shooting: "This could be the first political rhetorical terrorist attack, and that has to stop."

Let me be clear: I don't have a problem with viewing these incidents through a political lens. Not to do so is naïve and ridiculously self-blinding in a way that avoids reality.

As Katy Waldman wrote for Slate last June:

"Things that happen for political reasons, and have political consequences, demand that we scrutinize them through a political lens. Crying 'politicization' is itself politicization — a way to advance whatever slate of politics favors the status quo. Often people invoke policy goals in order to *get things done;* what's at stake is whether these tragedies should be regarded as irreducible lightning strikes or problems with potential solutions."

What I abhor is ideological exploitation that reduces these acts to a political sport and uses them as weapons to silence political opponents and their "rhetoric," rather than viewing them as American tragedies that we can work together to prevent through honest appraisal and courageous action. Every shooting in this country is a tragedy, and they happen with disturbing frequency here.

As The Washington Post reported, Wednesday's shooting was the 154th mass shooting so far this year in America. That's 154 mass shootings in just 165 days. Violence, particularly gun violence, is the American fact, the

  

OP-ED CONTRIBUTOR
Amazon Bites Off Even More Monopoly Power


EDITORIAL
The Health Care of Millions Depends on a Few Senators

FRANK BRUNI
After Georgia Election, Democrats Are Demoralized, Again

ROSS DOUTHAT
In Search of the American Center

PAID POST: BRANDHK
Where to Start Your Own Business

THOMAS L.
Where Di Go?


BUY NOW

**Sign Up for the Opinion Today Newsletter**

Every weekday, get thought-provoking commentary from Op-Ed columnists, the Times editorial board and contributing writers from around the world.

Enter your email address   Sign Up

☑ You agree to receive occasional updates and special offers for The New York Times's products and services.

☐ I'm not a robot

SEE SAMPLE | PRIVACY POLICY | OPT OUT OR CONTACT US ANYTIME

This country has a violent culture, is full of guns, and our federal lawmakers — mostly Republicans, it must be said, because there isn't any real equivalency — are loath to even moderately regulate gun access.

Pretending that America's gun violence is a function of collective political rhetoric rather than the nexus of personal mental defect and easy access to weapons is a way of dodging, well, the bullet.

So, here I must take a stand in defense of rhetoric. While rhetoric should never promote violence, it needn't be timid.

I was impressed by the official responses from Washington. Even Trump's response was sober and direct, not marred by his typical lack of tact, not like the way he tried to exploit the Pulse Nightclub shooting last year. House Speaker Paul Ryan delivered a stately speech from the House floor, and Minority Leader Nancy Pelosi echoed his sentiments in a noble act of bipartisanship.

At the top, the responses were pitch perfect, but the political debate isn't confined to the top. It trickles down into the cesspool of social media, which has grown exponentially since Giffords was shot. At that time, Facebook had only about a third of its current number of users, Twitter had about a fifth of its current users, Instagram was just three months old, and Snapchat didn't exist.

On social media, where anonymity provides cover for vitriol, violent threats are a regular feature.

When Gabby Giffords wrote on Twitter, "My heart is with my former colleagues, their families & staff, and the US Capitol Police – public servants and heroes today and every day," she was met with a sickening number of hateful responses, including one that said, "To bad it was not her." (Yes, it should have been "too," but grammar isn't a major concern in a statement that grotesque.)

It is true that political rhetoric can set a tone that greases the skids for a small number of people who are prone to violence to act on those impulses. We have just gone through a political cycle where that was on full display.

But some rhetoric is necessary and real. I believe Donald Trump and the Republican-led Congress are attempting to do very serious harm to the country and its most vulnerable citizens, and I will never stop saying so in the strongest terms I can summon. For many people, this isn't an abstract policy debate between partisans. For them, these debates — about repealing the Affordable Care Act, for example — are about life and death. But that has nothing to do with the promotion of physical violence; it has everything to do with protecting this country from administrative and legislative violence.

We have to object stridently to proposals that will hurt people, and not be chilled by a deranged man with a gun. Violence is abhorrent and self-defeating, but vociferous resistance to national damage has nothing to do


Ad   Crystal Clear
Brilliant Business Phones
Warning: Do not use your business phone until you read this.
Visit Site                 Expert


Men Casual OXFORD SHOES
47% OFF
$21.47
Newchic

0 ARTICLES REMAINING    The Times Sale. 50% off for one year. Ends Sunday.     Subscriber login

The Opinion Pages | Rhetoric and Bullets    Subscribe
    787

 OP-ED CONTRIBUTOR — Amazon Bites Off Even More Monopoly Power
 EDITORIAL — The Health Care of Millions Depends on a Few Senators
 FRANK BRUNI — After Georgia Election, Democrats Are Demoralized, Again
 ROSS DOUTHAT — In Search of the American Center
 PAID POST: BRANDHK — Where to Start Your Own Business
 THOMAS L. — Where Di Go?

You can, as I do, have sympathy for the victims of yesterday's shooting and condemn the shooter, while at the same time raging, nonviolently of course, against an agenda that places other Americans in very real danger.

I invite you to join me on Facebook and follow me on Twitter (@CharlesMBlow), or email me at chblow@nytimes.com.

*Follow The New York Times Opinion section on Facebook and Twitter (@NYTopinion), and sign up for the Opinion Today newsletter.*

## Charles M. Blow
Politics, public opinion and social justice.

**Trump Is Girding for a Fight** 
Trump and team are attempting to defame and delegitimize the Russia investigation.

**The Resistance: Impeachment Anxiety** 
It's important to face the very real possibility that Trump's removal may not come.

