# EXHIBIT 12

SECTIONS | HOME | SEARCH | The New York Times | SUBSCRIBE NOW | LOG IN

1.  Trump Acknowledges He Is Under Investigation in Russia Inquiry
2.  Michelle Carter Is Guilty of Manslaughter in Texting Suicide Case
3.  ECONOMIC TRENDS The Amazon-Walmart Showdown That Explains the Modern...
4.  Amazon to Buy Whole Foods in $13.4 Billion Deal
   PAID POST: SOTHEBY'S REALTY 5 Architectural Homes That Exemplify Modernism
5.  Minn... Acqu... Phila...



PUBLIC EDITOR

# A Rare Libel Suit Against The Times

 **Liz Spayd**
THE PUBLIC EDITOR   MAY 10, 2017

58

Murray Energy Corporation, one of the largest coal mining companies in the country, has just taken a step that most companies never dare try: It sued The New York Times for libel.

In a legal claim announced last Friday, Murray Energy asserts that a recent Times editorial falsely accused the company's founder, Robert Murray, of lying about the cause of a deadly mine collapse and wrongly asserted that his company violated federal regulations in excess of industry norms.

To the untrained eye, this might look like routine legal jousting. But hardly anyone jousts with The Times when it comes to formally asserting libel. When they do, they almost never win. I'm told by the legal department here that the last time the newspaper lost a libel suit in the United States was at least the early 1960s. (It has lost two in Russia, one in 2015.)

In the case of Murray Energy, The Times said in a statement: "We haven't been served with the complaint, but we're confident that our editorial was accurate and we intend to defend the case vigorously."

It's perhaps not surprising that it is Robert Murray trying to buck the odds against The Times. He has emerged as one of the more outspoken coal company executives amid tensions over environmental regulations. In one 2007 Times article, he was referred to as having a "bombastic" style and a man who pushes against well established wisdom, including the concept of climate change.



3 ARTICLES REMAINING

---

**The Public Editor**
Liz Spayd, the sixth public editor, is at the intersection of Times readers and Times journalists.

| | |
|---|---|
| The Public Editor Signs Off | JUN 2 |
| Friday Mailbag: Manchester, Stereotypes and Social Security Math | MAY 26 |
| The Bombing, the Crime Scene Photos and the Outcry | MAY 25 |
| Vague Guidelines Lead to a Misstep on Gender Pronouns | MAY 25 |
| The Real Power of Journalism? Blockbuster Scoops | MAY 20 |

See More »

**RECENT COMMENTS**

**Lee Harrison**  May 18, 2017
Well, if you thought Murray's effort to relitigate the facts of his Crandall Canyon mine disaster in a publicity stunt and the court of...

**surgres**  May 18, 2017
"It's a bit more disconcerting if it suggests that those with a legitimate claim feel too intimidated to even try."Of course the NY Times...

**areader**  May 16, 2017
Sometimes there's a button "false" under the comment near a "recommend" button. What does this "false" mean? That anybody who doesn't like...

SEE ALL COMMENTS    WRITE A COMMENT

**FROM OUR ADVERTISERS**

 BRANDHK
**They're Living the Hong Kong Dream**
Why these entrepreneurs chose the world's freest economy.

 MIAMI TOURISM
**Miami on the Flip-Side**
Follow along as three culture-seekers experience Miami

 PRODIGY NETWORK
**Investing in Commercial Real Estate**
See why the commercial real estate market is so attractive.

