# EXHIBIT 16



**The New York Times** ✓ @nytimes · Jun 14
Opinion: America's lethal politics



**Opinion | America's Lethal Politics**
A sickeningly familiar pattern is emerging in the assault on members of Congress at a ball field.
nytimes.com

 200    122    230   



Document title: The New York Times (@nytimes) | Twitter
Capture URL: https://twitter.com/nytimes?ref_src=twsrc%5Egoogle%7Ctwcamp%5Eserp%7Ctwgr%5Eauthor
Capture timestamp (UTC): Tue, 27 Jun 2017 15:13:16 GMT



