UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH PALIN, an individual,<br><br>Plaintiff,<br><br>– against –<br><br>THE NEW YORK TIMES COMPANY,<br>a New York corporation,<br><br>Defendant. | Case No.:17cv4853 (JSR)(DCF) |

# NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Golenbock Eiseman Assor Bell & Peskoe LLP, by S. Preston Ricardo, hereby appears as counsel of record for Plaintiff Sarah Palin, in the above-captioned action. The Clerk of this Court is requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices and other court documents in this proceeding to the undersigned counsel.

Dated: New York, New York
June 29, 2017

GOLENBOCK EISEMAN ASSOR BELL
& PESKOE LLP

By: ___/s/ S. Preston Ricardo___

711 Third Avenue
New York, New York 10017
(212) 907-7300

*Attorneys for Plaintiff Sarah Palin.*

2825403.1