UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH PALIN, an individual,<br><br>                Plaintiff,<br><br>– against –<br><br>THE NEW YORK TIMES COMPANY,<br>a New York corporation,<br><br>                Defendant. | Case No.:   17cv4853 |

## MOTION FOR ADMISSION PRO HAC VICE
## FOR KENNETH G. TURKEL

     Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Kenneth G. Turkel, of Bajo | Cuva | Cohen | Turkel, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff, Sarah Palin, in the above-captioned action.

     The undersigned is a member in good standing of the Bar of the state of Florida, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. Attached hereto as **Exhibit A** is the affidavit required by Local Rule 1.3, which includes my Certificate of Good Standing from The Florida Bar.

Dated:  June 27, 2017.

Respectfully Submitted,

*(signature)*

Kenneth G. Turkel – FBN 867233
Email: kturkel@bajocuva.com
BAJO | CUVA | COHEN | TURKEL
100 North Tampa Street, Suite 1900
Tampa, Florida 33602
Tel: (813) 443-2199 | Fax: (813) 443-2193

*Attorneys for Plaintiff*

{BC00125122:1}
2823599.1