UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH PALIN, an individual,<br><br>Plaintiff,<br><br>– against –<br><br>THE NEW YORK TIMES COMPANY,<br>a New York corporation,<br><br>Defendant. | Case No.: 17cv4853 |

## AFFIDAVIT OF KENNETH G. TURKEL IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

STATE OF FLORIDA

COUNTY OF HILLSBOROUGH

Kenneth G. Turkel, being duly sworn, hereby deposes and says as follows:

1.      I am a partner with the law firm of Bajo | Cuva | Cohen | and Turkel, 100 N. Tampa Street, Suite 1900, Tampa, Florida 33602.

2.      I submit this affidavit in support of my Motion for Admission to practice *pro hac vice* in the above captioned matter.

3.      As shown in the Certificate of Good Standing attached hereto as **Exhibit 1**, I am a member in good standing of the Bar of the State of Florida.  I have been a member in good standing with The Florida Bar since 1990.

4.      I have never been convicted of a felony.

5.      I have never been censured, suspended, disciplined or denied admission or re-admission by any court.

6.      There are no pending disciplinary proceedings against me in any State or Federal court.

7.    Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this case for Plaintiff, Sarah Palin.

Dated: June 27, 2017

Respectfully Submitted,



Kenneth G. Turkel
Florida Bar No. 867233
Email:  kturkel@bajocuva.com
BAJO | CUVA | COHEN | TURKEL
100 North Tampa Street, Suite 1900
Tampa, Florida 33602
Tel:  (813) 443-2199
Fax: (813) 443-2193

*Attorneys for Plaintiff*

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

The foregoing instrument was sworn to and subscribed before me this 27th day of June, 2017, by Kenneth G. Turkel.

_Mary Theresa De Leo_
(Seal) Signature of Notary Public
Print, Type/Stamp Name of Notary

Personally known:_____✔_____
OR Produced Identification:_____
Type of Identification Produced:_____

MARY THERESA DELEO
Commission # FF 236789
Expires September 30, 2019
Bonded Thru Troy Fain Insurance 800-385-7019