UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH PALIN, an individual,<br><br>      Plaintiff,<br><br>– against –<br><br>THE NEW YORK TIMES COMPANY,<br>a New York corporation,<br><br>      Defendant. | Case No.:17cv4853<br><br>**PROPOSED ORDER FOR PRO HAC VICE** |

    The motion of Kenneth G. Turkel, Esq. ("Applicant") for admission to practice Pro Hac Vice in the above-captioned action is granted.

    Applicant has declared that he is a member in good standing of the bar of the state of Florida; and that his contact information is as follows:

> Kenneth G. Turkel
> BAJO | CUVA | COHEN | TURKEL
> 100 North Tampa Street, Suite 1900
> Tampa, Florida 33602
> Tel:  (813) 443-2199
> Fax: (813) 443-2193
> kturkel@bajocuva.com

    Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for plaintiff Sarah Palin in the above-captioned action;

    **IT IS HEREBY ORDERED** that Applicant is admitted Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:  June __, 2017            _____
                          U.S.D.J.

2823612.1