UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH PALIN, an individual,<br><br>Plaintiff,<br><br>– against –<br><br>THE NEW YORK TIMES COMPANY,<br>a New York corporation,<br><br>Defendant. | Case No.:17cv4853 |

The motion of Kenneth G. Turkel, Esq. ("Applicant") for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Florida; and that his contact information is as follows:

> Kenneth G. Turkel
> BAJO | CUVA | COHEN | TURKEL
> 100 North Tampa Street, Suite 1900
> Tampa, Florida 33602
> Tel: (813) 443-2199
> Fax: (813) 443-2193
> kturkel@bajocuva.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for plaintiff Sarah Palin in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: June 30, 2017

_____
U.S.D.J.

2823612.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH PALIN, an individual, | Case No.:  17cv4853 |
| Plaintiff, | |
| – against – | |
| THE NEW YORK TIMES COMPANY, a New York corporation, | |
| Defendant. | |

## MOTION FOR ADMISSION PRO HAC VICE
## FOR KENNETH G. TURKEL

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Kenneth G. Turkel, of Bajo | Cuva | Cohen | Turkel, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff, Sarah Palin, in the above-captioned action.

The undersigned is a member in good standing of the Bar of the state of Florida, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. Attached hereto as **Exhibit A** is the affidavit required by Local Rule 1.3, which includes my Certificate of Good Standing from The Florida Bar.

Dated:  June 27, 2017.

Respectfully Submitted,

Kenneth G. Turkel – FBN 867233
Email:  kturkel@bajocuva.com
BAJO | CUVA | COHEN | TURKEL
100 North Tampa Street, Suite 1900
Tampa, Florida 33602
Tel:  (813) 443-2199 |  Fax: (813) 443-2193

*Attorneys for Plaintiff*

{BC00125122:1}
2823599.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH PALIN, an individual,<br><br>Plaintiff,<br><br>– against –<br><br>THE NEW YORK TIMES COMPANY,<br>a New York corporation,<br><br>Defendant. | Case No.: 17cv4853 |

### AFFIDAVIT OF KENNETH G. TURKEL IN SUPPORT OF
### MOTION TO ADMIT COUNSEL *PRO HAC VICE*

STATE OF FLORIDA

COUNTY OF HILLSBOROUGH

Kenneth G. Turkel, being duly sworn, hereby deposes and says as follows:

1. I am a partner with the law firm of Bajo | Cuva | Cohen | and Turkel, 100 N. Tampa Street, Suite 1900, Tampa, Florida 33602.

2. I submit this affidavit in support of my Motion for Admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate of Good Standing attached hereto as **Exhibit 1**, I am a member in good standing of the Bar of the State of Florida. I have been a member in good standing with The Florida Bar since 1990.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disciplined or denied admission or re-admission by any court.

6. There are no pending disciplinary proceedings against me in any State or Federal court.

{BC00125128:1}
2823606.1

7. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this case for Plaintiff, Sarah Palin.

Dated: June 27, 2017

Respectfully Submitted,

Kenneth G. Turkel
Florida Bar No. 867233
Email: kturkel@bajocuva.com
BAJO | CUVA | COHEN | TURKEL
100 North Tampa Street, Suite 1900
Tampa, Florida 33602
Tel: (813) 443-2199
Fax: (813) 443-2193

*Attorneys for Plaintiff*

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

The foregoing instrument was sworn to and subscribed before me this 27th day of June, 2017, by Kenneth G. Turkel.

(Seal) Signature of Notary Public
Print, Type/Stamp Name of Notary

Personally known: ✓
OR Produced Identification: _____
Type of Identification Produced: _____


MARY THERESA DELEO
Commission # FF 236789
Expires September 30, 2019
Bonded Thru Troy Fain Insurance 800-385-7019

{BC00125128.1}
2823606.1



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
www.FLORIDABAR.org

State of Florida )

County of Leon )

In Re: 867233
Kenneth George Turkel
Bajo Cuva Cohen and Turkel P.A.
100 N. Tampa St., Ste. 1900
Tampa, FL 33602-5853

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on October 19, 1990.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this 27th day of June, 2017.

Pam Gerard, Manager
Membership Records Dept.
The Florida Bar

PG/SSM:ksf2:R10