IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SARAH PALIN, | : | No. 17-cv-04853 |
| Plaintiff, | : | Hon. Jed S. Rakoff |
| v. | : | NOTICE OF APPEARANCE |
| THE NEW YORK TIMES COMPANY, | : | |
| Defendant. | : | |

PLEASE TAKE NOTICE that David A. Schulz of Levine Sullivan Koch & Schulz, LLP, hereby appears as counsel of record in this action for defendant The New York Times Company.

Dated:  July 6, 2017

Respectfully submitted,

By:   /s/ David A. Schulz    (DS 3180)

LEVINE SULLIVAN KOCH & SCHULZ, LLP
321 West 44th Street
Suite 1000
New York, NY 10036
Phone: (212) 850-6100
Fax: (212) 850-6299
dschulz@lskslaw.com

*Counsel for Defendant*

{01079163;v1}                    1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appearance was filed electronically on the 6th day of July 2017. Notice of this filing will be sent by operation of the Court's electronic filing system to counsel of record for all parties as indicated on the electronic filing receipt. Parties and their counsel may access this filing through the Court's system.

/s/ David A. Schulz
David A. Schulz

{01079163;v1}