IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH PALIN, | : No. 17-cv-04853 |
| Plaintiff, | : Hon. Jed S. Rakoff |
| v. | : CORPORATE DISCLOSURE |
| THE NEW YORK TIMES COMPANY, | : STATEMENT |
| Defendant. | : |

Pursuant to Federal Rule of Civil Procedure 7.1, defendant The New York Times

Company hereby discloses that Grupo Financiero Inbursa, S.A.B. de C.V., a publicly traded

company, owns more than 10 percent of The New York Times Company's stock through

affiliated entities.

Dated: July 6, 2017                Respectfully submitted,

By:    /s/ Jay Ward Brown           

Thomas S. Leatherbury (pro hac vice motion    Lee Levine (pro hac vice motion forthcoming)
forthcoming)                             David A. Schulz
VINSON & ELKINS L.L.P.             Jay Ward Brown
Trammell Crow Center              LEVINE SULLIVAN KOCH & SCHULZ, LLP
2001 Ross Avenue, Suite 3700        321 West 44th Street
Dallas, TX 75201-2975             Suite 1000
Tel: (214) 220-7700               New York, NY 10036
Fax: (214) 220-7716               Phone: (212) 850-6100
tleatherbury@velaw.com           Fax: (212) 850-6299
                                    llevine@lskslaw.com
*Co-Counsel for Defendant*         dschulz@lskslaw.com
                                     jbrown@lskslaw.com

*Co-Counsel for Defendant*

1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Corporate Disclosure Statement was filed electronically on the 6th day of July 2017. Notice of this filing will be sent by operation of the Court's electronic filing system to counsel of record for all parties as indicated on the electronic filing receipt. Parties and their counsel may access this filing through the Court's system.

/s/ Jay Ward Brown_____
Jay Ward Brown