IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH PALIN, | No. 17-cv-04853 |
| Plaintiff, | Hon. Jed S. Rakoff |
| v. | |
| THE NEW YORK TIMES COMPANY, | |
| Defendant. | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, pursuant to the proceedings held on July 7, 2017, in open Court, defendant The New York Times Company hereby respectfully files its motion pursuant to Fed. R. Civ. Proc. 12(b)(6) to dismiss the Complaint; plaintiff shall file her response on or before July 21, 2017, and defendant shall file its reply, if any, on or before July 26, 2017. Oral argument on the motion will be held before the Honorable Jed S. Rakoff, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 14B, New York 10007, on July 31, 2017 at 4:00 pm, or at such other time as shall be determined by the Court.

Dated:  July 14, 2017

Respectfully submitted,

LEVINE SULLIVAN KOCH & SCHULZ, LLP

By:    /s/ David A. Schulz    (DS 3180)
David A. Schulz
321 West 44th Street
Suite 1000
New York, NY 10036
Phone: (212) 850-6100
Fax: (212) 850-6299
llevine@lskslaw.com
dschulz@lskslaw.com
jbrown@lskslaw.com

VINSON & ELKINS L.L.P.
Thomas S. Leatherbury (*pro hac vice admission pending*)
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, TX 75201
Phone: (214) 220-7700
Fax: (214) 220-7716
tleatherbury@velaw.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Motion was filed electronically on the 14th day of July 2017. Notice of this filing will be sent by operation of the Court's electronic filing system to counsel of record for all parties as indicated on the electronic filing receipt. Parties and their counsel may access this filing through the Court's system.

/s/ David A. Schulz
David A. Schulz