# Exhibit A

# Baker Hostetler

RECEIVED
FEC MAIL CENTER
2009 FEB 17 PM 2: 42

Baker&Hostetler LLP

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5304

T 202.861.1500
F 202.861.1783
www.bakerlaw.com

E. Mark Braden
direct dial: 202.861.1504
mbraden@bakerlaw.com

February 17, 2009

**BY MESSENGER**

Mr. Allen Norfleet
Campaign Finance Analyst
Reports Analysis Division
Federal Election Commission
999 E Street, N.W.
Washington, D.C. 20463

Re:   SarahPAC Amended Filing
      COO458588

Dear Mr. Norfleet:

In response to your letter of February 11, 2009, please find the amended Statement of Organization for SarahPAC.

If you have any questions concerning this matter, please call me or email me. Thank you.

Sincerely,

*[signature]*

E. Mark Braden

Enclosure

Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC

RECEIVED
FEC MAIL CENTER

2009 FEB 17 PM 2: 42

**FEC FORM 1**

**STATEMENT OF ORGANIZATION**

Office Use Only

12FE4M5

1. NAME OF COMMITTEE (in full)   ☐ (Check if name is changed)   Example: if typing, type over the lines.

SarahPAC

ADDRESS (number and street)   P.O. Box 7711

☐ (Check if address is changed)

Arlington,   VA   22207 -

CITY   STATE   ZIP CODE

COMMITTEE'S E-MAIL ADDRESS

Info@sarahpac.com

COMMITTEE'S WEB PAGE ADDRESS (URL)

www.sarahpac.com

COMMITTEE'S FAX NUMBER

2. DATE: 02 / 17 / 2009

3. FEC IDENTIFICATION NUMBER   C 00458588

4. IS THIS STATEMENT ☐ NEW (N) OR ☒ AMENDED (A)

I certify that I have examined this Statement and to the best of my knowledge and belief it is true, correct and complete.

Type or Print Name of Treasurer   Timothy Crawford

Signature of Treasurer   [signature]   Date 02 / 17 / 2009

NOTE: Submission of false, erroneous, or incomplete information may subject the person signing this Statement to the penalties of 2 U.S.C. §437g.
ANY CHANGE IN INFORMATION SHOULD BE REPORTED WITHIN 10 DAYS.

For further information contact:
Federal Election Commission
Toll Free 800-424-9530
Local 202-694-1100

FEC FORM 1
(Revised 12/2007)

FEC Form 1 (Revised 12/2007)            Page **2**

5. **TYPE OF COMMITTEE**
   **Candidate Committee:**

   (a) ☐ This committee is a principal campaign committee. (Complete the candidate information below.)

   (b) ☐ This committee is an authorized committee, and is NOT a principal campaign committee. (Complete the candidate information below.)

   Name of Candidate [_____]

   Candidate Party Affiliation [____]    Office Sought: ☐ House ☐ Senate ☐ President    State [__] District [__]

   (c) ☐ This committee supports/opposes only one candidate, and is NOT an authorized committee.

   Name of Candidate [_____]

   **Party Committee:**

   (d) ☐ This committee is a [____] (National, State or subordinate) committee of the [____] (Democratic, Republican, etc.) Party.

   **Political Action Committee (PAC):**

   (e) ☐ This committee is a separate segregated fund. (Identify connected organization on line 6.) Its connected organization is a:

        ☐ Corporation    ☐ Corporation w/o Capital Stock    ☐ Labor Organization

        ☐ Membership Organization    ☐ Trade Association    ☐ Cooperative

   (f) ☒ This committee supports/opposes more than one Federal candidate, and is NOT a separate segregated fund or party committee. (i.e., nonconnected committee)

        ☐ In addition, this committee is a Leadership PAC. (Identify sponsor on line 6.)

   **Joint Fundraising Representative:**

   (g) ☐ This committee collects contributions, pays fundraising expenses and disburses net proceeds for two or more political committees/organizations, at least one of which is an authorized committee of a federal candidate.

   (h) ☐ This committee collects contributions, pays fundraising expenses and disburses net proceeds for two or more political committees/organizations, none of which is an authorized committee of a federal candidate.

   Committees Participating in Joint Fundraiser

   1. [_____] FEC ID number C
   2. [_____] FEC ID number C
   3. [_____] FEC ID number C
   4. [_____] FEC ID number C
   5. [_____] FEC ID number C

FE3AN042.PDF

29030N1079

FEC Form 1 (Revised 12/2007)           Page **3**

Write or Type Committee Name

**6. Name of Any Connected Organization, Affiliated Committee, Leadership PAC Sponsor or Joint Fundraising Representative**

NONE

Mailing Address

CITY     STATE     ZIP CODE

Relationship:

☐ Connected Organization    ☐ Affiliated Committee    ☐ Leadership PAC Sponsor    ☐ Joint Fundraising Representative

**7. Custodian of Records:** Identify by name, address (phone number -- optional) and position of the person in possession of committee books and records.

Full Name: Timothy Crawford

Mailing Address: P.O. Box 7711

City: Arlington    State: VA    Zip Code: 22207

Title or Position: Treasurer

Telephone number:

**8. Treasurer:** List the name and address (phone number -- optional) of the treasurer of the committee; and the name and address of any designated agent (e.g., assistant treasurer).

Full Name of Treasurer: Timothy Crawford

Mailing Address: P.O. Box 7711

City: Arlington    State: VA    Zip Code: 22207

Title or Position:

Telephone number:

FE3AN042.PDF

FEC Form 1 (Revised 12/2007)                                                                Page **4**

| Full Name of Designated Agent | |
|---|---|
| Mailing Address | |
| | CITY      STATE      ZIP CODE |
| Title or Position | Telephone number |

9. **Banks or Other Depositories:** List all banks or other depositories in which the committee deposits funds, holds accounts, rents safety deposit boxes or maintains funds.

Name of Bank, Depository, etc.

| | Wachovia |
|---|---|
| Mailing Address | 6260 Old Dominion Drive |
| | Chesterbrook Plaza Financial Center |
| | McLean     VA     22101 |
| | CITY     STATE     ZIP CODE |

Name of Bank, Depository, etc.

| Mailing Address | |
|---|---|
| | CITY     STATE     ZIP CODE |

FE3AN042.PDF

# Federal Election Commission
## ENVELOPE REPLACEMENT PAGE FOR INCOMING DOCUMENTS
The FEC added this page to the end of this filing to indicate how it was received.

| | | |
|---|---|---|
| [✓] | Hand Delivered | Date of Receipt: 2/17/07 |
| [ ] | USPS First Class Mail | Postmarked |
| [ ] | USPS Registered/Certified | Postmarked (R/C) |
| [ ] | USPS Priority Mail | Postmarked |
| | Delivery Confirmation™ or Signature Confirmation™ Label | [ ] |
| [ ] | USPS Express Mail | Postmarked |
| [ ] | Postmark Illegible | |
| [ ] | No Postmark | |
| [ ] | Overnight Delivery Service (Specify): | Shipping Date |
| | Next Business Day Delivery | [ ] |
| [ ] | Received from House Records & Registration Office | Date of Receipt |
| [ ] | Received from Senate Public Records Office | Date of Receipt |
| [ ] | Received from Electronic Filing Office | Date of Receipt |
| [ ] | Other (Specify): | Date of Receipt or Postmarked |

PREPARER: [signature]  
DATE PREPARED: 2/17/07

(3/2005)