# Exhibit B



**FEDERAL ELECTION COMMISSION**
WASHINGTON, D.C. 20463

MS-K

January 30, 2017

TIMOTHY CRAWFORD, TREASURER
SARAH PAC
PO BOX 7711
ARLINGTON, VA  22207

IDENTIFICATION NUMBER: C00458588

REFERENCE: TERMINATION REPORT (11/29/2016 - 12/31/2016)

Dear Treasurer:

Your committee's filing has been accepted as a valid termination as it meets the conditions set forth in 52 U.S.C. §30103(d) (formerly 2 U.S.C. §433(d)) and Section 102.3 of the Commission's Regulations. Your committee is no longer required to file reports on a periodic basis. However, 52 U.S.C. §30102(d) (formerly 2 U.S.C. §432(d)) and Sections 102.9(c) and 104.14(b)(3) of the Commission's Regulations require that you maintain your records and copies of reports for inspection for at least three (3) years. In addition, you may be required to respond to Commission requests for information regarding your committee's federal election activity and previously filed reports.

If your committee again becomes active in federal elections, it will be required to re-register with the Commission in accordance with the Federal Election Campaign Act and applicable Regulations. Your committee will be treated as a new entity by the Commission and should register as a new committee on FEC FORM 1, pursuant to 52 U.S.C. §§30102(g) and 30103(a) (formerly 2 U.S.C. §§432(g) and 433(a))

If you have any questions concerning your status and requirements, please contact the Reports Analysis Division on the toll-free number, (800) 424-9530 (at the prompt press 5 to reach the Reports Analysis Division). My local number is (202) 694-1148.

Sincerely,

Quy Vuong
Sr. Campaign Finance & Reviewing Analyst
Reports Analysis Division

232