# Exhibit C


# Sarah Palin's 'Crosshairs' Ad Dominates Gabrielle Giffords Debate

By JOHN BERMAN
Jan. 9, 2011

 Share with Facebook     Share with Twitter



ABCNEWS.com

**WATCH** | Rep. Giffords Criticized Palin's Crosshairs



In the stunned aftermath of the Tucson massacre, Sarah Palin has found herself in the crosshairs of the ensuing political debate with opponents suggesting she may have fueled the gunman's rage and her supporters saying it is "grotesque" to blame her and to politicize the tragedy.





Crosshairs is a political phrase that emerged from Palin's political action committee SarahPac that targeted congressional districts for the Tea Party campaign in the last election, including the district of Rep. Gabrielle Giffords.

Although Palin later denied she meant the graphic over the districts to look like a gun sight, it is part of the hunting lexicon that critics say she prefers.

Comedian Frank Conniff tweeted: "Hey, Sarah Palin, hows that hatey, killy, reloady, crosshairsy thing working out for ya?"

Facebook executive Randi Zuckerberg said many people on the social networking site are asking whether Sarah Palin is to blame.

According to Zuckerberg that is the #1 question on the social network behemoth following the Tucson shooting.

Like so much with Palin, the roots are on Facebook. On her Facebook page last year when she posted the a map of 20 congressional districts targeted by SarahPac, the headline of the map: "It's time to take a stand."

At the time Giffords reacted to the map in an interview on a cable news program.

"When people do that, they've got to realize there are consequences to that action," Giffords said.

**Follow John Berman on Facebook:**
http://www.facebook.com/johnbermanabc and Twitter:

### Palin's Now in 'Crosshairs' of Giffords Debate

+ Lawmakers on Edge After Shooting
+ Hero Intern: 'Congresswoman Was Alert'

Auschwitz Memorial condemns congressman's gas chamber video

N. Korean missile test leaves clues, doubts about its technology

Lawmaker says meditation may help him work better with Trump

Trump policy shifts contradict what most Americans want, polls reveal

Trump's 2nd foreign trip includes G-20, meeting with Putin

The Note: High stakes for Trump's 2nd foreign trip

Trump set for crucial diplomatic test in 1st face-to-face with Putin

How your state responded to Trump's voter data request

How Trump's stance on China has changed amid North Korea threat

Trump, Putin to hold meeting at G-20 summit

Trump targets North Korea in latest Twitter attack

No connection has been made between this graphic and the Arizona shooting, but it has put the Palin team somewhat on the defensive. Rebecca Mansour, a spokesperson for SarahPac, told conservative commentator Tammy Bruce, "We never imagined, it never occurred to us that anybody would consider it violent." Insisting she was speaking for herself, and not on behalf of Palin, Mansour added, "We never ever, ever intended it to be gun sights."

However, following the initial controversy over the "crosshairs" last year, Palin issued her now oft repeated rallying cry, "Don't retreat. RELOAD."

Politico's Jonathan Martin was the first to point out that Palin herself, in a tweet last November following the election, referred to the crosshairs as a "bull's eye."

## Sarah Palin in Crosshairs of Tucson Massacre Debate

Anyone who has seen "Sarah Palin's Alaska" on the TLC channel and seen that Palin has a deep connection and love for hunting. She repeated the "reload" phrase on that show. Language surrounding gun-use and hunting is something she uses often, and often with no political overtones.
And the only reaction to the Arizona shooting from Palin came on her Facebook page.

"My sincere condolences are offered to the family of Rep. Gabrielle Giffords and the other victims of today's tragic shooting in Arizona. On behalf of Todd and my family, we all pray for the victims and their families, and for peace and justice," the statement said.

This statement received more than 25,000 comments from Palin supporters on her page. Many criticized any links being made in the media between the Arizona shooting and Palin, particularly since some accounts from Arizona note that accused gunman Jared Loughner was involved at some point with "liberal" politics and his MySpace profile listed The Communist Manifesto as one of his favorite books.

An acquaintance of Loughner's, Caitie Parker, who said she was in school and in a band with him, described him on Twitter as "more libertarian & definitely socially liberal."

