# EXHIBIT A

HOME PAGE | TODAY'S PAPER | VIDEO | MOST POPULAR | U.S. Edition    Log In | Register Now | Help

# The New York Times
## The Opinion Pages

Search All NYTimes.com [Go]

WORLD | U.S. | N.Y. / REGION | BUSINESS | TECHNOLOGY | SCIENCE | HEALTH | SPORTS | OPINION | ARTS | STYLE | TRAVEL | JOBS | REAL ESTATE | AUTOS

UPDATED June 12, 2017

FACEBOOK    TWITTER    GOOGLE+    EMAIL    SHARE

# The New York Times Editorial Board

The editorial board is composed of 16 journalists with wide-ranging areas of expertise. Their primary responsibility is to write The Times's editorials, which represent the voice of the board, its editor and the publisher. The board is part of The Times's editorial department, which is operated separately from The Times's newsroom, and includes the Letters to the Editor and Op-Ed sections.



**TAKING NOTE »**
*The Editorial Board's Blog*

---

**James Bennet**
Editorial Page Editor

**Robert B. Semple Jr.**
Associate Editor

**Linda Cohn**
Editor

**Nick Fox**
Editor

**Vikas Bajaj**
Business, International Economics

**Francis X. Clines**
National Politics, Congress, Campaign Finance

**Lawrence Downes**
New York City, Immigration

**Carol Giacomo**
Foreign Affairs

**Mira Kamdar**
International Affairs

**Serge Schmemann**
International Affairs

**Brent Staples**
Education, Criminal Justice, Economics

**Teresa Tritch**
Economic Issues, Tax Policy

**Jesse Wegman**
The Supreme Court, Legal Affairs

**Elizabeth Williamson**
Congress, National Politics



### James Bennet, Editorial Page Editor
@JBennet

James Bennet, the editorial page editor of The New York Times, is in charge of the Opinion department. He oversees the editorial board and the Letters and Op-Ed sections.

Mr. Bennet became editorial page editor in May 2016. Before this role, Mr. Bennet was the president and editor in chief of The Atlantic. Under Mr. Bennet, who was named editor in 2006, The Atlantic substantially increased its editorial reach and impact while returning to profitability for the first time in recent history. Adweek named Mr. Bennet editor of the year in 2012 and Ad Age did the same in 2009. The Atlantic was honored with the National Magazine Award four times during his tenure, including Magazine of the Year and best website, for TheAtlantic.com.

Before joining The Atlantic, Mr. Bennet worked for The Times for 15 years in several roles, including Detroit bureau chief, White House correspondent and Jerusalem bureau chief. He also served as a staff writer for The Sunday Magazine. Before joining the Times, Mr. Bennet was an editor with The Washington Monthly. He and his wife have two sons.



### Robert B. Semple Jr., Associate Editor

Robert Semple joined the Washington Bureau of The Times in the fall of 1963. He covered housing and civil rights during the Johnson administration, spent a year covering President Johnson himself, and served as White House correspondent during Richard Nixon's first term. He served thereafter as deputy national editor (1973-75), London bureau chief (1975-77), foreign editor (1977-82), editor of the Op-Ed Page (1982-88) and associate editor of the Editorial Page (1988 to present). He received the Pulitzer Prize in 1996 for his editorials on environmental issues.

Mr. Semple was born in St. Louis, raised in Michigan and educated at Andover, Yale and the University of California, where he received a master's degree in history in 1961.



**Linda Cohn,** Editor

Linda Cohn has been an editor at the Times editorial page since 1988, beating the arrival of the Internet by years. She has worked with Op-Ed columnists, most recently Paul Krugman and Ross Douthat but also William Safire, Tom Wicker and Anthony Lewis. She has also been an editor for the Sunday Business section. Linda grew up in Belleville, Ill., and graduated from Washington University in St. Louis.



**Nick Fox,** Editor

Nick Fox has been an editor at The Times since 1995, having previously worked as the assignment editor on the National desk, in the Dining section and with the online opinion forum Room for Debate. He previously worked for Newsday and The Bergen Record. He has a B.A. from Binghamton University and an M.A. from the Columbia University Graduate School of Journalism.



**Vikas Bajaj,** Business, International Economics
 @vikasbajaj

Vikas Bajaj has worked at The New York Times since 2005. Before joining the editorial board in 2012, he was a correspondent based in Mumbai, India. He previously covered housing and financial markets for the Business section in New York. Born in Mumbai, Mr. Bajaj grew up there and in Bangkok, and he received a bachelor's in journalism from Michigan State University. He came to The Times from The Dallas Morning News.



**Francis X. Clines,** National Politics, Congress, Campaign Finance

Before joining the editorial board in 2002, Francis X. Clines spent 40 years as a reporter for The Times on the city, national and foreign news staffs. His assignments ranged from City Hall to Appalachia, from Ireland to Uzbekistan, from the Reagan White House to Communism's last stand in the Kremlin. Born in Brooklyn, N.Y., he won the Meyer Berger Award for his "About New York" columns, as well as a Polk Award for coverage of the collapse of the Soviet Union.



**Lawrence Downes,** New York City, Immigration
 @lawrencedownes

Lawrence Downes, who joined the editorial board in 2004, has worked for The New York Times since 1993. He served on the National desk as enterprise editor and as deputy political editor during the 2000 presidential campaign. From 1998 to 2000, Mr. Downes was a weekend editor on the Metro desk and, before that, deputy weekend editor and copy editor. Mr. Downes was a copy editor at Newsday from 1992 to 1993 and at the Chicago Sun-Times from 1989 to 1992. Mr. Downes received a B.A. degree in English from Fordham University in 1986. He also attended the University of Missouri School of Journalism from 1987 to 1989.



