# EXHIBIT E

# Jared Lee Loughner

News about Jared Lee Loughner, including commentary and archival articles published in The New York Times.

**Latest** | Search

Oct. 3, 2015

### How They Got Their Guns

Criminal histories and documented mental health problems did not prevent at least eight of the gunmen in 16 recent mass shootings from obtaining their weapons.

By LARRY BUCHANAN, JOSH KELLER, RICHARD A. OPPEL Jr. and DANIEL VICTOR



March 12, 2015

### Bill Badger, Who Tackled Giffords Shooter, Dies at 78

Mr. Badger was credited with saving lives during the 2011 shooting in Arizona that critically injured Representative Gabrielle Giffords.

By THE ASSOCIATED PRESS



April 22, 2013

TAKING NOTE

### What's the Difference Between McVeigh and Tsarnaev?

It is right to charge and try Dzhokhar Tsarnaev in federal court.

April 16, 2013

AFTER DEADLINE

### More Words We Love Too Much

After last week's entry on phrases that need a rest, an old friend and colleague pointed out the enduring popularity of another journalistic cliché: the **firestorm**. Not only is this description tired and overdone — it's almost always hyperbole. Let's give it a rest. A few recent firestorms we've covered, in many different sections:

March 27, 2013

### Jared Loughner Files From Pima County Sheriff

A selection of crucial documents released from authorities in Tucson about the arrest and investigation of the gunman who killed six people and left Representative Gabrielle Giffords wounded.

March 27, 2013

### Before Attack, Parents of Gunman Tried to Address Son's Strange Behavior

A release of records shed light on the behavior of Jared L. Loughner, who killed 6 people and wounded 13 in Tucson, including former Representative Gabrielle Giffords.

By SARAH GARRECHT GASSEN and TIMOTHY WILLIAMS



March 6, 2013

THE CAUCUS

### At Shooting Site, Giffords Urges Lawmakers to Act on Gun Safety

Gabrielle Giffords, a former congresswoman for Arizona, held a news conference in Tucson to urge Senators John McCain and Jeff Flake to support legislation requiring background checks for every gun purchase.

Jan. 4, 2013

### Giffords Sees Victims' Kin in Newtown

Former Representative Gabrielle Giffords of Arizona, who survived a mass shooting in Tucson, met with relatives of those killed in the Connecticut school massacre.

Dec. 25, 2012

OP-ED CONTRIBUTOR

### Our Failed Approach to Schizophrenia





RECENT VIDEOS

TimesCast | Competency Hearing
SEPT. 28, 2011



TimesCast | September 28, 2011
SEPT. 28, 2011



Tucson Suspect Arraigned
MARCH 9, 2011



Tucson, met with relatives of those killed in the Connecticut school massacre.

Dec. 25, 2012

**OP-ED CONTRIBUTOR**
### Our Failed Approach to Schizophrenia
The link to violence is real, but treatment and awareness are weak.
By PAUL STEINBERG



Dec. 22, 2012

**OPINION**
### Anatomy of a Murder-Suicide
If we want to stem violence, we need to begin by stemming despair.
By ANDREW SOLOMON



Nov. 8, 2012

### Gunman in Giffords Shooting Sentenced to 7 Life Terms
Former Representative Gabrielle Giffords for the first time confronted Jared L. Loughner, the man who shot her in the head during a rampage last year that left 6 dead and 12 others wounded.

Aug. 9, 2012

**MARK BITTMAN**
### Guns, Butter and Then Some
Gun control as a way forward.

Aug. 7, 2012

### Plea Agreement for Jared L. Loughner
Under the terms of a deal brokered by his defense team and the prosecution, Jared L. Loughner will spend the rest of his life in prison, and be spared a possible death sentence.

Aug. 7, 2012

### Life Term for Gunman After Guilty Plea in Tucson Killings
A deal for Jared L. Loughner, whose shooting rampage left six people dead and Gabrielle Giffords wounded, means that victims' relatives will not have to endure a trial.

Aug. 7, 2012

### Loughner Pleads Guilty in 2011 Tucson Shootings
Jared L. Loughner pleaded guilty on Tuesday to carrying out a shooting rampage that left six people dead, including Gabrielle Giffords. In exchange, the government has agreed not to seek the death penalty.

Aug. 5, 2012

### Competence Was Linchpin for Both Sides in Tucson Case
Jared L. Loughner, the defendant in the Tucson shooting, is set to plead guilty Tuesday, bringing an abrupt resolution to a case that seemed ensnarled in doubts over his competence to stand trial.

Aug. 5, 2012

### Guilty Plea Is Expected in Rampage That Wounded Giffords
Jared Lee Loughner, the man accused of killing six people and wounding Representative Gabrielle Giffords in 2011, is expected to plead guilty on Tuesday.

Aug. 1, 2012

### Tough Legal Issues Converge in Colorado Shooting Case
The prosecution of James E. Holmes combines some of the most contested concepts in American law — sanity, an impartial jury and the pressure for punishment in a deeply wounded community.

Jan. 22, 2012

**THE CAUCUS**
### Gabrielle Giffords Says She's Leaving the House
10:49 p.m. | Updated The full report of this article is available here.

Jan. 22, 2012

**THE CAUCUS**
### Gabrielle Giffords Says She's Leaving the House
The announcement by the Arizona Democrat comes about a year after a shooting attack that left 6 people dead and 13 wounded — including Ms.Giffords.


