UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SARAH PALIN.,

                Plaintiff,                      17 **CIVIL** 4853 (JSR)

    -against-                             **JUDGMENT**

THE NEW YORK TIMES COMPANY,
                Defendant.
------------------------------------------------------------X

      Whereas on July 14, 2017, the Times moved to dismiss the complaint for failure to state a claim as a matter of law, and the matter having come before the Honorable Jed S. Rakoff, United States District Judge, and the Court, on August 29, 2017, having rendered its Opinion and Order granting defendant's motion to dismiss, that because, moreover, this Court has canvassed in the discussion above all the various additions that plaintiff has even remotely suggested it would include in an amended complaint, the dismissal is "with prejudice," that is, final, and directing the Clerk to enter judgment, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 29, 2017, defendant's motion to dismiss is granted with prejudice.

**Dated:** New York, New York
           August 30, 2017

                                                        **RUBY J. KRAJICK**
                                                          **Clerk of Court**
                                                 **BY:**
                                                          **Deputy Clerk**

                                                          THIS DOCUMENT WAS ENTERED
                                                          ON THE DOCKET ON 8/30/2017