UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH PALIN, an individual,<br><br>                          Plaintiff,<br><br>  – against –<br><br>THE NEW YORK TIMES COMPANY,<br>a New York corporation,<br><br>                          Defendant. | No. 17 Civ. 4853<br><br>Hon. Jed S. Rakoff<br><br>ECF Case |

## DECLARATION OF SHANE B. VOGT

SHANE B. VOGT, pursuant to 28 U.S.C. § 1746, hereby declares and says:

1.      I am an attorney licensed to practice law in the State of Florida, specially admitted to practice in this Court [Doc. 13] and a partner in the law firm of Bajo Cuva Cohen Turkel, P.A., counsel of record for plaintiff in the above-captioned matter, Sarah Palin.

2.      I submit this Declaration in support of Plaintiff's Memorandum of Law In Support of Her Motion for Reconsideration and to Alter or Amend Judgment.

3.      Attached hereto as **Exhibit A** is a true and correct copy of the Plaintiff's Proposed First Amended Complaint.

EXECUTED on September 25, 2017.

Shane B. Vogt

{BC00131151:1}