The New York Times | The Tucson Witch Hunt

SECTIONS  HOME  SEARCH   The New York Times   SUBSCRIBE NOW  LOG IN

| EDITORIAL | DAVID BROOKS | DAVID LEONHARDT | THE CONVERSATION | PAID POST: PERU | OP-ED CON |
| The Travel Ban at the Supreme Court | The G.O.P. Rejects Conservatism | A Vote of Conscience and Courage | What Do We Have a Government for? | The World's Top Food Destination Isn't What You Think | The Sena Bipartisa |



Veuve Clicquot Polo Classic
Experience the 2017 event
WATCH NOW

The Opinion Pages | OP-ED COLUMNIST

# The Tucson Witch Hunt

**Charles M. Blow**   JAN. 14, 2011

350

*Tragedy in Tucson. Six Dead. Democratic congresswoman shot in the head at rally.*

Immediately after the news broke, the air became thick with conjecture, speculation and innuendo. There was a giddy, almost punch-drunk excitement on the left. The prophecy had been fulfilled: "words have consequences." And now, the right's rhetorical chickens had finally come home to roost.

The dots were too close and the temptation to connect them too strong. The target was a Democratic congresswoman. There was the map of her district in the cross hairs. There were her own prescient worries about overheated rhetoric.

Within hours of the shooting, there was a full-fledged witch hunt to link the shooter to the right.

"I saw Goody Proctor with the devil! Oh, I mean Jared Lee Loughner! Yes him. With the devil!"

The only problem is that there was no evidence then, and even now, that overheated rhetoric from the right had anything to do with the shooting. (In fact, a couple of people who said they knew him have described him as either apolitical or "quite liberal.") The picture emerging is of a sad and lonely soul slowly, and publicly, slipping into insanity.



Charles M. Blow

**RELATED COVERAGE**

 Missing Link   JAN. 14, 2011

**Charles M. Blow**
Politics, public opinion and social justice.

Trump Is Girding for a Fight   JUN 19
Rhetoric and Bullets   JUN 15
The Resistance: Impeachment Anxiety   JUN 12
James Comey Cometh   JUN 7
Trump's Incredible Shrinking America   JUN 5

See More »

**RECENT COMMENTS**

Gary Peschell   January 15, 2011
Loughner shot Gabrielle Giffords because, it appears, she represented "government". She was not a "random target".Hatred of government...

David R   January 15, 2011
While your our rational arguments are eloquently made, I feel you (as well as most of the rest of the country) actually miss the point. When...

oh2253   January 15, 2011
This was a brave column. Let's hope that the columnist's employer and fellow columnists don't take offense.Readers who watch Fox cable news...

SEE ALL COMMENTS

Document title: The Tucson Witch Hunt - The New York Times
Capture URL: http://www.nytimes.com/2011/01/15/opinion/15blow.html
Capture timestamp (UTC): Tue, 27 Jun 2017 14:50:55 GMT
Page 1 of 4




Charles M. Blow
Damon Winter/The New York Times

watch Fox cable news...

SEE ALL COMMENTS

I have written about violent rhetoric before, and I'm convinced that it's poisonous to our politics, that the preponderance of it comes from the right, and that it has the potential to manifest in massacres like the one in Tucson.

But I also know that potential, possibility and even plausibility are not proof.

The American people know it, too. According to a USA Today/Gallup poll released Wednesday, 42 percent of those asked said that political rhetoric was not a factor at all in the shooting, 22 percent said that it was a minor factor and 20 percent said that it was a major factor. Furthermore, most agreed that focusing on conservative rhetoric as a link in the shooting was "not a legitimate point but mostly an attempt to use the tragedy to make conservatives look bad." And nearly an equal number of people said that Republicans, the Tea Party and Democrats had all "gone too far in using inflammatory language" to criticize their opponents.

Great. So the left overreacts and overreaches and it only accomplishes two things: fostering sympathy for its opponents and nurturing a false equivalence within the body politic. Well done, Democrats.

Now we've settled into the by-any-means-necessary argument: anything that gets us to focus on the rhetoric and tamp it down is a good thing. But a wrong in the service of righteousness is no less wrong, no less corrosive, no less a menace to the very righteousness it's meant to support.

ARTICLE CONTINUES AFTER ADVERTISEMENT





You can't claim the higher ground in a pit of quicksand.

Concocting connections to advance an argument actually weakens it. The argument for tonal moderation has been done a tremendous disservice by those who sought to score political points in the absence of proof.

———

•

I invite you to join me on Facebook and follow me on Twitter, or e-mail me at chblow@nytimes.com.

A version of this op-ed appears in print on January 15, 2011, on Page A23 of the New York edition with the headline: The Tucson Witch Hunt. Today's Paper | Subscribe

**RELATED COVERAGE**

Missing Link   JAN. 14, 2011   

**Charles M. Blow**
Politics, public opinion and social justice.

**Trump Is Girding for a Fight** 
Trump and team are attempting to defame and delegitimize the Russia investigation.

**Rhetoric and Bullets** 
Our talk should never promote violence, but it needn't be timid.

**The Resistance: Impeachment Anxiety** 
It's important to face the very real possibility that Trump's removal may not come.

**More in Opinion**                                    Go to the Opinion Section »


EDITORIAL
The Travel Ban at the Supreme Court


DAVID BROOKS
The G.O.P. Rejects Conservatism


PAID POST: MEXICO TOURISM
Planning a Trip to Mexico? Consider These Locations.


DAVID LEONHARDT
A Vote of Conscience and Courage

THE CONVERSATION
What Do We Have a Government for?

OP-ED CONTRIBUTOR
The Senate's Secretly Bipartisan Health Bill

**TRENDING**

1. Senate Health Bill Reels as C.B.O. Predicts 22 Million More Uninsured 
2. Op-Ed Columnist: The G.O.P. Rejects Conservatism 
3. Google Fined Record $2.7 Billion in E.U. Antitrust Ruling 
4. The Interpreter: Canada's Secret to Resisting the West's Populist Wave 
5. 3 CNN Journalists Resign After Retracted Story on Trump Ally 
6. President Trump's Lies, the Definitive List 
7. The C.B.O. Score: A Few Bright Spots for Republicans. The Rest Can Be Scored as Grim.
8. Best of Late Night: Stephen Colbert Is Not Asking the Russians to Help Him Become President 
9. Op-Ed Contributor: Britain's Broken Ladder of Social Mobility 
10. Republicans Struggle to Marshal Votes for Health Care Bill 

View More Trending Stories »

**Recommended for You**   Go to All Recommendations »