UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH PALIN, an individual, | |
| Plaintiff, | No. 17 Civ. 4853 |
| – against – | Hon. Jed S. Rakoff |
| THE NEW YORK TIMES COMPANY, A New York corporation | ECF Case |
| Defendants. | |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Sarah Palin, Plaintiff in this case, hereby appeals to the U.S. Court of Appeals for the Second Circuit from the final judgment entered in this action on August 30, 2017 [ECF No. 46] ("Final Judgment"), granting Defendant The New York Times Company's Motion to Dismiss filed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and from the Court's October 23, 2017 Order denying Plaintiff's Motion for Reconsideration and to Alter or Amend the Judgment under Federal Rule of Civil Procedure 59(e) [ECF No. 61].

In appealing from the Final Judgment, Plaintiff appeals from any and all orders antecedent and ancillary thereto, including this Court's October 23, 2017 Order denying Plaintiff's Motion for Reconsideration and to Alter or Amend the Judgment [ECF No. 61], this Court's August 29, 2017 Opinion and Order granting Defendant The New York Times Company's motion to dismiss filed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure [ECF No. 45], and any and all interlocutory judgments, decrees, decisions, rulings,

{BC00138645:1}

verdicts, and opinions that merged into and became part of the Final Judgment, that are related to the Final Judgment, and upon which the Final Judgment is based.

| | |
|---|---|
| Dated: November 21, 2017 | */s/ Shane B. Vogt* <br> Kenneth G. Turkel (admitted *pro hac vice*) <br> Email:  kturkel@bajocuva.com <br> Shane B. Vogt (admitted *pro hac vice*) <br> Email:  svogt@bajocuva.com <br> BAJO \| CUVA \| COHEN \| TURKEL <br> 100 North Tampa Street, Suite 1900 <br> Tampa, Florida 33602 <br> Telephone:  (813) 443-2199 <br> Facsimile:  (813) 443-2193 <br><br> Elizabeth M. Locke <br> (admitted to the Second Circuit Court of Appeals) <br> Email: libby@clarelocke.com <br> Thomas A. Clare <br> (admitted to the Second Circuit Court of Appeals) <br> Email: tom@clarelocke.com <br> Joseph R. Oliveri <br> (admitted to the Second Circuit Court of Appeals) <br> Email: joe@clarelocke.com <br> Clare Locke LLP <br> 10 Prince Street <br> Alexandria, Virginia 22314 <br> Telephone:  (202) 628-7400 <br><br> S. Preston Ricardo <br> E-mail:  pricardo@golenbock.com <br> *(application to the Second Circuit Court of Appeals pending)* <br> GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP <br> 711 Third Avenue <br> New York, New York  10017 <br> Telephone:  (212) 907-7300 <br> Facsimile:  (212) 754-0330 <br><br> *Attorneys for Plaintiff Sarah Palin* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Notice of Appeal was filed electronically on the 21st day of November, 2017. Notice of this filing will be sent by operation of the Court's electronic filing system to counsel of record for all parties as indicated on the electronic filing receipt. Parties and their counsel may access this filing through the Court's system.

*/s/ Shane B. Vogt*
Attorney for Plaintiff Sarah Palin