UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH PALIN, an individual,<br><br>   Plaintiff,<br><br>– against –<br><br>THE NEW YORK TIMES COMPANY,<br>A New York corporation<br><br>   Defendants. | No. 17 Civ. 4853<br><br>Hon. Jed S. Rakoff<br><br>ECF Case |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Sarah Palin, Plaintiff in this case, hereby appeals to the U.S. Court of Appeals for the Second Circuit from the final judgment entered in this action on August 30, 2017 [ECF No. 46] ("Final Judgment"), granting Defendant The New York Times Company's Motion to Dismiss filed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and from the Court's October 23, 2017 Order denying Plaintiff's Motion for Reconsideration and to Alter or Amend the Judgment under Federal Rule of Civil Procedure 59(e) [ECF No. 61].

In appealing from the Final Judgment, Plaintiff appeals from any and all orders antecedent and ancillary thereto, including this Court's October 23, 2017 Order denying Plaintiff's Motion for Reconsideration and to Alter or Amend the Judgment [ECF No. 61], this Court's August 29, 2017 Opinion and Order granting Defendant The New York Times Company's motion to dismiss filed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure [ECF No. 45], and any and all interlocutory judgments, decrees, decisions, rulings,

{BC00138645:1}

verdicts, and opinions that merged into and became part of the Final Judgment, that are related to the Final Judgment, and upon which the Final Judgment is based.

Dated: November 21, 2017 　　　　　　　　 */s/ Shane B. Vogt*
　　　　　　　　　　　　　　　　　　　　Kenneth G. Turkel (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Email:  kturkel@bajocuva.com
　　　　　　　　　　　　　　　　　　　　Shane B. Vogt (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Email:  svogt@bajocuva.com
　　　　　　　　　　　　　　　　　　　　BAJO | CUVA | COHEN | TURKEL
　　　　　　　　　　　　　　　　　　　　100 North Tampa Street, Suite 1900
　　　　　　　　　　　　　　　　　　　　Tampa, Florida 33602
　　　　　　　　　　　　　　　　　　　　Telephone:  (813) 443-2199
　　　　　　　　　　　　　　　　　　　　Facsimile:  (813) 443-2193

　　　　　　　　　　　　　　　　　　　　Elizabeth M. Locke
　　　　　　　　　　　　　　　　　　　　(admitted to the Second Circuit Court of Appeals)
　　　　　　　　　　　　　　　　　　　　Email: libby@clarelocke.com
　　　　　　　　　　　　　　　　　　　　Thomas A. Clare
　　　　　　　　　　　　　　　　　　　　(admitted to the Second Circuit Court of Appeals)
　　　　　　　　　　　　　　　　　　　　Email: tom@clarelocke.com
　　　　　　　　　　　　　　　　　　　　Joseph R. Oliveri
　　　　　　　　　　　　　　　　　　　　(admitted to the Second Circuit Court of Appeals)
　　　　　　　　　　　　　　　　　　　　Email: joe@clarelocke.com
　　　　　　　　　　　　　　　　　　　　Clare Locke LLP
　　　　　　　　　　　　　　　　　　　　10 Prince Street
　　　　　　　　　　　　　　　　　　　　Alexandria, Virginia 22314
　　　　　　　　　　　　　　　　　　　　Telephone:  (202) 628-7400

　　　　　　　　　　　　　　　　　　　　S. Preston Ricardo
　　　　　　　　　　　　　　　　　　　　E-mail:  pricardo@golenbock.com
　　　　　　　　　　　　　　　　　　　　*(application to the Second Circuit Court*
　　　　　　　　　　　　　　　　　　　　　*of Appeals pending)*
　　　　　　　　　　　　　　　　　　　　GOLENBOCK EISEMAN ASSOR BELL
　　　　　　　　　　　　　　　　　　　　& PESKOE LLP
　　　　　　　　　　　　　　　　　　　　711 Third Avenue
　　　　　　　　　　　　　　　　　　　　New York, New York  10017
　　　　　　　　　　　　　　　　　　　　Telephone:  (212) 907-7300
　　　　　　　　　　　　　　　　　　　　Facsimile:  (212) 754-0330

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Sarah Palin*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that the foregoing Notice of Appeal was filed electronically on the 21st day of November, 2017.  Notice of this filing will be sent by operation of the Court's electronic filing system to counsel of record for all parties as indicated on the electronic filing receipt.  Parties and their counsel may access this filing through the Court's system.

                                       */s/ Shane B. Vogt*
                                       Attorney for Plaintiff Sarah Palin