UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------
SARAH PALIN
                Plaintiff,

Case No. 17-cv-4853

   -against-

THE NEW YORK TIMES CO.
                Defendant.
----------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**David Schulz**
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: DS-3180   My State Bar Number is: 1514751

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Ballard Spahr LLP
                  FIRM ADDRESS: 919 Third Ave., 37th Floor, New York, NY 10022
                  FIRM TELEPHONE NUMBER: 212-850-6103
                  FIRM FAX NUMBER: 212-223-1942

NEW FIRM:   FIRM NAME: Ballard Spahr LLP
                  FIRM ADDRESS: 1675 Broadway, 19th Floor, New York, NY 10019
                  FIRM TELEPHONE NUMBER: 212-850-6103
                  FIRM FAX NUMBER: 212-223-1942

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 1/22/2018

_____
ATTORNEY'S SIGNATURE