**MANDATE**

N.Y.S.D. Case #
17-cv-4853(JSR)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of November, two thousand and nineteen.

Before:     John M. Walker, Jr.,
                Denny Chin,
                     *Circuit Judges*,
                John F. Keenan,
                     *District Judge*.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Dec 10 2019

Sarah Palin, an individual,

        Plaintiff - Appellant,

v.

The New York Times Company,

        Defendant - Appellee.

**AMENDED JUDGMENT**

Docket No. 17-3801

The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is VACATED and the case is REMANDED to the district court for further proceedings consistent with this Court's opinion. This judgment is *nunc pro tunc* to October 15, 2019, the date the Amended Opinion was filed.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*Judge John F. Keenan, of the United States District Court for the Southern District of New York, sitting by designation.

MANDATE ISSUED ON 12/09/2019