```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/12/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
SARAH PALIN,                          :
                                      :
                Plaintiff,            :   17-cv-4853(JSR)
                                      :
       -v-                            :   ORDER
                                      :
THE NEW YORK TIMES COMPANY,           :
                                      :
                Defendant.            :
------------------------------------- x

JED S. RAKOFF, U.S.D.J.

   The Court will hold a scheduling conference in this case on Monday, December 16, 2019 at 11:00 AM in Courtroom 14B at 500 Pearl St., New York, NY.

       SO ORDERED.

Dated:   New York, NY                        _____
         December 11, 2019                   JED S. RAKOFF, U.S.D.J.