UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
                                                             :

SARAH PALIN                              :   No. 17 Civ. 4853 (JSR)

                 Plaintiff,                :

                                       :   ECF Case

              -against-               :

                                       :   **NOTICE OF ENTRY OF**

THE NEW YORK TIMES COMPANY,   :   **APPEARANCE**

                 Defendant.              :

------------------------------------- X

To the Clerk of this Court and all parties of record:

     **PLEASE TAKE NOTICE,** Thomas B. Sullivan, undersigned counsel with Ballard Spahr LLP, hereby enters his appearance as additional counsel in this civil action on behalf of Defendant The New York Times Company. Any and all further correspondence directed to Defendant regarding this civil action, and any pleadings or other filings, may be served on undersigned counsel at the address below.

Dated: New York, New York      Respectfully submitted,
           December 13, 2019
                                            BALLARD SPAHR LLP

                                            By: _/s/ Thomas B. Sullivan_
                                                 Thomas B. Sullivan
                                          1675 Broadway, 19th Floor
                                          New York, NY 10019-5820
                                          Tel: (212) 850-6139
                                          Fax: (212) 223-1942
                                          sullivant@ballardspahr.com

                                          *Counsel for Defendant*