EXHIBIT 1
*to Amended Complaint*

| | | | | | |
|---|---|---|---|---|---|
| Cuba | **FBI**  EDITORIAL America's Lethal Politics | CHARLES M. BLOW Rhetoric and Bullets  | GAIL COLLINS Play Ball, and Then Gunfire  | BRET STEPHENS 'The Indigenous American Berserk' Strikes Again | PAID POST: PERU Discover the World's Leading Culinary Destination   |


Get the unified finance and HR system that has a 97% customer satisfaction rating.    Start now    **workday.**

 

The Opinion Pages | EDITORIAL.

# America's Lethal Politics

By THE EDITORIAL BOARD    JUNE 14, 2017

        260

America's elected representatives enjoying America's pastime on a ball field just across the Potomac from the Capitol: A particularly American form of terror changed that idyll early Wednesday morning into what Senator Rand Paul, who was there, called "basically a killing field."

A gunman with a rifle fired dozens of rounds at members of Congress and current and former aides, who dove for cover. "He was hunting us," said Representative Mike Bishop, Republican of Michigan, who was at home plate when the gunman appeared. In all, four victims were hit, including Representative Steve Scalise of Louisiana, the House majority whip, who was in critical condition Wednesday night after surgery on a bullet wound to his hip.

An American would once have been horrified and shocked by such savagery. An American today would be right to be horrified — and not very surprised. This was one of two mass shootings in the United States on Wednesday. At a San Francisco UPS facility, a gunman killed three people and himself.


F.B.I. agents collecting evidence after the shooting at Eugene Simpson Stadium Park in Alexandria, Va.
Al Drago/The New York Times

Not all the details are known yet about what happened in Virginia, but a sickeningly familiar pattern is emerging in the assault: The sniper, James Hodgkinson, who was killed by Capitol Police officers, was surely deranged, and his derangement had found its fuel in politics. Mr. Hodgkinson was a Bernie Sanders supporter and campaign volunteer virulently opposed to President Trump. He posted many anti-Trump messages on social media, including one in March that said "Time to Destroy Trump & Co."

## RELATED COVERAGE

 Steve Scalise Among 4 Shot at Baseball Field; Suspect Is Dead JUNE 14, 2017

 What We Know and Don't Know About the Shooting of the G.O.P. Men's Baseball Team JUNE 14, 2017

RECENT COMMENTS

**Garlic Toast** Just now
How is it not a lethal threat to millions of Americans for the majority in Congress to propose denying healthcare coverage? When Congress...

**elliot** 1 minute ago
The sentimentality behind the arms movement is precisely what the shooter exhibited: rebellion against the government. (What you will never...

**Peter P. Bernard** 1 minute ago
I find myself captured by Rand Paul's observation; it would be poetic if the scene had not been so terrifying to those, like Rand, were...

SEE ALL COMMENTS    WRITE A COMMENT

**9** ARTICLES REMAINING    The Times Sale. 50% off for one year. Offer won't last.    SUBSCRIBE NOW    Subscriber login

Document title: America's Lethal Politics - The New York Times
Capture URL: https://www.nytimes.com/2017/06/14/opinion/steve-scalise-congress-shot-alexandria-virginia.html?_r=1
Capture timestamp (UTC): Thu, 15 Jun 2017 14:37:08 GMT



ADVERTISEMENT



Was this attack evidence of how vicious American politics has become? Probably. In 2011, when Jared Lee Loughner opened fire in a supermarket parking lot, grievously wounding Representative Gabby Giffords and killing six people, including a 9-year-old girl, the link to political incitement was clear. Before the shooting, Sarah Palin's political action committee circulated a map of targeted electoral districts that put Ms. Giffords and 19 other Democrats under stylized cross hairs.

Conservatives and right-wing media were quick on Wednesday to demand forceful condemnation of hate speech and crimes by anti-Trump liberals. They're right. Though there's no sign of incitement as direct as in the Giffords attack, liberals should of course hold themselves to the same standard of decency that they ask of the right.

Was this attack evidence of how readily available guns and ammunition are in the United States? Indisputably. Mr. Hodgkinson, by definition, should not have had a gun, but he was licensed in his home state, Illinois. And in any event it would have been easy for him to acquire a weapon in Virginia, which requires no background checks in private sales, requires no registration for most weapons and has few restrictions on open carry.



MEN ELASTIC
Casual Flat Shoes
46% OFF
$33.89    Newchic

### Sign Up for the Opinion Today Newsletter

Every weekday, get thought-provoking commentary from Op-Ed columnists, the Times editorial board and contributing writers from around the world.

