UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

SARAH PALIN

                  Plaintiff,

           -against-

THE NEW YORK TIMES COMPANY and JAMES BENNET,

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

No. 17 Civ. 4853 (JSR)

ECF Case

**NOTICE OF ENTRY OF APPEARANCE**

To the Clerk of this Court and all parties of record:

    **PLEASE TAKE NOTICE,** Jay Ward Brown, undersigned counsel with Ballard Spahr LLP, hereby enters his appearance as counsel in this civil action on behalf of Defendant James Bennet.  Any and all further correspondence directed to James Bennet regarding this civil action, and any pleadings or other filings, may be served on undersigned counsel at the address below.

Dated:  Washington, DC
          January 2, 2020

Respectfully submitted,

BALLARD SPAHR LLP

By: _/s/ Jay Ward Brown_
    Jay Ward Brown
1909 K Street, NW, 12th Floor
Washington, DC  20006
Tel: (202) 508-1136
Fax: (202) 661-2299
brownjay@ballardspahr.com

*Counsel for Defendant James Bennet*