UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
:
SARAH PALIN                          :    No. 17 Civ. 4853 (JSR)
:
              Plaintiff,       :
:    ECF Case
:
    -against-                      :
:    **NOTICE OF ENTRY OF**
:    **APPEARANCE**
THE NEW YORK TIMES COMPANY and JAMES  :
BENNET,                               :
:
              Defendant.       :
------------------------------------- X

To the Clerk of this Court and all parties of record:

    **PLEASE TAKE NOTICE,** Thomas B. Sullivan, undersigned counsel with Ballard Spahr LLP, hereby enters his appearance as counsel in this civil action on behalf of Defendant James Bennet. Any and all further correspondence directed to James Bennet regarding this civil action, and any pleadings or other filings, may be served on undersigned counsel at the address below.

Dated:  New York, New York
        January 2, 2020

Respectfully submitted,

BALLARD SPAHR LLP

By:  */s/ Thomas B. Sullivan*
    Thomas B. Sullivan
1675 Broadway, 19th Floor
New York, NY 10019-5820
Tel: (212) 850-6139
Fax: (212) 223-1942
sullivant@ballardspahr.com

*Counsel for Defendant James Bennet*