UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH PALIN, an individual<br><br>Plaintiff,<br><br>v.<br><br>THE NEW YORK TIMES COMPANY,<br>a New York corporation, and<br>JAMES BENNET, an individual<br><br>Defendants. | Case No. 1:17-cv-04853-JSR<br><br>**NOTICE OF MOTION TO WITHDRAW AS CO-COUNSEL** |

PLEASE TAKE NOTICE that, pursuant to Rule 1.4 of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, and upon the accompanying Declaration of Thomas S. Leatherbury, and all other papers and proceedings herein, the undersigned moves this Court, before the Honorable Jed S. Rakoff, United States District Judge for the Southern District of New York, on a date and time to be set by the Court, for an Order granting the motion for Thomas S. Leatherbury and Vinson & Elkins LLP to withdraw as co-counsel for Defendant The New York Times Company.  The case will proceed with all other defense counsel remaining in the case.

Dated: January 3, 2020
      Dallas, TX

                                              *Thomas S. Leatherbury*
                                              Thomas S. Leatherbury
                                              Vinson & Elkins LLP
                                              2001 Ross Avenue, Suite 3900
                                              Dallas, TX 75201
                                              Telephone: (214) 220-7792
                                              Fax:  (214) 220-7716

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of January 2020, I caused the foregoing **NOTICE OF MOTION TO WITHDRAW AS CO-COUNSEL** to be served via ECF or email on the following counsel of record and on the client:

Kenneth G. Turkel, Esq.
Shane B. Vogt, Esq.
BAJO CUVA COHEN TURKEL
100 North Tampa Street, Suite 1900
Tampa, FL 33602
(813) 443-2199
kturkel@bajocuva.com
svogt@bajocuva.com

Shawn Preston Ricardo, Esq.
GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
711 Third Avenue, 17th Floor
New York, NY 10017
(212) 907-7300
pricardo@golenbock.com

Lee Levine
Jay Ward Brown
BALLARD SPAHR LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006
(202) 661-2200
levinel@ballardspahr.com
brownjay@ballardspahr.com

David A. Schulz
BALLARD SPAHR LLP
1675 Broadway, 19th Floor
New York, New York 10019
(212) 223-0200
schulzd@ballardspahr.com

David E. McCraw, Esq.
THE NEW YORK TIMES COMPANY
620 8th Avenue, 18th Floor
New York, NY  10018
(212) 556-4031
mccrad@nytimes.com

*Thomas S. Leatherbury*
Thomas S. Leatherbury

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH PALIN, an individual<br><br>   Plaintiff,<br><br>v.<br><br>THE NEW YORK TIMES COMPANY,<br>A New York corporation, and<br>JAMES BENNET, an individual<br><br>   Defendants. | Case No. 1:17-cv-04853-JSR |

## **ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL**

Upon the Notice by Counsel for Defendant The New York Times Company and the accompanying Declaration of Thomas S. Leatherbury,

IT IS HEREBY ORDERED that the noticed request to withdraw Thomas S. Leatherbury and Vinson & Elkins LLP as co-counsel for The New York Times Company is granted, and the appearances of Mr. Leatherbury and Vinson & Elkins LLP are withdrawn as of the date of this Order.

Dated: _____

                       _____
                        Honorable Jed S. Rakoff
                        United States District Judge