# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH PALIN, an individual<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE NEW YORK TIMES COMPANY,<br>A New York corporation, and<br>JAMES BENNET, an individual<br><br>　　　　Defendants. | Case No. 1:17-cv-04853-JSR<br><br>**DECLARATION OF THOMAS S.<br>LEATHERBURY PURSUANT<br>TO LOCAL RULE 1.4** |

　　　　I, Thomas S. Leatherbury, Esq., respectfully submit this Declaration pursuant to Local Civil Rule 1.4, in support of the motion to withdraw of Thomas S. Leatherbury and Vinson & Elkins LLP as co-counsel for the Defendant The New York Times Company in the above-captioned matter.

1. I have personal knowledge of the facts stated herein.

2. My law firm and I have been co-counsel for Defendant The New York Times Company since the case was filed.

3. Defendant The New York Times Company is also currently being represented by Lee Levine, David A. Schulz, and Jay Ward Brown of Ballard Spahr, all of whom will be continuing as attorneys for Defendant The New York Times Company.

4. Remaining defense counsel is positioned to proceed efficiently without my continued participation or the continued participation of Vinson & Elkins LLP as counsel of record.

5. The case is currently set for trial on June 22, 2020, and this motion to withdraw will not delay the case in any way.

6. The New York Times Company has approved of this motion to withdraw, and will be served with a copy of all of these motion papers.

7. Neither I nor my firm is asserting a retaining or charging lien.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 3, 2020
       Dallas, TX

                              *Thomas S. Leatherbury*
                              Thomas S. Leatherbury
                              Vinson & Elkins LLP
                              2001 Ross Avenue, Suite 3900
                              Dallas, TX 75201
                              Telephone: (214) 220-7792
                              Fax:  (214) 220-7716

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of January 2020, I caused the foregoing **DECLARATION OF THOMAS S. LEATHERBURY PURSUANT TO LOCAL RULE 1.4** to be served via ECF or email on the following counsel of record and on the client:

| | |
|---|---|
| Kenneth G. Turkel, Esq.<br>Shane B. Vogt, Esq.<br>BAJO CUVA COHEN TURKEL<br>100 North Tampa Street, Suite 1900<br>Tampa, FL 33602<br>(813) 443-2199<br>kturkel@bajocuva.com<br>svogt@bajocuva.com | Lee Levine<br>Jay Ward Brown<br>BALLARD SPAHR LLP<br>1909 K Street, NW, 12th Floor<br>Washington, DC 20006<br>(202) 661-2200<br>levinel@ballardspahr.com<br>brownjay@ballardspahr.com |
| Shawn Preston Ricardo, Esq.<br>GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP<br>711 Third Avenue, 17th Floor<br>New York, NY 10017<br>(212) 907-7300<br>pricardo@golenbock.com | David A. Schulz<br>BALLARD SPAHR LLP<br>1675 Broadway, 19th Floor<br>New York, New York 10019<br>(212) 223-0200<br>schulzd@ballardspahr.com<br><br>David E. McCraw, Esq.<br>THE NEW YORK TIMES COMPANY<br>620 8th Avenue, 18th Floor<br>New York, NY 10018<br>(212) 556-4031<br>mccrad@nytimes.com |

*Thomas S. Leatherbury*
Thomas S. Leatherbury