USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _2_/_3_/_20_

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

SARAH PALIN,

                Plaintiff,

        -against-

THE NEW YORK TIMES COMPANY and JAMES
BENNET,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

No. 17 Civ. 4853

Hon. Jed S. Rakoff

ECF Case

**ORDER ON MOTION FOR**
**ADMISSION PRO HAC VICE**

The motion of David L. Axelrod for admission to practice *pro hac vice* in the above

captioned action is granted.

Applicant has declared that he is a member in good standing of the Bars of Pennsylvania,

the District of Columbia, and New York and that his contact information is as follows:

    David L. Axelrod
    Ballard Spahr LLP
    1735 Market Street, 51st Floor
    Philadelphia, PA 19103-7599
    Telephone:  (215) 665-8500
    Facsimile:  (215) 864-8999
    Email: axelrodd@ballardspahr.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for

defendants The New York Times Company and James Bennet in the above entitled action;

    **IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the

above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the

rules governing discipline of attorney.

Dated: _____ 1/31/20

_____

Hon. Jed S. Rakoff

United States District Judge

Case 1:17-cv-04853-JSR Document 88 Filed 02/03/20 Page 3 of 10

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

SARAH PALIN,

        Plaintiff,

    -against-

THE NEW YORK TIMES COMPANY and JAMES
BENNET,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

No. 17 Civ. 4853

Hon. Jed S. Rakoff

ECF Case

**MOTION FOR ADMISSION**
**PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and

Eastern Districts of New York, I, David L. Axelrod, hereby move this Court for an Order for

admission to practice Pro Hac Vice to appear as counsel for Defendants The New York Times

Company and James Bennet in the above-captioned action.

I am in good standing of the bar(s) of Pennsylvania, the District of Columbia, and New

York and there are no pending disciplinary proceedings against me in any state or federal court.

I have never been convicted of a felony. I have never been censured, suspended, disbarred or

denied admission or readmission by any court. I have attached a declaration and certificate of

good standing for those states in which I am admitted pursuant to Local Rule 1.3.

Dated:  January 30, 2020
        Philadelphia, Pennsylvania

Respectfully submitted,

**BALLARD SPAHR LLP**

*/s/ David L. Axelrod*

David L. Axelrod
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone:  (215) 665-8500
Facsimile:  (215) 864-8999
axelrodd@ballardspahr.com

*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

SARAH PALIN,

             Plaintiff,

      -against-

THE NEW YORK TIMES COMPANY and JAMES
BENNET,

             Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

No. 17 Civ. 4853

Hon. Jed S. Rakoff

ECF Case

## DECLARATION OF DAVID L. AXELROD
## IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Pursuant to 28 U.S.C. § 1746, I, David L. Axelrod, state as follows:

1. This declaration is submitted in satisfaction of Local Rule 1.3(c), and in support

of my motion for admission *pro hac vice*.

2. I am a member of the law firm of Ballard Spahr LLP and represent the

defendants, The New York Times Company and James Bennet, in connection with the above-

captioned action.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or

readmission by any court.

5. There are no disciplinary proceedings presently against me.

6. Attached as Exhibit 1 are true and correct copies of certificates issued within the

last 30 days by the Supreme Court of Pennsylvania, Court of Appeals of the District of

Columbia, and the Appellate Division of the New York State Supreme Court stating that I am a member in good standing of the bar of each of those states.

     7.     I will be filing a motion for admission to the bar of this Court and expect to be admitted on March 17, 2020.

     I declare under penalty of perjury that the foregoing is true and correct.  Executed in Philadelphia, Pennsylvania on January 30, 2020.

                          */s/ David L. Axelrod*
                          David L. Axelrod

# Exhibit 1



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### David Lawrence Axelrod, Esq.

**DATE OF ADMISSION**

*April 5, 2017*

The above named attorney was duly admitted to the bar of the Commonwealth of
Pennsylvania, and is now a qualified member in good standing.

**Witness my hand and official seal**
**Dated: January 23, 2020**

John W. Person Jr., Esq.
Deputy Prothonotary



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

*David L. Axelrod*

was duly qualified and admitted on May 12, 2006 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on January
22, 2020.**

*Julio A. Castillo*

**JULIO A. CASTILLO
Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.

# State of New York
## Supreme Court, Appellate Division
### Third Judicial Department

I, *Robert D. Mayberger*, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

# David L. Axelrod

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **19th day of April, 2005**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **27th day of January, 2020**.

*Robert D. Mayberger*

Clerk