UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

SARAH PALIN

                       Plaintiff,

              -against-

THE NEW YORK TIMES COMPANY and JAMES BENNET,

                       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

No. 17 Civ. 4853 (JSR)

ECF Case

**NOTICE OF ENTRY OF APPEARANCE**

To the Clerk of this Court and all parties of record:

      **PLEASE TAKE NOTICE,** Jacquelyn N. Schell, undersigned counsel with Ballard Spahr LLP, hereby enters her appearance as additional counsel in this civil action on behalf of Defendants The New York Times Company and James Bennet.  Any and all further correspondence directed to Defendants regarding this civil action, and any pleadings or other filings, may be served on undersigned counsel at the address below.

Dated:  New York, New York
         February 20, 2020

Respectfully submitted,

BALLARD SPAHR LLP

By:  */s/ Jacquelyn N. Schell*
    Jacquelyn N. Schell
1675 Broadway, 19th Floor
New York, NY 10019-5820
Tel: (212) 346-8048
Fax: (212) 223-1942
schellj@ballardspahr.com

*Counsel for Defendants*