UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH PALIN, an individual,<br><br>                              Plaintiff,<br><br>  – against –<br><br>THE NEW YORK TIMES COMPANY,<br>a New York corporation,<br><br>                              Defendant. | Case No.:17cv4853 (JSR) |

# NOTICE OF SUBSTITUTION OF ATTORNEY

PLEASE TAKE NOTICE that Michael M. Munoz, Esq., of Golenbock Eiseman Assor Bell & Peskoe LLP, has appeared as counsel of record for Plaintiff Sarah Palin, in the above-captioned action (docket no. 91). Mr. Munoz will be substituted in place of myself due to an internal re-allocation of resources resulting from the coronavirus health emergency and other pending matters. It is respectfully requested that my name be removed from the docket.

Dated: New York, New York
       March 20, 2020

                                                GOLENBOCK EISEMAN ASSOR BELL
                                                & PESKOE LLP

                                                By:   /s/ S. Preston Ricardo

                                                711 Third Avenue
                                                New York, New York 10017
                                                (212) 907-7300

                                                *Attorneys for Plaintiff Sarah Palin.*

SO ORDERED:

_____
Hon. Jed S. Rakoff

3455042.1