**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

SARAH PALIN

                    Plaintiff,

           -against-

THE NEW YORK TIMES COMPANY and JAMES BENNET,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

No. 17 Civ. 4853 (JSR)

ECF Case

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, pursuant to the Amended Civil Case Management Plan entered in this case on March 18, 2020, defendants The New York Times Company and James Bennet will file a motion pursuant to Fed. R. Civ. Proc. 56 for summary judgment on the basis that no reasonable jury could find that the statements at issue in this case were published with actual malice; defendants shall file their moving papers on June 19, 2020, plaintiff shall file her answering papers on or before July 10, 2020, and defendants shall file their reply, if any, on or before July 17, 2020. If necessary, oral argument on the motion will be held before the Honorable Jed S. Rakoff, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 14B, New York 10007 on July 27, 2020 at 2 pm.

| | |
|---|---|
| Dated: New York, New York<br>June 12, 2020 | Respectfully submitted,<br><br>BALLARD SPAHR LLP<br><br>By: */s/ Jay Ward Brown*<br>　　Jay Ward Brown<br>　　David L. Axelrod<br>　　Thomas B. Sullivan<br>　　Jacquelyn N. Schell<br>1675 Broadway, 19th Floor<br>New York, NY 10019-5820<br>Phone: (212) 223-0200<br>Fax: (212) 223-1942<br>brownjay@ballardspahr.com<br>axelrodd@ballardspahr.com<br>sullivant@ballardspahr.com<br>schellj@ballardspahr.com<br><br>*Counsel for Defendants* |