# Exhibit 39

Message

| | |
|---|---|
| **From:** | elizabeth.williamson@nytimes.com [elizabeth.williamson@nytimes.com] |
| **Sent:** | 6/16/2017 9:25:41 AM |
| **To:** | Elizabeth Williamson [Elizabeth Williamson <elizabeth.williamson@nytimes.com>] |
| **Subject:** | Text exchange w James |

E: Hey I'm sorry James. I should have read those grafs more closely and asked more questions. That's on me. Will get a cx drafted soonest. E.

JB: No worries. I feel lousy about this one -- I just moved too fast. I'm sorry.

Now what I need from you/Eileen soonest is a rock-solid version of what we should say -- that an investigation showed NO  link to incitement, or NO DIRECT link or NO CLEAR link. I don't want to soften if it we don't need to -- if there was no link we should say so.

E: On it. We'll do the right thing

Elizabeth Williamson
Editorial Board, National Politics

o: 202 862 0382
c: 202 674 2463
https://twitter.com/NYTLiz