UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SARAH PALIN, an individual,

                     Plaintiff,

   – against –

THE NEW YORK TIMES COMPANY,
a New York corporation, and JAMES
BENNET, an individual,

                    Defendant.

No. 17 Civ. 4853

Hon. Jed S. Rakoff

ECF Case

---

## DECLARATION OF SHANE B. VOGT

SHANE B. VOGT, pursuant to 28 U.S.C. § 1746, hereby declares and says:

    1.     I am an attorney licensed to practice law in the State of Florida, specially admitted to practice in this Court [Doc. 13] and a partner in the law firm of Bajo Cuva Cohen Turkel, P.A., counsel of record for plaintiff in the above-captioned matter, Sarah Palin.

    2.     I submit this Declaration in support of Plaintiff's Response to Defendants' Local Rule 56.1 Statement of Material Facts [Doc. 97] and Counterstatement of Material Facts in Opposition to Defendants' Motion for Summary Judgment.

    3.     Attached hereto as **Exhibit 1** is a true and authentic copy of the deposition of Andrew Sullivan dated May 11, 2020.

    4.     Attached hereto as **Exhibit 2** is a true and authentic copy of the deposition of Eileen Lepping dated May 5, 2020.

    5.     Attached hereto as **Exhibit 3** is a true and authentic copy of the deposition of Elizabeth Williamson dated May 18 and May 19, 2020.

6.      Attached hereto as **Exhibit 4** is a true and authentic copy of the deposition of James Bennet dated May 26 and May 27, 2020.

7.      Attached hereto as **Exhibit 5** is a true and authentic copy of the deposition of Justin Stile dated May 29, 2020.

8.      Attached hereto as **Exhibit 6** is a true and authentic copy of the deposition of Linda Cohn dated May 7, 2020.

9.      Attached hereto as **Exhibit 7** is a true and authentic copy of the deposition of Phoebe Lett dated May 4, 2020.

10.     Attached hereto as **Exhibit 8** is a true and authentic copy of the deposition of Ross Douthat dated May 8, 2020.

11.     Attached hereto as **Exhibit 9** is a true and authentic copy of excerpts from the deposition of Sarah Palin dated May 20 and May 21, 2020.

12.     Attached hereto as **Exhibit 10** is a true and authentic copy of excerpts from the deposition of Tim Crawford dated May 12, 2020.

13.     Attached hereto as **Exhibit 11** is a true and authentic copy of Plaintiff's Deposition Exhibit 1, "*Talk to The Times:  Editorial Page Editor Andrew Rosenthal*," an article published by The New York Times on April 12, 2009, produced in discovery by Plaintiff bearing Bates stamps PALIN 3601-3622.

14.     Attached hereto as **Exhibit 12** is a true and authentic copy of Plaintiff's Deposition Exhibit 2, *Ethical Journalism—A Handbook of Values and Practices for the News & Editorial Departments* [2004], produced in discovery by Defendants bearing Bates stamps NYTIMES 309-344.

15.     Attached hereto as **Exhibit 13** is a true and authentic copy of Plaintiff's Deposition Exhibit 3, NYT *Guidelines on Integrity*, produced in discovery by Defendants bearing Bates stamps NYTIMES 345-351.

16.     Attached hereto as **Exhibit 14** is a true and authentic copy of Plaintiff's Deposition Exhibit 6, "*The NY Times promised to fact check their new climate denier columnist – they lied*," an article published by Think Progress on April 29, 2017, and produced in discovery by Plaintiff bearing Bates stamps PALIN 4615-4623.

17.     Attached hereto as **Exhibit 15** is a true and authentic copy of Plaintiff's Deposition Exhibit 7, "*Systemic Change Needed After Faulty Times Article*," an article published by The New York Times on December 18, 2015, and produced in discovery by Plaintiff bearing Bates stamps PALIN 4063-4067.

18.     Attached hereto as **Exhibit 16** is a true and authentic copy of Plaintiff's Deposition Exhibit 8, "*Time, the Enemy*," an article published by The New York Times on January 15, 2011, and produced in discovery by Plaintiff bearing Bates stamps PALIN 3659-3664.

19.     Attached hereto as **Exhibit 17** is a true and authentic copy of Plaintiff's Deposition Exhibit 10, "*Playing All the Angles*," an article published by The New York Times on October 16, 2010.

20.     Attached hereto as **Exhibit 18** is a true and authentic copy of Plaintiff's Deposition Exhibit 11, "*Sarah Palin, Rage Whisperer*," an article published by The New York Times on January 25, 2016, and produced in discovery by Plaintiff bearing Bates stamps PALIN 3556-3560.

21.     Attached hereto as **Exhibit 19** is a true and authentic copy of Plaintiff's Deposition Exhibit 12, "*She Who Must Not Be Named*," an article published by The New York Times on December 3, 2010, and produced in discovery by Plaintiff bearing Bates stamps PALIN 3562-3564.

22.     Attached hereto as **Exhibit 20** is a true and authentic copy of Plaintiff's Deposition Exhibit 13, *"Staff Anxiety"* Email between Bennet & Stephens [2/7/2017], and produced in discovery by Defendants bearing Bates stamps NYTIMES 707-708.

23.     Attached hereto as **Exhibit 21** is a true and authentic copy of Plaintiff's Deposition Exhibit 15, *"Are we writing about the congressional shooting"* Email String between Williamson/Semple/Fox [6/14/2017], and produced in discovery by Defendants bearing Bates stamps NYTIMES 1041.

24.     Attached hereto as **Exhibit 22** is a true and authentic copy of Plaintiff's Deposition Exhibit 16, *"Are we writing on congressional shooting"* Email String between Williamson/Semple/Fox/Cohn/Lepping/Lett [6/14/2017], and produced in discovery by Defendants bearing Bates stamps NYTIMES 1068-1069.

25.     Attached hereto as **Exhibit 23** is a true and authentic copy of Plaintiff's Deposition Exhibit 17, *"Are we writing on the congressional shooting"* Email String between Semple/Cohn/Bennet/Lepping/Lett/Williamson/Fox [6/14/2017], and produced in discovery by Defendants bearing Bates stamps NYTIMES 1070-1071.

26.     Attached hereto as **Exhibit 24** is a true and authentic copy of *"STATEMENT: Gabby Giffords on Today's Attack"* Email from responsiblesolutions.org [6/14/2017], and produced in discovery by Defendants bearing Bates stamps NYTIMES 1076-1077.

27.     Attached hereto as **Exhibit 25** is a true and authentic copy of Plaintiff's Deposition Exhibit 20, *"POSSIBLE shooter's POSSIBLE social media pages pro-Bernie, anti-Trump"* Email String between Bennet/Williamson/Semple/Fox/Cohn [6/14/2017], and produced in discovery by Defendants bearing Bates stamps NYTIMES 1078.

28.     Attached hereto as **Exhibit 26** is a true and authentic copy of Plaintiff's Deposition Exhibit 22, *"Gun Control past pieces from Bob"* Email String between Lett/Williamson/Semple/Cohn [6/14/2017], and produced in discovery by Defendants bearing Bates stamps NYTIMES 1080.

