# EXHIBIT 44



| | |
|---|---|
| Document title: | America's Lethal Politics - The New York Times |
| Capture URL: | https://www.nytimes.com/2017/06/14/opinion/steve-scalise-congress-shot-alexandria-virginia.html?_r=1 |
| Captured site IP: | 151.101.33.164 |
| Page loaded at (UTC): | Fri, 16 Jun 2017 12:59:36 GMT |
| Capture timestamp (UTC): | Fri, 16 Jun 2017 13:09:13 GMT |
| Capture tool: | v5.2.2 |
| Page Vault server IP: | 54.174.78.137 |
| Browser engine: | Chrome/58.0.3029.81 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 5 |
| Portal URL: | https://portal.page-vault.com/#/snapshot/637372 |
| User: | bc-gayla |

PAGE VAULT PDF REF#:  h85TT8URMQE8eK5VGsTpPH

PALIN02733

| SECTIONS | HOME | SEARCH | The New York Times | SUBSCRIBE NOW | LOG IN |

OP-ED CONTRIBUTOR
Keep America Wild

EDITORIAL
Mr. Trump, Afghanistan Is Your War Now

DAVID BROOKS
Why Fathers Leave Their Children

ROGER COHEN
Israel-Palestine From Both Sides of the Mirror

PAID POST: VEUVE CLICQUOT
Do You Know What a "Chukker" Is?

CONTRIBUT
President

The Opinion Pages | EDITORIAL

# America's Lethal Politics

By THE EDITORIAL BOARD    JUNE 14, 2017

America's elected representatives enjoying America's pastime on a ball field just across the Potomac from the Capitol: A particularly American form of terror changed that idyll early Wednesday morning into what Senator Rand Paul, who was there, called "basically a killing field."

A gunman with a rifle fired dozens of rounds at members of Congress and current and former aides, who dove for cover. "He was hunting us," said Representative Mike Bishop, Republican of Michigan, who was at home plate when the gunman appeared. In all, four victims were hit, including Representative Steve Scalise of Louisiana, the House majority whip, who was in critical condition Wednesday night after surgery on a bullet wound to his hip.

An American would once have been horrified and shocked by such savagery. An American today would be right to be horrified — and not very surprised. This was one of two mass shootings in the United States on Wednesday. At a San Francisco UPS facility, a gunman killed three people and himself.

**RELATED COVERAGE**

Steve Scalise Among 4 Shot at Baseball Field; Suspect Is Dead  JUNE 14, 2017

What We Know and Don't Know About the Shooting of the G.O.P. Men's Baseball Team  JUNE 14, 2017

Opinion | Bret Stephens
'The Indigenous American Berserk' Strikes Again  JUNE 15, 2017

Opinion | Charles M. Blow
Rhetoric and Bullets  JUNE 15, 2017

F.B.I. agents collecting evidence after the shooting at Eugene Simpson Stadium Park in Alexandria, Va.
Al Drago/The New York Times

Not all the details are known yet about what happened in Virginia, but a sickeningly familiar pattern is emerging in the assault: The sniper, James Hodgkinson, who was killed by Capitol Police officers, was surely deranged, and his derangement had found its fuel in politics. Mr. Hodgkinson was a Bernie Sanders supporter and campaign volunteer virulently opposed to President Trump. He posted many anti-Trump messages on social media, including one in March that said "Time to Destroy Trump & Co."

**RECENT COMMENTS**

**Cliff** 9 hours ago
I read the NYT for a reasoned and credible perspective. Those editorial mistakes and retractions are very significant, bearing directly on...

**John** 10 hours ago
I won't be surprised if we end up with some additional gun control with 'Scalise' in the title. This is the typical US approach to gun...

**Karen E** 11 hours ago
Statistics don't lie . In the states with the most lax gun laws , there are the highest gun death rates per capita , as opposed to those...

SEE ALL COMMENTS

ADVERTISEMENT

     

OP-ED CONTRIBUTOR
Keep America Wild

EDITORIAL
Mr. Trump, Afghanistan Is Your War Now

DAVID BROOKS
Why Fathers Leave Their Children

ROGER COHEN
Israel-Palestine From Both Sides of the Mirror

PAID POST: VEUVE CLICQUOT
Do You Know What a "Chukker" Is?

ADVERTISEMENT



Was this attack evidence of how vicious American politics has become? Probably. In 2011, Jared Lee Loughner opened fire in a supermarket parking lot, grievously wounding Representative Gabby Giffords and killing six people, including a 9-year-old girl. At the time, we and others were sharply critical of the heated political rhetoric on the right. Before the shooting, Sarah Palin's political action committee circulated a map that showed the targeted electoral districts of Ms. Giffords and 19 other Democrats under stylized cross hairs. But in that case no connection to the shooting was ever established.

