# EXHIBIT 203



| | |
|---|---|
| Document title: | Sarah Jeong: New York Times Hires Writer With Racist Past \| National Review |
| Capture URL: | https://www.nationalreview.com/news/sarah-jeong-new-york-times-hires-writer-racist-past/ |
| Captured site IP: | 23.185.0.3 |
| Page loaded at (UTC): | Wed, 08 Jul 2020 15:50:52 GMT |
| Capture timestamp (UTC): | Wed, 08 Jul 2020 15:53:34 GMT |
| Capture tool: | v7.0.6 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 10 |
| Capture ID: | 1dd55378-f33f-4d3f-8af3-ad52dc9fbd90 |
| User: | bc-gayla |

PDF REFERENCE #:     8z1RBfdqBrR8NmsweRaf5z

 NATIONAL REVIEW     DONATE   THE CORNER   LOGIN   SUBSCRIBE

**Don't Just Read the Conversation, Shape the Conversation.**
Discover what it means to be an NRPLUS member. JOIN NOW — NATIONAL REVIEW

NEWS

U.S.

# Newest Member of NYT Editorial Board Has History of Racist Tweets

By JACK CROWE | August 2, 2018 11:24 AM

 LISTEN TO THIS ARTICLE


Sarah Jeong (XOXO Festival/YouTube)

Sarah Jeong, who will be joining the *New York Times* editorial board in September, has expressed open disdain for white people in numerous tweets sent between 2013 and 2015.

Jeong's Twitter account is replete with racial insults against white people, whom she has described as "groveling goblins," "bullshit," "miserable," and "dogs."


NR Top Articles
READ MORE
Over 80 Percent of Hong Kong Security Law Backers at the U.N. Are Belt and Road Signatories


NRI brings *NR*'s top talent to you!
NATIONAL REVIEW INSTITUTE


**TOP STORIES**

1. Netflix Must Cancel Barack Obama
   KEVIN D. WILLIAMSON

2. Protests May Have Spread Coronavirus, Some Cities Say
   BRITTANY BERNSTEIN

3. Year Zero
   VICTOR DAVIS HANSON
   NR PLUS

4. Why Progressives Wage War on History
   KEN BUCK

5. Destroy the 'Public'

Reopening Michigan Too Soon, Could Reimpose Restrictions

"Dumba** f***ing white people marking up the internet with their opinions like dogs pissing on fire hydrants," Jeong wrote in November 2014. "Are white people genetically predisposed to burn faster un the sun, thus logically being only fit to live underground like groveling goblins," she wrote a month later.

Jeong, who was hired Wednesday as the *Times*'s lead editorial writer on technology, attended Harvard Law School and has previously written for the *Atlantic*, *Motherboard*, the *Washington Post*, and the *New York Times Magazine*.

Jeong's comments, which have drawn considerable backlash among fellow journalists on Twitter, emerged months after the *Times* fired another new hire, Quinn Norton, over racist and anti-gay language in her old tweets.

Just hours after hiring Norton as a tech writer, the *Times* revoked the offer, claiming it was initially unaware of the tweets.

"Despite our review of Quinn Norton's work and our conversations with her previous employers, this was new information to us. Based on it, we've decided to go our separate ways," *Times* editorial-page editor James Bennet said at the time.

"I'm sorry I can't do the work I wanted to do with them. I wish there had been a way, but ultimately, they need to feel safe with how the net will react to their opinion writers," Norton tweeted after being dismissed.

The *Times* cast Jeong's tweets as ill-advised responses to online harassment in a statement released Thursday.