**James Comey Cometh**
Comey's statement makes Trump sound more like a mob boss than like the president of a democracy.

## More in Opinion
Go to the Opinion Section »


**OP-ED CONTRIBUTOR**
Amazon Bites Off Even More Monopoly Power


**EDITORIAL**
The Health Care of Millions Depends on a Few Senators

**PAID POST: VEUVE CLICQUOT**
What You Missed at the 2017 Veuve Clicquot Polo Classic


**FRANK BRUNI**
After Georgia Election, Democrats Are Demoralized, Again


**ROSS DOUTHAT**
In Search of the American Center


**THOMAS L. FRIEDMAN**
Where Did 'We the People' Go?

## TRENDING

1. Democrats Seethe After Georgia Loss: 'Our Brand Is Worse Than Trump' 
2. Uber Founder Travis Kalanick Resigns as C.E.O. 
3. Psychologists Open a Window on Brutal C.I.A. Interrogations 
4. Saudi Arabia Rewrites Succession as King Replaces Heir With Son, 31 
5. Op-Ed Columnist: Where Did 'We the People' Go? 
6. Video of Police Killing of Philando Castile Is Publicly Released 
7. Op-Ed Contributor: What the Watergate Committee Taught Me 
8. Too Hot to Fly? Climate Change May Take a Toll on Air Travel 
9. Op-Ed Columnist: After Georgia Election, Democrats Are Demoralized, Again 
10. Feature: The Boys From Baga

View More Trending Stories »

## Recommended for You
Go to All Recommendations »


The Symptoms of Dying


**THE ETHICIST**
Should I Help an Unjustly Fired Co-Worker?


**WHAT YOU GET**
$1.5 Million Homes in Massachusetts, Tennessee and Illinois

We capture videos, websites & social media for legal use — PAGEVAULT

## The New York Times
Go to Home Page »

| NEWS | OPINION | ARTS | LIVING | LISTINGS & MORE | SUBSCRIBE |
|---|---|---|---|---|---|
| World | Today's Opinion | Today's Arts | Automobiles | Classifieds | Home Delivery |

The Opinion Pages | Rhetoric and Bullets

Subscribe    787


**OP-ED CONTRIBUTOR**
Amazon Bites Off Even More Monopoly Power


**EDITORIAL**
The Health Care of Millions Depends on a Few Senators


**FRANK BRUNI**
After Georgia Election, Democrats Are Demoralized, Again


**ROSS DOUTHAT**
In Search of the American Center


**PAID POST: BRANDHK**
Where to Start Your Own Business


**THOMAS L.**
Where Di Go?

a Fight
Trump and team are attempting to defame and delegitimize the Russia investigation.

Impeachment Anxiety
It's important to face the very real possibility that Trump's removal may not come.


Comical
Comey's statement makes Trump sound more like a mob boss than like the president of a democracy.

### More in Opinion

Go to the Opinion Section »


**OP-ED CONTRIBUTOR**
Amazon Bites Off Even More Monopoly Power


**EDITORIAL**
The Health Care of Millions Depends on a Few Senators


**PAID POST: VEUVE CLICQUOT**
What You Missed at the 2017 Veuve Clicquot Polo Classic


**FRANK BRUNI**
After Georgia Election, Democrats Are Demoralized, Again


**ROSS DOUTHAT**
In Search of the American Center


**THOMAS L. FRIEDMAN**
Where Did 'We the People' Go?

2. C.E.O. 

3. Psychologists Open a Window on Brutal C.I.A. Interrogations 

4. Saudi Arabia Rewrites Succession as King Replaces Heir With Son, 31 

5. Op-Ed Columnist: Where Did 'We the People' Go? 

6. Video of Police Killing of Philando Castile Is Publicly Released 

7. Op-Ed Contributor: What the Watergate Committee Taught Me 

8. Too Hot to Fly? Climate Change May Take a Toll on Air Travel 

9. Op-Ed Columnist: After Georgia Election, Democrats Are Demoralized, Again 

10. Feature: The Boys From Baga

View More Trending Stories »

### Recommended for You

Go to All Recommendations »

The Symptoms of Dying

**THE ETHICIST**
Should I Help an Unjustly Fired Co-Worker?

**WHAT YOU GET**
$1.5 Million Homes in Massachusetts, Tennessee and Illinois

---

We capture videos, websites & social media for legal use — PAGEVAULT

---

# The New York Times

Go to Home Page »

| NEWS | OPINION | ARTS | LIVING | LISTINGS & MORE | SUBSCRIBE |
|---|---|---|---|---|---|
| World | Today's Opinion | Today's Arts | Automobiles | Classifieds | Home Delivery |
| U.S. | Op-Ed Columnists | Art & Design | Crossword | Tools & Services | Digital Subscriptions |
| Politics | Editorials | Books | Food | Times Topics | Crossword |
| N.Y. | Contributing Writers | Dance | Education | Public Editor | Email Newsletters |
| Business | Op-Ed Contributors | Movies | Fashion & Style | N.Y.C. Events Guide | Alerts |
| Tech | Opinionator | Music | Health | Blogs | Gift Subscriptions |
| Science | Letters | N.Y.C. Events Guide | Jobs | Multimedia | Corporate Subscriptions |
| Health | Sunday Review | Television | Magazine | Photography | Education Rate |
| Sports | Taking Note | Theater | N.Y.C. Events Guide | Video | Mobile Applications |
| Education | Room for Debate | Video: Arts | Real Estate | NYT Store | Replica Edition |
| Obituaries | Public Editor | | T Magazine | Times Journeys | |
| Today's Paper | Video: Opinion | | Travel | Subscribe | |
| Corrections | | | Weddings & Celebrations | Manage My Account | |

© 2017 The New York Times Company   Contact Us   Work With Us   Advertise   Your Ad Choices   Privacy   Terms of Service   Terms of Sale    Site Map   Help   Site Feedback   Subscriptions