 BRIGHTHOUSE
**How to Spend in Retirement**
Learn how to easily go from retirement

Document title: A Rare Libel Suit Against The Times - The New York Times
Capture URL: https://www.nytimes.com/2017/05/10/public-editor/murray-energy-libel-suit.html?rref=collection%2Ftimestopic%2FThe%20New%20York%20Times%20Co...
Capture timestamp (UTC): Fri, 16 Jun 2017 21:00:15 GMT
Page 1 of 3




PUBLIC EDITOR | A Rare Libel Suit Against The Times   Subscribe

1. Trump Acknowledges He Is Under Investigation in Russia Inquiry
2. Michelle Carter Is Guilty of Manslaughter in Texting Suicide Case
3. ECONOMIC TRENDS The Amazon-Walmart Showdown That Explains the Modern…
4. Amazon to Buy Whole Foods in $13.4 Billion Deal
   PAID POST: SOTHEBY'S REALTY  5 Architectural Homes That Exemplify Modernism
5. Minn… Acqu… Phila…

Robert Murray, the founder of Murray Energy Corporation. *Kevin Moloney for The New York Times*


How to Spend in Retirement
Learn how to easily go from retirement saving to spending.

I asked Murray Energy officials why they had chosen to sue, since it's more typical that the aggrieved party would pursue other means of rectifying any perceived misstatements — like seeking a correction. (Opinion editors say they're unaware of such a request.)

In an email, the company referred me to a statement, of which the most illuminating part was this: "The New York Times, of course, supported Hillary Clinton, who famously declared her agenda to 'put a lot of coal miners and coal companies out of business.' Murray Energy instituted this suit, in part, in attempt to ensure that such an agenda is not furthered by The New York Times's false and defamatory statements."

**58 COMMENTS**

It's hard to tell whether Robert Murray has the stamina, or even the desire, to engage a sustained battle with The Times. My bet is that by grabbing a few headlines, he's gotten most of what he came for. But it's curious how few companies or individuals actually do sue the paper for allegedly libelous claims. That's a good thing if this is a measure of how rarely people feel defamed by The Times. It's a bit more disconcerting if it suggests that those with a legitimate claim feel too intimidated to even try.

Follow the public editor on Twitter @spaydl and reach her by email at public@nytimes.com.

---

**The Public Editor**
Liz Spayd, the sixth public editor, is at the intersection of Times readers and Times journalists.

**The Public Editor Signs Off**
The New York Times may no longer have a public editor, but if that role's extinguished, who will watch the watchdog?

**Friday Mailbag: Manchester, Stereotypes and Social Security Math**
Readers wondered about the continued naming of the arena's performer. Other concerns: a photo of food stamp recipients and a take on the U.S. debt.

**The Bombing, the Crime Scene Photos and the Outcry**
The smoke had barely cleared from the Manchester attack before The New York Times ran forensic-evidence images. British officials were angry. So were readers.

**Recommended for You**  Go to All Recommendations »


**Their Own Targeted, Republicans Want Looser Gun Laws, Not Stricter Ones**


**Solemn Trump Calls for Unity After Congressman's…**
The president, more familiar with the role of political agitator than comforter of a nation, struck a tone of gravity, appearing…


CHARLES M. BLOW
**Rhetoric and Bullets**

**TRENDING**


1. Trump Acknowledges He Is Under Investigation in Russia Inquiry
2. Michelle Carter Is Guilty of Manslaughter in Texting Suicide Case 
3. Economic Trends: The Amazon-Walmart Showdown That Explains the Modern Economy 
4. Amazon to Buy Whole Foods in $13.4 Billion Deal 
5. Minnesota Officer Acquitted in Killing of Philando Castile 
6. How the Russia Investigation Entangled a Manafort Protégé 
7. Trump Reverses Pieces of Obama-era Engagement With Cuba 
8. Helmut Kohl, Chancellor Who Reunited Germany, Dies at 87 
9. Op-Ed Columnist: Why Fathers Leave Their Children 
10. Opinion: Why Are So Many Young Voters Falling for Old Socialists?

View More Trending Stories »



The New York Times                                    Go to Home Page »

It's hard to tell whether Robert Murray has the stamina, or even the desire, to engage a sustained battle with The Times. My bet is that by grabbing a few headlines, he's gotten most of what he came for. But it's curious how few companies or individuals actually do sue the paper for allegedly libelous claims. That's a good thing if this is a measure of how rarely people feel defamed by The Times. It's a bit more disconcerting if it suggests that those with a legitimate claim feel too intimidated to even try.