Conservative activists are lashing out against what they consider unfair treatment of Palin in this tragedy. On twitter, SarahPac spokesperson Mansour wrote, "Politicizing this is repulsive."

Conservative activist Andrew Breitbart, wrote, "Of those who're now using this tragedy 4 political purposes, what's your proof of this lunatic's motivation? Isn't that majorly relevant?"

And another tweeted, "Left blamed Palin b4 they knew 1st thing about shooter; unable to admit malice, they double down, co-ordinate narrative. Grotesque."

Another statement being retweeted by conservatives is this one, noting that even President Obama has used the language of armed conflict in politics. "The instigator for AZ massacre? Obama: 'If They Bring a Knife to the Fight, We Bring a Gun," and linking to comments that then-Senator Obama made during Democratic primaries.

One thing is clear, Palin, who has been at the center of so much of the political discourse and discussion the last two years, is right back in the center, you might even say the crosshairs, whether she wants to be there or not.

Sidebar:
- Trump tweets church choir's 'Make America Great Again' song
- NYC officer shot, killed while sitting in police car
- Judge tells 'Pharma Bro' Martin Shkreli to pipe down
- Afghan girls robotics team denied US visas to compete
- Florida family 'still shocked' by soldier's surprise Legoland homecoming
- 'Earlymoons' are the latest wedding trend
- 'Baby rhino sleep whisperer' serenades calf with his guitar
- Dozens of rare white deer will be available for public viewing
- Wild monkeys charge family at Florida park



U.S.   International   Politics   Lifestyle   …   Watch   Live   Shows

# Lawmakers on Edge, Reassessing Security, After Gabrielle Giffords Shooting

By Z. BYRON WOLF
WASHINGTON, Jan. 9, 2011

 Share with Facebook     Share with Twitter



**WATCH** | Tragedy in Tucson: Congressmen Weigh In




The shooting Saturday of Rep. Gabrielle Giffords put Washington edge and had lawmakers, whose stock in trade is their ability to get out and interact with the people, reassessing their own security.

The ability of lawmakers to communicate and interact with their constituents is central to their job.

It was not lost on lawmakers that during a ceremonial reading of the Constitution Friday, Giffords read the first amendment, where the right of the people to peaceably assemble and seek redress from their government is enshrined.

This afternoon the House leadership, including Speaker John Boehner and Minority Leader Nancy Pelosi, held an extraordinary bi-partisan call to brief members on the Arizona shooting and the Congressional response.

"Yesterday was a grim day for our institution and our country," Boehner said. "Gabby was attacked while doing the most fundamental duty of a member of Congress -- listening to her constituents."

"As you've heard me say, an attack on one who serves is an attack on all who serve," the Ohio Republican said later in the call. "This is a time for the House to pull together as an institution -- one body, unified in our common purpose of serving the American people and fighting for the freedom and justice guaranteed to all by our Constitution."

Boehner announced there will be a bi-partisan security briefing on Capitol Hill on Wednesday by the Capitol Police, Sergeant at Arms and FBI.

"This is not simply an attack on Ms. Giffords," House Minority Whip Steny Hoyer said on CBS today. "This is an attack on democracy itself, on the ability as she said in that reading of the First Amendment, to

**Lawmakers on Edge After Shooting**

+ Exclusive: Jared Loughner Radically Changed Before Alleged Shooting

+ 'This Week' Transcript: Tragedy in Tucson


Auschwitz Memorial condemns congressman's gas chamber video

N. Korean missile test leaves clues, doubts about its technology

Lawmaker says meditation may help him work better with Trump


Trump policy shifts contradict what most Americans want, polls reveal


Trump's 2nd foreign trip includes G-20, meeting with Putin

The Note: High stakes for Trump's 2nd foreign trip


Trump set for crucial diplomatic test in 1st face-to-face with Putin


How your state responded to Trump's voter data request

How Trump's stance on China has changed amid North Korea threat


Trump, Putin to hold meeting at G-20 summit

Trump targets North Korea in

peaceably assemble to counter and talk to one another. That's what democracy is all about; representatives listening to their constituents and trying to reflect their views."