**Carol Giacomo,** Foreign Affairs
@giacomonyt

Carol Giacomo, a former diplomatic correspondent for Reuters in Washington, covered foreign policy for the international wire service for more than two decades before joining The Times editorial board in August 2007. In her previous position, she traveled over 1 million miles to more than 100 countries with eight secretaries of state and various other senior U.S. officials. In 2009, she won the Georgetown University Weintal Prize for diplomatic reporting. She is a member of the Council on Foreign Relations. In 1999-2000, she was a senior fellow at the U.S. Institute of Peace, researching U.S. economic and foreign policy decision-making during the Asian financial crisis. She was a Ferris professor of journalism at Princeton University in 2013 and has been a guest lecturer at the U.S. National War College, among other academic institutions. Born and raised in Connecticut, she holds a B.A. in English Literature from Regis College, Weston, Mass. She began her professional journalism career at the Lowell Sun in Lowell, Mass., and later worked for the Hartford Courant in the city hall, state capitol and Washington bureaus.



**Mira Kamdar,** International Affairs
@mirakamdar

Mira Kamdar lives in Paris and is a faculty member at the École de Journalisme at Sciences Po. She teaches in the master's program jointly managed with the Paris School of International Affairs. She is the author of "Planet India: the Turbulent Rise of the Largest Democracy" and "Motiba's Tattoos: A Granddaughter's Journey Into her Indian Family's Past." She has been a senior fellow at the World Policy Institute and an associate fellow at the Asia Society in New York. Ms. Kamdar has written for many publications, including The Washington Post, Foreign Affairs, Foreign Policy, The Caravan (New Delhi), Le Monde Diplomatique, Courrier International and The New York Times's India Ink blog. She has a bachelor's degree from Reed College in Portland, Ore., and a Ph.D. in French literature from the University of California, Berkeley.



**Serge Schmemann,** International Affairs

Serge Schmemann joined the Times in 1980. He served as the editorial page editor of the International Herald Tribune in Paris from 2003 to 2013. He has been a Times correspondent and bureau chief in Moscow, Bonn, Jerusalem and the United Nations. He served as the deputy foreign editor in New York from 1999 to 2001. Mr. Schmemann received the Pulitzer Prize in 1991 for coverage of the reunification of Germany, and an Emmy in 2003 for his work on a television documentary about the Israeli-Palestinian conflict. He was previously a reporter with the Associated Press. Mr. Schmemann is a graduate of Harvard College and holds an M.A. from Columbia University, as well as an honorary doctorate from Middlebury College. He was born in Paris, is married and has three children.



**Brent Staples,** Education, Criminal Justice, Economics
@BrentNYT

Brent Staples joined The Times editorial board in 1990. His editorials and essays are included in dozens of college readers throughout the United States and abroad. Before joining the editorial page, he served as an editor of The New York Times Book Review and an assistant editor for metropolitan news. Mr. Staples holds a Ph.D. in psychology from the University of Chicago and is author of

"Parallel Time," a memoir, which was a finalist for the Los Angeles Times Book Prize and winner of the Anisfield-Wolf Book Award.



**Teresa Tritch,** Economic Issues, Tax Policy

Before joining the editorial board in 2004, Teresa Tritch spent 12 years at Money magazine, as a staff writer, Washington, D.C., bureau chief and senior editor, covering politics, finance and taxes. She has also been a contributing editor for the Stanford Social Innovation Review, covering nonprofits, and for the Gallup Management Journal, covering workplace issues, as well as co-editor of a book on Iraq, "America at War," a joint project of CBS and Simon and Schuster. Ms. Tritch, a Los Angeles native, holds a B.A. in German from UCLA and an M.S. in Journalism from Columbia University. In 2000, she was a Knight-Bagehot fellow in Business and Economics Journalism at Columbia.



**Jesse Wegman,** The Supreme Court, Legal Affairs
@jessewegman

Jesse Wegman joined the editorial board in 2013. He was previously a senior editor at The Daily Beast and Newsweek, a legal news editor at Reuters, and the managing editor of The New York Observer. In 2010, he received a Soros Justice Fellowship to write a book about jailhouse lawyers. He graduated from New York University School of Law in 2005. Before that, he was a producer and reporter for several National Public Radio programs.



**Elizabeth Williamson,** Congress, National Politics
@NYTLiz

Before joining The New York Times, Elizabeth Williamson was a reporter on The Wall Street Journal's Washington, D.C.-based special projects team, writing features about national politics and the culture of Washington. At the beginning of the Obama administration she covered the White House, focusing on the administration's relationship with the business community. She also has covered several congressional and presidential races, writing newsmaker profiles; features that shed light on how U.S. politics have evolved, for better and worse; and stories about the odd but illuminating quirks of modern campaigns and candidates. Before joining The Journal in February 2008, Ms. Williamson worked for The Washington Post from 2003. She has covered the federal government, Congress, consumer product safety as well as the response to Hurricane Katrina and federal government contracting problems. Ms. Williamson began her journalism career as a foreign correspondent in 1994. From 1994 to 2003 she worked as a freelance journalist from the Balkans, Russia, the Baltic nations and broader Eastern Europe. Her work appeared in The Wall Street Journal, International Herald Tribune, Chicago Tribune, Miami Herald and other publications. In 2000 she was hired by The Wall Street Journal as its Warsaw bureau chief, covering Poland and surrounding countries. Ms. Williamson received a bachelor's degree in journalism from Marquette University. She was born in Chicago and resides in Washington, D.C.

All photos by Fred R. Conrad/The New York Times

© 2017 The New York Times Company | Site Map | Privacy | Your Ad Choices | Advertise | Terms of Sale | Terms of Service | Work With Us | RSS | Help | Contact Us | Site Feedback