### Gabrielle Giffords Says She's Leaving the House

The announcement by the Arizona Democrat comes about a year after a shooting attack that left 6 people dead and 13 wounded — including Ms. Giffords.

Jan. 07, 2012

**THIS LAND**
### A Year Later, 'The Event' Lingers

As Jared L. Loughner undergoes evaluation and Representative Gabrielle Giffords slowly recovers, the city of Tucson is trying to move past a morning of echoing gunshots.

By DAN BARRY

Oct. 08, 2011

**NATIONAL BRIEFING | SOUTHWEST**
### Arizona: Court Allows Loughner to Be Moved

A federal appeals court ruled Friday that Jared L. Loughner could be returned to a Missouri prison facility where he would undergo more treatment.

By THE ASSOCIATED PRESS

Sept. 28, 2011

**TIMESVIDEO**
### TimesCast | Competency Hearing



September 28, 2011 — Lawyers in Tucson argue whether Jared L. Loughner, the accused shooter of Representative Gabrielle Giffords, is mentally competent to stand trial for murder.

Nadia Sussman

Sept. 28, 2011

**TIMESVIDEO**
### TimesCast | September 28, 2011



Amazon introduces a new tablet; lawyers assess the competency of the accused Gabrielle Giffords shooter; and Al Qaeda urges Iran to stop promoting 9/11 conspiracies.

Brent McDonald|Nadia Sussman|Emily B. Hager

Sept. 28, 2011

### Tucson Shooting Suspect to Have More Treatment

Jared L. Loughner, who has been accused in the fatal January shooting that wounded Representative Gabrielle Giffords, should receive further psychiatric help, prosecutors said.

By MARC LACEY

Aug. 27, 2011

### Judge Allows Forced Medication for Arizona Shooting Suspect

A federal judge cited Jared Lee Loughner's worsening psychological condition in his refusal to overrule prison doctors who decided to resume forced medication on July 18.

By THE ASSOCIATED PRESS

Aug. 20, 2011

### Giffords Now Knows Who Was Killed in Rampage

The congresswoman was told last month that an aide and a close friend were among the dead in the shooting that also left her gravely wounded.

By THE ASSOCIATED PRESS

Aug. 16, 2011

### Lawyers for Defendant in Giffords Shooting Seem to Be Searching for Illness

A raft of subpoenas indicates that the defense is researching the backgrounds of many of the defendant's relatives from Illinois, all on his mother's side.

By MARC LACEY

July 23, 2011

### Court Won't Bar Forced Medication Of Tucson Suspect

The United States attorney for Arizona said Jared L. Loughner's "unmedicated behavior is endangering him."

By THE ASSOCIATED PRESS

July 16, 2011

**OP-ED COLUMNIST**
### Lawmakers, Armed and Dangerous



Did a lawmaker intentionally point her loaded .380 Ruger at a



Document title: Jared Lee Loughner - The New York Times
Capture URL: https://www.nytimes.com/topic/person/jared-lee-loughner
Capture timestamp (UTC): Tue, 11 Jul 2017 19:38:36 GMT
Page 3 of 15

July 16, 2011

**OP-ED COLUMNIST**

### Lawmakers, Armed and Dangerous

Did a lawmaker intentionally point her loaded .380 Ruger at a newspaper reporter, or was it just a misunderstanding?

By FRANK BRUNI



July 15, 2011

**NATIONAL BRIEFING | SOUTHWEST**

### Arizona: Lawyers Want Tests on Loughner to Be Taped

Lawyers for the defendant in the Tucson shooting rampage want clinical assessments performed by psychiatrists to be videotaped.

By THE ASSOCIATED PRESS

June 29, 2011

**NATIONAL BRIEFING | WEST**

### California: Forced Drugs Approved for Loughner

A federal judge in San Diego ruled Wednesday that prison officials could forcibly give antipsychotic drugs to the man held in the Tucson shooting rampage in a bid to make him mentally fit for trial.

By THE ASSOCIATED PRESS

June 14, 2011

**NATIONAL BRIEFING | SOUTHWEST**

### Arizona: Transcript Clarifies Defendant's Outburst

A transcript in the case against Jared Lee Loughner, accused of killing six people and wounding 13, including Representative Gabrielle Giffords, clarifies what he said in an outburst during a hearing.

By THE ASSOCIATED PRESS

May 27, 2011

**THE LEARNING NETWORK**

### No Trial for Arizona Shooting Suspect

6 Q's About the News | How did mental health experts give Jared L. Loughner a diagnosis of paranoid schizophrenia?

By HOLLY EPSTEIN OJALVO

May 27, 2011

**THE LEARNING NETWORK**

### No Trial for Arizona Shooting Suspect

WHO is Jared L. Loughner?

By HOLLY EPSTEIN OJALVO

May 25, 2011

### Suspect in Shooting of Giffords Ruled Unfit for Trial

A federal judge ruled Jared L. Loughner not mentally competent to stand trial on charges that he opened fire at a constituent event for an Arizona congresswoman in January, killing six.

By MARC LACEY

April 28, 2011

**NATIONAL BRIEFING | SOUTHWEST**

### Arizona: Psychologist to Evaluate Medical Records of Massacre Suspect

A federal judge ordered that Jared L. Loughner's medical records be sent to a psychologist who is evaluating his competency to stand trial in the January Tucson shooting spree.

By MARC LACEY

April 14, 2011

**OP-ED CONTRIBUTOR**

### The Guns of Academe

An Arizona proposal to permit firearms on college campuses probably won't have much effect on gun violence and safety.