Enter your email address    **Sign Up**

☑ You agree to receive occasional updates and special offers for The New York Times's products and services.



I'm not a robot
reCAPTCHA
Privacy - Terms

SEE SAMPLE | PRIVACY POLICY |
OPT OUT OR CONTACT US ANYTIME

The reaction of some was that the only solution is yet more guns. Representative Mo Brooks of Alabama, who was among those who came under fire on Wednesday, said, "It's not easy to take when you see people around you being shot and you don't have a weapon yourself."

That's an entirely reasonable reflex. All people in that situation, unarmed and under fire, would long to be able to protect themselves and their friends. Yet consider the society Americans would have to live in — the choices they would all have to make — to enable that kind of defense. Every member of Congress, and every other American of whatever age, would have to go to baseball practice, or to school, or to work, or to the post office, or to the health clinic — or to any of the other places mass shootings now take place — with a gun on their hip. And then, when an attack came and they returned fire, they would probably kill or wound not the assailant but another innocent bystander, as studies have repeatedly shown.

That is the society the gun lobby is working toward. Is it the one Americans want?



'a masterpiece of comfort and practicality'
the telegraph

FREE SHIPPING WORLDWIDE
SHOP NOW
mahabis.com

**260 COMMENTS**

President Trump said just the right thing after the attack on



9 ARTICLES REMAINING    The Times Sale. 50% off for one year. Offer won't last.    SUBSCRIBE NOW    Subscriber login

   

 EDITORIAL
America's Lethal Politics

 CHARLES M. BLOW
Rhetoric and Bullets

 GAIL COLLINS
Play Ball, and Then Gunfire

 BRET STEPHENS
'The Indigenous American Berserk' Strikes Again

PAID POST: PERU
Discover the World's Leading Culinary Destination

 

these to remember that everyone who serves in our nation's capital is here because, above all, they love our country. We can all agree that we are blessed to be Americans, that our children deserve to grow up in a nation of safety and peace."

Yet he will not help create that nation if he continues to advocate easy access to lethal weapons.

———

Follow The New York Times Opinion section on Facebook and Twitter (@NYTopinion), and sign up for the Opinion Today newsletter.

A version of this editorial appears in print on June 15, 2017, on Page A24 of the New York edition with the headline: America's Lethal Politics. Today's Paper | Subscribe



**RELATED COVERAGE**

Steve Scalise Among 4 Shot at Baseball Field; Suspect Is Detained   JUNE 14, 2017   

What We Know and Don't Know About the Shooting of the G.O.P. Men's Baseball Team   JUNE 14, 2017   

## More in Opinion

Go to the Opinion Section »


OP-ED CONTRIBUTOR
Trump's Imminent Cuba Problem


CHARLES M. BLOW
Rhetoric and Bullets


PAID POST: VEUVE CLICQUOT
Do You Know What the "Third Man" in Polo Is?


GAIL COLLINS
Play Ball, and Then Gunfire


BRET STEPHENS
'The Indigenous American Berserk' Strikes Again


OP-ED CONTRIBUTOR
London Fire Shows Why Britons Don't Trust the System

## Recommended for You

Go to All Recommendations »


Greece Declares Emergency After Earthquake Hits Lesbos


U.S.
The Virginia Shooting: The Scene and Reaction

2 Inmates Kill Georgia Guards and Escape From Prison Bus, Officials Say

**TRENDING**

1. The Dutch Have Solutions to Rising Seas. The World Is Watching. 

2. The Universal Phenomenon of Men Interrupting Women 

3. Mueller Seeks to Talk to Intelligence Officials, Hinting at Inquiry of Trump 

4. Trump Mocks Investigators Over 'Phony Collusion' Story 

5. Best of Late Night: Late Night Wishes President Trump a Happy Birthday 

6. Attack Tests Movement Sanders Founded 

7. Editorial: America's Lethal Politics 

8. Wells Fargo Is Accused of Making Improper Changes to Mortgages 

9. Steve Scalise Among 4 Shot at Baseball Field; Suspect Is Detained 

10. London Fire Death Toll Rises to 17; Government Is Criticized

View More Trending Stories »

NYU PROFESSIONAL PATHWAYS
SCHOOL OF PROFESSIONAL STUDIES

Programs Include:
Online and Mobile Fundraising Intensive
Intensive for New Philanthropists and Grantmakers
The Art of the Ask Intensive in Fundraising, and more

ENROLL TODAY FOR SUMMER

The New York Times

Go to Home Page »