29.     Attached hereto as **Exhibit 27** is a true and authentic copy of Plaintiff's Deposition Exhibit 25, *"Gun Control past pieces from Bob"* Email String between Lett/Williamson [6/14/2017], and produced in discovery by Defendants bearing Bates stamps NYTIMES 1156.

30.     Attached hereto as **Exhibit 28** is a true and authentic copy of Plaintiff's Deposition Exhibit 27, *"Gun Control past pieces from Bob"* Email String between Lett/Bennet [6/14/2017], and produced in discovery by Defendants bearing Bates stamps NYTIMES 1159-1160.

31.     Attached hereto as **Exhibit 29** is a true and authentic copy of Plaintiff's Deposition Exhibit 29, *"Gun Control past pieces from Bob"* Email String between Williamson/Bennet [6/14/2017], and produced in discovery by Defendants bearing Bates stamps NYTIMES 1164-1165.

32.     Attached hereto as **Exhibit 30** is a true and authentic copy of Plaintiff's Deposition Exhibit 30, Jay Brown 8/17/2017 Email w/attached NYT Editorials Bennet referenced in testimony.

33.     Attached hereto as **Exhibit 31** is a true and authentic copy of Plaintiff's Deposition Exhibit 33, *America's Lethal Politics—Williamson Draft*, and produced in discovery by Defendants bearing Bates stamps PALIN 234-235.

34.     Attached hereto as **Exhibit 32** is a true and authentic copy of Plaintiff's Deposition Exhibit 34, "*Sarah Palin's 'Crosshairs' Ad Dominates Giffords Debate*," an article published by ABC News on January 9, 2011, and produced in discovery by Plaintiff bearing Bates stamps PALIN 1-3.

35.     Attached hereto as **Exhibit 33** is a true and authentic copy of Plaintiff's Deposition Exhibit 35, "*America's Lethal Politics*," an article published by <u>The New York Times</u> [***6/14/2017 Original Version--Online***] , and produced in discovery by Plaintiff bearing Bates stamps PALIN 2738-2742.

36.     Attached hereto as **Exhibit 34** is a true and authentic copy of *NYT Opinion* Tweet of *America's Lethal Politics* [6/14/2017] , and produced in discovery by Plaintiff bearing Bates stamps PALIN 3824.

37.     Attached hereto as **Exhibit 35** is a true and authentic copy of *NYT (Main Twitter Account)* Tweet of *America's Lethal Politics* [6/14/2017].

38.     Attached hereto as **Exhibit 36** is a true and authentic copy of "*America's Lethal Politics*," an article published by <u>The New York Times</u> [***6/14/2017 Original Version--Print***], and produced in discovery by Defendants bearing Bates label NYTIMES 2911.

39.     Attached hereto as **Exhibit 37** is a true and authentic copy of Plaintiff's Deposition Exhibit 37, *"Giffords"* Email String between Lepping/Bennet/Williamson [6/15/2017], and produced in discovery by Defendants bearing Bates label NYTIMES 1803.

40.     Attached hereto as **Exhibit 38** is a true and authentic copy of Plaintiff's Deposition Exhibit 38, *"NYTimes: The Trumpiest Roman of Them All"* Email String between Bennet/Douthat [6/14/2017-6/15/2017], and produced in discovery by Defendants bearing Bates label NYTIMES 1716-1717.

41.     Attached hereto as **Exhibit 39** is a true and authentic copy of Plaintiff's Deposition Exhibit 38(A), Jonathan Chait *Tweet* dated June 15, 2017.

42.     Attached hereto as **Exhibit 40** is a true and authentic copy of Plaintiff's Deposition Exhibit 38(B), Chris Hayes *Tweet* dated June 15, 2017.

43.     Attached hereto as **Exhibit 41** is a true and authentic copy of *"NYTimes: The Trumpiest Roman of Them All"* Email String between Bennet/Douthat [6/14/2017-6/15/2017], and produced in discovery by Defendants bearing Bates label NYTIMES 1736-1737.

44.     Attached hereto as **Exhibit 42** is a true and authentic copy of *"NYT Editorial correction"* Email String between Rhoades Ha/Rubin/Alahydoian/Ingber [6/15/2017], and produced in discovery by Defendants bearing Bates label NYTIMES 1995.

45.     Attached hereto as **Exhibit 43** is a true and authentic copy of Plaintiff's Deposition Exhibit 50, "*America's Lethal Politics—**First Correction**,*" an article published by The New York Times on June 15, 2017, and produced in discovery by Plaintiff bearing Bates label PALIN 2728-2732.

46.     Attached hereto as **Exhibit 44** is a true and authentic copy of Plaintiff's Deposition Exhibit 51, "*America's Lethal Politics—**Second** Correction,*" an article published by The New York Times on June 16, 2017, and produced in discovery by Plaintiff bearing Bates label PALIN 2733-2737.

47.     Attached hereto as **Exhibit 45** is a true and authentic copy of Plaintiff's Deposition Exhibit 52, *NYTOpinion Tweet—"We got an important fact wrong"* dated June 15, 2017, and produced in discovery by Plaintiff bearing Bates label PALIN 3827-3828.

48.     Attached hereto as **Exhibit 46** is a true and authentic copy of Plaintiff's Deposition Exhibit 53, *NYTOpinion Full Correction Tweet (3 parts)* dated June 15, 2017, and produced in discovery by Plaintiff bearing Bates label PALIN 3829-3833.

49.     Attached hereto as **Exhibit 47** is a true and authentic copy of Plaintiff's Deposition Exhibit 55, Sarah Palin Tweets regarding Editorial to "*@nytopinion*" dated June 15, 2017, and produced in discovery by Plaintiff bearing Bates label PALIN 4275-4282.

50.     Attached hereto as **Exhibit 48** is a true and authentic copy of Sarah Palin's "With this sickening NYT's editorial" Tweet [6/15/2017], and produced in discovery by Plaintiff bearing Bates label PALIN 4283-4284.

51.     Attached hereto as **Exhibit 49** is a true and authentic copy of Plaintiff's Deposition Exhibit 58, *NYT Opinion Section—Print Edition—Correction of America's Lethal Politics* [6/16/2017], and produced in discovery by Defendants bearing Bates label NYTIMES 2915.

52.     Attached hereto as **Exhibit 50** is a true and authentic copy of Plaintiff's Deposition Exhibit 60, *"The Tucson Witch Hunt,"* an article published by The New York Times on January 14, 2011, and produced in discovery by Plaintiff bearing Bates label PALIN 3655-3658.

53.     Attached hereto as **Exhibit 51** is a true and authentic copy of Plaintiff's Deposition Exhibit 64, *"Suspect's Odd Behavior Caused Growing Alarm,"* an article published

by The New York Times on January 9, 2011, and produced in discovery by Plaintiff bearing Bates label PALIN 3588-3595.

54.     Attached hereto as **Exhibit 52** is a true and authentic copy of Plaintiff's Deposition Exhibit 67, *"Looking Behind the Mug-Shot Grin,"* an article published by The New York Times on January 15, 2011, and produced in discovery by Plaintiff bearing Bates label PALIN 3426-3438.