Conservatives and right-wing media were quick on Wednesday to demand forceful condemnation of hate speech and crimes by anti-Trump liberals. They're right. Liberals should of course be held to the same standard of decency that they ask of the right.

Was this attack evidence of how readily available guns and ammunition are in the United States? Indisputably. Mr. Hodgkinson, by definition, should not have had a gun, but he was licensed in his home state, Illinois. And in any event it would have been easy for him to acquire a weapon in Virginia, which requires no background checks in private sales, requires no registration for most weapons and has few restrictions on open carry.

The reaction of some was that the only solution is yet more guns. Representative Mo Brooks of Alabama, who was among those who came under fire on Wednesday, said, "It's not easy to take when you see people around you being shot and you don't have a weapon yourself."

That's an entirely reasonable reflex. All people in that situation, unarmed and under fire, would long to be able to protect themselves and their friends. Yet consider the society Americans would have to live in — the choices they would all have to make — to enable that kind of defense. Every member of Congress, and every other American of whatever age, would have to go to baseball practice, or to school, or to work, or to the post office, or to the health clinic — or to any of the other places mass shootings now take place — with a gun on their hip. And then, when an attack came and they returned fire, they would probably kill or wound not the assailant but another innocent bystander, as studies have repeatedly shown.

That is the society the gun lobby is working toward. Is it the one Americans want?

President Trump said just the right thing after the attack on Wednesday: "We may have our differences, but we do well in times like these to remember that everyone who serves in our nation's capital is here because,





Case 1:17-cv-04853-JSR   Document 109-44   Filed 07/11/20   Page 5 of 6

The Opinion Pages | America's Lethal Politics      Subscribe         1172

| OP-ED CONTRIBUTOR<br>Keep America Wild  | EDITORIAL<br>Mr. Trump, Afghanistan Is Your War Now  | DAVID BROOKS<br>Why Fathers Leave Their Children  | ROGER COHEN<br>Israel-Palestine From Both Sides of the Mirror  | PAID POST: VEUVE CLICQUOT<br>Do You Know What a "Chukker" Is?   | CONTRIBUT<br>President |

"We may have our differences, but we do well in times like these to remember that everyone who serves in our nation's capital is here because, above all, they love our country. We can all agree that we are blessed to be Americans, that our children deserve to grow up in a nation of safety and peace."

Yet he will not help create that nation if he continues to advocate easy access to lethal weapons.

*Correction: June 16, 2017*
*An editorial on Thursday about the shooting of Representative Steve Scalise incorrectly stated that a link existed between political rhetoric and the 2011 shooting of Representative Gabby Giffords. In fact, no such link was established. The editorial also incorrectly described a map distributed by a political action committee before that shooting. It depicted electoral districts, not individual Democratic lawmakers, beneath stylized cross hairs.*

———

*Follow The New York Times Opinion section on Facebook and Twitter (@NYTopinion), and sign up for the Opinion Today newsletter.*

A version of this editorial appears in print on June 15, 2017, on Page A24 of the New York edition with the headline: America's Lethal Politics. Today's Paper | Subscribe

**RELATED COVERAGE**

Steve Scalise Among 4 Shot at Baseball Field; Suspect Is Dead   JUNE 14, 2017 

What We Know and Don't Know About the Shooting of the G.O.P. Men's Baseball Team   JUNE 14, 2017 

Opinion | Bret Stephens
'The Indigenous American Berserk' Strikes Again   JUNE 15, 2017 

Opinion | Charles M. Blow
Rhetoric and Bullets   JUNE 15, 2017 

**More in Opinion**   Go to the Opinion Section »


**OP-ED CONTRIBUTOR**
Keep America Wild


**EDITORIAL**
Mr. Trump, Afghanistan Is Your War Now


**PAID POST: ESURANCE**
The Technology That Could Eliminate Distracted Driving


**DAVID BROOKS**
Why Fathers Leave Their Children


**ROGER COHEN**
Israel-Palestine From Both Sides of the Mirror


**CONTRIBUTING OP-ED WRITER**
Presidential Youth Envy

**Recommended for You**   Go to All Recommendations »

  