NOW WATCH: 'NYT Stands By Writer After Racist Tweets Surface'




KEN BUCK

5. Destroy the 'Public' Education System
DAVID HARSANYI

**DON'T MISS OUR BREAKING NEWS**
Get breaking news, with NR's unfiltered reporting, delivered straight to your inbox
Your Email      GO



**RECOMMENDED ARTICLES**

1. NYT Seeks Emails Sent by Kavanaugh's Wife Containing 'Gay,' 'Abortion'
JACK CROWE

2. Why Racism Begets More Racism
JONAH GOLDBERG

3. What an *NYT* Reporter's Doxing Threat Says about the Paper's 'Standards'
TOBIAS HOONHOUT

4. Yes, Anti-White Racism Exists
DAVID FRENCH

Ends Tonight: Get NRPLUS for 12 Weeks for $6. Join Today

NR  Newest Member of NYT Editorial Board Has History of Racist Tweets



*Send a tip to the news team at NR.*


**JACK CROWE** is the news editor of NATIONAL REVIEW ONLINE. **@jackrcrowe**

## MORE IN U.S.

When 'Boundary Policing' Becomes Intimidation: How the Media Protect Their Turf

Washington vs. Violent Crime

A Better Kind of Postgraduate Academic Prize

How the U.S. Must Respond to China's Exploitation of the COVID-19 Pandemic



**CNN Refuses To Show This Video — Watch NOW Before It's Banned**
Video reveals how you can get in on this major money-making secret.

Watch The Video     812,583

Promoted Content

**SPONSORED CONTENT**

  

    

 

 



 


Beauty Surgeon Shares #1 At Home Tip For Balding Brows


Restore Balding Eyebrows - Do This Everyday At Home


Ready To Upgrade From Face Masks To Respirators? Order Now
O2 Industries


Fastest Shrinking Cities In America: City In Illinois Tops The List
ALOT Travel


Take This Quick to Rate Obama's Legacy
Paid for by Stop Republicans


Illinois Will Cover The Cost Of Installing Solar
Dash Savings





Newest Member of NYT Editorial Board Has History of Racist Tweets


**Illinois: Say Bye To Expensive Solar Panels If You Own A Home In Lake Forest**
Energy Bill Cruncher


**Lucille Ball's Great-Granddaughter is All Grown Up - And Looks Just Like Her**
Investing.com


**Plastic Surgeon Tells: "Doing This Every Morning Can Snap Back Sagging Skin (No Creams Needed)"**
Beverly Hills MD


**About Plaque Psoriasis: Learn About Causes & Symptoms**
Lifelessons.club


**[Photos] 34 Ads From The 1970's That Would Be Banned Today**
Chocolate.com


**[Photos] She Never Got Married, and Now We Know Why**
Graduatez


**[Photos] Elvis's Grandkid Looks Just Like His Legendary Grandfather**
The Primary Market


**[Photos] Remember Catherine from Jag? This Is Her Today**
The Primary Market






**19 Accurate War Movies Veterans Love**
Ranker

**If You're Going To Buy KitchenAid, Read This**
Wikibuy

## FROM OUR PARTNERS


**Sign Language Interpreter Struggles As Biden Rants Incoherently**
thepoliticalinsider.com


**Rep. Ilhan Omar Calls For "Dismantling" The U.S. Economy, Political System**
realclearpolitics.com


**Justin Timberlake Takes A Stance On Confederate Monuments**
dailycaller.com


**Deutsche Bank to pay $150 million penalty over Epstein mishandling**
kitco.com


**Ben Shapiro Steps Down As The Daily Wire's Editor-In-Chief**
dailycaller.com


**Sen. Kennedy: 'Build a Fallout Shelter' If Biden Wins**
newsmax.com


**Narco Jet Allegedly Shot Down By Mexican Federal Police**
zerohedge.com


**Disney Actor Dead at 24**
newsmax.com

## MOST POPULAR



**1** U.S.
**Bad News about the Virus**
By JIM GERAGHTY
On the menu today: an important update about indications that the coronavirus is now more contagious than it used to be, with far-reaching ramifications for how we fight this pandemic; a point on the recent complaints about the Paycheck Protection Program; and a new book for everyone closely following the debate ... Read More



**2** CULTURE
**A Triumph at Mount Rushmore**
By RICH LOWRY
If nothing else, President Donald Trump's July Fourth speech at Mount Rushmore clarified the battle lines of our culture war. The New York Times called the speech "dark and divisive," while an Associated Press headline declared, "Trump pushes racial division." A Washington Post story said the speech ... Read More