---

Follow the public editor on Twitter @spaydl and reach her by email at public@nytimes.com.

## The Public Editor

Liz Spayd, the sixth public editor, is at the intersection of Times readers and Times journalists.

**The Public Editor Signs Off**
The New York Times may no longer have a public editor, but if that role's extinguished, who will watch the watchdog?

**Friday Mailbag: Manchester, Stereotypes and Social Security Math**
Readers wondered about the continued naming of the arena's performer. Other concerns: a photo of food stamp recipients and a take on the U.S. debt.

**The Bombing, the Crime Scene Photos and the Outcry**
The smoke had barely cleared from the Manchester attack before The New York Times ran forensic-evidence images. British officials were angry. So were readers.

### TRENDING

1. Trump Acknowledges He Is Under Investigation in Russia Inquiry
2. Michelle Carter Is Guilty of Manslaughter in Texting Suicide Case
3. Economic Trends: The Amazon-Walmart Showdown That Explains the Modern Economy
4. Amazon to Buy Whole Foods in $13.4 Billion Deal
5. Minnesota Officer Acquitted in Killing of Philando Castile
6. How the Russia Investigation Entangled a Manafort Protégé
7. Trump Reverses Pieces of Obama-era Engagement With Cuba
8. Helmut Kohl, Chancellor Who Reunited Germany, Dies at 87
9. Op-Ed Columnist: Why Fathers Leave Their Children
10. Opinion: Why Are So Many Young Voters Falling for Old Socialists?

View More Trending Stories »

### Recommended for You

Go to All Recommendations »

**Their Own Targeted, Republicans Want Looser Gun Laws, Not Stricter Ones**

**Solemn Trump Calls for Unity After Congressman's...**
The president, more familiar with the role of political agitator than comforter of a nation, struck a tone of gravity, appearing...

**CHARLES M. BLOW**
**Rhetoric and Bullets**

---

## The New York Times

Go to Home Page »

| NEWS | OPINION | ARTS | LIVING | LISTINGS & MORE | SUBSCRIBE |
|---|---|---|---|---|---|
| World | Today's Opinion | Today's Arts | Automobiles | Classifieds | Home Delivery |
| U.S. | Op-Ed Columnists | Art & Design | Crossword | Tools & Services | Digital Subscriptions |
| Politics | Editorials | Books | Food | Times Topics | Crossword |
| N.Y. | Contributing Writers | Dance | Education | Public Editor | |
| Business | Op-Ed Contributors | Movies | Fashion & Style | N.Y.C. Events Guide | Email Newsletters |
| Tech | Opinionator | Music | Health | Blogs | Alerts |
| Science | Letters | N.Y.C. Events Guide | Jobs | Multimedia | Gift Subscriptions |
| Health | Sunday Review | Television | Magazine | Photography | Corporate Subscriptions |
| Sports | Taking Note | Theater | N.Y.C. Events Guide | Video | Education Rate |
| Education | Room for Debate | Video: Arts | Real Estate | NYT Store | |
| Obituaries | Public Editor | | T Magazine | Times Journeys | Mobile Applications |
| Today's Paper | Video: Opinion | | Travel | Subscribe | Replica Edition |
| Corrections | | | Weddings & Celebrations | Manage My Account | |

© 2017 The New York Times Company | Contact Us | Work With Us | Advertise | Your Ad Choices | Privacy | Terms of Service | Terms of Sale    Site Map | Help | Site Feedback | Subscriptions

---

Document title: A Rare Libel Suit Against The Times - The New York Times
Capture URL: https://www.nytimes.com/2017/05/10/public-editor/murray-energy-libel-suit.html?rref=collection%2Ftimestopic%2FThe%20New%20York%20Times%20Co...
Capture timestamp (UTC): Fri, 16 Jun 2017 21:00:15 GMT
Page 3 of 3