The most immediate effect of the shooting on official Washington is that House Republicans decided to postpone their plan to vote Wednesday on repealing President Obama's controversial health care reform, even though there is no indication the law in any way motivated the suspected shooter.

Authorities in Arizona were pursing a second person in connection with the shooting and trying to determine if the suspect, Jared Lee Loughner, acted alone or has ties to any radical group.

FBI Director Robert Mueller and federal authorities rushed to Arizona to lead the investigation and response to the shooting, in which six people died and Giffords and 13 others were wounded. U.S. Capitol Police also issued a warning to members of Congress to be on high alert.

"While the United States Capitol Police does not specifically discuss the security of Members of Congress including details on our protective measures, the United States Capitol Police has communicated with House Members of Congress advising them to take reasonable and prudent precautions regarding their personal safety and security," said Sgt. Kimberly Schneider of the U.S. Capitol Police in a written statement.

Leaders in both parties pledged not to let the events in Arizona bring Capitol Hill to a full halt.

House Minority Leader Nancy Pelosi went on with a planned constituent event in San Francisco Saturday.

Boehner held a special press conference this morning where he argued that lawmakers' duty is to carry on with their jobs despite the shooting.

"Public service is a high honor, but these tragic events remind us that all of us in our roles in service to our fellow citizens comes with a risk," Boehner said in Ohio. "This inhuman act should not and will not deter us from our calling to represent our constituents and to fulfill our oaths of office. No act, no matter how heinous, must be allowed to stop us from our duty."

Boehner and Pelosi, as leaders, both rate round-the-clock protection from the Capitol Police.

Most lawmakers, like Giffords, do not get special police protection.

Attacks on members of Congress are rare. The last federal lawmaker to die violently was Rep. Leo Ryan, D-Calif., who was shot and killed in Guyana in 1978 while on a trip investigating the Jonestown cult settlement there.

Rep. Jackie Speier, D-Calif., was with Ryan as an aide in 1978 and was shot five times. She survived and now represents the same Northern California district that Ryan did.

She told ABC News Saturday she's adamant, at least for her part, that security for members of congress not be increased at home.

"I certainly don't want to have to be required to have a police presence," she said. "If that's the case, then it's time for me to no longer be a congressmember."

It is not clear what motivated the shooter in Arizona.

### Sidebar

- Trump targets North Korea in latest Twitter attack
- Trump tweets church choir's 'Make America Great Again' song
- NYC officer shot, killed while sitting in police car
- Judge tells 'Pharma Bro' Martin Shkreli to pipe down
- Laptop ban lifted on Emirates, Turkish Airlines flights
- Florida family 'still shocked' by soldier's surprise Legoland homecoming
- 'Earlymoons' are the latest wedding trend
- 92-year-old flower girl in granddaughter's wedding
- 'Baby rhino sleep whisperer' serenades calf with his guitar
- Dozens of rare white deer will be available for public viewing

Giffords' Arizona district office was vandalized after her vote on the health care bill in March 2010, but there are no references to that law in the rambling posts on the shooting suspect's Myspace and YouTube pages.

Her seat was one of the most competitive in the country and she barely defeated Tea Party favorite Jim Kelly last November.

Despite the lack of an apparent correlation between Giffords' shooting and any specific political vote or belief, some Democrats said they were taking special precautions after the shooting.

"We have taken appropriate steps in light of the tragedy today in Arizona," Justin Ohlemiller, district director for Rep. Andre Carson, D-Ind., told The Associated Press.

Lawmakers are left to their own devices for security at home. A staffer to Sen. Jim Webb, D-Virginia, was arrested in 2007 when he accidentally tried to take the senator's gun into a Capitol Hill Office building.

At the time, Webb said lawmakers have to be careful.

"I'm a strong supporter of the Second Amendment; I have had a permit to carry a weapon in Virginia for a long time; I believe that it's important; it's important to me personally and to a lot of people in the situation that I'm in to be able to defend myself and my family," he said.

Since the Sept. 11, 2001, attacks, he said, "it's a more dangerous time" for those serving in government.

"I'm not going to comment with great specificity about how I defend myself, but I do feel I have that right," he said. "We are required to defend ourselves."

[Comments]