By ADAM WINKLER

March 22, 2011

### Tucson Suspect to Transfer for a Competency Exam

A federal judge, over the objections of the defense, ordered Jared L. Loughner transferred to a medical prison in Missouri for a mental evaluation.

By A. G. SULZBERGER



Document title: Jared Lee Loughner - The New York Times
Capture URL: https://www.nytimes.com/topic/person/jared-lee-loughner
Capture timestamp (UTC): Tue, 11 Jul 2017 19:38:36 GMT

March 22, 2011

**Tucson Suspect to Transfer for a Competency Exam**

A federal judge, over the objections of the defense, ordered Jared L. Loughner transferred to a medical prison in Missouri for a mental evaluation.

By A. G. SULZBERGER

March 09, 2011

TIMESVIDEO

**Tucson Suspect Arraigned**

Suspected Tucson killer Jared Loughner appeared in court Wednesday.

Ben Werschkul



March 09, 2011

**In Tucson, Loughner Enters Plea: Not Guilty**

Jared L. Loughner appeared at a hearing in the courthouse where one of the victims killed in the shooting, John M. Roll, had served as a judge.

By MARC LACEY

March 09, 2011

TIMESVIDEO

**TimesCast | March 09, 2011**

Thirteen people are killed in a clash between Muslims and Christians in Egypt; the Tucson suspect Jared L. Loughner returns to court; and NPR's chief executive resigns.

Zena Barakat





March 08, 2011

NATIONAL BRIEFING | SOUTHWEST

**Prosecutors Want Tucson Suspect to Undergo Psychiatric Testing**

Prosecutors want to know if Jared L. Loughner, the suspect in the Tucson shooting, is competent to stand trial.

By MARC LACEY

March 07, 2011

**Tucson Autopsy Reports Are Released**

Autopsy reports released in Tucson detailed the wounds that killed six people in a shooting attack in January.

By MARC LACEY

March 04, 2011

**Loughner Faces 49 Counts in Tucson Shootings**

The raft of charges go far beyond the previous charges filed against Jared Loughner, accused of killing six and shooting Representative Gabrielle Giffords.

By MARC LACEY

March 03, 2011

**Prosecutors Fight Release of Reports in Shootings**

Prosecutors say the release of autopsy reports for the six people killed in the Tucson rampage could interfere with a fair trial.

By MARC LACEY

Feb. 14, 2011

**Giffords Labors To Speak Again, Even in Lyrics**

PHOENIX -- Representative Gabrielle Giffords, an eloquent speaker before she was shot in the head last month, is relearning the skill -- progressing from mouthing words and lip-syncing songs to talking briefly by telephone to her brother-in-law in space. With a group of friends and family members acting as a backup chorus, Ms. Giffords has been mouthing the lyrics to "Twinkle, Twinkle, Little Star" and "I Can't Give You Anything but Love, Baby." And as a surprise for her husband, who is celebrating his birthday this month, a longtime friend who has been helping her through her rehabilitation videotaped her mouthing the words to "Happy Birthday to You."

By MARC LACEY and JAMES C. McKINLEY Jr.; Marc Lacey reported from Phoenix, and James C. McKinley Jr. from Houston. Denise Grady contributed reporting from New York.

Feb. 12, 2011

**To Defend the Accused in a Tucson Rampage, First a Battle to Get Inside a Mind**

For Judy Clarke, the defender of Jared L. Loughner, a big challenge may be persuading him to let her raise questions about his mental health.

By JOSEPH GOLDSTEIN and MARC LACEY

Document title: Jared Lee Loughner - The New York Times
Capture URL: https://www.nytimes.com/topic/person/jared-lee-loughner
Capture timestamp (UTC): Tue, 11 Jul 2017 19:38:36 GMT

Page 5 of 15

For Judy Clarke, the defender of Jared L. Loughner, a big challenge may be persuading him to let her raise questions about his mental health.

By JOSEPH GOLDSTEIN and MARC LACEY

---

Feb. 10, 2011

#### Inside The Times
International UKRAINE RAISES PRESSURE

---

Feb. 09, 2011

#### Even if Loughner Doesn't Testify, Jurors Could See Videos, Officials Say

Videotaped messages recovered from a computer at Jared L. Loughner's home could mean that a jury will hear from him even though he is unlikely to take the stand, officials said.

By JOSEPH GOLDSTEIN and MARC LACEY

---

Feb. 06, 2011

#### After Tucson Rampage, a Struggle to Stay in Reach

After the shooting of Representative Gabrielle Giffords last month, Congress members are weighing security steps against a need to be accessible.

By TIMOTHY WILLIAMS

---

Feb. 04, 2011

#### No State Charges Against Tucson Shooting Suspect — for Now

State and federal prosecutors agreed that Jared L. Loughner will not face state murder charges until after his federal trial ends.

By JOSEPH GOLDSTEIN

---

Feb. 04, 2011

#### Public Drawn to Choice by Giffords's Husband

The astronaut Mark E. Kelly, the husband of Representative Gabrielle Giffords, said he would lead a space shuttle mission in April.

By DAN BARRY and JOHN SCHWARTZ

---

Feb. 03, 2011

TUCSON JOURNAL
#### Bit by Bit, a City's Attention Returns to Mundane Matters

Tucson, synonymous a month ago with a deadly shooting rampage at a political event, is beginning to move on.

By TIMOTHY WILLIAMS and CARLI BROUSSEAU

---

Feb. 03, 2011

#### For Tucson Survivors, Health Care Cost Is Concern

Most of the 13 people wounded in the shooting had health insurance, but the spiraling costs were on their minds.