NEWS    OPINION    ARTS    LIVING    LISTINGS & MORE    SUBSCRIBE

Document title: America's Lethal Politics - The New York Times
Capture URL: https://www.nytimes.com/2017/06/14/opinion/steve-scalise-congress-shot-alexandria-virginia.html?_r=1
Capture timestamp (UTC): Thu, 15 Jun 2017 14:37:08 GMT



260

The Opinion Pages

| Cuba |  EDITORIAL America's Lethal Politics | CHARLES M. BLOW Rhetoric and Bullets | GAIL COLLINS Play Ball, and Then Gunfire |  BRET STEPHENS 'The Indigenous American Berserk' Strikes Again | PAID POST: PERU Discover the World's Leading Culinary Destination |

What We Know and Don't Know About the Shooting of the G.O.P. Men's Baseball Team

JUNE 14, 2017

## More in Opinion

Go to the Opinion Section »



OP-ED CONTRIBUTOR
Trump's Imminent Cuba Problem



CHARLES M. BLOW
Rhetoric and Bullets



PAID POST: VEUVE CLICQUOT
Do You Know What the "Third Man" in Polo Is?



GAIL COLLINS
Play Ball, and Then Gunfire



BRET STEPHENS
'The Indigenous American Berserk' Strikes Again



OP-ED CONTRIBUTOR
London Fire Shows Why Britons Don't Trust the System

## Recommended for You

Go to All Recommendations »



Greece Declares Emergency After Earthquake Hits Lesbos



U.S.
The Virginia Shooting: The Scene and Reaction



2 Inmates Kill Georgia Guards and Escape From Prison Bus, Officials Say

### TRENDING

1. The Dutch Have Solutions to Rising Seas. The World Is Watching. 

2. The Universal Phenomenon of Men Interrupting Women 

3. Mueller Seeks to Talk to Intelligence Officials, Hinting at Inquiry of Trump 

4. Trump Mocks Investigators Over 'Phony Collusion' Story 

5. Best of Late Night: Late Night Wishes President Trump a Happy Birthday 

6. Attack Tests Movement Sanders Founded 

7. Editorial: America's Lethal Politics 

8. Wells Fargo Is Accused of Making Improper Changes to Mortgages 

9. Steve Scalise Among 4 Shot at Baseball Field; Suspect Is Dead 

10. London Fire Death Toll Rises to 17; Government Is Criticized

View More Trending Stories »

 
NYU PROFESSIONAL PATHWAYS
SCHOOL OF PROFESSIONAL STUDIES
Programs Include:
Online and Mobile Fundraising Intensive
Intensive for New Philanthropists and Grantmakers
The Art of the Ask Intensive in Fundraising, and more
ENROLL TODAY FOR SUMMER

The New York Times

Go to Home Page »

**NEWS**
World
U.S.
Politics
N.Y.
Business
Tech
Science
Health
Sports
Education
Obituaries
Today's Paper
Corrections

**OPINION**
Today's Opinion
Op-Ed Columnists
Editorials
Contributing Writers
Op-Ed Contributors
Opinionator
Letters
Sunday Review
Taking Note
Room for Debate
Public Editor
Video: Opinion

**ARTS**
Today's Arts
Art & Design
Books
Dance
Movies
Music
N.Y.C. Events Guide
Television
Theater
Video: Arts

**LIVING**
Automobiles
Crossword
Food
Education
Fashion & Style
Health
Jobs
Magazine
N.Y.C. Events Guide
Real Estate
T Magazine
Travel
Weddings & Celebrations

**LISTINGS & MORE**
Classifieds
Tools & Services
Times Topics
Public Editor
N.Y.C. Events Guide
Blogs
Multimedia
Photography
Video
NYT Store
Times Journeys
Subscribe
Manage My Account

**SUBSCRIBE**
🏠 Home Delivery
📱 Digital Subscriptions
Crossword

Email Newsletters
Alerts
Gift Subscriptions
Corporate Subscriptions
Education Rate

Mobile Applications
Replica Edition

© 2017 The New York Times Company | Contact Us | Work With Us | Advertise | Your Ad Choices | Privacy | Terms of Service | Terms of Sale          Site Map | Help | Site Feedback | Subscriptions

Document title: America's Lethal Politics - The New York Times
Capture URL: https://www.nytimes.com/2017/06/14/opinion/steve-scalise-congress-shot-alexandria-virginia.html?_r=1
Capture timestamp (UTC): Thu, 15 Jun 2017 14:37:08 GMT