55.     Attached hereto as **Exhibit 53** is a true and authentic copy of Plaintiff's Deposition Exhibit 69, *"'The Newsroom Feels Embarassed': Backfires and Explosions at The New York Times As a Possible Future Chief Re-Invents The Paper's Opinion's Pages,"* published by Vanity Fair HIVE on February 26, 2018, and produced in discovery by Plaintiff bearing Bates label PALIN 4655-4662.

56.     Attached hereto as **Exhibit 54** is a true and authentic copy of Plaintiff's Deposition Exhibit 69(A), *NYTComms Tweet re. Bennet Statement on Quinn Norton* [2/14/2018].

57.     Attached hereto as **Exhibit 55** is a true and authentic copy of *"Times Stands By Editorial Board Member After Outcry Over Old Tweets,"* an article published by The New York Times on August 2, 2018.

58.     Attached hereto as **Exhibit 56** is a true and authentic copy of Plaintiff's Deposition Exhibit 69(C), *"The Outrage Over Sarah Jeong,"* an article published by The New York Times on August 9, 2018.

59.     Attached hereto as **Exhibit 57** is a true and authentic copy of Plaintiff's Deposition Exhibit 69(D), "*Former NYT writer apologizes for 'inappropriate' Tweet criticizing Sarah Jeong,"* an article published by The Washington Times on August 1, 2018.

60.     Attached hereto as **Exhibit 58** is a true and authentic copy of Plaintiff's Deposition Exhibit 70, "'*Criticize Our Work Privately': NYT editorial page chief sends a 1,500-word treatise to colleagues*" an article published by The Washington *Post* on February 16, 2018, and produced in discovery by Plaintiff bearing Bates label PALIN 4670-4679.

61.     Attached hereto as **Exhibit 59** is a true and authentic copy of Plaintiff's Deposition Exhibit 72, "*shootings in backfield, thanks*" Email from Williamson to Bennet/Semple/Fox/Clines [6/14/2017], and produced in discovery by Defendants bearing Bates stamp NYTIMES 1228.

62.     Attached hereto as **Exhibit 60** is a true and authentic copy of Plaintiff's Deposition Exhibit 74, "*guns in Virginia*" Email from Lepping to Bennet/Williamson/Fox/Cohn [6/14/2017], and produced in discovery by Defendants bearing Bates stamp NYTIMES 1285.

63.     Attached hereto as **Exhibit 61** is a true and authentic copy of Plaintiff's Deposition Exhibit 74(A), a page titled *Law Center to Prevent Gun Violence*.

64.     Attached hereto as **Exhibit 62** is a true and authentic copy of Plaintiff's Deposition Exhibit 74(B), a page titled *Giffords Law Center to Prevent Gun Violence*.

65.     Attached hereto as **Exhibit 63** is a true and authentic copy of Plaintiff's Deposition Exhibit 81, "*earlier version, w Linda's question*" email between Wegman/Williamson [6/15/2017], and produced in discovery by Defendants bearing Bates stamp NYTIMES 2116-2117.

66.     Attached hereto as **Exhibit 64** is a true and authentic copy of Plaintiff's Deposition Exhibit 85, "*editorial and readers?*" Email string between Ingber/Bennet [6/15/2017], and produced in discovery by Defendants bearing Bates stamp NYTIMES 1956.

67.     Attached hereto as **Exhibit 65** is a true and authentic copy of Plaintiff's Deposition Exhibit 86, *"editorial and readers?"* Email string between Ingber/Bennet/Evans/Higa [6/15/2017], and produced in discovery by Defendants bearing Bates stamp NYTIMES 2019-2021.

68.     Attached hereto as **Exhibit 66** is a true and authentic copy of Plaintiff's Deposition Exhibit 87, *"editorial and readers?"* Email string between Ingber/Higa [6/15/2017], and produced in discovery by Defendants bearing Bates stamp NYTIMES 2022-2025.

69.     Attached hereto as **Exhibit 67** is a true and authentic copy of Plaintiff's Deposition Exhibit 89, *"editorial and readers?"* Email string between Ingber/Bennet/Evans/Higa [6/15/2017], and produced in discovery by Defendants bearing Bates stamp NYTIMES 2042-2045.

70.     Attached hereto as **Exhibit 68** is a true and authentic copy of Plaintiff's Deposition Exhibit 94, *"DRAFT—crop comm note"* Email String between Bevacqua/Rhoades Ha [6/16/2017], and produced in discovery by Defendants bearing Bates stamp NYTIMES 2798-2804.

71.     Attached hereto as **Exhibit 69** is a true and authentic copy of Plaintiff's Deposition Exhibit 122, List of Jared Loughner Articles, The Atlantic.

72.     Attached hereto as **Exhibit 70** is a true and authentic copy of Comments on "*America's Lethal Politics*," an article published by The New York Times on June 14, 2017.

73.     Attached hereto as **Exhibit 71** is a true and authentic copy of an *"editorials INYT, Fri., June 16"* Email from Cohn to Levine/et.al. [6/14/2017], and produced in discovery by Defendants bearing Bates stamps NYTIMES 1342-1343.

74.     Attached hereto as **Exhibit 72** is a true and authentic copy of Plaintiff's Deposition Exhibit 110, *America's Lethal Politics—**International Edition**—print edition* [6/16/2017], and produced in discovery by Defendants bearing Bates stamp NYTIMES 2913.

75.     Attached hereto as **Exhibit 73** is a true and authentic copy of a *"CNN request for comment re: Times Editorial"* Email String between O. Darcy(CNN)/Rhoades Ha [6/15/2017], and produced in discovery by Defendants bearing Bates stamps NYTIMES 2153-2157.

76.     Attached hereto as **Exhibit 74** is a true and authentic copy of Plaintiff's Deposition Exhibit 123, *"Caldwell's Unfairness,"* an article published by The Atlantic January 15, 2011, and produced in discovery by Plaintiff bearing Bates stamps PALIN 4388-4391.

77.     Attached hereto as **Exhibit 75** is a true and authentic copy of Plaintiff's Deposition Exhibit 127, *"My Sarah Palin Romance,"* an article published by The New York Times on January 20, 2016.

78.     Attached hereto as **Exhibit 76** is a true and authentic copy of *"Sarah Palin endorses Darryl Glenn in Colorado's U.S. Senate primary,"* an article published by The Denver Post dated June 7, 2016, and produced in discovery by Plaintiff bearing Bates stamps PALIN 4566-4570.

79.     Attached hereto as **Exhibit 77** is a true and authentic copy of *"Arrest Made in Threat on Sen. Bennet's Office,"* an article published by The Atlantic on January 10, 2011, and produced in discovery by Plaintiff bearing Bates stamps PALIN 4381-4387.

80.     Attached hereto as **Exhibit 78** is a true and authentic copy of *"A Smear?,"* an article published by The Atlantic on August 31, 2008.

81.     Attached hereto as **Exhibit 79** is a true and authentic copy of Plaintiff's Deposition Exhibit 142, *"Why Does Trigg Matter?,"* an article published by The Atlantic on June 28, 2010, and produced in discovery by Plaintiff bearing Bates stamps PALIN 4540-4549.