**TRENDING**

1. Russian Military Says It Might Have Killed ISIS Leader 
2. Trump Transition Team Orders Former Aides to Preserve Russia-Related Materials 
3. Op-Ed Columnist: Why Fathers Leave Their Children 
4. Best of Late Night: Stephen Colbert Disagrees That Trump Is the Subject of a 'Witch Hunt'
5. Mueller, Known for Being Above the Fray, Is Now in the Thick of It 
6. Otto Warmbier Was 'Brutalized and Terrorized' in North Korea, Father Says 
7. The Dutch Have Solutions to Rising Seas. The World Is Watching. 
8. Inside Wealth: At Last, Jeff Bezos Offers a Hint of His Philanthropic Plans 
9. London Fire's Death Toll Rises to 30; Some Victims Might Never Be Identified 
10. Secrecy Surrounding Senate Health Bill Raises Alarms in Both Parties 

View More Trending Stories »

The Opinion Pages | America's Lethal Politics   Subscribe

| OP-ED CONTRIBUTOR<br>Keep America Wild | EDITORIAL<br>Mr. Trump, Afghanistan Is Your War Now | DAVID BROOKS<br>Why Fathers Leave Their Children | ROGER COHEN<br>Israel-Palestine From Both Sides of the Mirror | PAID POST: VEUVE CLICQUOT<br>Do You Know What a "Chukker" Is? | CONTRIBUT<br>President |

Shooting of the G.O.P. Men's Baseball Team
JUNE 14, 2017

**Opinion | Bret Stephens**
'The Indigenous American Berserk' Strikes Again
JUNE 15, 2017

**Opinion | Charles M. Blow**
Rhetoric and Bullets   JUNE 15, 2017

---

**More in Opinion**   Go to the Opinion Section »


**OP-ED CONTRIBUTOR**
Keep America Wild


**EDITORIAL**
Mr. Trump, Afghanistan Is Your War Now


**PAID POST: ESURANCE**
The Technology That Could Eliminate Distracted Driving


**DAVID BROOKS**
Why Fathers Leave Their Children

**ROGER COHEN**
Israel-Palestine From Both Sides of the Mirror

**CONTRIBUTING OP-ED WRITER**
Presidential Youth Envy

**TRENDING**

1. Russian Military Says It Might Have Killed ISIS Leader
2. Trump Transition Team Orders Former Aides to Preserve Russia-Related Materials
3. Op-Ed Columnist: Why Fathers Leave Their Children
4. Best of Late Night: Stephen Colbert Disagrees That Trump Is the Subject of a 'Witch Hunt'
5. Mueller, Known for Being Above the Fray, Is Now in the Thick of It
6. Otto Warmbier Was 'Brutalized and Terrorized' in North Korea, Father Says
7. The Dutch Have Solutions to Rising Seas. The World Is Watching.
8. Inside Wealth: At Last, Jeff Bezos Offers a Hint of His Philanthropic Plans
9. London Fire's Death Toll Rises to 30; Some Victims Might Never Be Identified
10. Secrecy Surrounding Senate Health Bill Raises Alarms in Both Parties

View More Trending Stories »

---

**Recommended for You**   Go to All Recommendations »


Their Own Targeted, Republicans Want Looser Gun Laws, Not Stricter Ones


**ON WASHINGTON**
Shaken Lawmakers Soften Partisan Tone While Uniting in Concern


**U.S.**
Congressional Baseball: A Show of Unity on the Ball Field

---

## The New York Times   Go to Home Page »

| NEWS | OPINION | ARTS | LIVING | LISTINGS & MORE | SUBSCRIBE |
|---|---|---|---|---|---|
| World | Today's Opinion | Today's Arts | Automobiles | Classifieds | Home Delivery |
| U.S. | Op-Ed Columnists | Art & Design | Crossword | Tools & Services | Digital Subscriptions |
| Politics | Editorials | Books | Food | Times Topics | Crossword |
| N.Y. | Contributing Writers | Dance | Education | Public Editor | |
| Business | Op-Ed Contributors | Movies | Fashion & Style | N.Y.C. Events Guide | Email Newsletters |
| Tech | Opinionator | Music | Health | Blogs | Alerts |
| Science | Letters | N.Y.C. Events Guide | Jobs | Multimedia | Gift Subscriptions |
| Health | Sunday Review | Television | Magazine | Photography | Corporate Subscriptions |
| Sports | Taking Note | Theater | N.Y.C. Events Guide | Video | Education Rate |
| Education | Room for Debate | Video: Arts | Real Estate | NYT Store | Mobile Applications |
| Obituaries | Public Editor | | T Magazine | Times Journeys | Replica Edition |
| Today's Paper | Video: Opinion | | Travel | Subscribe | |
| Corrections | | | Weddings & Celebrations | Manage My Account | |

© 2017 The New York Times Company | Contact Us | Work With Us | Advertise | Your Ad Choices | Privacy | Terms of Service | Terms of Sale   Site Map | Help | Site Feedback | Subscriptions