## AROUND THE WEB

**If John Roberts Isn't A Conservative, What Is He, Exactly?**
THE AMERICAN CONSERVATIVE

**In the fight for justice, moderation is a virtue**
THE WEEK

**America's Jacobin Moment**
WALL STREET JOURNAL

**Camden's Success Was Achieved by De-Unionizing, Not Defunding**
FOUNDATION FOR ECONOMIC EDUCATION



**3** VIDEO
**Research: One Group Spread 65 Percent of All COVID-19 Cases across US**
Thousands of travelers carried the coronavirus from New York



---

Document title: Sarah Jeong: New York Times Hires Writer With Racist Past | National Review
Capture URL: https://www.nationalreview.com/news/sarah-jeong-new-york-times-hires-writer-racist-past/
Capture timestamp (UTC): Wed, 08 Jul 2020 15:53:34 GMT
Page 7 of 9




**Research: One Group Spread 65 Percent of All COVID-19 Cases across US**

Thousands of travelers carried the coronavirus from New York around the United States in early March, triggering most of the new cases that erupted nationwide. Read More

## SPONSORED STORIES



**These Are Probably The Best Western Movies Ever Made**
Investing.com

**LAW & THE COURTS**

### Controversial Police-Shooting Study Retracted

By ROBERT VERBRUGGEN

This has to be one of the weirdest things I have ever seen. The authors of an often-cited study about racial bias in police shootings have asked for it to be retracted, while standing behind the data and statistical analysis. They're retracting the paper only because they don't like the way it's being discussed ... Read More

 

**Canceled TV Shows Announced: The Full List.**
Investing.com - ZA

**We Finally Know How Ainsley Earhardt Came to...**
Investing.com

Recommended by Outbrain

**WHITE HOUSE**

### The Sales Window for Trump Tell-Alls Could Be Closing Soon . . .

By JIM GERAGHTY

Much like John Bolton last month, Mary Trump, the president's niece, is out with a new tell-all book declaring that President Trump is an awful human being who cannot be trusted with the presidency -- he's "cheating as a way of life," he's a "sociopath," he allegedly hired someone else to take the SAT for ... Read More

**MEDIA**

### Senator Duckworth and Most of the Press Are Lying about Trump's Speech

By CHARLES C. W. COOKE

Senator Tammy Duckworth says that, during his address at Mount Rushmore on Friday, President Trump "spent all his time talking about dead traitors." This is a flat-out lie. It is entirely untrue. It is invented from whole cloth. You can read the speech here and see for yourself. One doesn't have to like ... Read More

## FROM OUR PARTNERS



**Epstein Confidante Will Use Sex Tapes to Avoid Jail, Ex-Friend Says**
newsmax.com

**POLITICS & POLICY**

### Washington vs. Violent Crime

By ANDREW C. MCCARTHY

In New York City, 49 people were shot over the holiday weekend. The death count, so far, is eight. With 101 shooting victims in the last week, shootings are up 300 percent over the same period last year; for the full month of June, they reached a level not seen since 1996. Even before this latest bloodbath, ... Read More



**Fired Scientist [...] the 'Real' Virus Numbers**
newser.com

**MEDIA**

### The Unrelenting Assault on President Trump

By CONRAD BLACK

There has never been a presidential campaign in the United States where the administration was so massively opposed by the principal media outlets as in this election. Nor, in at least a century, have the national political media so widely and thoroughly discarded the traditional criterion for journalistic ... Read More



WATCH: 0:30
Trump to Sign Police Reform Executive Order on Tuesday

**REGULATORY POLICY**



Document title: Sarah Jeong: New York Times Hires Writer With Racist Past | National Review
Capture URL: https://www.nationalreview.com/news/sarah-jeong-new-york-times-hires-writer-racist-past/
Capture timestamp (UTC): Wed, 08 Jul 2020 15:53:34 GMT
Page 8 of 9











Document title: Sarah Jeong: New York Times Hires Writer With Racist Past | National Review
Capture URL: https://www.nationalreview.com/news/sarah-jeong-new-york-times-hires-writer-racist-past/
Capture timestamp (UTC): Wed, 08 Jul 2020 15:53:34 GMT