By MARC LACEY and SAM DOLNICK

---

Jan. 27, 2011

LETTER
#### Treating Mental Illness

A response to an article about difficulties of getting someone to go to psychiatric treatment.

---

Jan. 26, 2011

#### Tucson Suspect Studied Assassins, Officials Say

Jared L. Loughner researched assassins, the death penalty and solitary confinement online before the shooting.

By JOSEPH GOLDSTEIN and MARC LACEY

---

Jan. 26, 2011

#### Man Charged in Tucson Shootings Had Researched Assassins, Official Says

The death penalty and solitary confinement were other topics of interest in the hours before the Tucson shootings, an official close to the investigation said.

By JOSEPH GOLDSTEIN and MARC LACEY

---

Jan. 24, 2011

#### Loughner Pleads Not Guilty in Tucson Shooting

Jared L. Loughner rejected charges that he tried to kill Representative Gabrielle



Document title: Jared Lee Loughner - The New York Times
Capture URL: https://www.nytimes.com/topic/person/jared-lee-loughner
Capture timestamp (UTC): Tue, 11 Jul 2017 19:38:36 GMT
Page 6 of 15



By JOSEPH GOLDSTEIN and MARC LACEY

Jan. 24, 2011

**Loughner Pleads Not Guilty in Tucson Shooting**

Jared L. Loughner rejected charges that he tried to kill Representative Gabrielle Giffords and two aides.

By MARC LACEY

Jan. 23, 2011

ON EDUCATION

**Positives With Roots In Tragedy On Campus**

Some of the best mental health programs for college students were spurred by terrible tragedies, but will Pima Community College in Tucson — alma mater of the man charged in the Tucson shooting — do as other schools have?

By MICHAEL WINERIP

Jan. 22, 2011

**Two Weeks After Rampage in Tucson, Survivors Struggle With 'What If?'**

Victims and witnesses have replayed the day in their minds, and some wonder if they could have helped stop it.

By JENNIFER MEDINA and SAM DOLNICK

Jan. 21, 2011

**In Tucson, Solace From Relatives of Past Killers**

The parents of Jared L. Loughner are being approached by the kin of those who have also gone on killing sprees.

By JOSEPH GOLDSTEIN

Jan. 20, 2011

**Tucson Survivor Describes Chaos of Rampage**

Ronald Barber recalls images of a pool of blood, the sound of a gun, the bullet casings on the ground. But he doesn't remember Judge John M. Roll trying to save him.

By JENNIFER MEDINA and DENISE GRADY

Jan. 19, 2011

**In an Ocean of Firearms, Tucson Is Far Away**

People at the nation's largest gun trade show rejected suggestions of a connection between the shooting rampage in Tucson and gun control legislation.

By ADAM NAGOURNEY

Jan. 19, 2011

**Giffords to Move to Rehabilitation**

Representative Gabrielle Giffords, who survived a gunshot through her head on Jan. 8, is likely to leave the intensive care unit of a Tucson hospital on Friday.

By JENNIFER MEDINA

Jan. 19, 2011

THE CAUCUS

**Giffords's Husband Heard His Wife Had Died in Tucson**

While racing to his wife's side, Mark Kelly, the husband of Rep. Gabrielle Giffords, heard from erroneous television news reports that his wife had been killed when she was shot outside of a Safeway supermarket in Tucson on Jan. 8, he said in a televised interview on Tuesday evening.

By ANAHAD O'CONNOR

Jan. 18, 2011

**Getting Someone to Psychiatric Treatment Can Be Difficult and Inconclusive**

Those in a position to help often struggle with how to distinguish ominous behavior from the merely odd, the red flags from the red herrings.

By A. G. SULZBERGER and BENEDICT CAREY

Jan. 18, 2011

**Video Captured 'Calculated' Gunman in Tucson**

Video from a store security camera shows the attack on Representative Gabrielle Giffords and Judge John M. Roll.

By RICHARD A. OPPEL Jr.

Jan. 18, 2011

LETTERS

Every testimony.
Every tweet.
Following the stories as they unfold.
Get 30% off one year of The Times.
SEE MY OPTIONS
The New York Times

Giffords and Judge John M. Roll.

By RICHARD A. OPPEL Jr.

Jan. 18, 2011

**LETTERS**

### After Tucson, a Time for Reflection

Readers respond to an article about the character of Jared L. Loughner.



Jan. 17, 2011

### Shooting Suspect Had Been Known to Use Potent, and Legal, Hallucinogen

Federal drug officials have warned that the typical effects of smoking salvia could closely mimic psychosis.

By A. G. SULZBERGER and JENNIFER MEDINA

Jan. 16, 2011

### Lawmakers Aiming to Increase Civility

Some Democrats and Republicans say they are working to make the tone in Congress more civil.

By DAVID M. HERSZENHORN and CARL HULSE

Jan. 16, 2011

**OP-ED COLUMNIST**

### Scenes From a Marriage

Why Sarah Palin and the media may need a trial separation.

By ROSS DOUTHAT



Jan. 16, 2011

### Husband's Message About Giffords: 'She's a Fighter'

Mark Kelly, the husband of Representative Gabrielle Giffords, said she was "improving a little bit each day" as he spoke publicly for the first time since the shootings in Tucson. Her condition was upgraded.