82.     Attached hereto as **Exhibit 80** is a true and authentic copy of *"The bogus claim that a map of crosshairs by Sarah Palin's PAC incited Rep. Gabby Giffords's shooting,"* an article published by The Washington Post on June 15, 2017, and can be found at https://www.washingtonpost.com/news/fact-checker/wp/2017/06/15/the-bogus-claim-that-a-map-of-crosshairs-by-sarah-palins-pac-incited-rep-gabby-giffordss-shooting/.

83.     Attached hereto as **Exhibit 81** is a true and authentic copy of Plaintiff's Deposition Exhibit 146, *"An Assassination Attempt in Arizona: Live Blogging - Andrew Sullivan,"* an article published by The Atlantic on January 8, 2011, and produced in discovery by Plaintiff bearing Bates stamps PALIN 4359-4372.

84.     Attached hereto as **Exhibit 82** is a true and authentic copy of Plaintiff's Deposition Exhibit 146(A), *"An Assassination?,"* an article published by The Atlantic, and produced in discovery by Plaintiff bearing Bates stamps PALIN 4351-4358.

85.     Attached hereto as **Exhibit 83** is a true and authentic copy of Plaintiff's Deposition Exhibit 147, *"Was the Shooting of Rep. Gabrielle Giffords Political?,"* an article published by The Atlantic on January 5, 2011, and produced in discovery by Plaintiff bearing Bates stamps PALIN 4514-4521.

86.     Attached hereto as **Exhibit 84** is a true and authentic copy of Plaintiff's Deposition Exhibit 148, *"Did Sarah Palin's Target Map Play Role in Giffords Shooting?,"* an article published by The Atlantic on January 16, 2011, and produced in discovery by Plaintiff bearing Bates stamps PALIN 4392-4399.

87.     Attached hereto as **Exhibit 85** is a true and authentic copy of Plaintiff's Deposition Exhibit 149, *"What We Know About Jared Lee Loughner,"* an article published by The Atlantic on January 10, 2011, and produced in discovery by Plaintiff bearing Bates stamps PALIN 4530-4538.

88.     Attached hereto as **Exhibit 86** is a true and authentic copy of Plaintiff's Deposition Exhibit 150, *"Stop the Blame Game,"* an article published by The Atlantic on January 11, 2011, and produced in discovery by Plaintiff bearing Bates stamps PALIN 4477-4485.

89.     Attached hereto as **Exhibit 87** is a true and authentic copy of Plaintiff's Deposition Exhibit 151, *"The More We Know,"* an article published by The Atlantic on January 17, 2011, and produced in discovery by Plaintiff bearing Bates stamps PALIN 4498-4505.

90.     Attached hereto as **Exhibit 88** is a true and authentic copy of Plaintiff's Deposition Exhibit 153, *"Ten Days That Defined 2011*," an article published by The Atlantic on December 29, 2011, and produced in discovery by Plaintiff bearing Bates stamps PALIN 4486-4497.

91.     Attached hereto as **Exhibit 89** is a true and authentic copy of *"The New York Times Has Abandoned Liberalism for Activism,"* an article published by New Yorker Magazine on September 13, 2019.

92.     Attached hereto as **Exhibit 90** is a true and authentic copy of *"Sarah Jeong and the N.Y. Times: When Racism is Fit to Print,"* an article published by New York Magazine on August 3, 2018.

93.     Attached hereto as **Exhibit 91** is a true and authentic copy of Plaintiff's Deposition Exhibit 159, *"Can the Bennet Brothers save the Establishment?,"* an article published by <u>The Washington Post</u> on October 29, 2019.

94.     Attached hereto as **Exhibit 92** is a true and authentic copy of *"The Day Trig Was Born,"* an article published by <u>The Daily Dish</u> on June 31, 2011.

95.     Attached hereto as **Exhibit 93** is a true and authentic copy of *"Q&A Transcript: James Bennet Talks about His Editorial Page With New York Times Staffers,"* an article published by <u>Huffington Post</u> on February 21, 2018.

96.     Attached hereto as **Exhibit 94** is a true and authentic copy of Plaintiff's Deposition Exhibit 162, *Daily Clip Report June 14* Email to James Bennet, and produced in discovery by Defendants bearing Bates stamps NYTIMES 3136-3198.

97.     Attached hereto as **Exhibit 95** is a true and authentic copy of *"The real tragedy of Orlando"* Op-Ed proposal Bennet forwards to Dao [6/15/2017], and produced in discovery by Defendants bearing Bates stamps NYTIMES 3201-3204.

98.     Attached hereto as **Exhibit 96** is a true and authentic copy of Plaintiff's Deposition Exhibit 164, *"possible shooter id"* Email sent from Williamson to Fox [6/14/2017], and produced in discovery by Defendants bearing Bates stamps NYTIMES 1035.

99.     Attached hereto as **Exhibit 97** is a true and authentic copy of Plaintiff's Deposition Exhibit 165, *"POSSIBLE shooter's POSSIBLE social media"* Email sent from Williamson to Bennet/Semple/Fox [6/14/2017], and produced in discovery by Defendants bearing Bates stamps NYTIMES 1036.

100.    Attached hereto as **Exhibit 98** is a true and authentic copy of Plaintiff's Deposition Exhibit 172, *"hey"* Email from Bennet to Williamson [6/14/2017], and produced in discovery by Defendants bearing Bates stamps NYTIMES 3239.

101.    Attached hereto as **Exhibit 99** is a true and authentic copy of a *"Fox News Comment Request"*  Email String between Bennet/Rhoades Ha [6/15/2017], and produced in discovery by Defendants bearing Bates stamps NYTIMES 1965-1967.

102.    Attached hereto as **Exhibit 100** is a true and authentic copy of a *"question from Yahoo News"* Email between Stableford & Rhoades Ha [6/15/2017], and produced in discovery by Defendants bearing Bates stamps NYTIMES 2151.

103.    Attached hereto as **Exhibit 101** is a true and authentic copy of Plaintiff's Deposition Exhibit 180, *Text Exchange w James* Email from Williamson to self [6/16/2017], and produced in discovery by Defendants bearing Bates stamps NYTIMES 3261.

104.    Attached hereto as **Exhibit 102** is a true and authentic copy of Plaintiff's Deposition Exhibit 181, *"We Don't Have Proof Yet,"* an article published by The Wall Street Journal on January 10, 2011.

105.    Attached hereto as **Exhibit 103** is a true and authentic copy of *"Assassination Attempt in Arizona,"* an article published by The New York Times on January 8, 2011.

106.    Attached hereto as **Exhibit 104** is a true and authentic copy of *"Climate of Hate,"* an article published by The New York Times on January 9, 2011.

107.    Attached hereto as **Exhibit 105** is a true and authentic copy of *"Massacre, followed by libel,"* an article published by The Washington Post on February 26, 2011.

108.     Attached hereto as **Exhibit 106** is a true and authentic copy of Plaintiff's Deposition Exhibit 182, *"It Did Not,"* an article published by <u>The Wall Street Journal</u> on January 13, 2011.