By THE NEW YORK TIMES

Jan. 16, 2011

### In an Online Gaming World, Tucson Suspect Gave Hints of Problems

Among the many traces left on the Internet by Jared L. Loughner, the man charged with the shooting spree in Tucson, were postings that reveal a deeply troubled individual.

By JENNA WORTHAM

Jan. 16, 2011

**THE CAUCUS**

### Giffords's Condition Is Upgraded to 'Serious'

Representative Gabrielle Giffords's condition has been upgraded to serious from critical, according to a statement from University Medical Center in Tucson, where Ms. Giffords has been hospitalized since the shooting on Jan. 8 in which six people were killed and Ms. Giffords and 12 others were wounded.

By M. AMEDEO TUMOLILLO

Jan. 15, 2011

**OP-ED COLUMNIST**

### No One Listened to Gabrielle Giffords

In March 2010, few of our leaders wanted to see what Giffords saw — that the vandalism and the death threats were part of a tide of insurrectionism that had been rising since the final weeks of the 2008 campaign.

By FRANK RICH

Jan. 15, 2011

**THE PUBLIC EDITOR**

### Time, the Enemy

Reporting of the shooting in Tucson was moving faster than the news.

By ARTHUR S. BRISBANE



Jan. 15, 2011

### Looking Behind the Mug-Shot Grin

Jared L. Loughner was described as a curious teenager and talented saxophonist. But



Jan. 15, 2011

### Looking Behind the Mug-Shot Grin

Jared L. Loughner was described as a curious teenager and talented saxophonist. But when he was arrested after the Tucson shooting, a deputy detected no remorse.

By THE NEW YORK TIMES

Jan. 15, 2011

### At a Gun Show and a Safeway, Tucson Looks for 'Normalcy'

The supermarket where the shooting occurred reopened as a gun show went forward in Tucson, and doctors were able to remove Gabrielle Giffords's breathing tube.

By WILLIAM YARDLEY, MICHAEL LUO and SAM DOLNICK

Jan. 14, 2011

OP-ED COLUMNIST

### The Tucson Witch Hunt

Within hours of the massacre in Arizona last week, there was a rush to link the shooter to the rhetoric of the right.

By CHARLES M. BLOW



Jan. 14, 2011

### Tucson Shootings Add to Glock's Notoriety

Glock pistols, an Austrian invention now popular in the United States, have been newly scrutinized since a gunman killed six people in Tucson, Ariz.

By ANDREW MARTIN

Jan. 14, 2011

### Differences in Federal and State Systems Could Complicate Prosecution

The relatively clear case against Jared L. Loughner now faces sharply different requirements in federal and state court.

By KIRK JOHNSON and CHARLIE SAVAGE

Jan. 14, 2011

### In an Online Game Forum, Tucson Suspect Lashed Out

Jared L. Loughner's rants in an online forum showed a young man who had become frustrated by his inability to find a job and who viewed his early education as tantamount to slavery.

By SARAH WHEATON

Jan. 14, 2011

### Police Describe Busy Hours Before a Gunman's Attack

Officials also said that they had photos of Jared L. Loughner posing with a Glock semiautomatic pistol while wearing a red G-string.

By MARC LACEY, JO BECKER and SAM DOLNICK

Jan. 13, 2011

### A President, a Speech and a Point of Law

In his Tucson speech, President Obama may have wandered into territory that could make it harder for federal prosecutors to try Jared L. Loughner.

By JOHN SCHWARTZ

Jan. 13, 2011

### In Tucson Case, a Federal Judge Both 'General and Traffic Cop'

Judge Larry Alan Burns of San Diego has a reputation for being able to "keep control of the proceedings" and is experienced in handling federal death-penalty cases.

By JOHN SCHWARTZ

Jan. 13, 2011

NYC

### Subjects and Verbs as Evil Plot

Even before the Tucson shootings, Jared L. Loughner acted weirdly and darkly in many ways. Nonetheless, for bizarreness, his rants about grammar stand out.

By CLYDE HABERMAN

Jan. 13, 2011

### College's Policy on Troubled Students Raises Questions

Some experts say the community college that suspended Jared L. Loughner could have done more to help him.



Document title: Jared Lee Loughner - The New York Times
Capture URL: https://www.nytimes.com/topic/person/jared-lee-loughner
Capture timestamp (UTC): Tue, 11 Jul 2017 19:38:36 GMT
Page 9 of 15

Jan. 13, 2011

### College's Policy on Troubled Students Raises Questions

Some experts say the community college that suspended Jared L. Loughner could have done more to help him.

By A. G. SULZBERGER and TRIP GABRIEL

Jan. 13, 2011

### Doctors Call Giffords's Progress Remarkable

Five days after she was shot in the head, Representative Gabrielle Giffords is able to keep her eyes open for as long as 15 minutes and can move her legs and hands.

By MARC LACEY and TIMOTHY WILLIAMS

Jan. 12, 2011

**FIVETHIRTYEIGHT**

### A Few Reflections on Obama's Speech in Tucson

President Obama's speech in Tucson tonight seems to have won nearly universal praise. I suspect it will be remembered as one of his best moments, almost regardless of what else takes place during the remainder of his presidency.

By NATE SILVER

Jan. 12, 2011

**OP-ED COLUMNIST**

### Why Not Regulate Guns as Seriously as Toys?

After the tragedy in Tucson, let's reframe the debate on gun control as a public health challenge.

By NICHOLAS D. KRISTOF





Request a free quote

PAGEVAULT

Jan. 12, 2011

### Flashbacks and Lingering Questions for Survivors

Three survivors had different reasons for attending the event, but they now share the same challenges in readjusting.