109.     Attached hereto as **Exhibit 107** is a true and authentic copy of Plaintiff's Deposition Exhibit 183, *"Sarah Palin Is Right About 'Blood Libel,'"* an article published by <u>The Wall Street Journal</u> on January 14, 2011.

110.     Attached hereto as **Exhibit 108** is a true and authentic copy of *"What Happened at the Shooting at a Congressional Baseball Practice,"* an article published by <u>The New York Times</u> on June 14, 2017.

111.     Attached hereto as **Exhibit 109** is a true and authentic copy of *"Sarah Palin's Breasts and Andrew Sullivan,"* an article published by <u>Commentary Magazine</u> on February 8, 2010.

112.     Attached hereto as **Exhibit 110** is a true and authentic copy of Plaintiff's Deposition Exhibit 189, *"ARS PAC Endorses Michael Bennet for United States Senate,"* an article published by <u>Americans for Responsible Solutions</u> on August 24, 2016, and produced in discovery by Plaintiff bearing Bates stamps PALIN 45-46.

113.     Attached hereto as **Exhibit 111** is a true and authentic copy of Plaintiff's Deposition Exhibit 190, *"Watch Colorado Se. Michael Bennet's Floor Speech on Guns,"* an article published by <u>The Colorado Independent</u> on June 16, 2016, and produced in discovery by Plaintiff bearing Bates stamps PALIN 4550-4554.

114.     Attached hereto as **Exhibit 112** is a true and authentic copy of Plaintiff's Deposition Exhibit 191, *"James Bennet: The big ideas,"* an article published by <u>The Writer</u> on March 15, 2016.

115.     Attached hereto as **Exhibit 113** is a true and authentic copy of Plaintiff's Deposition Exhibit 192, *"The well-connected Bennet family,"* an article published by <u>Muckety</u> on August 14, 2017.

116.     Attached hereto as **Exhibit 114** is a true and authentic copy of Plaintiff's Deposition Exhibit 195, "*Technology Policing Violence*," an article published by <u>C-SPAN</u> on May 6, 2014, and produced in discovery by Plaintiff bearing Bates stamps PALIN 2415-2417.

117.     Attached hereto as **Exhibit 115** is a true and authentic copy of *"Sarah Palin Endorses Donald Trump, Which Could Bolster Him in Iowa,"* an article published by <u>The New York Times</u> on January 19, 2016.

118.     Attached hereto as **Exhibit 116** is a true and authentic copy of Plaintiff's Deposition Exhibit 200, *"Trump Suggests 'Second Amendment People' Could Act Against Hillary Clinton,"* an article published by <u>The New York Times</u> on August 9, 2016.

119.     Attached hereto as **Exhibit 117** is a true and authentic copy of Plaintiff's Deposition Exhibit 201, "*For The New York Times, Trump is a sparring partner with benefits*," an article published by <u>Columbia Journalism Review</u> on June 29, 2017.

120.     Attached hereto as **Exhibit 118** is a true and authentic copy of Plaintiff's Deposition Exhibit 201(A), *"To Our Readers, From the Publisher and Executive Editor,"* an article published by <u>The New York Times</u> on November 13, 2016.

121.     Attached hereto as **Exhibit 119** is a true and authentic copy of Plaintiff's Deposition Exhibit 205, *" New York Times requests apology from Fox on ISIS Story*," an article published by <u>Politico</u> on July 23, 2017, and produced in discovery by Plaintiff bearing Bates stamps PALIN 4123-4127.

122.     Attached hereto as **Exhibit 120** is a true and authentic copy of Plaintiff's Deposition Exhibit 206, *"Trump's Wink to 'Second Amendment People,'"* an article published by <u>The New York Times</u> on August 9, 2016.

123.     Attached hereto as **Exhibit 121** is a true and authentic copy of Plaintiff's Deposition Exhibit 207, Bennet Boom Order/Reimbursement Request—*"The Persecution of Sarah Palin"* [12/17/2016], and produced in discovery by Defendants bearing Bates stamps JBENNET 10-20.

124.     Attached hereto as **Exhibit 122** is a true and authentic copy of Plaintiff's Deposition Exhibit 208, *Enough Said* Excerpts emailed to Bennet/Baquet by Mark Thompson [6/15/2016], and produced in discovery by Defendants bearing Bates stamps NYTIMES 354-397.

125.     Attached hereto as **Exhibit 123** is a true and authentic copy of Plaintiff's Deposition Exhibit 209, Bennet forwards Thompson email re. *Enough Said* to J. Dao [6/16/2016], and produced in discovery by Defendants bearing Bates stamps NYTIMES  398.

126.     Attached hereto as **Exhibit 124** is a true and authentic copy of Plaintiff's Deposition Exhibit 210, Bennet email string with Williamson re. RNC Lineup [7/14/2016], and produced in discovery by Defendants bearing Bates stamps NYTIMES  442.

127.     Attached hereto as **Exhibit 125** is a true and authentic copy of a Cohn Email String with Bennet re. *"Palin"* [7/15/2016], and produced in discovery by Defendants bearing Bates stamps NYTIMES  443.

128.     Attached hereto as **Exhibit 126** is a true and authentic copy of Plaintiff's Deposition Exhibit 212, Williamson email string with Bennet/Cohn/Semple re. *"Pence"* [7/15/2016], and produced in discovery by Defendants bearing Bates stamps NYTIMES  444.

129.    Attached hereto as **Exhibit 127** is a true and authentic copy of Plaintiff's Deposition Exhibit 213, NYT Daily Clip Report Email 7/18/2016—GOP Arena Highlights Trump's Blacklist, and produced in discovery by Defendants bearing Bates stamps NYTIMES 445.

130.    Attached hereto as **Exhibit 128** is a true and authentic copy of "*The Opinionator*," a publication by The Baffler [December 2017].

131.    Attached hereto as **Exhibit 129** is a true and authentic copy of Plaintiff's Deposition Exhibit 216, "*House Democrats unveil top 2020 targets*," an article published by CNN dated January 28, 2019.

132.    Attached hereto as **Exhibit 130** is a true and authentic copy of Plaintiff's Deposition Exhibit 216(A), "*Democrats Go on Offense – DCCC Chairwoman Cheri Bustos Announces Initial 2020 Offensive Battlefield*," a press release by the DCCC dated January 28, 2019.

133.    Attached hereto as **Exhibit 131** is a true and authentic copy of Plaintiff's Deposition Exhibit 217, "*Heartland Strategy: Democrats can't be a national party if they cede all of red America to the GOP. They must compete in the heartland. Here's how they can do it,*" an article published by DLC | Blueprint Magazine on December 13, 2004.

134.    Attached hereto as **Exhibit 132** is a true and authentic copy of Plaintiff's Deposition Exhibit 218, "*New Colleague to Stir Things Up*" Tweet by James Bennet dated April 5, 2017.

135.    Attached hereto as **Exhibit 133** is a true and authentic copy of Plaintiff's Deposition Exhibit 220, "*Sarah Palin's & Democrats' Maps With Crosshairs, Targets, Bullseyes,*" an article published by *Fact Real* on January 11, 2011.

136.    Attached hereto as **Exhibit 134** is a true and authentic copy of Plaintiff's Deposition Exhibit 222, *DCCC Frontline Members Breakfast Flyer* [7/9/2009].