By SAM DOLNICK

Jan. 12, 2011

### 'Creepy,' 'Very Hostile': A College Recorded Its Fears

Documents released by Pima Community College offer details of officials' concerns about Jared L. Loughner.

By MARC LACEY and SERGE F. KOVALESKI

Jan. 12, 2011

**TIMESVIDEO**

### TimesCast | January 12, 2011

Hezbollah resigns from Lebanon's government; the man who tackled Jared L. Loughner is haunted by memories of the shooting; and Sarah Palin responds to the attack.

Zena Barakat



Jan. 12, 2011

### House Honors Victims and Weighs Its Next Steps

The House paid tribute to the dead and wounded in Tucson as Republicans reviewed security procedures and rejected calls for new gun laws.

By DAVID M. HERSZENHORN and JENNIFER STEINHAUER

Jan. 12, 2011

### Police Stopped Loughner's Car on Day of Shooting

The state wildlife officer who made the traffic stop had no probable cause to search Jared L. Loughner's car.

By MARC LACEY, JO BECKER and RICHARD A. OPPEL Jr.

Jan. 11, 2011

### Police Say They Visited Tucson Suspect's Home Even Before Rampage

The police said they were reviewing the details of their calls to the home of Jared L. Loughner, who was described by a friend as having embraced nihilism.

By JO BECKER, KIRK JOHNSON and SERGE F. KOVALESKI

Jan. 11, 2011

### Legal Strategy Could Hinge on Mental Assessment

Because of changes made after John Hinckley was acquitted for trying to kill President

Document title: Jared Lee Loughner - The New York Times
Capture URL: https://www.nytimes.com/topic/person/jared-lee-loughner
Capture timestamp (UTC): Tue, 11 Jul 2017 19:38:36 GMT

Page 10 of 15

Jan. 11, 2011

### Legal Strategy Could Hinge on Mental Assessment

Because of changes made after John Hinckley was acquitted for trying to kill President Reagan, the lawyers for Jared L. Loughner will find it difficult to argue the insanity defense.

By BENJAMIN WEISER

Jan. 11, 2011

OPINIONATOR
### First Comes Fear

People on the left and right have been wrestling over the legacy of Jared Loughner, arguing about whether his shooting spree proves that the Sarah Palins and Glenn Becks of the world are fomenting violence. But it's not as if this is the only data point we have. Here's another one:

By ROBERT WRIGHT

Jan. 11, 2011

LETTERS
### Mental Illness, Guns and Toxic Speech

Readers respond to a David Brooks column about the shootings in Arizona.



Jan. 11, 2011

MOTHERLODE
### After Tucson, Parents Wonder 'What If'

With Jared Lee Loughner's unhinged grin staring out from so many Web sites and newspapers today, parents of troubled young adults are stepping forward, giving glimpses into the pain and impotence that comes when your child has mental illness.

By LISA BELKIN



Jan. 11, 2011

TIMESVIDEO
### Bloggingheads: Violent Rhetoric

Mark Schmitt, left, of The American Prospect and Daniel Foster of National Review debate the connection between political rhetoric and the Arizona shooting.

None None



Jan. 10, 2011

EDITORIAL
### An Assault on Everyone's Safety

Members of Congress are concerned about their safety. But they should be no less worried about the effect of their inaction on gun control on the safety of Americans.

Jan. 10, 2011

### Red Flags at a College, but Tied Hands

Even in the wake of the Virginia Tech murders, experts say institutions and employers are seldom set up to handle such potential threats.

By BENEDICT CAREY

Jan. 10, 2011

OP-ED COLUMNIST
### The Politicized Mind

The political opportunism occasioned by the Tucson massacre has ranged from the irrelevant to the irresponsible, all while we ignore the most productive questions.

By DAVID BROOKS



Jan. 10, 2011

### Palin, Amid Criticism, Stays in Electronic Comfort Zone

Even some Republicans sympathetic to Sarah Palin suggested she had to step out from behind Twitter and Facebook to confront criticism that her rhetoric might have helped create a climate for violence.

By JIM RUTENBERG and KATE ZERNIKE

Jan. 10, 2011

### Shooting Suspect Was Calm During Cab Ride to Supermarket, His Driver Reports

Jared L. Loughner, the suspect in the Arizona shootings, was so calm when he arrived at

Jan. 10, 2011

### Shooting Suspect Was Calm During Cab Ride to Supermarket, His Driver Reports

Jared L. Loughner, the suspect in the Arizona shootings, was so calm when he arrived at the Safeway supermarket on Saturday morning that his taxi driver thought nothing of walking into the store with him to get change.

By KIRK JOHNSON and ANISSA TANWEER

Jan. 10, 2011

**FIVETHIRTYEIGHT**

### To Understand Assassination Threat, Look Beyond Tucson

Word of the attempted assassination of Representative Gabrielle Giffords outside a Tucson supermarket, which left her in critical condition after a bullet passed through her brain, had barely broken before speculation erupted on the motivations of the man accused of shooting her and killing six others, Jared Lee Loughner, 22.

By NATE SILVER

Jan. 10, 2011

### In Tucson, Guns Have a Broad Constituency

Representative Gabrielle Giffords once boasted: "I have a Glock 9 mm and I'm a pretty good shot," highlighting a passionate gun culture that crosses political lines.

By JO BECKER and MICHAEL LUO

Jan. 10, 2011

### Loughner's Lawyer Is Called a Master Strategist

Judy Clarke, who will represent Jared L. Loughner, is a well-known public defender who gets life sentences in cases that often begin with calls for the death penalty.