137.    Attached hereto as **Exhibit 135** is a true and authentic copy of Plaintiff's Deposition Exhibit 223, *"Exclusive – Sarah Palin Condemns 'Sick Audacity' of Kathy Griffin's Trump Beheading Photo,"* an article published by <u>Breitbart</u> on May 30, 2017, and produced in discovery by Plaintiff bearing Bates stamps PALIN 5348-5350.

138.    Attached hereto as **Exhibit 136** is a true and authentic copy of Plaintiff's Deposition Exhibit 226, *5 Best Columns from the Atlantic Wire* dated November 28, 2011, and produced in discovery bearing Bates stamp ATLANTIC 2644.

139.    Attached hereto as **Exhibit 137** is a true and authentic copy of Plaintiff's Deposition Exhibit 228, *MPA Daily News Roundup 9.5.11*, and produced in discovery bearing Bates stamps ATLANTIC 2595-2598.

140.    Attached hereto as **Exhibit 138** is a true and authentic copy of Plaintiff's Deposition Exhibit 230, *Something About Tucson the I Haven't Said* Email & Attachment [1/14/2011], and produced in discovery bearing Bates stamps ATLANTIC 832-836.

141.    Attached hereto as **Exhibit 139** is a true and authentic copy of Plaintiff's Deposition Exhibit 230(A), "*How the Media Botched the Arizona Shooting,*" an article published by <u>The New Republic</u> on January 14, 2011 (hyper-linked in Plaintiff's Deposition Exhibit 230).

142.    Attached hereto as **Exhibit 140** is a true and authentic copy of a "*Question from Business Insider*" Email String between Rhoades Ha/Max Tani [6/15/2017], and produced in discovery by Defendants bearing Bates stamps NYTIMES 1980.

143.    Attached hereto as **Exhibit 141** is a true and authentic copy of a *NYT Editorial* Email String Between Rhoades Ha & Sara Fisher (Axios) [6/15/2017], and produced in discovery by Defendants bearing Bates stamps NYTIMES 1981-1982.

144.    Attached hereto as **Exhibit 142** is a true and authentic copy of a *CNN Request for Comment re. Times Editorial* Email String Between Rhoades Ha/E. Murphy/Oliver Darcy [6/15/2017], and produced in discovery by Defendants bearing Bates stamps NYTIMES 1986-1987.

145.    Attached hereto as **Exhibit 143** is a true and authentic copy of a *WaPo question on Loughner claim* Email String between Bennet and Paul Farhi [6/15/2017], and produced in discovery by Defendants bearing Bates stamp NYTIMES 2009.

146.    Attached hereto as **Exhibit 144** is a true and authentic copy of a *CNN Request for Comment re. Times Editorial* Email String Between Rhoades Ha/Oliver Darcy [6/15/2017], and produced in discovery by Defendants bearing Bates stamps NYTIMES 2171-2173.

147.    Attached hereto as **Exhibit 145** is a true and authentic copy of a *CNN Request for Comment re. Times Editorial* Email String Between Rhoades Ha/Oliver Darcy [6/15/2017], and produced in discovery by Defendants bearing Bates stamps NYTIMES 2248-2250.

148.    Attached hereto as **Exhibit 146** is a true and authentic copy of a *Politifact Media Inquiry re. America's Lethal Politics* Email String [6/15/2017], and produced in discovery by Defendants bearing Bates stamps NYTIMES 2254-2257.

149.    Attached hereto as **Exhibit 147** is a true and authentic copy of Plaintiff's Deposition Exhibit 249, *NYT/Trump Twitter Exchange* dated November 13, 2016.

150.    Attached hereto as **Exhibit 148** is a true and authentic copy of *How 'Fake News' Changed The New York Times—The Wilson Quarterly* [Winter 2018].

151.    Attached hereto as **Exhibit 149** is a true and authentic copy of CNN Reliable Sources – Transcripts (Air Date: February 26, 2017).

152.    Attached hereto as **Exhibit 150** is a true and authentic copy of "*The Truth Is Hard,' Says The New York Times' First-Ever Oscars Ad*," an article published by <u>Advertising Age</u> on February 23, 2017, and produced in discovery by Plaintiff bearing Bates stamps PALIN 20-30.

153.    Attached hereto as **Exhibit 151** is a true and authentic copy of *NYT Truth Advertisements*, and produced in discovery by Plaintiff bearing Bates stamps PALIN 3646-3654.

154.    Attached hereto as **Exhibit 152** is a true and authentic copy of *The Truth— NYTStore—Truth Merchandise*, and produced in discovery by Plaintiff bearing Bates stamps PALIN 4074-4076.

155.    Attached hereto as **Exhibit 153** is a true and authentic copy of "*The Public Editor Signs Off*," an article published by <u>The New York Times</u> on June 2, 2017.

156.    Attached hereto as **Exhibit 154** is a true and authentic copy of "*NYT's New 'Reader Center' Already Proving a Step Backward in Accountability*," an article published by <u>FAIR</u> on June 23, 2017.

157.    Attached hereto as **Exhibit 155** is a true and authentic copy of "*Reader Center: Covering Studies That Were Not Peer Reviewed*," an article published by <u>The New York Times</u> on June 22, 2017.

158.    Attached hereto as **Exhibit 156** is a true and authentic copy of Plaintiff's Deposition Exhibit 259, *A Note from James Bennet* e-mail to NYT employees [2/15/2018], and produced in discovery by Defendants bearing Bates stamps NYTIMES 2855-2856.

159.   Attached hereto as **Exhibit 157** is a true and authentic copy of "*How the New York Times Maintains its Credibility*," an article published by Quill on December 15, 2018.

160.   Attached hereto as **Exhibit 158** is a true and authentic copy a Tweet posted by James Bennet dated February 26, 2017, and which can be found at https://twitter.com/JBennet/status/836072914826952704.

161.   Attached hereto as **Exhibit 159** is a true and authentic copy of The New York Times Company 2019 Annual Report.

162.   Attached hereto as **Exhibit 160** is a true and authentic copy of excerpts from *The New York Times Manual of Style & Usage*.

163.   Attached hereto as **Exhibit 161** is a true and authentic copy of Plaintiff's Deposition Exhibit 285, *Gun Control : Changing Perspectives*, a publication of The York Times (2019).

164.   Attached hereto as **Exhibit 162** is a true and authentic copy of Plaintiff's Deposition Exhibit 286, "*The Corrosive Politics That Threaten L.G.T.B. Americans*," an article published by The New York Times on June 15, 2016.

165.   Attached hereto as **Exhibit 163** is a true and authentic copy of "*How the Trolls Stole Washington*," an article published by The New York Times on February 28, 2017.

166.   Attached hereto as **Exhibit 164** is a true and authentic copy of *Williamson/Bennet 6/15/2017 Text Exchange (screen shots)*, and produced in discovery by Defendants bearing Bates stamps JBENNET 39.

167.   Attached hereto as **Exhibit 165** is a true and authentic copy of Plaintiff's Deposition Exhibit 293, "*The New York Times is trying to narrow the distance between reporters and analytics data*," an article published by Nieman Lab dated July 25, 2016.