By WILLIAM GLABERSON

Jan. 10, 2011

**TIMES VIDEO**

### TimesCast | January 10, 2011

After the assassination attempt of Representative Gabrielle Giffords, the gun control debate is under way; and mistakes in the media during breaking news.

Zena Barakat





Jan. 10, 2011

### Talk Radio Hosts Reject Blame in Shooting

In Tucson's first rush hour since the shooting, talk radio hosts denied that their heated rhetoric had played a role.

By SAM DOLNICK and TIMOTHY WILLIAMS

Jan. 10, 2011

### Shooting Suspect Waives Bail and Is Ruled 'a Danger'

Jared L. Loughner agreed not to contest his continued imprisonment but offered no hint of how he would respond to the charges.

By MARC LACEY

Jan. 10, 2011

**THE LEARNING NETWORK**

### An American Tragedy

6 Q's About the News | What tragic events took place on Saturday in Tucson, Arizona?

By SHANNON DOYNE

Jan. 10, 2011

### The Weapon and the Laws

The gunman was using a 33-round magazine, which is banned in six states and the District of Columbia, but not in Arizona, which has among the most permissive gun laws.

Jan. 09, 2011

**LETTERS**

### Arizona Shootings: Shock and Outrage

Responses to the shooting in Tucson that killed six and gravely wounded Representative Gabrielle Giffords of Arizona.

Jan. 09, 2011

**OP-ED COLUMNIST**

### Climate of Hate



Document title: Jared Lee Loughner - The New York Times
Capture URL: https://www.nytimes.com/topic/person/jared-lee-loughner
Capture timestamp (UTC): Tue, 11 Jul 2017 19:38:36 GMT
Page 12 of 15

Jan. 09, 2011

**OP-ED COLUMNIST**
### Climate of Hate
The question is, will G.O.P. leaders accept the reality of what's happening to America, and take a stand against eliminationist rhetoric?
By PAUL KRUGMAN



Jan. 09, 2011

**OP-ED COLUMNIST**
### United in Horror
Violence in American politics tends to bubble up from a world that's far stranger than any Glenn Beck monologue.
By ROSS DOUTHAT



Jan. 09, 2011

**OP-ED COLUMNIST**
### A Right to Bear Glocks?
Let's find a way to accommodate the desire for access to firearms with sane regulation of weapons that make it easiest for crazy people to create mass slaughter.
By GAIL COLLINS



Jan. 09, 2011

### In the Shock of the Moment, the Politicking Stops ... Until It Doesn't
A day after the Arizona shootings, Republicans and Democrats began the delicate task of navigating a tragedy that has the potential to alter the political landscape.
By JEFF ZELENY and JIM RUTENBERG

Jan. 09, 2011

### A Single, Terrifying Moment: Shots Fired, a Scuffle and Some Luck
In the Tucson shooting, chance saved some and put others in harm's way.
By ADAM NAGOURNEY

Jan. 09, 2011

### Suspect's Odd Behavior Caused Growing Alarm
Jared L. Loughner's weird laughter and aggressive outbursts at a community college worried students and instructors alike.
By KIRK JOHNSON, SERGE F. KOVALESKI, DAN FROSCH and ERIC LIPTON



Jan. 09, 2011

**THE LEARNING NETWORK**
### Ways to Teach About the Arizona Shootings
7:49 a.m., Jan. 13 | Updated
By SARAH KAVANAGH, HOLLY EPSTEIN OJALVO and KATHERINE SCHULTEN

Jan. 09, 2011

**THE LEARNING NETWORK**
### An American Tragedy
WHO is Representative Gabrielle Giffords?WHO is Judge John M. Roll?WHO is Jared Lee Loughner?WHO else was hurt or killed in Saturday's shootings in Arizona?
By SHANNON DOYNE

Jan. 09, 2011

### After Attack, Focus in Washington on Civility and Security
Both parties had concerns over the tone of discourse and wondered if a lack of civility contributed to the attack.
By DAVID M. HERSZENHORN

Jan. 09, 2011

**THE CAUCUS**
### Live Blog: Latest Developments on Arizona Shooting
Representative Gabrielle Giffords remains in critical condition after being shot in the head at a meet-and-greet in her Tucson-area neighborhood Saturday. Police now say that 20 people in total were shot and that six people were killed in that shooting, including John M. Roll, Arizona's chief federal judge.
By MICHAEL D. SHEAR and SARAH WHEATON

that 20 people in total were shot and that six people were killed in that shooting, including John M. Roll, Arizona's chief federal judge.

By MICHAEL D. SHEAR and SARAH WHEATON

Jan. 09, 2011

### Evidence Points to Methodical Planning

Officials said that evidence seized from Jared L. Loughner's home indicated that he had intended to kill Gabrielle Giffords, who was still in critical condition.

By MARC LACEY

Jan. 09, 2011

### The Arizona Shooting, and What Led Up to It

Twenty people were shot and six died Saturday in the attempted assassination of Representative Gabriele Giffords in Tucson.

Jan. 09, 2011

SLIDE SHOW

### Giffords Remains in Hospital

Representative Gabrielle Giffords remained in critical condition after a shooting that left 20 people wounded, six of them fatally, on Saturday.



Jan. 09, 2011

### The Victims of the Shooting

Retirees, a federal judge and a 9-year-old girl born on 9/11 were among those killed when a gunman opened fire outside a supermarket in Tucson on Saturday, Jan. 8.