168.     Attached hereto as **Exhibit 166** is a true and authentic copy of *Innovation Report*, a publication of <u>The New York Times</u> dated March 24, 2014.

169.     Attached hereto as **Exhibit 167** is a true and authentic copy of Plaintiff's Deposition Exhibit 301, *The New York Times Homepage Preservation* [6/15/2017].

170.     Attached hereto as **Exhibit 168** is a true and authentic copy of "*How the NYT's AI-driven data insight tool is informing ad campaigns,*" an article published by <u>FIPP</u> dated January 10, 2019.

171.     Attached hereto as **Exhibit 169** is a true and authentic copy of "*The New York Times Advertising & Marketing Solutions Group Introduces 'nytDEMO' : A Cross-Functional Team Focused on Bringing Insights and Data Solutions to Brands,*" an article published by <u>Business Wire</u> dated February 15, 2018.

172.     Attached hereto as **Exhibit 170** is a true and authentic copy of Exhibit A to the Deposition of Phoebe Lett dated May 4, 2020, *LinkedIn* profile of Phoebe Lett.

173.     Attached hereto as **Exhibit 171** is a true and authentic copy of Exhibit D to the Deposition of Hanna Ingber dated May 6, 2020, *"Mom" For Vice President! ,"* an article published by <u>Huffington Post</u> dated May 29, 2008.

174.     Attached hereto as **Exhibit 172** is a true and authentic copy of Defendants' Deposition Exhibit 16, "Don't get Demoralized!  Get organized!  Take Back the 20! ," a Facebook post by Sarah Palin.

175.     Attached hereto as **Exhibit 173** is a true and authentic copy of the transcript of the hearing held before Hon. Jed S. Rakoff on July 31, 2017.

176.    Attached hereto as **Exhibit 174** is a true and authentic copy of a Williamson/Semple/Bennet/Fox e-mail – "are we writing on the congressional shooting?" [6/14/17], and produced in discovery by Defendants bearing Bates stamp NYTIMES 1034.

177.    Attached hereto as **Exhibit 175** is a true and authentic copy of documents bates labeled PALIN 4571-4577, "*Rival Colorado Democrats pay game of one-upmanship,*" an article published by The Denver Post dated September 12, 2009, and produced in discovery by Plaintiff bearing Bates stamps PALIN 4571-4577.

178.    Attached hereto as **Exhibit 176** is a true and authentic copy of an article entitled "*Rep. Giffords' Tucson office vandalized after health care vote,*" published on Tucson.com dated March 22, 2010, and which can be found at https://tucson.com/news/local/crime/rep-giffords-tucson-office-vandalized-after-health-care-vote/article_eb24e4fe-35dc-11df-ad88-001cc4c03286.html.

179.    Attached hereto as **Exhibit 177** is a true and authentic copy of an article entitled "*Vandalism reported at offices of three Democrats,*" published by CNN dated March 22, 2010, and found at https://www.cnn.com/2010/POLITICS/03/22/pols.dems.vandalized/index.html.

180.    Attached hereto as **Exhibit 178** is a true and authentic copy of an article entitled "*Vandals Attack Dem Offices Nationwide,*" published by Talking Points Memo dated March 23, 2010, and which can be found at https://talkingpointsmemo.com/muckraker/vandals-attack-dem-offices-nationwide.

181.    Attached hereto as **Exhibit 179** is a true and authentic copy of an article entitled "*Michael Brian Vanderboegh,*" published by Southern Poverty Law Center, and which can be found at https://www.splcenter.org/fighting-hate/extremist-files/individual/Michael-brian-vanderboegh-0.

182.    Attached hereto as **Exhibit 180** is a true and authentic copy of an article entitled "*To all modern sons of Liberty: THIS is your time. Break their windows. Break them NOW*," published by <u>Sipsey Street Irregulars</u> dated March 19, 2010, and which can be found at <u>www.sipseystreetirregulars.blogspot.com/2010/03/to-all-modern-sons-of-liberty-this-is.html</u>.

183.    Attached hereto as **Exhibit 181** is a true and authentic copy of an article entitled "*Gifford's Office Was Vandalized by Followers of Former Militia Leader*," published by <u>Mother Jones</u> dated January 8, 2011, and which can be found at <u>https://www.motherjones.com/crime-justice/2011/01/giffordss-office-was-vandalized-followers-former-militia-leader/</u>.

184.    Attached hereto as **Exhibit 182** is a true and authentic copy of a page entitled "*Newspaper of record*," which can be found at <u>https://en.wikipedia.org/wiki/Newspaper_of_record</u>.

185.    Attached hereto as **Exhibit 183** is a true and authentic copy of a page entitled "*The New York Times*," which can be found at <u>https://www.britannica.com/topic/The-New-York-Times</u>.

186.    Attached hereto as **Exhibit 184** is a true and authentic copy of a page entitled "*Encyclopedia Britannica*," which can be found at <u>https://en.wikipedia.org/wiki/Encyclop%C3%A6dia_Britannica</u>.

187.    Attached hereto as **Exhibit 185** is a true and authentic copy of a page entitled "*New York Times (Online News)*," which can be found at <u>https://www.allsides.com/news-source/new-york-times</u>.

188.     Attached hereto as **Exhibit 186** is a true and authentic copy of a page entitled "*New York Times - Opinion*," which can be found at https://www.allsides.com/news-source/new-york-times-opinion-media-bias.

189.     Attached hereto as **Exhibit 187** is a true and authentic copy of an article entitled "*Why Readers See The Times as Liberal*," published by The New York Times dated July 23, 2016, and which can be found at https://www.nytimes.com/2016/07/24/public-editor/liz-spayd-the-new-york-times-public-editor.html.

190.     Attached hereto as **Exhibit 188** is a true and authentic copy of an article entitled "*End the Gun Epidemic in America*," published by The New York Times dated December 4, 2015, which can be found at https://www.nytimes.com/2015/12/05/opinion/end-the-gun-epidemic-in-america.html.

191.     Attached hereto as **Exhibit 189** is a true and authentic copy of an article entitled "*Conservatives take shots at New York Times gun control editorial*," published by CNN dated December 7, 2015, and which can be found at https://money.cnn.com/2015/12/07/media/erick-erickson-new-york-times-gun-control-editorial/.

192.     Attached hereto as **Exhibit 190** is a true and authentic copy of an article entitled "*The New York Times 'Truth' Campaign Drives Digital Subscriptions*," published by Medium dated September 20, 2018, and which can be found at https://medium.com/ama-marketing-news/the-new-york-times-truth-campaign-drives-digital-subscriptions-3c1fcd2cc4e9.

193.     Attached hereto as **Exhibit 191** is a true and authentic copy of an article entitled "*Douglas Bennet, Who Led NPR and Wesleyan, Dies at 79*," published by The New York Times dated June 13, 2018, and found at https://www.nytimes.com/2018/06/13/obituaries/douglas-bennet-who-led-npr-and-wesleyan-dies-at-79.html.