Jan. 08, 2011

SLIDE SHOW

### Deadly Shooting in Arizona

Representative Gabrielle Giffords, an Arizona Democrat, and 19 others were shot Saturday when a gunman opened fire at a public event outside a supermarket.



Jan. 08, 2011

### Arizona Suspect's Recent Acts Offer Hints of Alienation

A suspected gunman, in a few public hints, offered a sense of his alienation from society, confusion, anger as well as foreboding that his life could soon come to an end.

By ERIC LIPTON, CHARLIE SAVAGE and SCOTT SHANE

Jan. 08, 2011

### Bloodshed Puts New Focus on Vitriol in Politics

The shooting of Representative Gabrielle Giffords focused attention on the degree to which inflammatory language has become a steady undercurrent in the nation's political culture.

By CARL HULSE and KATE ZERNIKE

Jan. 08, 2011

THE CAUCUS

### Live Blog: Representative Giffords Shot

Gabrielle Giffords, a congresswoman from Arizona, was shot in the head on Saturday at a public event held at a grocery store in Tucson, her spokesman, C. J. Karamargin, said. A federal judge, John Roll, who had been involved in immigration cases and had received death threats, was among those killed.

By MICHAEL D. SHEAR

Jan. 08, 2011

### In Attack's Wake, Political Repercussions

A suspect was in custody and a second was being sought after Representative Gabrielle Giffords was wounded and John M. Roll, a federal judge, was killed.

By MARC LACEY and DAVID M. HERSZENHORN

Jan. 08, 2011

### Scene of the Shooting

During a public event Saturday morning to meet constituents, Representative Gabrielle Giffords, an Arizona Democrat, and 19 others were shot outside a supermarket.



Document title: Jared Lee Loughner - The New York Times
Capture URL: https://www.nytimes.com/topic/person/jared-lee-loughner
Capture timestamp (UTC): Tue, 11 Jul 2017 19:38:36 GMT
Page 14 of 15

Jan. 09, 2011

### The Victims of the Shooting

Retirees, a federal judge and a 9-year-old girl born on 9/11 were among those killed when a gunman opened fire outside a supermarket in Tucson on Saturday, Jan. 8.

Jan. 08, 2011

**SLIDE SHOW**

### Deadly Shooting in Arizona

Representative Gabrielle Giffords, an Arizona Democrat, and 19 others were shot Saturday when a gunman opened fire at a public event outside a supermarket.





Jan. 08, 2011

### Arizona Suspect's Recent Acts Offer Hints of Alienation

A suspected gunman, in a few public hints, offered a sense of his alienation from society, confusion, anger as well as foreboding that his life could soon come to an end.

By ERIC LIPTON, CHARLIE SAVAGE and SCOTT SHANE

Jan. 08, 2011

### Bloodshed Puts New Focus on Vitriol in Politics

The shooting of Representative Gabrielle Giffords focused attention on the degree to which inflammatory language has become a steady undercurrent in the nation's political culture.

By CARL HULSE and KATE ZERNIKE

Jan. 08, 2011

**THE CAUCUS**

### Live Blog: Representative Giffords Shot

Gabrielle Giffords, a congresswoman from Arizona, was shot in the head on Saturday at a public event held at a grocery store in Tucson, her spokesman, C. J. Karamargin, said. A federal judge, John Roll, who had been involved in immigration cases and had received death threats, was among those killed.

By MICHAEL D. SHEAR

Jan. 08, 2011

### In Attack's Wake, Political Repercussions

A suspect was in custody and a second was being sought after Representative Gabrielle Giffords was wounded and John M. Roll, a federal judge, was killed.

By MARC LACEY and DAVID M. HERSZENHORN

Jan. 08, 2011

### Scene of the Shooting

During a public event Saturday morning to meet constituents, Representative Gabrielle Giffords, an Arizona Democrat, and 19 others were shot outside a supermarket.

---

**The New York Times**

Go to Home Page »

| NEWS | OPINION | ARTS | LIVING | LISTINGS & MORE | SUBSCRIBE |
|---|---|---|---|---|---|
| World | Today's Opinion | Today's Arts | Automobiles | Classifieds | Home Delivery |
| U.S. | Op-Ed Columnists | Art & Design | Crossword | Tools & Services | Digital Subscriptions |
| Politics | Editorials | Books | Food | Times Topics | Crossword |
| N.Y. | Contributing Writers | Dance | Education | Public Editor | Email Newsletters |
| Business | Op-Ed Contributors | Movies | Fashion & Style | N.Y.C. Events Guide | Alerts |
| Tech | Opinionator | Music | Health | Blogs | Gift Subscriptions |
| Science | Letters | N.Y.C. Events Guide | Jobs | Multimedia | Corporate Subscriptions |
| Health | Sunday Review | Television | Magazine | Photography | Education Rate |
| Sports | Taking Note | Theater | N.Y.C. Events Guide | Video | Mobile Applications |
| Education | Room for Debate | Video: Arts | Real Estate | NYT Store | Replica Edition |
| Obituaries | Public Editor | | T Magazine | Times Journeys | |
| Today's Paper | Video: Opinion | | Travel | Subscribe | |
| Corrections | | | Weddings & Celebrations | Manage My Account | |

© 2017 The New York Times Company | Contact Us | Work With Us | Advertise | Your Ad Choices | Privacy | Terms of Service | Terms of Sale       Site Map | Help | Site Feedback | Subscriptions