194.    Attached hereto as **Exhibit 192** is a true and authentic copy of an article entitled "*Expectations: Can the students who became a symbol of failed reform be rescued?*," pubshed by New Yorker Magazine dated January 8, 2007, which can be found at https://www.newyorker.com/magazine/2007/01/15/expectations.

195.    Attached hereto as **Exhibit 193** is a true and authentic copy of a page entitled "*Biography*" regarding Michael Bennet, which can be found at https://web.archive.org/web/20081022084212/http:/communications.dpsk12.org/newsroom/353/ 224/ .

196.    Attached hereto as **Exhibit 194** is a true and authentic copy of an article entitled "*Bennet's tale steeped in family roots*," published by Rocky Mountain News dated January 24, 2009, and which can be found at https://web.archive.org/web/20090301050159/http://www.rockymountainnews.com/news/2009/j an/24/american-tale/.

197.    Attached hereto as **Exhibit 195** is a true and authentic copy of "*Press Release – Michael Bennet Named to U.S. Senate*," published by Bill Ritter, Colorado's Governor, dated January 3, 2009, and which can be found at https://web.archive.org/web/20090131134816/http://www.colorado.gov/cs/Satellite?c=Page&cid =1230985756099&pagename=GovRitter%2FGOVRLayout.

198.    Attached hereto as **Exhibit 196** is a true and authentic copy of an article entitled "*So What Do you Do James Bennet, Editor of The Atlantic*," published by Media Bistro on March 19, 2008, and which can be found at https://web.archive.org/web/20121102134858/http://www.mediabistro.com/So-What-Do-You-Do-James-Bennet-Editor-of-The-Atlantic-a10106.html.

199.    Attached hereto as **Exhibit 197** is a true and authentic copy of an article entitled "*America Is Fracturing – and So Is 'The New York Times'*," published by <u>The Nation</u> dated June 8, 2020, and which can be found at <u>https://www.thenation.com/article/society/racism-new-york-times/</u>.

200.    Attached hereto as **Exhibit 198** is a true and authentic copy of an article entitled "*Opinion: Trolling is Not Opinion*," published by <u>The Outline</u> dated August 30, 2017, and which can be found at <u>https://theoutline.com/post/2196/the-nyt-opinion-section-is-bad?zd=1&zi=empkmqih</u>.

201.    Attached hereto as **Exhibit 199** is a true and authentic copy of an article entitled "*How Bret Stephens and Bari Weiss have taken the NY Times' campus concern trolling to new heights in just 2 years*," published by <u>Media Matters for America</u> dated June 4, 2019, and which can be found at <u>https://www.mediamatters.org/new-york-times/how-bret-stephens-and-bari-weiss-have-taken-ny-times-campus-concern-trolling-new</u>.

202.    Attached hereto as **Exhibit 200** is a true and authentic copy of an article entitled "*Why are Newsweek and The New York Times using troll tactics for clicks?*," published by <u>The Outline</u> dated November 29, 2017, which can be found at <u>https://theoutline.com/post/2528/why-are-newsweek-and-the-new-york-times-using-troll-tactics-for-clicks?zd=2&zi=dodamsuj</u>.

203.    Attached hereto as **Exhibit 201** is a true and authentic copy of an article entitled "*New York Times Promises Truth and Diversity, Then Hires Climate-Denying Anti-Arab White Guy*," published by <u>The Intercept</u> dated April 14, 2017, and which can be found at <u>https://theintercept.com/2017/04/14/new-york-times-promises-truth-and-diversity-then-hires-climate-denying-anti-arab-white-guy/</u>.

204.    Attached hereto as **Exhibit 202** is a true and authentic copy of an article entitled "*New York Times writer fired just hours after being hired,*" published by <u>The New York Post</u> dated February 14, 2018, and which can be found at <u>https://nypost.com/2018/02/14/new-york-times-writer-fired-just-hours-after-being-hired/</u>.

205.    Attached hereto as **Exhibit 203** is a true and authentic copy of an article entitled "*Newest Member of NYT Editorial Board Has History of Racist Tweets,*" published by <u>National Review</u> dated August 2, 2018, and which can be found at <u>https://www.nationalreview.com/news/sarah-jeong-new-york-times-hires-writer-racist-past/</u>.

206.    Attached hereto as **Exhibit 204** is a true and authentic copy of an article entitled "*Palin to attend Western Conservative Summit,*" published by <u>Durango Herald</u> dated June 22, 2016, and which can be found at <u>https://durangoherald.com/articles/106056</u>.

207.    Attached hereto as **Exhibit 205** is a true and authentic copy of an article entitled "*CNN Fires Kathy Griffin From New Year's Eve Broadcast Over Trump Photo,*" published by <u>The New York Times</u> dated May 31, 2017, and which can be found at <u>https://www.nytimes.com/2017/05/31/arts/trump-kathy-griffin.html</u>.

208.    Attached hereto as **Composite Exhibit 206** is a true and authentic copy of an article entitled "*How Outrage Built Over a Shakespearean Depiction of Trump,*" published by <u>The New York Times</u> dated June 12, 2017, which can be found at <u>https://www.nytimes.com/2017/06/12/theater/donald-trump-julius-caesar-public-theater-oskar-eustis.html</u>; and an article entitled "*Et Tu, Delta? Shakespeare in the Park Sponsors Withdraw from Trump-Like 'Julius Ceasar',*" published by <u>The New York Times</u> dated June 11, 2017, which can be found at <u>https://www.nytimes.com/2017/06/11/arts/delta-airline-trump-public-theater-julius-caesar.html</u>.

209.    Attached hereto as **Exhibit 207** is a true and authentic copy of Form 10-Q Quarterly Report for quarterly period ending March 26, 2017, and Form 10-Q Quarterly Report for quarterly period ending June 25, 2017, both of which can be found at https://investors.nytco.com/investors/financials/quarterly-earnings/default.aspx.

210.    Attached hereto as **Composite Exhibit 208** is a true and authentic copy of Plaintiff's Deposition Exhibits 196 and 196(A), James Devine Tweet dated June 17, 2017, and produced in discovery by Plaintiff bearing Bates stamps PALIN 2513-2518.

211.    Attached hereto as **Exhibit 209** is a true and authentic copy of The New York Times Editorial Board Page published by The New York Times on June 15, 2017, and which can be                                    found                                    at https://web.archive.org/web/20170615094453/http://www.nytimes.com/interactive/opinion/editorialboard.html.

212.    Attached hereto as **Exhibit 210** is a true and authentic copy of Plaintiff's Deposition Exhibit 32(L), "*Scoop Edits to the Editorial*," and produced in discovery by Defendants bearing Bates stamps NYTIMES 229-289.

213.    Attached hereto as **Exhibit 211** is a true and authentic copy of "*What Donald Trump Gets Wrong About Orlando*," an article published by The New York Times on June 13, 2016, and which can be found at https://www.nytimes.com/2016/06/14/opinion/what-donald-trump-gets-wrong-about-orlando.html.

I HAVE READ EVERY STATEMENT MADE IN THIS DECLARATION AND DECLARE UNDER PENALTY OF PERJURY THAT EACH STATEMENT IS TRUE AND CORRECT.


 July 10, 2020
Date                                                                 SHANE VOGT