COMPOSITE
# EXHIBIT 207

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

## FORM 10-Q

### QUARTERLY REPORT PURSUANT TO SECTION 13 or 15(d)
### OF THE SECURITIES EXCHANGE ACT OF 1934

**For the quarterly period ended March 26, 2017**

**Commission file number 1-5837**

# THE NEW YORK TIMES COMPANY

(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **NEW YORK** | **13-1102020** |
| **(State or other jurisdiction of incorporation or organization)** | **(I.R.S. Employer Identification No.)** |

**620 EIGHTH AVENUE, NEW YORK, NEW YORK**

(Address of principal executive offices)

**10018**

(Zip Code)

**Registrant's telephone number, including area code 212-556-1234**

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒   No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | |
|---|---|---|
| Large accelerated filer ☒ | Accelerated filer ☐ | Non-accelerated filer ☐ |
| Smaller reporting company ☐ | Emerging growth company ☐ | |

If an emerging growth company, indicate by the check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐   No ☒

Number of shares of each class of the registrant's common stock outstanding as of April 28, 2017 (exclusive of treasury shares):

| | | |
|---|---|---|
| Class A Common Stock | 160,737,693 | shares |
| Class B Common Stock | 812,757 | shares |

**THE NEW YORK TIMES COMPANY**

**INDEX**

**ITEM NO.**

| | | | |
|---|---|---|---|
| **PART I** | | Financial Information | 1 |
| **Item** | 1 | Financial Statements | 1 |
| | | Condensed Consolidated Balance Sheets as March 26, 2017 (unaudited) and December 25, 2016 | 1 |
| | | Condensed Consolidated Statements of Operations (unaudited) for the quarters ended March 26, 2017 and March 27, 2016 | 3 |
| | | Condensed Consolidated Statements of Comprehensive Income (unaudited) for the quarters ended March 26, 2017 and March 27, 2016 | 4 |
| | | Condensed Consolidated Statements of Cash Flows (unaudited) for the quarters ended March 26, 2017 and March 27, 2016 | 5 |
| | | Notes to the Condensed Consolidated Financial Statements | 6 |
| **Item** | 2 | Management's Discussion and Analysis of Financial Condition and Results of Operations | 16 |
| **Item** | 3 | Quantitative and Qualitative Disclosures about Market Risk | 24 |
| **Item** | 4 | Controls and Procedures | 24 |
| **PART II** | | Other Information | 26 |
| **Item** | 1 | Legal Proceedings | 26 |
| **Item** | 1A | Risk Factors | 26 |
| **Item** | 2 | Unregistered Sales of Equity Securities and Use of Proceeds | 26 |
| **Item** | 6 | Exhibits | 26 |

**PART I. FINANCIAL INFORMATION**

<u>**Item 1. Financial Statements**</u>

**THE NEW YORK TIMES COMPANY**
<u>**CONDENSED CONSOLIDATED BALANCE SHEETS**</u>
**(In thousands, except share and per share data)**

| | March 26, 2017 | December 25, 2016 |
|---|---|---|
| | (Unaudited) | |
| <u>Assets</u> | | |
| <u>Current assets</u> | | |
| Cash and cash equivalents | $ 150,964 | $ 100,692 |
| Short-term marketable securities | 392,249 | 449,535 |
| Accounts receivable (net of allowances of $15,910 in 2017 and $16,815 in 2016) | 176,913 | 197,355 |
| Prepaid expenses | 16,797 | 15,948 |
| Other current assets | 31,008 | 32,648 |
| Total current assets | 767,931 | 796,178 |
| <u>Other assets</u> | | |
| Long-term marketable securities | 209,331 | 187,299 |
| Investments in joint ventures | 16,492 | 15,614 |
| Property, plant and equipment (less accumulated depreciation and amortization of $917,617 in 2017 and $903,736 in 2016) | 588,505 | 596,743 |
| Goodwill | 136,391 | 134,517 |
| Deferred income taxes | 298,376 | 301,342 |
| Miscellaneous assets | 153,200 | 153,702 |
| Total assets | $ 2,170,226 | $ 2,185,395 |

See Notes to Condensed Consolidated Financial Statements.

1

**THE NEW YORK TIMES COMPANY**
**CONDENSED CONSOLIDATED BALANCE SHEETS-(Continued)**
**(In thousands, except share and per share data)**

| | March 26, 2017 | December 25, 2016 |
|---|---|---|
| | (Unaudited) | |
| Liabilities and stockholders' equity | | |
| Current liabilities | | |
| Accounts payable | $ 101,924 | $ 104,463 |
| Accrued payroll and other related liabilities | 61,645 | 96,463 |
| Unexpired subscriptions | 82,545 | 66,686 |
| Accrued expenses and other | 141,731 | 131,125 |
| Total current liabilities | 387,845 | 398,737 |
| Other liabilities | | |
| Long-term debt and capital lease obligations | 247,785 | 246,978 |
| Pension benefits obligation | 545,957 | 558,790 |
| Postretirement benefits obligation | 57,244 | 57,999 |
| Other | 74,432 | 78,647 |
| Total other liabilities | 925,418 | 942,414 |
| Stockholders' equity | | |
| Common stock of $.10 par value: | | |
| Class A – authorized: 300,000,000 shares; issued: 2017 – 169,580,736; 2016 – 169,206,879 (including treasury shares: 2017 – 8,870,801; 2016 – 8,870,801) | 16,958 | 16,921 |
| Class B – convertible – authorized and issued shares: 2017 – 812,757; 2016 – 816,632 (including treasury shares: 2017 – none; 2016 – none) | 81 | 82 |
| Additional paid-in capital | 150,428 | 149,928 |
| Retained earnings | 1,338,595 | 1,331,911 |
| Common stock held in treasury, at cost | (171,211) | (171,211) |
| Accumulated other comprehensive loss, net of income taxes: | | |
| Foreign currency translation adjustments | (442) | (1,822) |
| Funded status of benefit plans | (473,809) | (477,994) |
| Total accumulated other comprehensive loss, net of income taxes | (474,251) | (479,816) |
| Total New York Times Company stockholders' equity | 860,600 | 847,815 |
| Noncontrolling interest | (3,637) | (3,571) |
| Total stockholders' equity | 856,963 | 844,244 |
| Total liabilities and stockholders' equity | $ 2,170,226 | $ 2,185,395 |

See Notes to Condensed Consolidated Financial Statements.

2

**THE NEW YORK TIMES COMPANY**
**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
(Unaudited)
(In thousands, except per share data)

| | For the Quarters Ended | |
|---|---|---|
| | March 26, 2017 | March 27, 2016 |
| | (13 weeks) | |
| Revenues | | |
| Circulation | $ 242,375 | $ 217,994 |
| Advertising | 130,028 | 139,680 |
| Other | 26,401 | 21,841 |
| Total revenues | 398,804 | 379,515 |
| Operating costs | | |
| Production costs: | | |
| Wages and benefits | 90,778 | 92,471 |
| Raw materials | 16,930 | 17,875 |
| Other | 45,528 | 47,516 |
| Total production costs | 153,236 | 157,862 |
| Selling, general and administrative costs | 198,004 | 178,246 |
| Depreciation and amortization | 16,153 | 15,472 |
| Total operating costs | 367,393 | 351,580 |
| Headquarters redesign and consolidation | 2,402 | — |
| Operating profit | 29,009 | 27,935 |
| Income/(loss) from joint ventures | 173 | (41,896) |
| Interest expense, net | 5,325 | 8,826 |
| Income/(loss) from continuing operations before income taxes | 23,857 | (22,787) |
| Income tax expense/(benefit) | 10,742 | (9,201) |
| Net income/(loss) | 13,115 | (13,586) |
| Net loss attributable to the noncontrolling interest | 66 | 5,315 |
| Net income/(loss) attributable to The New York Times Company common stockholders | $ 13,181 | $ (8,271) |
| Average number of common shares outstanding: | | |
| Basic | 161,402 | 161,003 |
| Diluted | 162,592 | 161,003 |
| Basic earnings/(loss) per share attributable to The New York Times Company common stockholders | $ 0.08 | $ (0.05) |
| Diluted earnings/(loss) per share attributable to The New York Times Company common stockholders | $ 0.08 | $ (0.05) |
| Dividends declared per share | $ 0.04 | $ 0.04 |

See Notes to Condensed Consolidated Financial Statements.

3

**THE NEW YORK TIMES COMPANY**
**CONDENSED CONSOLIDATED STATEMENTS OF COMPREHENSIVE INCOME**
(Unaudited)
(In thousands)

| | For the Quarters Ended | |
|---|---|---|
| | March 26, 2017 | March 27, 2016 |
| | (13 weeks) | |
| Net income/(loss) | $ 13,115 | $ (13,586) |
| Other comprehensive income, before tax: | | |
|     Income on foreign currency translation adjustments | 2,175 | 1,642 |
|   Pension and postretirement benefits obligation | 6,921 | 6,552 |
|     Other comprehensive income, before tax | 9,096 | 8,194 |
| Income tax expense | 3,531 | 3,103 |
| Other comprehensive income, net of tax | 5,565 | 5,091 |
| Comprehensive income/(loss) | 18,680 | (8,495) |
| Comprehensive loss attributable to the noncontrolling interest | 66 | 5,315 |
| Comprehensive income/(loss) attributable to The New York Times Company common stockholders | $ 18,746 | $ (3,180) |

See Notes to Condensed Consolidated Financial Statements.

4

**THE NEW YORK TIMES COMPANY**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
(Unaudited)
(In thousands)

| | For the Quarters Ended | |
| --- | --- | --- |
| | March 26, 2017 | March 27, 2016 |
| | (13 weeks) | |
| Cash flows from operating activities | | |
| Net income/(loss) | $ 13,115 | $ (13,586) |
| Adjustments to reconcile net income to net cash provided by operating activities: | | |
|     Depreciation and amortization | 16,153 | 15,472 |
|     Stock-based compensation expense | 3,958 | 2,931 |
|     Undistributed (income)/loss of joint ventures | (173) | 41,896 |
|     Long-term retirement benefit obligations | (6,458) | (6,886) |
|     Uncertain tax positions | 80 | 460 |
|     Other-net | 1,708 | 2,882 |
| Changes in operating assets and liabilities: | | |
|     Accounts receivable-net | 20,442 | 37,162 |
|     Other current assets | 442 | (1,808) |
|     Accounts payable, accrued payroll and other liabilities | (34,995) | (94,399) |
|     Unexpired subscriptions | 15,859 | 3,867 |
| Net cash provided by/(used in) operating activities | 30,131 | (12,009) |
| Cash flows from investing activities | | |
| Purchases of marketable securities | (80,108) | (34,912) |
| Maturities of marketable securities | 117,465 | 143,965 |
| Cash distribution from corporate-owned life insurance | — | 38,000 |
| Business acquisitions | — | (12,250) |
| Change in restricted cash | (15) | (470) |
| Capital expenditures | (8,032) | (10,542) |
| Other-net | 510 | (1,026) |
| Net cash provided by investing activities | 29,820 | 122,765 |
| Cash flows from financing activities | | |
| Long-term obligations: | | |
| Repayment of debt and capital lease obligations | (138) | (138) |
| Dividends paid | (6,473) | (6,461) |
| Capital shares: | | |
|     Stock issuances | 445 | — |
|     Repurchases | — | (15,684) |
| Share-based compensation tax withholding | (3,726) | (8,675) |
| Net cash used in financing activities | (9,892) | (30,958) |
| Net increase in cash and cash equivalents | 50,059 | 79,798 |
| Effect of exchange rate changes on cash | 213 | 119 |
| Cash and cash equivalents at the beginning of the period | 100,692 | 105,776 |
| Cash and cash equivalents at the end of the period | $ 150,964 | $ 185,693 |

See Notes to Condensed Consolidated Financial Statements.

5

**THE NEW YORK TIMES COMPANY**
**NOTES TO THE CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

**NOTE 1. BASIS OF PRESENTATION**

In the opinion of management of The New York Times Company (the "Company"), the Condensed Consolidated Financial Statements present fairly the financial position of the Company as of March 26, 2017 and December 25, 2016 , and the results of operations and cash flows of the Company for the periods ended March 26, 2017 and March 27, 2016 . The Company and its consolidated subsidiaries are referred to collectively as "we," "us" or "our." All adjustments necessary for a fair presentation have been included and are of a normal and recurring nature. All significant intercompany accounts and transactions have been eliminated in consolidation. The financial statements were prepared in accordance with the requirements of the Securities and Exchange Commission ("SEC") for interim reporting. As permitted under those rules, certain notes or other financial information that are normally required by accounting principles generally accepted in the United States of America ("GAAP") have been condensed or omitted from these interim financial statements. These financial statements, therefore, should be read in conjunction with the Consolidated Financial Statements and related Notes included in our Annual Report on Form 10-K for the year ended December 25, 2016 . Due to the seasonal nature of our business, operating results for the interim periods are not necessarily indicative of a full year's operations. The fiscal periods included herein comprise 13 weeks for the first quarter.

The preparation of financial statements in conformity with GAAP requires management to make estimates and assumptions that affect the amounts reported in our Condensed Consolidated Financial Statements. Actual results could differ from these estimates.

**NOTE 2. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES**

Except as described herein, as of March 26, 2017 , our significant accounting policies, which are detailed in our Annual Report on Form 10-K for the year ended December 25, 2016 , have not changed materially.

*Recently Adopted Accounting Pronouncements*

In March 2016, the Financial Accounting Standards Board ("FASB") issued Accounting Standards Update ("ASU") 2016-09, "Compensation-Stock Compensation," which provides guidance on accounting for share-based payment transactions, including the income tax consequences, classification of awards as either equity or liabilities, and classification on the statement of cash flows. This guidance became effective for the Company for fiscal years beginning after December 25, 2016.

Upon adoption of ASU 2016-09, we recognized excess tax shortfalls in income tax expense rather than additional paid-in capital of $1.5 million for the first quarter of 2017. Excess tax shortfalls and/or windfalls for share-based payments are now included in net cash from operating activities rather than net cash from financing activities. The changes have been applied prospectively in accordance with the ASU and prior periods have not been adjusted. Additionally, the presentation of employee taxes paid to taxing authorities for share-based transactions are now included in net cash from financing activities rather than net cash from operating activities. This change was applied retrospectively and as a result, we reclassified $8.7 million for the first quarter of 2016 in our Condensed Statement of Cash Flows from operating activities to financing activities. No other material changes resulted from the adoption of this standard.

*Recently Issued Accounting Pronouncements*

In March 2017, the FASB issued ASU 2017-07, "Compensation - Retirement Benefits (Topic 715): Improving the Presentation of Net Periodic Pension Cost and Net Periodic Postretirement Benefit Cost." The new guidance requires the service cost component to be presented separately from the other components of net benefit costs. Service cost will be presented with other employee compensation cost within operations. The other components of net benefit cost, such as interest cost, amortization of prior service cost and gains or losses are required to be presented outside of operations. The new guidance is effective for fiscal years beginning after December 15, 2017, and interim periods within those fiscal years. Early adoption is permitted. The guidance should be applied retrospectively for the presentation of the service cost component in the income statement and allows a practical expedient for the estimation basis for applying the retrospective presentation requirements. We are currently in the process of evaluating the impact of this guidance on our consolidated financial statements.

In February 2016, the FASB issued ASU 2016-02, "Leases," which provides guidance on accounting for leases and disclosure of key information about leasing arrangements. The guidance requires lessees to recognize the following for all operating and finance leases at the commencement date: (1) a lease liability, which is the obligation to make lease payments arising from a lease, measured on a discounted basis and (2) a right-of-use asset representing the lessee's right to use, or control the use of, the underlying asset for the lease term. A lessee is permitted to make an accounting policy election not to recognize lease assets and lease liabilities for short-term leases with a term of 12 months or less. The guidance does not fundamentally change lessor accounting; however, some changes have been made to align that guidance with the lessee guidance and other

6

**THE NEW YORK TIMES COMPANY**
**NOTES TO THE CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

areas within GAAP. This guidance becomes effective for the Company for fiscal years beginning after December 30, 2018. Early application is permitted. This guidance will be applied on a modified retrospective basis for leases existing at, or entered into after, the earliest period presented in the financial statements. We are currently in the process of evaluating the impact of the new leasing guidance and expect that most of our operating lease commitments will be subject to the new standard. The adoption of the standard will require us to add right-of-use assets and lease liabilities onto our balance sheet. Based upon our initial evaluation, we do not expect the adoption of the standard to have a material effect on our results of operations and liquidity.

In May 2014, the FASB issued ASU 2014-09, "Revenue from Contracts with Customers," which prescribes a single comprehensive model for entities to use in the accounting for revenue arising from contracts with customers. The new guidance will supersede virtually all existing revenue guidance under GAAP and International Financial Reporting Standards and is effective for fiscal years beginning after December 31, 2017. There are two transition options available to entities: the full retrospective approach or the modified retrospective approach. Under the full retrospective approach, the Company would restate prior periods in compliance with Accounting Standards Codification 250, "Accounting Changes and Error Corrections." Alternatively, the Company may elect the modified retrospective approach, which allows for the new revenue standard to be applied to existing contracts as of the effective date with a cumulative catch-up adjustment recorded to retained earnings. We currently anticipate adopting the new standard using the modified retrospective method beginning January 1, 2018.

Subsequently, in March 2016, the FASB issued ASU 2016-08, "Revenue from Contracts with Customers (Topic 606): Principal versus Agent Considerations (Reporting Revenue Gross versus Net)," which clarifies the implementation guidance on principal versus agent considerations in ASU 2014-09. In April 2016, the FASB also issued ASU 2016-10, "Revenue from Contracts with Customers (Topic 606): Identifying Performance Obligations and Licensing," to reduce the cost and complexity of applying the guidance on identifying promised goods or services when identifying a performance obligation and improve the operability and understandability of the licensing implementation guidance. In May 2016, the FASB issued ASU 2016-12, "Revenue from Contracts with Customers (Topic 606): Narrow Scope Improvements and Practical Expedients," to reduce the cost and complexity of applying the guidance to address certain issues on assessing collectability, presentation of sales taxes, noncash consideration, and completed contracts and contract modifications at transition. The amendments in ASU 2014-09, 2016-10, and 2016-12 do not change the core principle of ASU 2014-09.

Based upon our initial evaluation, we do not expect the adoption of the standard to have a material effect on our financial condition or results of operations. While we continue to evaluate the impact of the new revenue guidance, we currently believe that the most significant changes will be primarily related to how we account for certain licensing arrangements in the other revenue category. However, preliminary assessments may be subject to change.

The Company considers the applicability and impact of all recently issued accounting pronouncements. Recent accounting pronouncements not specifically identified in our disclosures are either not applicable to the Company or are not expected to have a material effect on our financial condition or results of operations.

## NOTE 3. MARKETABLE SECURITIES

Our marketable debt securities consisted of the following:

| (In thousands) | | March 26, 2017 | | December 25, 2016 |
|---|---|---|---|---|
| **Short-term marketable securities** | | | | |
| U.S Treasury securities | $ | 123,547 | $ | 150,623 |
| Corporate debt securities | | 154,255 | | 150,599 |
| U.S. governmental agency securities | | 56,079 | | 64,135 |
| Commercial paper | | 58,368 | | 84,178 |
| Total short-term marketable securities | $ | 392,249 | $ | 449,535 |
| **Long-term marketable securities** | | | | |
| U.S. governmental agency securities | $ | 115,690 | $ | 110,732 |
| Corporate debt securities | | 52,799 | | 61,775 |
| U.S Treasury securities | | 40,842 | | 14,792 |
| Total long-term marketable securities | $ | 209,331 | $ | 187,299 |

7

**THE NEW YORK TIMES COMPANY**
**NOTES TO THE CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

As of March 26, 2017 , our short-term and long-term marketable securities had remaining maturities of less than 1 month to 12 months and 13 months to 36 months , respectively. See Note 8 for additional information regarding the fair value of our marketable securities.

## NOTE 4. GOODWILL AND INTANGIBLES

During the first and third quarters of 2016, the Company acquired two digital marketing agencies, HelloSociety, LLC and Fake Love, LLC for an aggregate of $15.4 million in all-cash transactions.

During the fourth quarter of 2016, the Company acquired Submarine Leisure Club, Inc., which owns the product review and recommendation websites The Wirecutter and The Sweethome, in an all-cash transaction. We paid $25.0 million , including a payment made for a non-compete agreement. In connection with the transaction, we also entered into a consulting agreement and retention agreements that will likely require payments over the three years following the acquisition.

The Company allocated the purchase prices based on the final valuation of assets acquired and liabilities assumed, resulting in allocations to goodwill, intangibles, property, plant and equipment and other miscellaneous assets.

The aggregate carrying amount of intangible assets of $9.6 million related to these acquisitions has been included in "Miscellaneous Assets" in our Condensed Consolidated Balance Sheets. The estimated useful lives for these assets range from 3 to 7 years and are amortized on a straight-line basis.

The changes in the carrying amount of goodwill as of March 26, 2017 , and since December 25, 2016 , were as follows:

| *(In thousands)* | | Total Company |
|---|---|---|
| Balance as of December 25, 2016 | $ | 134,517 |
| Measurement period adjustment [1] | | (198) |
| Foreign currency translation | | 2,072 |
| Balance as of March 26, 2017 | $ | 136,391 |

*(1)   Includes measurement period adjustment in connection with Submarine Leisure Club, Inc. acquisition.*

The foreign currency translation line item reflects changes in goodwill resulting from fluctuating exchange rates related to the consolidation of certain international subsidiaries.

## NOTE 5. INVESTMENTS

*Equity Method Investments*

As of March 26, 2017 , our investments in joint ventures of $16.5 million consisted of equity ownership interests in the following entities:

| Company | Approximate % Ownership |
|---|---|
| Donohue Malbaie Inc. | 49% |
| Madison Paper Industries | 40% |
| Women in the World Media, LLC | 30% |

We have investments in Donohue Malbaie Inc. ("Malbaie"), a Canadian newsprint company, Madison Paper Industries ("Madison"), a partnership that previously operated a supercalendered paper mill in Maine, and Women in the World Media, LLC, a live-event conference business.

The Company and UPM-Kymmene Corporation ("UPM"), a Finnish paper manufacturing company, are partners through subsidiary companies in Madison. The Company's 40% ownership of Madison is through an 80% -owned consolidated subsidiary which owns 50% of Madison. UPM owns 60% of Madison, including a 10% interest through a 20% noncontrolling interest in the consolidated subsidiary of the Company. In March 2016, UPM announced the closure of the paper mill, which occurred in May 2016. During the first quarter of 2016, we recognized $41.4 million loss from joint ventures related to the announced closure of the paper mill. Our proportionate share of the loss is reduced by the 20% noncontrolling interest. As a result of the mill closure, we wrote our investment down to zero and recorded a liability of $28.8 million , reflecting our share of the losses incurred to date by Madison. These amounts are presented in "Accrued expenses and other" in our Condensed Consolidated Balance Sheets.

8

**THE NEW YORK TIMES COMPANY**
**NOTES TO THE CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

The Company's joint venture in Madison is currently being liquidated. In the fourth quarter of 2016, Madison sold certain assets at the mill site and we recognized a gain of $3.9 million related to the sale. In April 2017, Madison entered into an agreement to sell the remaining assets at the mill site (consisting of hydro power assets). We expect the sale of the hydro power assets to be completed later this year and we believe the proceeds from the sale will be more than sufficient to cover Madison's obligations and therefore allow us to reverse our liability at that time.

We received no distributions from our equity method investments during the the first quarters of 2017 and 2016 .

We purchase newsprint from Malbaie, and previously purchased supercalendered paper from Madison, at competitive prices. Such purchases totaled approximately $3 million in the first quarters of 2017 and 2016 .

The following table presents summarized income statement information for Madison, which follows a calendar year:

| (In thousands) | For the Quarters Ended | |
| --- | --- | --- |
| | March 31, 2017 | March 31, 2016 |
| Revenues | $ — | $ 25,179 |
| Costs and expenses: | | |
| Cost of sales | (1,054) | (48,935) |
| General and administrative | (26) | (63,101) |
| | (1,080) | (112,036) |
| Operating loss | (1,080) | (86,857) |
| Other (expense)/income | (2) | 1 |
| Net loss | $ (1,082) | $ (86,856) |

*Cost Method Investments*

The aggregate carrying amounts of cost method investments included in "Miscellaneous assets'' in our Condensed Consolidated Balance Sheets were $13.7 million and $13.6 million for March 26, 2017 and December 25, 2016 , respectively.

**NOTE 6. DEBT OBLIGATIONS**

Our current indebtedness consisted of the repurchase option related to a sale-leaseback of a portion of our New York headquarters. Our total debt and capital lease obligations consisted of the following:

| (In thousands) | March 26, 2017 | December 25, 2016 |
| --- | --- | --- |
| Option to repurchase ownership interest in headquarters building in 2019: | | |
| Principal amount | 250,000 | 250,000 |
| Less unamortized discount based on imputed interest rate of 13.0% | 9,001 | 9,801 |
| Total option to repurchase ownership interest in headquarters building in 2019 | 240,999 | 240,199 |
| Capital lease obligations | 6,786 | 6,779 |
| Total debt and capital lease obligations | 247,785 | 246,978 |
| Total long-term debt and capital lease obligations | $ 247,785 | $ 246,978 |

See Note 8 for additional information regarding the fair value of our long-term debt.

**THE NEW YORK TIMES COMPANY**
**NOTES TO THE CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

"Interest expense, net," as shown in the accompanying Condensed Consolidated Statements of Operations was as follows:

| (In thousands) | For the Quarters Ended | |
| --- | --- | --- |
| | March 26, 2017 | March 27, 2016 |
| Interest expense | $ 6,864 | $ 9,922 |
| Amortization of debt costs and discount on debt | 800 | 1,253 |
| Capitalized interest | (220) | (116) |
| Interest income | (2,119) | (2,233) |
| Total interest expense, net | $ 5,325 | $ 8,826 |

## NOTE 7. OTHER

*Advertising Expenses*

Advertising expenses incurred to promote our consumer and marketing services were $33.6 million and $21.1 million in the first quarters of 2017 and 2016 , respectively.

*Capitalized Computer Software Costs*

Amortization of capitalized computer software costs included in "Depreciation and amortization" in our Condensed Consolidated Statements of Operations was $3.1 million and $3.0 million in the first quarters of 2017 and 2016 , respectively.

*Headquarters Redesign and Consolidation*

In December 2016, we announced plans to redesign our headquarters building, consolidate our space within a smaller number of floors and lease the remaining floors to third parties. During the first quarter of 2017 , we incurred $2.4 million of total costs related to these measures.

*Severance Costs*

We recognized severance costs of $1.6 million and $3.6 million in the first quarters of 2017 and 2016 , respectively. These costs are recorded in "Selling, general and administrative costs" in our Condensed Consolidated Statements of Operations.

We had a severance liability of $14.4 million and $23.2 million included in "Accrued expenses and other" in our Condensed Consolidated Balance Sheets as of March 26, 2017 , and December 25, 2016 , respectively.

## NOTE 8. FAIR VALUE MEASUREMENTS

Fair value is the price that would be received upon the sale of an asset or paid upon transfer of a liability in an orderly transaction between market participants at the measurement date. The transaction would be in the principal or most advantageous market for the asset or liability, based on assumptions that a market participant would use in pricing the asset or liability. The fair value hierarchy consists of three levels:

Level 1–quoted prices in active markets for identical assets or liabilities that the reporting entity has the ability to access at the measurement date;

Level 2–inputs other than quoted prices included within Level 1 that are observable for the asset or liability, either directly or indirectly; and

Level 3–unobservable inputs for the asset or liability.

**THE NEW YORK TIMES COMPANY**
**NOTES TO THE CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

*Assets/Liabilities Measured and Recorded at Fair Value on a Recurring Basis*

The following table summarizes our financial liabilities measured at fair value on a recurring basis as of March 26, 2017 and December 25, 2016 :

| | | March 26, 2017 | | | | December 25, 2016 | | |
|---|---|---|---|---|---|---|---|---|
| (In thousands) | Total | Level 1 | Level 2 | Level 3 | Total | Level 1 | Level 2 | Level 3 |
| Deferred compensation | $ 26,699 | $ 26,699 | $ — | $ — | $ 31,006 | $ 31,006 | $ — | $ — |

The deferred compensation liability, included in "Other liabilities—Other" in our Condensed Consolidated Balance Sheets, consists of deferrals under The New York Times Company Deferred Executive Compensation Plan (the "DEC"), which enables certain eligible executives to elect to defer a portion of their compensation on a pre-tax basis. The deferred amounts are invested at the executives' option in various mutual funds. The fair value of deferred compensation is based on the mutual fund investments elected by the executives and on quoted prices in active markets for identical assets. Participation in the DEC was frozen effective December 31, 2015.

*Financial Instruments Disclosed, But Not Reported, at Fair Value*

Our marketable securities, which include U.S. Treasury securities, corporate debt securities, U.S. government agency securities, municipal securities, certificates of deposit and commercial paper, are recorded at amortized cost (see Note 3). As of March 26, 2017 and December 25, 2016 , the amortized cost approximated fair value because of the short-term maturity and highly liquid nature of these investments. We classified these investments as Level 2 since the fair value estimates are based on market observable inputs for investments with similar terms and maturities.

The carrying value of our long-term debt was approximately $241 million as of March 26, 2017 and approximately $240 million as of December 25, 2016 . The fair value of our long-term debt was approximately $293 million and $298 million as of March 26, 2017 and December 25, 2016 , respectively. We estimate the fair value of our debt utilizing market quotations for debt that have quoted prices in active markets. Since our debt does not trade on a daily basis in an active market, the fair value estimates are based on market observable inputs based on borrowing rates currently available for debt with similar terms and average maturities (Level 2).

**NOTE 9. PENSION AND OTHER POSTRETIREMENT BENEFITS**

*Pension*

**Single-Employer Plans**

We sponsor several single-employer defined benefit pension plans, the majority of which have been frozen. We also participate in two joint Company and Guild-sponsored defined benefit pension plans covering employees who are members of The NewsGuild of New York, including The Newspaper Guild of New York - The New York Times Pension Fund, which was frozen in 2012 and replaced by a successor plan, The Guild-Times Adjustable Pension Plan.

The components of net periodic pension cost were as follows:

| | | | | For the Quarters Ended | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | March 26, 2017 | | | | March 27, 2016 | | | |
| (In thousands) | Qualified Plans | | Non-Qualified Plans | | All Plans | Qualified Plans | | Non-Qualified Plans | | All Plans |
| Service cost | $ 2,423 | $ — | | $ 2,423 | $ 2,247 | $ — | | $ 2,247 |
| Interest cost | 15,594 | 1,956 | | 17,550 | 16,574 | 2,034 | | 18,608 |
| Expected return on plan assets | (26,136) | — | | (26,136) | (27,790) | — | | (27,790) |
| Amortization of actuarial loss | 7,353 | 1,088 | | 8,441 | 7,069 | 1,053 | | 8,122 |
| Amortization of prior service credit | (486) | — | | (486) | (486) | — | | (486) |
| Net periodic pension (income)/cost | $ (1,252) | $ 3,044 | | $ 1,792 | $ (2,386) | $ 3,087 | | $ 701 |

During the first quarters of 2017 and 2016 , we made pension contributions of $2.0 million and $2.1 million , respectively, to certain qualified pension plans. We expect contributions to total approximately $8 million to satisfy funding requirements in 2017 .

11

**THE NEW YORK TIMES COMPANY**
**NOTES TO THE CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

*Other Postretirement Benefits*

The components of net periodic postretirement benefit income were as follows:

| | For the Quarters Ended | |
|---|---|---|
| *(In thousands)* | **March 26, 2017** | **March 27, 2016** |
| Service cost | $ 92 | $ 104 |
| Interest cost | 470 | 495 |
| Amortization of actuarial loss | 905 | 1,026 |
| Amortization of prior service credit | (1,939) | (2,110) |
| Net periodic postretirement benefit income | $ (472) | $ (485) |

## NOTE 10. INCOME TAXES

The Company had income tax expense of $10.7 million in the first quarter of 2017 compared to an income tax benefit of $9.2 million in the first quarter of 2016 . The increase in income tax expense was primarily due to higher income from continuing operations in the first quarter of 2017 . Income tax expense also increased as a result of the Company's recent adoption of ASU 2016-09 in the first quarter of 2017 . See Note 2 for information regarding ASU 2016-09.

## NOTE 11. EARNINGS/(LOSS) PER SHARE

We compute earnings/(loss) per share using a two-class method, an earnings allocation method used when a company's capital structure includes either two or more classes of common stock or common stock and participating securities. This method determines earnings/(loss) per share based on dividends declared on common stock and participating securities (i.e., distributed earnings), as well as participation rights of participating securities in any undistributed earnings.

Earnings/(loss) per share is computed using both basic shares and diluted shares. The difference between basic and diluted shares is that diluted shares include the dilutive effect of the assumed exercise of outstanding securities. Our stock options, stock-settled long-term performance awards and restricted stock units could have the most significant impact on diluted shares.

Securities that could potentially be dilutive are excluded from the computation of diluted earnings per share when a loss from continuing operations exists or when the exercise price exceeds the market value of our Class A Common Stock, because their inclusion would result in an anti-dilutive effect on per share amounts.

The number of stock options excluded from the computation of diluted earnings per share because they were anti-dilutive was approximately 2 million in the first quarter of 2017 and approximately 6 million in the first quarter of 2016 .

The number of restricted stock units and long-term incentive compensation stock-settled awards excluded from the computation of diluted earnings per share because they were anti-dilutive was approximately 1 million in the first quarter of 2017 and approximately 2 million for the first quarter of 2016.

## NOTE 12. SUPPLEMENTAL STOCKHOLDERS' EQUITY INFORMATION

Stockholders' equity is summarized as follows:

| *(In thousands)* | Total New York Times Company Stockholders' Equity | Noncontrolling Interest | Total Stockholders' Equity |
|---|---|---|---|
| Balance as of December 25, 2016 | $ 847,815 | $ (3,571) | $ 844,244 |
| Net income/(loss) | 13,181 | (66) | 13,115 |
| Other comprehensive income, net of tax | 5,565 | — | 5,565 |
| Effect of issuance of shares | (3,281) | — | (3,281) |
| Dividends declared | (6,495) | — | (6,495) |
| Stock-based compensation | 3,815 | — | 3,815 |
| Balance as of March 26, 2017 | $ 860,600 | $ (3,637) | $ 856,963 |

**THE NEW YORK TIMES COMPANY**
**NOTES TO THE CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
(Unaudited)

| *(In thousands)* | Total New York Times Company Stockholders' Equity | | Noncontrolling Interest | | Total Stockholders' Equity | |
|---|---|---|---|---|---|---|
| Balance as of December 27, 2015 | $ | 826,751 | $ | 1,704 | $ | 828,455 |
| Net loss | | (8,271) | | (5,315) | | (13,586) |
| Other comprehensive income, net of tax | | 5,091 | | — | | 5,091 |
| Effect of issuance of shares | | (8,675) | | — | | (8,675) |
| Share repurchases | | (15,056) | | — | | (15,056) |
| Dividends declared | | (6,443) | | — | | (6,443) |
| Stock-based compensation | | 3,294 | | — | | 3,294 |
| Balance as of March 27, 2016 | $ | 796,691 | $ | (3,611) | $ | 793,080 |

On January 14, 2015, the Board of Directors approved an authorization of $101.1 million to repurchase shares of the Company's Class A Common Stock. As of March 26, 2017 , the Company had repurchased 6,690,905 Class A shares under this authorization for a cost of $84.9 million (excluding commissions) and $16.2 million remained. Our Board of Directors has authorized us to purchase shares under this authorization from time to time, subject to market conditions and other factors. There is no expiration date with respect to this authorization.

The following table summarizes the changes in AOCI by component as of March 26, 2017 :

| *(In thousands)* | Foreign Currency Translation Adjustments | | Funded Status of Benefit Plans | | Total Accumulated Other Comprehensive Loss | |
|---|---|---|---|---|---|---|
| Balance as of December 25, 2016 | $ | (1,822) | $ | (477,994) | $ | (479,816) |
| Other comprehensive income before reclassifications, before tax [1] | | 2,175 | | — | | 2,175 |
| Amounts reclassified from accumulated other comprehensive loss, before tax [1] | | — | | 6,921 | | 6,921 |
| Income tax expense [1] | | 795 | | 2,736 | | 3,531 |
| Net current-period other comprehensive income, net of tax | | 1,380 | | 4,185 | | 5,565 |
| Balance as of March 26, 2017 | $ | (442) | $ | (473,809) | $ | (474,251) |

(1)     All amounts are shown net of noncontrolling interest.

The following table summarizes the reclassifications from AOCI for the first quarter of 2017 :

*(In thousands)*

| Detail about accumulated other comprehensive loss components | Amounts reclassified from accumulated other comprehensive loss | | Affect line item in the statement where net income is presented |
|---|---|---|---|
| Funded status of benefit plans: | | | |
|    Amortization of prior service credit [1] | $ | (2,425) | Selling, general & administrative costs |
|    Amortization of actuarial loss [1] | | 9,346 | Selling, general & administrative costs |
| Total reclassification, before tax [2] | | 6,921 | |
| Income tax expense | | 2,736 | Income tax (benefit)/expense |
| Total reclassification, net of tax | $ | 4,185 | |

(1)     These accumulated other comprehensive income components are included in the computation of net periodic benefit cost for pension and other retirement benefits. See Note 9 for additional information.

(2)     There were no reclassifications relating to noncontrolling interest for the quarter ended March 26, 2017 .

**THE NEW YORK TIMES COMPANY**
**NOTES TO THE CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

## NOTE 13. SEGMENT INFORMATION

We have one reportable segment that includes The New York Times, NYTimes.com and related businesses. Therefore, all required segment information can be found in the Condensed Consolidated Financial Statements.

Our operating segment generated revenues principally from circulation and advertising. Other revenues consist primarily of revenues from news services/syndication, digital archives, building rental income, our NYT Live business, e-commerce and affiliate referrals.

## NOTE 14. CONTINGENT LIABILITIES

### *Restricted Cash*

We were required to maintain $24.9 million of restricted cash as of March 26, 2017 and December 25, 2016 , the majority of which is set aside to collateralize workers' compensation obligations.

### *Newspaper and Mail Deliverers–Publishers' Pension Fund*

In September 2013, the Newspaper and Mail Deliverers-Publishers' Pension Fund (the "NMDU Fund") assessed a partial withdrawal liability against the Company in the amount of approximately $26 million for the plan years ending May 31, 2012 and 2013 (the "Initial Assessment"), an amount that was increased to approximately $34 million in December 2014, when the NMDU Fund issued a revised partial withdrawal liability assessment for the plan year ending May 31, 2013 (the "Revised Assessment"). The NMDU Fund claimed that when City & Suburban Delivery Systems, Inc., a retail and newsstand distribution subsidiary of the Company and the largest contributor to the NMDU Fund, ceased operations in 2009, it triggered a decline of more than 70% in contribution base units in each of these two plan years.

The Company disagreed with both the NMDU Fund's determination that a partial withdrawal occurred and the methodology by which it calculated the withdrawal liability, and the parties engaged in arbitration proceedings to resolve the matter. On June 14, 2016, the arbitrator issued an interim award and opinion that supported the NMDU Fund's determination that a partial withdrawal had occurred, including concluding that the methodology used to calculate the Initial Assessment was correct. However, the arbitrator also concluded that the NMDU Fund's calculation of the Revised Assessment was incorrect. The Company expects to appeal the arbitrator's decision following the issuance of the final opinion and award.

Due to requirements of the Employee Retirement Income Security Act of 1974 that sponsors make payments demanded by plans during arbitration and any resultant appeals, the Company had been making payments to the NMDU fund since September 2013 relating to the Initial Assessment and February 2015 relating to the Revised Assessment based on the NMDU Fund's demand. As a result, as of March 26, 2017, we have paid $12.6 million relating to the Initial Assessment since the receipt of the initial demand letter. We also paid $5.0 million related to the Revised Assessment, which was refunded in July 2016 based on the arbitrator's ruling. The Company recognized $0.1 million and $1.8 million of expense for the first quarters of 2017 and 2016, respectively.

As a result of the interim opinion and award relating to the Initial Assessment, the Company had a liability of $8.9 million as of March 26, 2017 . Management believes it is reasonably possible that the total loss in this matter could exceed the liability established by a range of zero to approximately $10 million .

### *NEMG T&G, Inc.*

The Company has been involved in class action litigation brought on behalf of individuals who, from 2006 to 2011, delivered newspapers at NEMG T&G, Inc., a subsidiary of the Company ("T&G"). T&G was a part of the New England Media Group, which the Company sold in 2013. The plaintiffs asserted several claims against T&G, including a challenge to their classification as independent contractors, and sought unspecified damages. In December 2016, the Company reached a settlement with respect to the claims. This settlement remains subject to court approval. As a result of the settlement, the Company recorded a charge of $3.7 million in the fourth quarter of 2016 within discontinued operations.

### *Other*

We are involved in various legal actions incidental to our business that are now pending against us. These actions are generally for amounts greatly in excess of the payments, if any, that may be required to be made. Although the Company cannot predict the outcome of these matters, it is possible that an unfavorable outcome in one or more matters could be material to the Company's consolidated results of operations or cash flows for an individual reporting period. However, based on currently available information, management does not believe that the ultimate resolution of these matters, individually or in the aggregate, is likely to have a material effect on the Company's financial position.

**THE NEW YORK TIMES COMPANY**
**NOTES TO THE CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

**NOTE 15. SUBSEQUENT EVENT**

In April 2017, Madison entered into an agreement to sell the remaining assets at its mill site (consisting of hydro power assets). We expect this sale to be completed later this year. See Note 5 for more information on the Company's investment in Madison.

**Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations**

**EXECUTIVE OVERVIEW**

We are a global media organization that includes newspapers, print and digital products and investments. We have one reportable segment with businesses that include our newspapers, websites, mobile applications and related businesses.

We generate revenues principally from circulation and advertising. Other revenues primarily consist of revenues from news services/syndication, digital archives, building rental income, our NYT Live business, e-commerce and affiliate referrals. Our main operating costs are employee-related costs.

In the accompanying analysis of financial information, we present certain information derived from consolidated financial information but not presented in our financial statements prepared in accordance with generally accepted accounting principles in the United States of America ("GAAP"). We are presenting in this report supplemental non-GAAP financial performance measures that exclude depreciation, amortization, severance, non-operating retirement costs and certain identified special items, as applicable. These non-GAAP financial measures should not be considered in isolation from or as a substitute for the related GAAP measures, and should be read in conjunction with financial information presented on a GAAP basis. For further information and reconciliations of these non-GAAP measures to the most directly comparable GAAP measures, see "—Results of Operations—Non-GAAP Financial Measures."

**Financial Highlights**

For the first quarter of 2017 , diluted earnings per share from continuing operations were $0.08, compared with a diluted loss per share of $0.05 for the first quarter of 2016 . Diluted earnings per share from continuing operations excluding severance, non-operating retirement costs and special items discussed below (or "adjusted diluted earnings per share," a non-GAAP measure) were $0.11 and $0.10 for the first quarters of 2017 and 2016 , respectively.

The Company had an operating profit of $29.0 million in the first quarter of 2017 , compared with $27.9 million for the first quarter of 2016 . The increase was driven by growth in overall revenues that more than offset increased costs. Operating profit before depreciation, amortization, severance, non-operating retirement costs and special items discussed below (or "adjusted operating profit," a non-GAAP measure) was $52.7 million and $51.5 million for the first quarters of 2017 and 2016 , respectively.

Total revenues increased 5.1% to $398.8 million in the first quarter of 2017 from $379.5 million in the first quarter of 2016 , primarily driven by increases in digital and print circulation revenue, as well as digital advertising revenue, partially offset by a decrease in print advertising revenue.

Circulation revenues increased 11.2% in the first quarter of 2017 compared with the first quarter of 2016 , primarily due to digital subscription initiatives and the 2017 increase in home-delivery prices at The New York Times newspaper, which more than offset a decline in print copies sold. Circulation revenues from our digital-only subscriptions (which includes news product and Crossword product subscriptions) increased 40.0% in the first quarter of 2017 compared with the first quarter of 2016 .

Paid digital-only subscriptions totaled approximately 2,201,000 at the end of the first quarter of 2017 , a 62.2% increase compared to the end of the first quarter of 2016 . We continued to see significant growth in the number of paid digital-only subscriptions to our news products following the 2016 presidential election. We expect continued year-over-year growth in the second quarter of 2017; however, we expect this rate of growth to be slower than in the prior two quarters.

Advertising revenues remained under pressure during the first quarter of 2017 . Total advertising revenues decreased 6.9% in the first quarter of 2017 compared with the first quarter of 2016 , reflecting a 17.9% decrease in print advertising revenues, partially offset by an 18.9% increase in digital advertising revenues. The decrease in print advertising revenues resulted from a decline in display advertising. The increase in digital advertising revenues primarily reflected increases in revenue from our mobile platform, our programmatic channels and branded content, partially offset by a decrease in traditional website display advertising.

Compared with the first quarter of 2016 , other revenues increased 20.9% in the first quarter of 2017 , largely due to affiliate referral revenue associated with the product review and recommendation websites, The Wirecutter and The Sweethome, which the Company acquired in October 2016.

Operating costs increased in the first quarter of 2017 to $367.4 million from $351.6 million in the first quarter of 2016 , largely due to higher marketing costs and costs from acquired companies, which were partially offset by lower print production and distribution costs as well as lower severance, international operations, technology and non-operating retirement costs. First quarter 2017 operating costs also included $2.4 million of costs related to the redesign of our headquarters building. Operating costs before depreciation, amortization, severance and non-operating retirement costs (or "adjusted operating costs," a non-GAAP measure) increased in the first quarter of 2017 to $346.1 million from $328.0 million in the first quarter of 2016 .

Non-operating retirement costs decreased to $3.5 million during the first quarter of 2017 from $4.5 million in the first quarter of 2016 due to lower multiemployer pension plan withdrawal obligations.

## RESULTS OF OPERATIONS

The following table presents our consolidated financial results:

| (In thousands) | For the Quarters Ended | | % Change |
|---|---|---|---|
| | March 26, 2017 | March 27, 2016 | |
| Revenues | | | |
| Circulation | $ 242,375 | $ 217,994 | 11.2 % |
| Advertising | 130,028 | 139,680 | (6.9)% |
| Other | 26,401 | 21,841 | 20.9 % |
| Total revenues | 398,804 | 379,515 | 5.1 % |
| Operating costs | | | |
| Production costs: | | | |
| Wages and benefits | 90,778 | 92,471 | (1.8)% |
| Raw materials | 16,930 | 17,875 | (5.3)% |
| Other | 45,528 | 47,516 | (4.2)% |
| Total production costs | 153,236 | 157,862 | (2.9)% |
| Selling, general and administrative costs | 198,004 | 178,246 | 11.1 % |
| Depreciation and amortization | 16,153 | 15,472 | 4.4 % |
| Total operating costs | 367,393 | 351,580 | 4.5 % |
| Headquarters redesign and consolidation | 2,402 | — | * |
| Operating profit | 29,009 | 27,935 | 3.8 % |
| Income/(loss) from joint ventures | 173 | (41,896) | * |
| Interest expense, net | 5,325 | 8,826 | (39.7)% |
| Income/(loss) from continuing operations before income taxes | 23,857 | (22,787) | * |
| Income tax expense | 10,742 | (9,201) | * |
| Income/(loss) from continuing operations | 13,115 | (13,586) | * |
| Net loss attributable to the noncontrolling interest | 66 | 5,315 | * |
| Net income/(loss) attributable to The New York Times Company common stockholders | $ 13,181 | $ (8,271) | * |

\*      Represents a change equal to or in excess of 100% or not meaningful.

**Revenues**

**Circulation Revenues**

Circulation revenues consist of revenues from our print and digital products, including our digital-only subscription packages, e-readers and replica editions. These revenues are based on the number of copies of the printed newspaper sold (through home-delivery subscriptions and single-copy and bulk sales) and digital-only subscriptions and the rates charged to the respective customers.

Circulation revenues increased 11.2% in the first quarter of 2017 compared with the same prior-year period, primarily due to digital subscription initiatives and a print home-delivery price increase for The New York Times newspaper, partially offset by a reduction in the number of print copies sold. Revenues from our digital-only news subscriptions (including e-readers and replica editions) were $72.9 million in the first quarter of 2017 , an increase of 39.9% from the first quarter of 2016 .

The following table summarizes first-quarter 2017 and 2016 digital-only subscription revenues:

| | For the Quarters Ended | | |
|---|---|---|---|
| *(In thousands)* | **March 26, 2017** | **March 27, 2016** | **% Change** |
| Digital-only subscription revenues: | | | |
| Digital-only news product subscription revenues | $ 72,861 | $ 52,075 | 39.9% |
| Digital Crossword product subscription revenues | 2,956 | 2,098 | 40.9% |
| Total digital-only subscription revenues | $ 75,817 | $ 54,173 | 40.0% |

The following table summarizes first-quarter 2017 and 2016 digital-only subscriptions:

| | For the Quarters Ended | | |
|---|---|---|---|
| *(In thousands)* | **March 26, 2017** | **March 27, 2016** | **% Change** |
| Digital-only subscriptions: | | | |
| Digital-only news product subscriptions | 1,916 | 1,161 | 65.0% |
| Digital Crossword product subscriptions | 285 | 196 | 45.4% |
| Total digital-only subscriptions | 2,201 | 1,357 | 62.2% |

**Advertising Revenues**

Advertising revenues are derived from the sale of our advertising products and services on our print, web and mobile platforms. These revenues are primarily determined by the volume, rate and mix of advertisements. Display advertising revenue is principally from advertisers promoting products, services or brands in print in the form of column-inch ads, and on our web and mobile platforms in the form of banners, video, rich media and other interactive ads. Display advertising also includes branded content on The Times's platforms. Classified advertising revenue includes line-ads sold in the major categories of real estate, help wanted, automotive and other. Other advertising revenue primarily includes creative services fees associated with, among other things, our branded content studio; revenue from preprinted advertising, also known as free-standing inserts; and revenue generated from branded bags in which our newspapers are delivered.

Advertising revenues (print and digital) by category were as follows:

| | For the Quarters Ended | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **March 26, 2017** | | | **March 27, 2016** | | | **% Change** | | |
| *(In thousands)* | **Print** | **Digital** | **Total** | **Print** | **Digital** | **Total** | **Print** | **Digital** | **Total** |
| Display | $ 71,627 | $ 42,976 | $ 114,603 | $ 88,637 | $ 37,384 | $ 126,021 | (19.2)% | 15.0% | (9.1)% |
| Classified and Other | 8,730 | 6,695 | 15,425 | 9,262 | 4,397 | 13,659 | (5.7)% | 52.3% | 12.9 % |
| Total advertising | $ 80,357 | $ 49,671 | $ 130,028 | $ 97,899 | $ 41,781 | $ 139,680 | (17.9)% | 18.9% | (6.9)% |

18

Below is a percentage breakdown of advertising revenues (print and digital) for the first quarters of 2017 and 2016 :

|  | Display | Classified and Other | Total |
|---|---|---|---|
| 2017 | 88% | 12% | 100% |
| 2016 | 90% | 10% | 100% |

Print advertising revenues, which represented 61.8% of total advertising revenues for the first quarter of 2017 , declined 17.9% to $80.4 million in the first quarter of 2017 compared with $97.9 million in the same prior-year period. The decrease in print advertising revenues resulted from steep declines in display advertising, primarily in the luxury goods, technology and telecommunications, financial and travel categories.

Digital advertising revenues, which represented 38.2% of total advertising revenues for the first quarter of 2017 , increased 18.9% to $49.7 million compared with $41.8 million in the same prior-year period. The increase in digital advertising revenues primarily reflected increases in revenue from our programmatic channels, our mobile platform and branded content, which were partially offset by declines in traditional website display advertising.

Classified and Other advertising revenues increased 12.9% in the first quarter of 2017 , compared with the same prior-year period, due to an increase in digital creative services fees, offset by a decrease in the real estate and other categories of classified advertising.

**Other Revenues**

Other revenues primarily consist of revenues from news services/syndication, digital archives, building rental income, our NYT Live business, e-commerce and affiliate referrals.

Other revenues increased 20.9% in the first quarter of 2017 , compared with the same prior-year period, largely due to affiliate referral revenue associated with our acquisition of the product review and recommendation websites, The Wirecutter and The Sweethome.

**Operating Costs**

Operating costs were as follows:

| | For the Quarters Ended | | |
|---|---|---|---|
| *(In thousands)* | **March 26, 2017** | **March 27, 2016** | **% Change** |
| Production costs: | | | |
| Wages and benefits | $ 90,778 | $ 92,471 | (1.8)% |
| Raw materials | 16,930 | 17,875 | (5.3)% |
| Other | 45,528 | 47,516 | (4.2)% |
| Total production costs | 153,236 | 157,862 | (2.9)% |
| Selling, general and administrative costs | 198,004 | 178,246 | 11.1 % |
| Depreciation and amortization | 16,153 | 15,472 | 4.4 % |
| Total operating costs | $ 367,393 | $ 351,580 | 4.5 % |

**Production Costs**

Production costs include items such as labor costs, raw materials, and machinery and equipment expenses related to news-gathering and production activity, as well as costs related to producing branded content.

Production costs decreased in the first quarter of 2017 compared with the first quarter of 2016 , driven by a decrease in other expenses ($2.0 million) and wages and benefits ($1.7 million), partially offset by an increase in outside services costs ($1.5 million). Other expenses decreased primarily as a result of outside printing expenses. Raw materials expense decreased in the first quarter of 2017 compared with the first quarter of 2016 due to lower newsprint and magazine consumption, partially offset by higher newsprint pricing.

19

**Selling, General and Administrative Costs**

Selling, general and administrative costs include costs associated with the selling, marketing and distribution of products as well as administrative expenses.

Selling, general and administrative costs increased in the first quarter of 2017 compared with the first quarter of 2016 , primarily due to an increase in promotion and marketing costs ($12.8 million) and compensation costs ($6.6 million).

**Depreciation and Amortization**

Depreciation and amortization costs increased in the first quarter of 2017 compared with the same prior-year period, primarily due to the Company's acquisitions of digital marketing agencies, Hello Society and Fake Love, and product review and recommendation websites, The Wirecutter and The Sweethome.

**Other Items**

See Note 7 of the Notes to the Condensed Consolidated Financial Statements for additional information regarding other items, including costs related to the redesign of our headquarters building.

**NON-OPERATING ITEMS**

**Joint Ventures**

See Note 5 of the Notes to the Condensed Consolidated Financial Statements for information regarding our joint venture investments.

**Interest Expense, Net**

See Note 6 of the Notes to the Condensed Consolidated Financial Statements for information regarding interest expense.

**Income Taxes**

See Note 10 of the Notes to the Condensed Consolidated Financial Statements for information regarding income taxes.

**Non-GAAP Financial Measures**

We have included in this report certain supplemental financial information derived from consolidated financial information but not presented in our financial statements prepared in accordance with GAAP. Specifically, we have referred to the following non-GAAP financial measures in this report:

- diluted earnings per share from continuing operations excluding severance, non-operating retirement costs and the impact of special items (or adjusted diluted earnings per share from continuing operations);

- operating profit before depreciation, amortization, severance, non-operating retirement costs and special items (or adjusted operating profit); and

- operating costs before depreciation, amortization, severance and non-operating retirement costs (or adjusted operating costs).

The special items in 2017 consisted of:

- A $2.4 million pre-tax expense ($1.4 million after tax or $.01 per share) related to the planned redesign and consolidation of space in our headquarters building.

The special items in 2016 consisted of:

- A $41.4 million pre-tax loss ($20.1 million after tax and net of noncontrolling interest, or $.13 per share) from joint ventures related to the announced closure of the paper mill operated by Madison Paper Industries, in which the Company has an investment through a subsidiary.

We have included these non-GAAP financial measures because management reviews them on a regular basis and uses them to evaluate and manage the performance of our operations. We believe that, for the reasons outlined below, these non-GAAP financial measures provide useful information to investors as a supplement to reported diluted earnings/(loss) per share from continuing operations, operating profit/(loss) and operating costs. However, these measures should be evaluated only in conjunction with the comparable GAAP financial measures and should not be viewed as alternative or superior measures of GAAP results.

Adjusted diluted earnings per share provides useful information in evaluating our period-to-period performance because it eliminates items that we do not consider to be indicative of earnings from ongoing operating activities. Adjusted operating profit is useful in evaluating the ongoing performance of our businesses as it excludes the significant non-cash impact of

20

depreciation and amortization as well as items not indicative of ongoing operating activities. Total operating costs include depreciation, amortization, severance and non-operating retirement costs. Adjusted operating costs, which exclude these items, provide investors with helpful supplemental information on our underlying operating costs that is used by management in its financial and operational decision-making.

Management considers special items, which may include impairment charges, pension settlement charges and other items that arise from time to time, to be outside the ordinary course of our operations. Management believes that excluding these items provides a better understanding of the underlying trends in the Company's operating performance and allows more accurate comparisons of the Company's operating results to historical performance. In addition, management excludes severance costs, which may fluctuate significantly from quarter to quarter, because it believes these costs do not necessarily reflect expected future operating costs and do not contribute to a meaningful comparison of the Company's operating results to historical performance.

Non-operating retirement costs include:

- interest cost, expected return on plan assets and amortization of actuarial gain and loss components of pension expense;

- interest cost and amortization of actuarial gain and loss components of retiree medical expense; and

- all expenses associated with multiemployer pension plan withdrawal obligations, not otherwise included as special items.

These non-operating retirement costs are primarily tied to financial market performance and changes in market interest rates and investment performance. Non-operating retirement costs do not include service costs and amortization of prior service costs for pension and retiree medical benefits, which we believe reflect the ongoing operating costs of providing pension and retiree medical benefits to our employees. We consider non-operating retirement costs to be outside the performance of our ongoing core business operations and believe that presenting operating results excluding non-operating retirement costs, in addition to our GAAP operating results, provides increased transparency and a better understanding of the underlying trends in our operating business performance.

Reconciliations of non-GAAP financial measures from, respectively, diluted earnings per share from continuing operations, operating profit and operating costs, the most directly comparable GAAP items, are set out in the tables below.

**Reconciliation of diluted earnings per share from continuing operations excluding severance, non-operating retirement costs and special items (or adjusted diluted earnings per share from continuing operations)**

|  | For the Quarters Ended | | % Change |
|---|---|---|---|
|  | March 26, 2017 | March 27, 2016 |  |
| Diluted earnings/(loss) per share from continuing operations | $ 0.08 | $ (0.05) | * |
| Add: |  |  |  |
| Severance | 0.01 | 0.02 | (50.0)% |
| Non-operating retirement costs | 0.02 | 0.03 | (33.3)% |
| Special items: |  |  |  |
| Headquarters redesign and consolidation | 0.01 | — | * |
| Loss from joint ventures, net of noncontrolling interest | — | 0.21 | * |
| Income tax expense of adjustments | (0.01) | (0.11) | (90.9)% |
| Adjusted diluted earnings per share from continuing operations [1] | $ 0.11 | $ 0.10 | 10.0 % |

(1)   *Amounts may not add due to rounding.*

*       *Represents a change equal to or in excess of 100% or not meaningful*

21

**Reconciliation of operating profit before depreciation & amortization, severance, non-operating retirement costs and special items (or adjusted operating profit)**

| *(In thousands)* | For the Quarters Ended | | % Change |
|---|---|---|---|
| | **March 26, 2017** | **March 27, 2016** | |
| Operating profit | $          29,009 | $          27,935 | 3.8 % |
| Add: | | | |
| Depreciation & amortization | 16,153 | 15,472 | 4.4 % |
| Severance | 1,600 | 3,600 | (55.6)% |
| Non-operating retirement costs | 3,503 | 4,536 | (22.8)% |
| Special items: | | | |
| Headquarters redesign and consolidation | 2,402 | — | * |
| Adjusted operating profit | $          52,667 | $          51,543 | 2.2 % |

\*      *Represents a change equal to or in excess of 100% or not meaningful*

**Reconciliation of operating costs before depreciation & amortization, severance and non-operating retirement costs (or adjusted operating costs)**

| *(In thousands)* | For the Quarters Ended | | % Change |
|---|---|---|---|
| | **March 26, 2017** | **March 27, 2016** | |
| Operating costs | $          367,393 | $          351,580 | 4.5 % |
| Less: | | | |
| Depreciation & amortization | 16,153 | 15,472 | 4.4 % |
| Severance | 1,600 | 3,600 | (55.6)% |
| Non-operating retirement costs | 3,503 | 4,536 | (22.8)% |
| Adjusted operating costs | $          346,137 | $          327,972 | 5.5 % |

22

**LIQUIDITY AND CAPITAL RESOURCES**

We believe our cash balance and cash provided by operations, in combination with other sources of cash, will be sufficient to meet our financing needs over the next twelve months. As of March 26, 2017 , we had cash, cash equivalents and short- and long-term marketable securities of $752.5 million and total debt and capital lease obligations of $247.8 million . Accordingly, our cash, cash equivalents and marketable securities exceeded total debt and capital lease obligations by $504.7 million . Our cash and investment balances have increased since the end of 2016 , primarily due to higher overall revenue, offset by variable compensation payments of approximately $41 million.

On January 14, 2015, the Board of Directors approved an authorization of $101.1 million to repurchase shares of the Company's Class A Common Stock. As of March 26, 2017 , the Company had repurchased 6,690,905 Class A shares under this authorization for a cost of $84.9 million (excluding commissions) and $16.2 million remained. Our Board of Directors has authorized us to purchase shares under this authorization from time to time, subject to market conditions and other factors. There is no expiration date with respect to this authorization.

We have paid quarterly dividends of $0.04 per share on the Class A and Class B Common Stock since late 2013. We currently expect to continue to pay comparable cash dividends in the future, although changes in our dividend program will be considered by our Board of Directors in light of our earnings, capital requirements, financial condition and other factors considered relevant. In addition, the Board of Directors will consider restrictions in any existing indebtedness.

The Company and UPM-Kymmene Corporation ("UPM"), a Finnish paper manufacturing company, are partners through subsidiary companies in Madison Paper Industries, which previously operated a supercalendered paper mill in Maine ("Madison"). The Company's 40% ownership of Madison is through an 80%-owned consolidated subsidiary that owns 50% of Madison. UPM owns 60% of Madison, including a 10% interest through a 20% noncontrolling interest in the consolidated subsidiary of the Company. In March 2016, UPM announced the closure of the paper mill, which occurred in May 2016. The Company's joint venture in Madison is currently being liquidated. In the fourth quarter of 2016, Madison sold certain assets at the mill site and we recognized a gain of $3.9 million related to the sale. In April 2017, Madison entered into an agreement to sell the remaining assets at the mill site (consisting of hydro power assets). We expect the sale of the hydro power assets to be completed later this year and we believe the proceeds from the sale will be more than sufficient to cover Madison's obligations and therefore allow us to reverse our liability at that time. See Note 5 of the Notes to the Condensed Consolidated Financial Statements for more information on the Company's investment in Madison.

**Capital Resources**

**Sources and Uses of Cash**

Cash flows provided by/(used in) by category were as follows:

| (In thousands) | For the Quarters Ended | | % Change |
|---|---|---|---|
| | March 26, 2017 | March 27, 2016 | |
| Operating activities | $ 30,131 | $ (12,009) | (350.9)% |
| Investing activities | $ 29,820 | $ 122,765 | (75.7)% |
| Financing activities | $ (9,892) | $ (30,958) | (68.0)% |

**Operating Activities**

Cash from operating activities is generated by cash receipts from circulation, advertising sales and other revenue transactions. Operating cash outflows include payments for employee compensation, pension and other benefits, raw materials, interest and income taxes.

Net cash provided by operating activities increased in the first quarter of 2017 compared with the same prior-year period due to lower income tax payments and an overall increase in revenue.

**Investing Activities**

Cash from investing activities generally includes proceeds from marketable securities that have matured and the sale of assets, investments or a business. Cash used in investing activities generally includes purchases of marketable securities, payments for capital projects, restricted cash, acquisitions of new businesses and investments.

Net cash provided by investing activities in the first quarter of 2017 was primarily related to maturities of marketable securities, partially offset by purchases of marketable securities and capital expenditures.

23

**Financing Activities**

Cash from financing activities generally includes borrowings under third-party financing arrangements, the issuance of long-term debt and funds from stock option exercises. Cash used in financing activities generally includes the repayment of amounts outstanding under third-party financing arrangements, the payment of dividends and the payment of long-term debt and capital lease obligations.

Net cash used in financing activities in the first quarter of 2017 was primarily related to dividend payments of $6.5 million and share-based compensation tax withholding of $3.7 million .

## Restricted Cash

We were required to maintain $24.9 million of restricted cash as of March 26, 2017 and December 25, 2016 , the majority of which is set aside to collateralize workers' compensation obligations.

## Third-Party Financing

As of March 26, 2017 , our current indebtedness consisted of the repurchase option related to a sale-leaseback of a portion of our New York headquarters. See Note 6 for information regarding our total debt and capital lease obligations. See Note 8 for information regarding the fair value of our long-term debt.

## CRITICAL ACCOUNTING POLICIES

Our critical accounting policies are detailed in our Annual Report on Form 10-K for the year ended December 25, 2016 . As of March 26, 2017 , our critical accounting policies have not changed from December 25, 2016 .

## CONTRACTUAL OBLIGATIONS & OFF-BALANCE SHEET ARRANGEMENTS

Our contractual obligations and off-balance sheet arrangements are detailed in our Annual Report on Form 10-K for the year ended December 25, 2016 . As of March 26, 2017 , our contractual obligations and off-balance sheet arrangements have not changed materially from December 25, 2016 .

## FORWARD-LOOKING STATEMENTS

This Quarterly Report on Form 10-Q, including the section titled "Management's Discussion and Analysis of Financial Condition and Results of Operations," contains forward-looking statements that relate to future events or our future financial performance. We may also make written and oral forward-looking statements in our Securities and Exchange Commission ("SEC") filings and otherwise. We have tried, where possible, to identify such statements by using words such as "believe," "expect," "intend," "estimate," "anticipate," "will," "could," "project," "plan" and similar expressions in connection with any discussion of future operating or financial performance. Any forward-looking statements are and will be based upon our then-current expectations, estimates and assumptions regarding future events and are applicable only as of the dates of such statements. We undertake no obligation to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise.

By their nature, forward-looking statements are subject to risks and uncertainties that could cause actual results to differ materially from those anticipated in any such statements. You should bear this in mind as you consider forward-looking statements. Factors that we think could, individually or in the aggregate, cause our actual results to differ materially from expected and historical results include those described in our Annual Report on Form 10-K for the year ended December 25, 2016 , as well as other risks and factors identified from time to time in our SEC filings.

**Item 3. Quantitative and Qualitative Disclosures About Market Risk**

Our Annual Report on Form 10-K for the year ended December 25, 2016 , details our disclosures about market risk. As of March 26, 2017 , there were no material changes in our market risks from December 25, 2016 .

**Item 4. Controls and Procedures**

## EVALUATION OF DISCLOSURE CONTROLS AND PROCEDURES

Our management, with the participation of our principal executive officer and our principal financial officer, evaluated the effectiveness of our disclosure controls and procedures (as defined in Rules 13a-15(e) and 15d-15(e) of the Securities Exchange Act of 1934) as of March 26, 2017 . Based upon such evaluation, our principal executive officer and principal financial officer concluded that our disclosure controls and procedures were effective to ensure that the information required to be disclosed by us in the reports that we file or submit under the Securities Exchange Act of 1934 is recorded, processed, summarized and reported within the time periods specified in the SEC's rules and forms, and is accumulated and communicated to our management, including our principal executive officer and principal financial officer, as appropriate to allow timely decisions regarding required disclosure.

**CHANGES IN INTERNAL CONTROL OVER FINANCIAL REPORTING**

There were no changes in our internal control over financial reporting during the quarter ended March 26, 2017 , that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

25

**PART II. OTHER INFORMATION**

**Item 1. Legal Proceedings**

We are involved in various legal actions incidental to our business that are now pending against us. These actions are generally for amounts greatly in excess of the payments, if any, that may be required to be made. See Note 14 of the Notes to the Consolidated Financial Statements for a description of certain matters, which is incorporated herein by reference. Although the Company cannot predict the outcome of these matters, it is possible that an unfavorable outcome in one or more matters could be material to the Company's consolidated results of operations or cash flows for an individual reporting period. However, based on currently available information, management does not believe that the ultimate resolution of these matters, individually or in the aggregate, is likely to have a material effect on the Company's financial position.

**Item 1A. Risk Factors**

There have been no material changes to our risk factors as set forth in "Item 1A—Risk Factors" in our Annual Report on Form 10-K for the year ended December 25, 2016 .

**Item 2. Unregistered Sales of Equity Securities and Use of Proceeds**

(c) Issuer Purchases of Equity Securities [1]

| Period | Total number of shares of Class A Common Stock purchased (a) | Average price paid per share of Class A Common Stock (b) | Total number of shares of Class A Common Stock purchased as part of publicly announced plans or programs (c) | Maximum number (or approximate dollar value) of shares of Class A Common Stock that may yet be purchased under the plans or programs (d) | |
|---|---|---|---|---|---|
| December 26, 2016 - January 29, 2017 | — | — | — | $ | 16,236,612 |
| January 30, 2017 - February 26, 2017 | — | — | — | $ | 16,236,612 |
| February 27, 2017 - March 26, 2017 | — | — | — | $ | 16,236,612 |
| Total for the first quarter of 2017 | — | — | — | $ | 16,236,612 |

(1)     *On January 14, 2015, the Board of Directors approved an authorization of $101.1 million to repurchase shares of the Company's Class A Common Stock. The Company did not repurchase any shares during the first quarter of 2017. As of March 26, 2017 , repurchases under this authorization totaled $84.9 million (excluding commissions), and $16.2 million remained under this authorization. All purchases were made pursuant to our publicly announced share repurchase program. Our Board of Directors has authorized us to purchase shares from time to time, subject to market conditions and other factors. There is no expiration date with respect to this authorization.*

**Item 6. Exhibits**

An exhibit index has been filed as part of this Quarterly Report on Form 10-Q and is incorporated herein by reference.

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

|                      |                                      |
|----------------------|--------------------------------------|
|                      | THE NEW YORK TIMES COMPANY           |
|                      | (Registrant)                         |
| Date: May 3, 2017    | /s/ JAMES M. FOLLO                   |
|                      | James M. Follo                       |
|                      | Executive Vice President and         |
|                      | Chief Financial Officer              |
|                      | (Principal Financial Officer)        |

27

**Exhibit Index to Quarterly Report on Form 10-Q**

**For the Quarter Ended March 26, 2017**

**Exhibit No.**

| | |
|---|---|
| 10.1 | Amendment No. 3 to The New York Times Companies Supplemental Retirement and Investment Plan, amended March 10, 2017, and effective January 1, 2017. |
| 10.2 | Form of Non-Employee Director Restricted Stock Unit Award Agreement under the Company's 2010 Incentive Compensation Plan. |
| 12 | Ratio of Earnings to Fixed Charges. |
| 31.1 | Rule 13a-14(a)/15d-14(a) Certification. |
| 31.2 | Rule 13a-14(a)/15d-14(a) Certification. |
| 32.1 | Certification pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. |
| 32.2 | Certification pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. |
| 101.INS | XBRL Instance Document. |
| 101.SCH | XBRL Taxonomy Extension Schema Document. |
| 101.CAL | XBRL Taxonomy Extension Calculation Linkbase Document. |
| 101.DEF | XBRL Taxonomy Extension Definition Linkbase Document. |
| 101.LAB | XBRL Taxonomy Extension Label Linkbase Document. |
| 101.PRE | XBRL Taxonomy Extension Presentation Linkbase Document. |

**THE NEW YORK TIMES COMPANIES**
**SUPPLEMENTAL RETIREMENT AND INVESTMENT PLAN**
**AMENDMENT NO. 3**

THIS INSTRUMENT made as of the 10th day of March, 2017, by the ERISA Management Committee (the "Committee") of The New York Times Company (the "Company").

W I T N E S S E T H

WHEREAS, the Company maintains The New York Times Companies Supplemental Retirement and Investment Plan, as restated in its entirety effective January 1, 2015 (the "Plan") for the benefit of certain eligible employees; and

WHEREAS, pursuant to Section 12.01 of the Plan, the Committee has the authority to amend the Plan; and

WHEREAS, the Committee desires to amend the Plan to clarify the Plan's administrative procedures regarding the automatic change of a before-tax contribution election or Roth contribution election to an after-tax election;

NOW, THEREFORE, the Plan is hereby amended effective as of January 1, 2017 as follows:

1.        The second paragraph of Subsection 3.01(b) of Article III of the Plan is hereby amended by deleting the phrase "unless the Participant chooses no auto-conversion" each time it appears in the paragraph and adding the following sentence to the end of the second paragraph:

"The Participant may discontinue such After-Tax Contributions at any time in accordance with procedures established by the Plan Administrator."

Subsection 3.01(b) of Article III of the Plan, as revised, shall read as follows:

"(b)        <u>After-Tax Contributions</u> . If the Before-Tax Contributions made on the Participant's behalf under Section 3.01(a) of the Plan are in an amount less than 75% of the Participant's Earnings, the Participant may elect to make After-Tax Contributions to the Plan in an amount not less than 1% and not more than 75% of his or her Earnings, in multiples of 1%. However, the combined amount of After-Tax Contributions and Before-Tax Contributions on behalf of that Participant shall not exceed 75% of the Participant's Earnings. After-Tax Contributions shall be made through payroll deductions in a manner to be determined by the Plan Administrator.

If a Participant has elected to make Before-Tax Contributions and contributes the maximum Before-Tax Contribution amount permitted under Section 402(g) for the calendar year, the Participant's Before-Tax Contribution election shall automatically be converted to an election to continue contributing at the same rate on an After-Tax Contribution basis. Notwithstanding the foregoing, if a Participant is eligible to make Catch-Up Contributions as described in subsection (d), and contributes the maximum Before-Tax Contribution amount permitted under Section 402(g) for the calendar year, the Participant's Before-Tax election shall automatically continue until the Participant has contributed the maximum Catch-up Contribution amount under Section 414(v) of the Code for the calendar year, at which time the Participant's Before-Tax Election shall be converted to an election to continue contributing at the same rate on an After-Tax Contribution basis. The

Participant may discontinue such After-Tax Contributions at any time in accordance with procedures established by the Plan Administrator."

2.      The second paragraph of Subsection 3.01(c) of Article III of the Plan is hereby amended by deleting the phrase "unless the Participant chooses no auto-conversion" each time it appears in the paragraph and adding the following sentence to the end of the second paragraph:

"The Participant may discontinue such After-Tax Contributions at any time in accordance with procedures established by the Plan Administrator."

Subsection 3.01(c) of Article III of the Plan, as revised, shall read as follows:

"(c)      Roth Contributions . If the Before-Tax Contributions and After-Tax Contributions made on the Participant's behalf under Sections 3.01(a) and (b) of the Plan are in an amount less than 75% of the Participant's Earnings, the Participant may elect to make Roth Contributions to the Plan in an amount not less than 1% and not more than 75% of his or her Earnings, in multiples of 1%. However, the combined amount of Roth Contributions, After-Tax Contributions and Before-Tax Contributions on behalf of that Participant shall not exceed 75% of the Participant's Earnings. Roth Contributions shall be made through payroll deductions in a manner to be determined by the Plan Administrator.

If a Participant has elected to make Roth Contributions and contributes the maximum Roth Contribution amount permitted under Section 402(g) for the calendar year, the Participant's Roth Contribution election shall automatically be converted to an election to continue contributing at the same rate on an After-Tax Contribution basis. Notwithstanding the foregoing, if a Participant is eligible to make Catch-Up Contributions as described in subsection (d), and contributes the maximum Roth Contribution amount permitted under Section 402(g) for the calendar year, the Participant's Roth election shall automatically continue until the Participant has contributed the maximum Catch-up Contribution amount under Section 414(v) of the Code for the calendar year, at which time the Participant's Roth Contribution election shall be converted to an election to continue contributing at the same rate on an After-Tax Contribution basis. The Participant may discontinue such After-Tax Contributions at any time in accordance with procedures established by the Plan Administrator."

IN WITNESS WHEREOF, the ERISA Management Committee of The New York Times Company has caused this amendment to be executed by a duly appointed member as of the date first set forth above.

ERISA MANAGEMENT COMMITTEE

By:      /s/ R. Anthony Benten

**THE NEW YORK TIMES COMPANY**
**2010 INCENTIVE COMPENSATION PLAN**

**NON-EMPLOYEE DIRECTOR**
**RESTRICTED STOCK UNIT AWARD AGREEMENT**

This Restricted Stock Unit Award Agreement (the "Agreement") is made and entered into as of [GRANT DATE] (the "Grant Date") between The New York Times Company, a corporation organized under the laws of the State of New York (the "Company") and [PARTICIPANT NAME] (the "Participant"), a Non-Employee Director, pursuant to The New York Times Company 2010 Incentive Compensation Plan, as it may at any time hereafter be supplemented, modified, amended or restated (the "Plan"). Capitalized terms used in this document that are not otherwise defined have the meaning set forth in the Plan.

1.    ***General* .** Subject to the terms and conditions set forth in this Agreement and in the Plan, the Company hereby grants to the Participant [NUMBER] restricted stock units (the "RSUs"). Each RSU represents the right to receive one Share on the terms and conditions set forth in this Agreement and in the Plan.

2.    ***Vesting* .** The RSUs will vest immediately prior to, and on the date of, the Company's first Annual Stockholders Meeting following the Grant Date (or, if sooner, the date that is 18 calendar months after the Grant Date) (in either case, the "Scheduled Vesting Date"), provided that the Participant is, on the Scheduled Vesting Date, and has been from the date of grant of the RSUs, a member of the Board. For the avoidance of doubt, any incumbent member of the Board not standing for re-election at the Company's first Annual Stockholders Meeting following the Grant Date shall nonetheless be considered a member of the Board as of the date thereof. Notwithstanding the foregoing, the RSUs will become fully vested upon the cessation of the Participant's membership on the Board on account of the Participant's death or total disability. Except as otherwise provided in this Section 2, if the Participant's membership on the Board ceases for any reason prior to the Scheduled Vesting Date, all unvested RSUs held by the Participant will be immediately forfeited, and the Participant will not have any right to delivery of the underlying Shares. For purposes of the RSUs, total disability means that the Participant is unable to engage in any substantial gainful activity by reason of any medically determinable physical or mental impairment that can be expected to result in death or can be expected to last for a continuous period of not less than 12 months.

3.    ***Change in Control* .** To the extent not previously vested, the RSUs will become fully vested upon a Change in Control that occurs prior to the Participant's cessation of membership on the Board.

4.    ***Delivery of Shares.*** To the extent that the RSUs become vested, the Shares subject to the RSUs will be delivered within 90 days following the cessation of the Participant's membership on the Board to a brokerage account in the name of the Participant maintained with the administrative services provider of the RSUs (such provider from time to time, the "Administrative Services Provider").

5.    ***Rights as a Stockholder; Dividend Equivalents.*** The Participant will not have the rights of a stockholder of the Company with respect to Shares subject to the RSUs until such Shares are actually delivered to the Participant. However, the Company will credit to the Participant, as of the payment date of any cash dividend, an amount per RSU held by the Participant on the applicable record date equal to the amount of the cash dividend declared and paid in respect of one Share. Such credited amount will be credited in the form of additional restricted stock units, the number of which will be calculated based on the Fair Market Value of a Share as of the payment date of the applicable cash dividend (rounded down to the nearest whole number), and which restricted stock units will be subject to the terms and conditions of this Agreement (including with respect to vesting).

6.    ***Section 409A* .** The RSUs are intended to comply with Code Section 409A. Accordingly, all provisions of this document shall be construed, interpreted and administered in a manner that is consistent with the requirements of Code Section 409A and Section 8.12 of the Plan, and any payments constituting nonqualified deferred compensation subject to Code Section 409A shall only be made in a manner and upon an event permitted by Code Section 409A; provided that in no event will the Company be obligated to reimburse the Participant or the Participant's Beneficiaries for any additional tax (or related penalties and interest) incurred by reason of application of Code Section 409A. For the avoidance of doubt, payments shall only be made on the Participant's "separation from service" as defined under Code Section 409A.

7.    ***Taxes.*** The Company may satisfy any tax withholding obligations, if applicable, by reducing the number of Shares to be delivered in an amount sufficient to satisfy any such applicable withholding obligations.

8.     **Company Policies.** The RSUs, the underlying Shares and any cash proceeds realized from the sale of such underlying Shares are subject to any share trading policies and other policies that may be implemented by the Company from time to time.

9.     **Beneficiary Designation.** The Participant may at any time designate one or more Beneficiaries to receive the Shares payable with respect to the RSUs in the event of the Participant's death. The Participant may make an initial Beneficiary designation or change an existing Beneficiary designation via the Plan Website (as defined below).

10.    **No Transferability.** The RSUs are not transferable by the Participant except to a Beneficiary in the event of the Participant's death. Any other attempted assignment or transfer shall be null and void and shall extinguish, in the Company's sole discretion, the Company's obligation with respect to the RSUs and under this Agreement. The Company may assign the RSUs and this Agreement in accordance with the Plan.

11.    **No Right to Continued Service.** Neither the grant of RSUs, nor any other action taken hereunder shall be construed as giving the Participant the right to be retained in the service of the Company (for the vesting period or any other period of time), nor shall it interfere in any way with the right of the Company to terminate the Participant's service at any time.

12.    **Plan Provisions.** The RSUs are being granted pursuant to the Plan, the terms of which are incorporated herein by reference, and will in all respects be interpreted in accordance the Plan. The grant and settlement of the RSUs are subject to interpretations, regulations and determinations concerning the Plan established from time to time by the Board in accordance with the provisions of the Plan. The Board shall have the authority to interpret and construe this Agreement, and the decisions of the Board shall be conclusive upon any question arising under this Agreement. In the event there is any express conflict between this Agreement and the terms of the Plan, the terms of the Plan shall govern.

13.    **Amendment of this Agreement.** The terms and conditions contained in this Agreement may be amended by the Board, to the extent permitted by the Plan.

14.    **Governing Law.** This Agreement shall be governed by and construed in accordance with the laws of the State of New York, without giving effect to any choice of law or conflict of law provision or rule (whether of the State of New York or any other jurisdiction) that would cause the application of the laws of any jurisdiction other than the State of New York.

15.    **Plan Documents and Electronic Delivery.** A copy of the Plan and the documents that constitute the "Prospectus" for the Plan under the Securities Act of 1933 are available on the website maintained by the Administrative Services Provider (such website, the "Plan Website"). The Participant has been provided a link to the Plan Website. The Company may, in its sole discretion, deliver any additional documents related to the RSUs granted to the Participant under the Plan by electronic means and/or by making such documents accessible to the Participant via an online platform and require the Participant to participate in the Plan through an online or electronic system established and maintained by the Company or a third party designated by the Company, including the Administrative Services Provider.

16.    **Entire Agreement.** This Agreement (including the Plan) contains the entire agreement between the parties with respect to the subject matter hereof and supersedes all prior agreements, written or oral, with respect thereto.

17.    **Currencies and Dates.** Unless otherwise stated, all dollars specified in this Agreement shall be in U.S. dollars and all dates specified in this Agreement shall be U.S. dates.

IN WITNESS WHEREOF, the Company has executed this Agreement effective as of the Grant Date.

THE NEW YORK TIMES COMPANY

The Participant's receipt of the RSUs awarded under this Agreement constitutes the Participant's acknowledgment that the Participant (a) accepts the RSUs described in this Agreement, (b) agrees to be bound by the terms of the Plan, including this Agreement, and (c) agrees that all the decisions and determinations of the Board or the Committee shall be final and binding on the Participant and any other person having or claiming a right under this Award.

The Participant will be asked by the Company to acknowledge this Award through the Plan Website.

**The New York Times Company Ratio of Earnings to Fixed Charges (Unaudited)**

| (In thousands, except ratio) | For the Three Months Ended | | For the Years Ended | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | March 26, 2017 | December 25, 2016 | December 27, 2015 | December 28, 2014 | December 29, 2013 |
| Earnings from continuing operations before fixed charges | | | | | |
| Earnings from continuing operations before income taxes, noncontrolling interest and income/(loss) from joint ventures | $ 23,684 | $ 66,799 | $ 97,535 | $ 38,218 | $ 98,014 |
| Distributed earning from less than fifty-percent owned affiliates | — | — | — | 3,914 | 1,400 |
| Adjusted pre-tax earnings from continuing operations | 23,684 | 66,799 | 97,535 | 42,132 | 99,414 |
| Fixed charges less capitalized interest | 8,086 | 47,663 | 50,719 | 62,869 | 63,032 |
| Earnings from continuing operations before fixed charges | $ 31,770 | $ 114,462 | $ 148,254 | $ 105,001 | $ 162,446 |
| Fixed charges | | | | | |
| Interest expense, net of capitalized interest [(1)] | $ 7,444 | $ 43,825 | $ 46,391 | $ 58,914 | $ 59,588 |
| Capitalized interest | 220 | 559 | 338 | 152 | — |
| Portion of rentals representative of interest factor | 642 | 3,838 | 4,328 | 3,955 | 3,444 |
| Total fixed charges | $ 8,306 | $ 48,222 | $ 51,057 | $ 63,021 | $ 63,032 |
| *Ratio of earnings to fixed charges* | 3.82 | 2.37 | 2.90 | 1.67 | 2.58 |

Note: The Ratio of Earnings to Fixed Charges should be read in conjunction with the Consolidated Financial Statements and Management's Discussion and Analysis of Financial Condition and Results of Operations in this Annual Report on Form 10-K for the fiscal year ended December 25, 2016 .

(1)    The Company's policy is to classify interest expense recognized on uncertain tax positions as income tax expense. The Company has excluded interest expense recognized on uncertain tax positions from the Ratio of Earnings to Fixed Charges.

**Rule 13a-14(a)/15d-14(a) Certification**

I, Mark Thompson, certify that:

1.  I have reviewed this Quarterly Report on Form 10-Q of The New York Times Company;

2.  Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.  Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.  The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    (a)  Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    (b)  Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    (c)  Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    (d)  Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.  The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    (a)  All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    (b)  Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: May 3, 2017

/s/ M ARK T HOMPSON

**_Mark Thompson_**
Chief Executive Officer

**Rule 13a-14(a)/15d-14(a) Certification**

I, James M. Follo, certify that:

1. I have reviewed this Quarterly Report on Form 10-Q of The New York Times Company;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    (a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    (b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    (c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    (d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    (a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    (b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.


Date: May 3, 2017

/s/ J AMES  M. F OLLO
_____

*James M. Follo*

Chief Financial Officer

**EXHIBIT 32.1**

**Certification pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002**

  In connection with the Quarterly Report on Form 10-Q of The New York Times Company (the "Company") for the quarter ended March 26, 2017 , as filed with the Securities and Exchange Commission on the date hereof (the "Report"), I, Mark Thompson, Chief Executive Officer of the Company, certify, pursuant to 18 U.S.C. §1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that, based on my knowledge:

(1) The Report fully complies with the requirements of section 13(a) or 15(d) of the Securities Exchange Act of 1934; and

(2) The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

May 3, 2017

/s/ M ARK T HOMPSON

**Mark Thompson**
Chief Executive Officer

**EXHIBIT 32.2**

<u>Certification pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002</u>

 In connection with the Quarterly Report on Form 10-Q of The New York Times Company (the "Company") for the quarter ended March 26, 2017 , as filed with the Securities and Exchange Commission on the date hereof (the "Report"), I, James M. Follo, Chief Financial Officer of the Company, certify, pursuant to 18 U.S.C. §1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that, based on my knowledge:

(1) The Report fully complies with the requirements of section 13(a) or 15(d) of the Securities Exchange Act of 1934; and

(2) The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

May 3, 2017

/s/ J AMES  M. F OLLO

**James M. Follo**
Chief Financial Officer

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 10-Q
### QUARTERLY REPORT PURSUANT TO SECTION 13 or 15(d)
### OF THE SECURITIES EXCHANGE ACT OF 1934

**For the quarterly period ended June 25, 2017**

**Commission file number 1-5837**

# THE NEW YORK TIMES COMPANY
**(Exact name of registrant as specified in its charter)**

| | |
|---|---|
| **NEW YORK** | **13-1102020** |
| **(State or other jurisdiction of incorporation or organization)** | **(I.R.S. Employer Identification No.)** |

**620 EIGHTH AVENUE, NEW YORK, NEW YORK**

**(Address of principal executive offices)**

**10018**

**(Zip Code)**

**Registrant's telephone number, including area code <u>212-556-1234</u>**

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒   No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | |
|---|---|---|
| Large accelerated filer ☒ | Accelerated filer ☐ | Non-accelerated filer ☐ |
| Smaller reporting company ☐ | Emerging growth company ☐ | |

If an emerging growth company, indicate by the check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐   No ☒

Number of shares of each class of the registrant's common stock outstanding as of July 27, 2017 (exclusive of treasury shares):

| | | |
|---|---|---|
| Class A Common Stock | 161,164,481 | shares |
| Class B Common Stock | 810,957 | shares |

# THE NEW YORK TIMES COMPANY

## INDEX

**ITEM NO.**

| | | | |
|---|---|---|---|
| **PART I** | | Financial Information | 1 |
| **Item** | **1** | Financial Statements | 1 |
| | | Condensed Consolidated Balance Sheets as June 25, 2017 (unaudited) and December 25, 2016 | 1 |
| | | Condensed Consolidated Statements of Operations (unaudited) for the quarters and six months ended June 25, 2017 and June 26, 2016 | 3 |
| | | Condensed Consolidated Statements of Comprehensive Income (unaudited) for the quarters and six months ended June 25, 2017 and June 26, 2016 | 4 |
| | | Condensed Consolidated Statements of Cash Flows (unaudited) for the six months ended June 25, 2017 and June 26, 2016 | 5 |
| | | Notes to the Condensed Consolidated Financial Statements | 6 |
| **Item** | **2** | Management's Discussion and Analysis of Financial Condition and Results of Operations | 17 |
| **Item** | **3** | Quantitative and Qualitative Disclosures about Market Risk | 27 |
| **Item** | **4** | Controls and Procedures | 27 |
| **PART II** | | Other Information | 29 |
| **Item** | **1** | Legal Proceedings | 29 |
| **Item** | **1A** | Risk Factors | 29 |
| **Item** | **2** | Unregistered Sales of Equity Securities and Use of Proceeds | 29 |
| **Item** | **5** | Other Information | 29 |
| **Item** | **6** | Exhibits | 29 |

**PART I. FINANCIAL INFORMATION**

<u>**Item 1. Financial Statements**</u>

**THE NEW YORK TIMES COMPANY**
**CONDENSED CONSOLIDATED BALANCE SHEETS**
**(In thousands, except share and per share data)**

| | June 25, 2017 | December 25, 2016 |
|---|---|---|
| | (Unaudited) | |
| <u>Assets</u> | | |
| <u>Current assets</u> | | |
| Cash and cash equivalents | $ 204,142 | $ 100,692 |
| Short-term marketable securities | 382,569 | 449,535 |
| Accounts receivable (net of allowances of $15,663 in 2017 and $16,815 in 2016) | 149,553 | 197,355 |
| Prepaid expenses | 13,476 | 15,948 |
| Other current assets | 25,667 | 32,648 |
| Total current assets | 775,407 | 796,178 |
| <u>Other assets</u> | | |
| Long-term marketable securities | 220,708 | 187,299 |
| Investments in joint ventures | 16,688 | 15,614 |
| Property, plant and equipment (less accumulated depreciation and amortization of $931,996 in 2017 and $903,736 in 2016) | 595,079 | 596,743 |
| Goodwill | 138,795 | 134,517 |
| Deferred income taxes | 294,630 | 301,342 |
| Miscellaneous assets | 153,861 | 153,702 |
| Total assets | $ 2,195,168 | $ 2,185,395 |

See Notes to Condensed Consolidated Financial Statements.

**THE NEW YORK TIMES COMPANY**
**CONDENSED CONSOLIDATED BALANCE SHEETS-(Continued)**
**(In thousands, except share and per share data)**

| | | June 25, 2017 | | December 25, 2016 |
|---|---|---|---|---|
| | | (Unaudited) | | |
| Liabilities and stockholders' equity | | | | |
| Current liabilities | | | | |
| Accounts payable | $ | 94,332 | $ | 104,463 |
| Accrued payroll and other related liabilities | | 84,541 | | 96,463 |
| Unexpired subscriptions | | 79,139 | | 66,686 |
| Accrued expenses and other | | 140,444 | | 131,125 |
| Total current liabilities | | 398,456 | | 398,737 |
| Other liabilities | | | | |
| Long-term debt and capital lease obligations | | 248,568 | | 246,978 |
| Pension benefits obligation | | 532,936 | | 558,790 |
| Postretirement benefits obligation | | 56,315 | | 57,999 |
| Other | | 74,867 | | 78,647 |
| Total other liabilities | | 912,686 | | 942,414 |
| Stockholders' equity | | | | |
| Common stock of $.10 par value: | | | | |
| Class A – authorized: 300,000,000 shares; issued: 2017 – 170,035,282; 2016 – 169,206,879 (including treasury shares: 2017 – 8,870,801; 2016 – 8,870,801) | | 17,004 | | 16,921 |
| Class B – convertible – authorized and issued shares: 2017 – 810,957; 2016 – 816,632 (including treasury shares: 2017 – none; 2016 – none) | | 81 | | 82 |
| Additional paid-in capital | | 155,895 | | 149,928 |
| Retained earnings | | 1,354,195 | | 1,331,911 |
| Common stock held in treasury, at cost | | (171,211) | | (171,211) |
| Accumulated other comprehensive loss, net of income taxes: | | | | |
| Foreign currency translation adjustments | | 1,364 | | (1,822) |
| Funded status of benefit plans | | (469,625) | | (477,994) |
| Total accumulated other comprehensive loss, net of income taxes | | (468,261) | | (479,816) |
| Total New York Times Company stockholders' equity | | 887,703 | | 847,815 |
| Noncontrolling interest | | (3,677) | | (3,571) |
| Total stockholders' equity | | 884,026 | | 844,244 |
| Total liabilities and stockholders' equity | $ | 2,195,168 | $ | 2,185,395 |

See Notes to Condensed Consolidated Financial Statements.

**THE NEW YORK TIMES COMPANY**
**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
(Unaudited)
(In thousands, except per share data)

| | For the Quarters Ended | | For the Six Months Ended | |
|---|---|---|---|---|
| | **June 25, 2017** | **June 26, 2016** | **June 25, 2017** | **June 26, 2016** |
| | (13 weeks) | | (26 weeks) | |
| Revenues | | | | |
| Subscription | $ 250,037 | $ 219,480 | $ 492,412 | $ 437,474 |
| Advertising | 132,234 | 131,155 | 262,262 | 270,835 |
| Other | 24,803 | 21,995 | 51,204 | 43,836 |
| Total revenues | 407,074 | 372,630 | 805,878 | 752,145 |
| Operating costs | | | | |
| Production costs: | | | | |
| Wages and benefits | 88,565 | 90,630 | 179,343 | 183,101 |
| Raw materials | 15,813 | 17,012 | 32,743 | 34,887 |
| Other | 44,907 | 45,075 | 90,435 | 92,591 |
| Total production costs | 149,285 | 152,717 | 302,521 | 310,579 |
| Selling, general and administrative costs | 213,004 | 172,069 | 411,008 | 350,315 |
| Depreciation and amortization | 15,131 | 15,147 | 31,284 | 30,619 |
| Total operating costs | 377,420 | 339,933 | 744,813 | 691,513 |
| Headquarters redesign and consolidation | 1,985 | — | 4,387 | — |
| Restructuring charge | — | 11,855 | — | 11,855 |
| Multiemployer pension plan withdrawal expense | — | 11,701 | — | 11,701 |
| Operating profit | 27,669 | 9,141 | 56,678 | 37,076 |
| Loss from joint ventures | (266) | (412) | (93) | (42,308) |
| Interest expense, net | 5,133 | 9,097 | 10,458 | 17,923 |
| Income/(loss) from continuing operations before income taxes | 22,270 | (368) | 46,127 | (23,155) |
| Income tax expense/(benefit) | 6,711 | 124 | 17,453 | (9,077) |
| Net income/(loss) | 15,559 | (492) | 28,674 | (14,078) |
| Net loss attributable to the noncontrolling interest | 40 | 281 | 106 | 5,596 |
| Net income/(loss) attributable to The New York Times Company common stockholders | $ 15,599 | $ (211) | $ 28,780 | $ (8,482) |
| Average number of common shares outstanding: | | | | |
| Basic | 161,787 | 161,128 | 161,624 | 161,052 |
| Diluted | 163,808 | 161,128 | 163,673 | 161,052 |
| Basic earnings/(loss) per share attributable to The New York Times Company common stockholders | $ 0.10 | $ (0.00) | $ 0.18 | $ (0.05) |
| Diluted earnings/(loss) per share attributable to The New York Times Company common stockholders | $ 0.09 | $ (0.00) | $ 0.17 | $ (0.05) |
| Dividends declared per share | $ — | $ — | $ 0.04 | $ 0.04 |

See Notes to Condensed Consolidated Financial Statements.

3

**THE NEW YORK TIMES COMPANY**
**CONDENSED CONSOLIDATED STATEMENTS OF COMPREHENSIVE INCOME**
(Unaudited)
(In thousands)

| | For the Quarters Ended | | For the Six Months Ended | |
|---|---|---|---|---|
| | June 25, 2017 | June 26, 2016 | June 25, 2017 | June 26, 2016 |
| | (13 weeks) | | (26 weeks) | |
| Net income/(loss) | $ 15,559 | $ (492) | $ 28,674 | $ (14,078) |
| Other comprehensive income, before tax: | | | | |
| Income/(loss) on foreign currency translation adjustments | 2,896 | (136) | 5,071 | 1,506 |
| Pension and postretirement benefits obligation | 6,920 | 6,551 | 13,841 | 13,103 |
| Other comprehensive income, before tax | 9,816 | 6,415 | 18,912 | 14,609 |
| Income tax expense | 3,826 | 2,477 | 7,357 | 5,580 |
| Other comprehensive income, net of tax | 5,990 | 3,938 | 11,555 | 9,029 |
| Comprehensive income/(loss) | 21,549 | 3,446 | 40,229 | (5,049) |
| Comprehensive loss attributable to the noncontrolling interest | 40 | 281 | 106 | 5,596 |
| Comprehensive income attributable to The New York Times Company common stockholders | $ 21,589 | $ 3,727 | $ 40,335 | $ 547 |

See Notes to Condensed Consolidated Financial Statements.

**THE NEW YORK TIMES COMPANY**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
(Unaudited)
(In thousands)

| | For the Six Months Ended | |
|---|---|---|
| | June 25, 2017 | June 26, 2016 |
| | (26 weeks) | |
| Cash flows from operating activities | | |
| Net income/(loss) | $ 28,674 | $ (14,078) |
| Adjustments to reconcile net income to net cash provided by operating activities: | | |
| Restructuring charge | — | 11,855 |
| Multiemployer pension plan charges | — | 11,701 |
| Depreciation and amortization | 31,284 | 30,619 |
| Stock-based compensation expense | 8,010 | 5,872 |
| Undistributed loss of joint ventures | 93 | 42,308 |
| Long-term retirement benefit obligations | (13,279) | (14,738) |
| Uncertain tax positions | 160 | 121 |
| Other-net | 1,577 | 5,809 |
| Changes in operating assets and liabilities: | | |
| Accounts receivable-net | 47,802 | 57,223 |
| Other current assets | 3,040 | (19,934) |
| Accounts payable, accrued payroll and other liabilities | (20,353) | (78,595) |
| Unexpired subscriptions | 12,453 | 2,628 |
| Net cash provided by operating activities | 99,461 | 40,791 |
| Cash flows from investing activities | | |
| Purchases of marketable securities | (245,033) | (34,912) |
| Maturities of marketable securities | 277,499 | 316,515 |
| Cash distribution from corporate-owned life insurance | — | 38,000 |
| Business acquisitions | — | (12,250) |
| Purchase of investments – net of proceeds | (163) | (1,350) |
| Change in restricted cash | 7,014 | 521 |
| Capital expenditures | (21,411) | (14,592) |
| Other-net | 199 | (380) |
| Net cash provided by investing activities | 18,105 | 291,552 |
| Cash flows from financing activities | | |
| Long-term obligations: | | |
| Repayment of debt and capital lease obligations | (276) | (322) |
| Dividends paid | (12,969) | (12,937) |
| Capital shares: | | |
| Stock issuances | 2,706 | 93 |
| Repurchases | — | (15,684) |
| Share-based compensation tax withholding | (3,803) | (9,287) |
| Net cash used in financing activities | (14,342) | (38,137) |
| Net increase in cash and cash equivalents | 103,224 | 294,206 |
| Effect of exchange rate changes on cash | 226 | 80 |
| Cash and cash equivalents at the beginning of the period | 100,692 | 105,776 |
| Cash and cash equivalents at the end of the period | $ 204,142 | $ 400,062 |

See Notes to Condensed Consolidated Financial Statements.

## NOTE 1. BASIS OF PRESENTATION

In the opinion of management of The New York Times Company (the "Company"), the Condensed Consolidated Financial Statements present fairly the financial position of the Company as of June 25, 2017 and December 25, 2016, and the results of operations and cash flows of the Company for the periods ended June 25, 2017 and June 26, 2016. The Company and its consolidated subsidiaries are referred to collectively as "we," "us" or "our." All adjustments necessary for a fair presentation have been included and are of a normal and recurring nature. All significant intercompany accounts and transactions have been eliminated in consolidation. The financial statements were prepared in accordance with the requirements of the Securities and Exchange Commission ("SEC") for interim reporting. As permitted under those rules, certain notes or other financial information that are normally required by accounting principles generally accepted in the United States of America ("GAAP") have been condensed or omitted from these interim financial statements. These financial statements, therefore, should be read in conjunction with the Consolidated Financial Statements and related Notes included in our Annual Report on Form 10-K for the year ended December 25, 2016. Due to the seasonal nature of our business, operating results for the interim periods are not necessarily indicative of a full year's operations. The fiscal periods included herein comprise 13 weeks for the second quarter.

The preparation of financial statements in conformity with GAAP requires management to make estimates and assumptions that affect the amounts reported in our Condensed Consolidated Financial Statements. Actual results could differ from these estimates.

## NOTE 2. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

Except as described herein, as of June 25, 2017, our significant accounting policies, which are detailed in our Annual Report on Form 10-K for the year ended December 25, 2016, have not changed materially.

As of the second quarter of 2017, the Company has renamed "circulation revenues" as "subscription revenues." Subscription revenues consist of revenues from subscriptions to our print and digital products (including our news products and Crossword product), as well as single-copy sales of our print products (which comprise approximately 10% of these revenues). These revenues are based on both the number of copies of the printed newspaper sold and digital-only subscriptions, and the rates charged to the respective customers.

### _Recently Adopted Accounting Pronouncements_

In March 2016, the Financial Accounting Standards Board ("FASB") issued Accounting Standards Update ("ASU") 2016-09, "Compensation-Stock Compensation," which provides guidance on accounting for share-based payment transactions, including the income tax consequences, classification of awards as either equity or liabilities, and classification on the statement of cash flows. This guidance became effective for the Company for fiscal years beginning after December 25, 2016.

As a result of the adoption of ASU 2016-09 in the first quarter of 2017, we recognized excess tax windfalls in income tax expense rather than additional paid-in capital of $1.6 million and $0.1 million for the quarter and six months ended June 25, 2017, respectively. Excess tax shortfalls and/or windfalls for share-based payments are now included in net cash from operating activities rather than net cash from financing activities. The changes have been applied prospectively in accordance with the ASU and prior periods have not been adjusted. Additionally, the presentation of employee taxes paid to taxing authorities for share-based transactions are now included in net cash from financing activities rather than net cash from operating activities. This change was applied retrospectively and as a result, we reclassified $9.3 million for the six months ended June 26, 2016 in our Condensed Statement of Cash Flows from operating activities to financing activities. No other material changes resulted from the adoption of this standard.

### _Recently Issued Accounting Pronouncements_

In March 2017, the FASB issued ASU 2017-07, "Compensation - Retirement Benefits (Topic 715): Improving the Presentation of Net Periodic Pension Cost and Net Periodic Postretirement Benefit Cost." The new guidance requires the service cost component to be presented separately from the other components of net benefit costs. Service cost will be presented with other employee compensation cost within operations. The other components of net benefit cost, such as interest cost, amortization of prior service cost and gains or losses are required to be presented outside of operations. The new guidance is effective for fiscal years beginning after December 15, 2017, and interim periods within those fiscal years. Early adoption is permitted. The guidance should be applied retrospectively for the presentation of the service cost component in the income statement and allows a practical expedient for the estimation basis for applying the retrospective presentation requirements. We are currently in the process of evaluating the impact of this guidance on our consolidated financial statements.

In June 2016, FASB issued ASU 2016-13, "Financial Instruments - Credit Losses." The new guidance introduces an approach based on expected losses to estimate credit losses on certain types of financial instruments. It also modifies the

Case 1:17-cv-04853-JSR   Document 103-10   Filed 07/11/20   Page 49 of 78

impairment model for available-for-sale (AFS) debt securities and provides for a simplified accounting model for purchased financial assets with credit deterioration since their origination. The new guidance is effective for fiscal years beginning after December 15, 2019, and interim periods within those fiscal years. Early adoption is permitted for fiscal years beginning after December 15, 2018, and interim periods within those fiscal years. We are currently in the process of evaluating the impact of this guidance on our consolidated financial statements.

In February 2016, the FASB issued ASU 2016-02, "Leases," which provides guidance on accounting for leases and disclosure of key information about leasing arrangements. The guidance requires lessees to recognize the following for all operating and finance leases at the commencement date: (1) a lease liability, which is the obligation to make lease payments arising from a lease, measured on a discounted basis and (2) a right-of-use asset representing the lessee's right to use, or control the use of, the underlying asset for the lease term. A lessee is permitted to make an accounting policy election not to recognize lease assets and lease liabilities for short-term leases with a term of 12 months or less. The guidance does not fundamentally change lessor accounting; however, some changes have been made to align that guidance with the lessee guidance and other areas within GAAP. This guidance becomes effective for the Company for fiscal years beginning after December 30, 2018. Early application is permitted. This guidance will be applied on a modified retrospective basis for leases existing at, or entered into after, the earliest period presented in the financial statements. We are currently in the process of evaluating the impact of the new leasing guidance and expect that most of our operating lease commitments will be subject to the new standard. The adoption of the standard will require us to add right-of-use assets and lease liabilities onto our balance sheet. Based upon our initial evaluation, we do not expect the adoption of the standard to have a material effect on our results of operations and liquidity.

In January 2016, the FASB issued ASU 2016-01, "Financial Instruments-Overall: Recognition and Measurement of Financial Assets and Financial Liabilities" which addresses certain aspects of recognition, measurement, presentation, and disclosure of financial instruments including requirements to measure most equity investments at fair value with changes in fair value recognized in net income, to perform a qualitative assessment of equity investments without readily determinable fair values, and to separately present financial assets and liabilities by measurement category and by type of financial asset on the balance sheet or the accompanying notes to the financial statements. The new guidance is effective for fiscal years beginning after December 15, 2017, and interim periods within those fiscal years. Early adoption is permitted. We are currently in the process of evaluating the impact of this guidance on our consolidated financial statements.

In May 2014, the FASB issued ASU 2014-09, "Revenue from Contracts with Customers," which prescribes a single comprehensive model for entities to use in the accounting for revenue arising from contracts with customers. The new guidance will supersede virtually all existing revenue guidance under GAAP and International Financial Reporting Standards and is effective for fiscal years beginning after December 31, 2017. There are two transition options available to entities: the full retrospective approach or the modified retrospective approach. Under the full retrospective approach, the Company would restate prior periods in compliance with Accounting Standards Codification 250, "Accounting Changes and Error Corrections." Alternatively, the Company may elect the modified retrospective approach, which allows for the new revenue standard to be applied to existing contracts as of the effective date with a cumulative catch-up adjustment recorded to retained earnings. We currently anticipate adopting the new standard using the modified retrospective method beginning January 1, 2018.

Subsequently, in March 2016, the FASB issued ASU 2016-08, "Revenue from Contracts with Customers (Topic 606): Principal versus Agent Considerations (Reporting Revenue Gross versus Net)," which clarifies the implementation guidance on principal versus agent considerations in ASU 2014-09. In April 2016, the FASB also issued ASU 2016-10, "Revenue from Contracts with Customers (Topic 606): Identifying Performance Obligations and Licensing," to reduce the cost and complexity of applying the guidance on identifying promised goods or services when identifying a performance obligation and improve the operability and understandability of the licensing implementation guidance. In May 2016, the FASB issued ASU 2016-12, "Revenue from Contracts with Customers (Topic 606): Narrow Scope Improvements and Practical Expedients," to reduce the cost and complexity of applying the guidance to address certain issues on assessing collectability, presentation of sales taxes, noncash consideration, and completed contracts and contract modifications at transition. The amendments in ASU 2014-09, 2016-10, and 2016-12 do not change the core principle of ASU 2014-09.

Based upon our initial evaluation, we do not expect the adoption of ASU 2014-09 to have a material effect on our financial condition or results of operations. While we continue to evaluate the impact of the new revenue guidance, we currently believe that the most significant changes will be primarily related to how we account for certain licensing arrangements in the other revenue category. However, preliminary assessments may be subject to change.

The Company considers the applicability and impact of all recently issued accounting pronouncements. Recent accounting pronouncements not specifically identified in our disclosures are either not applicable to the Company or are not expected to have a material effect on our financial condition or results of operations.

**THE NEW YORK TIMES COMPANY**
**NOTES TO THE CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

## NOTE 3. MARKETABLE SECURITIES

Our marketable debt securities consisted of the following:

| *(In thousands)* | | June 25, 2017 | | December 25, 2016 |
|---|---|---|---|---|
| **Short-term marketable securities** | | | | |
| U.S Treasury securities | $ | 111,222 | $ | 150,623 |
| Corporate debt securities | | 178,869 | | 150,599 |
| U.S. governmental agency securities | | 50,488 | | 64,135 |
| Certificates of deposit | | 11,102 | | — |
| Commercial paper | | 30,888 | | 84,178 |
| Total short-term marketable securities | $ | 382,569 | $ | 449,535 |
| **Long-term marketable securities** | | | | |
| U.S. governmental agency securities | $ | 107,692 | $ | 110,732 |
| Corporate debt securities | | 64,076 | | 61,775 |
| U.S Treasury securities | | 48,940 | | 14,792 |
| Total long-term marketable securities | $ | 220,708 | $ | 187,299 |

As of June 25, 2017, our short-term and long-term marketable securities had remaining maturities of less than 1 month to 12 months and 13 months to 32 months, respectively. See Note 8 for additional information regarding the fair value of our marketable securities.

On June 29, 2017, our Board of Directors approved a change to the Company's cash reserve investment policy to allow the Company to sell marketable securities prior to maturity. Beginning in the third quarter of 2017, the Company will reclassify all marketable securities from held to maturity to available for sale. If the marketable securities were classified as available for sale as of June 25, 2017, the Company would have recorded approximately a $1 million net unrecognized loss in other comprehensive income.

## NOTE 4. GOODWILL AND INTANGIBLES

In 2016, the Company acquired two digital marketing agencies, HelloSociety, LLC and Fake Love, LLC for an aggregate of $15.4 million in separate all-cash transactions. Also in 2016, the Company acquired Submarine Leisure Club, Inc., which owns the product review and recommendation websites The Wirecutter and The Sweethome, in an all-cash transaction. We paid $25.0 million, including a payment made for a non-compete agreement, and also entered into a consulting agreement and retention agreements that will likely require payments over the three years following the acquisition.

The Company allocated the purchase prices for these acquisitions based on the final valuation of assets acquired and liabilities assumed, resulting in allocations to goodwill, intangibles, property, plant and equipment and other miscellaneous assets.

The aggregate carrying amount of intangible assets of $9.1 million related to these acquisitions has been included in "Miscellaneous Assets" in our Condensed Consolidated Balance Sheets. The estimated useful lives for these assets range from 3 to 7 years and are amortized on a straight-line basis.

The changes in the carrying amount of goodwill as of June 25, 2017, and since December 25, 2016, were as follows:

| *(In thousands)* | | Total Company |
|---|---|---|
| Balance as of December 25, 2016 | $ | 134,517 |
| Measurement period adjustment [1] | | (198) |
| Foreign currency translation | | 4,476 |
| Balance as of June 25, 2017 | $ | 138,795 |

*[1] Includes measurement period adjustment in connection with Submarine Leisure Club, Inc. acquisition.*

The foreign currency translation line item reflects changes in goodwill resulting from fluctuating exchange rates related to the consolidation of certain international subsidiaries.

## NOTE 5. INVESTMENTS

### *Equity Method Investments*

As of June 25, 2017, our investments in joint ventures totaled $16.7 million and we had equity ownership interests in the following entities:

| Company | Approximate % Ownership |
| --- | --- |
| Donohue Malbaie Inc. | 49% |
| Madison Paper Industries | 40% |
| Women in the World Media, LLC | 30% |

We have investments in Donohue Malbaie Inc. ("Malbaie"), a Canadian newsprint company, Madison Paper Industries ("Madison"), a partnership that previously operated a supercalendered paper mill in Maine, and Women in the World Media, LLC, a live-event conference business.

The Company and UPM-Kymmene Corporation ("UPM"), a Finnish paper manufacturing company, are partners through subsidiary companies in Madison. The Company's 40% ownership of Madison is through an 80%-owned consolidated subsidiary which owns 50% of Madison. UPM owns 60% of Madison, including a 10% interest through a 20% noncontrolling interest in the consolidated subsidiary of the Company. The paper mill was closed in May 2016. During the first quarter of 2016, we recognized a $41.4 million loss from joint ventures related to the closure. Our proportionate share of the loss was reduced by the 20% noncontrolling interest. As a result of the closure, we wrote our investment down to zero. As of June 25, 2017, we had a liability of $29.2 million, reflecting our share of the losses incurred to date from the closure. These amounts are presented in "Accrued expenses and other" in our Condensed Consolidated Balance Sheets.

The Company's joint venture in Madison is currently being liquidated. In the fourth quarter of 2016, Madison sold certain assets at the mill site and we recognized a gain of $3.9 million related to the sale. On July 31, 2017, Madison sold substantially all of the remaining assets at the mill site (which consisted of hydro power assets). We expect to recognize a gain of approximately $20 to $25 million in the third quarter of 2017 related to this sale, which will reduce our liability accordingly.

The following table presents summarized income statement information for Madison, which follows a calendar year:

| *(In thousands)* | For the Quarters Ended | | For the Six Months Ended | |
| --- | --- | --- | --- | --- |
| | June 30, 2017 | June 30, 2016 | June 30, 2017 | June 30, 2016 |
| Revenues | $ — | $ 15,371 | $ — | $ 40,550 |
| Costs and expenses: | | | | |
| Cost of sales | (118) | (17,654) | (1,172) | (66,589) |
| General and administrative | (528) | (2,416) | (554) | (65,517) |
| | (646) | (20,070) | (1,726) | (132,106) |
| Operating loss | (646) | (4,699) | (1,726) | (91,556) |
| Other (expense)/income | (4) | 1 | (6) | 2 |
| Net loss | $ (650) | $ (4,698) | $ (1,732) | $ (91,554) |

We received no distributions from our equity method investments during the quarters and six months ended June 25, 2017 and June 26, 2016.

We purchase newsprint from Malbaie, and previously purchased supercalendered paper from Madison, at competitive prices. Such purchases totaled approximately $2.4 million and $3.6 million for the second quarters ended June 25, 2017, and June 26, 2016, respectively, and approximately $5.4 million and $6.6 million for the six-month periods ended June 25, 2017, and June 26, 2016, respectively.

### *Cost Method Investments*

The aggregate carrying amounts of cost method investments included in "Miscellaneous assets" in our Condensed Consolidated Balance Sheets were $13.7 million and $13.6 million for June 25, 2017 and December 25, 2016, respectively.

**THE NEW YORK TIMES COMPANY**
**NOTES TO THE CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
(Unaudited)

## NOTE 6. DEBT OBLIGATIONS

Our current indebtedness consisted of the repurchase option related to a sale-leaseback of a portion of our New York headquarters. Our total debt and capital lease obligations consisted of the following:

| (In thousands) | June 25, 2017 | December 25, 2016 |
|---|---|---|
| Option to repurchase ownership interest in headquarters building in 2019: | | |
| Principal amount | $ 250,000 | $ 250,000 |
| Less unamortized discount based on imputed interest rate of 13.0% | 8,224 | 9,801 |
| Total option to repurchase ownership interest in headquarters building in 2019 | 241,776 | 240,199 |
| Capital lease obligations | 6,792 | 6,779 |
| Total long-term debt and capital lease obligations | $ 248,568 | $ 246,978 |

See Note 8 for additional information regarding the fair value of our long-term debt.

"Interest expense, net," as shown in the accompanying Condensed Consolidated Statements of Operations was as follows:

| (In thousands) | For the Quarters Ended | | For the Six Months Ended | |
|---|---|---|---|---|
| | June 25, 2017 | June 26, 2016 | June 25, 2017 | June 26, 2016 |
| Interest expense | $ 6,955 | $ 10,020 | $ 13,819 | $ 19,942 |
| Amortization of debt costs and discount on debt | 778 | 1,191 | 1,578 | 2,444 |
| Capitalized interest | (287) | (165) | (507) | (281) |
| Interest income | (2,313) | (1,949) | (4,432) | (4,182) |
| Total interest expense, net | $ 5,133 | $ 9,097 | $ 10,458 | $ 17,923 |

## NOTE 7. OTHER

### *Advertising Expenses*

Advertising expenses incurred to promote our brand, subscription products and marketing services were $25.8 million and $20.1 million in the second quarters of 2017 and 2016, respectively and $59.4 million and $41.2 million in the first six months of 2017 and 2016, respectively.

### *Capitalized Computer Software Costs*

Amortization of capitalized computer software costs included in "Depreciation and amortization" in our Condensed Consolidated Statements of Operations were $2.7 million in the second quarters of 2017 and 2016, respectively and $5.8 million and $5.7 million in the first six months of 2017 and 2016, respectively.

### *Headquarters Redesign and Consolidation*

In December 2016, we announced plans to redesign our headquarters building, consolidate our space within a smaller number of floors and lease the remaining floors to third parties. We incurred $2.0 million and $4.4 million of total costs related to these measures in the second quarter and first six months of 2017, respectively. The capital expenditures related to these measures were approximately $10 million and $11 million in the second quarter and the first six months of 2017, respectively.

### *Severance Costs*

On May 31, 2017, we announced certain measures in our newsroom designed to streamline our editing process and allow us to make further investments in our newsroom.  These measures resulted in a workforce reduction affecting our newsroom. We recognized severance costs of $19.3 million in the second quarter of 2017 and $20.9 million in the first six months of 2017, substantially all of which were related to this workforce reduction, and we expect to incur up to approximately $6 million of additional costs in the second half of 2017 in connection with these measures. We recognized severance costs of $1.7 million in the second quarter of 2016 and $5.3 million in the first six months of 2016. These costs are recorded in "Selling, general and administrative costs" in our Condensed Consolidated Statements of Operations.

During the second quarter of 2016, we announced certain measures to streamline our international print operations and support future growth efforts. These measures included a redesign of our international print newspaper and the relocation of certain editing and production operations currently conducted in Paris to our locations in Hong Kong and New York.  During the second quarter of 2016, we incurred $11.9 million of total costs related to the measures, primarily related to relocation and severance charges.

We had a severance liability of $30.2 million and $23.2 million included in "Accrued expenses and other" in our Condensed Consolidated Balance Sheets as of June 25, 2017, and December 25, 2016, respectively. We anticipate most of the expenditures associated with the workforce reduction will be recognized within the next twelve months.

## NOTE 8. FAIR VALUE MEASUREMENTS

Fair value is the price that would be received upon the sale of an asset or paid upon transfer of a liability in an orderly transaction between market participants at the measurement date. The transaction would be in the principal or most advantageous market for the asset or liability, based on assumptions that a market participant would use in pricing the asset or liability. The fair value hierarchy consists of three levels:

Level 1–quoted prices in active markets for identical assets or liabilities that the reporting entity has the ability to access at the measurement date;

Level 2–inputs other than quoted prices included within Level 1 that are observable for the asset or liability, either directly or indirectly; and

Level 3–unobservable inputs for the asset or liability.

### *Assets/Liabilities Measured and Recorded at Fair Value on a Recurring Basis*

The following table summarizes our financial liabilities measured at fair value on a recurring basis as of June 25, 2017, and December 25, 2016:

| (In thousands) | June 25, 2017 | | | | December 25, 2016 | | | |
|---|---|---|---|---|---|---|---|---|
| | Total | Level 1 | Level 2 | Level 3 | Total | Level 1 | Level 2 | Level 3 |
| Deferred compensation | $27,387 | $27,387 | $ — | $ — | $31,006 | $31,006 | $ — | $ — |

The deferred compensation liability, included in "Other liabilities—Other" in our Condensed Consolidated Balance Sheets, consists of deferrals under The New York Times Company Deferred Executive Compensation Plan (the "DEC"), which enables certain eligible executives to elect to defer a portion of their compensation on a pre-tax basis. The deferred amounts are invested at the executives' option in various mutual funds. The fair value of deferred compensation is based on the mutual fund investments elected by the executives and on quoted prices in active markets for identical assets. Participation in the DEC was frozen effective December 31, 2015.

### *Financial Instruments Disclosed, But Not Reported, at Fair Value*

Our marketable securities, which include U.S. Treasury securities, corporate debt securities, U.S. government agency securities, municipal securities, certificates of deposit and commercial paper, are recorded at amortized cost (see Note 3). As of June 25, 2017, the amortized cost was approximately $1 million more than the fair value. As of December 25, 2016, the amortized cost approximated fair value because of the short-term maturity and highly liquid nature of these investments. We classified these investments as Level 2 since the fair value estimates are based on market observable inputs for investments with similar terms and maturities.

The carrying value of our long-term debt was approximately $242 million as of June 25, 2017 and approximately $240 million as of December 25, 2016. The fair value of our long-term debt was approximately $287 million and $298 million as of June 25, 2017 and December 25, 2016, respectively. We estimate the fair value of our debt utilizing market quotations for debt that have quoted prices in active markets. Since our debt does not trade on a daily basis in an active market, the fair value estimates are based on market observable inputs based on borrowing rates currently available for debt with similar terms and average maturities (Level 2).

## NOTE 9. PENSION AND OTHER POSTRETIREMENT BENEFITS

### *Pension*

**Single-Employer Plans**

We sponsor several single-employer defined benefit pension plans, the majority of which have been frozen. We also

**NOTES TO THE CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

participate in two joint Company and Guild-sponsored defined benefit pension plans covering employees who are members of The NewsGuild of New York, including The Newspaper Guild of New York - The New York Times Pension Fund, which was frozen in 2012 and replaced by a successor plan, The Guild-Times Adjustable Pension Plan.

The components of net periodic pension cost were as follows:

| | For the Quarters Ended | | | | | |
| | June 25, 2017 | | | June 26, 2016 | | |
| (In thousands) | Qualified Plans | Non-Qualified Plans | All Plans | Qualified Plans | Non-Qualified Plans | All Plans |
| --- | --- | --- | --- | --- | --- | --- |
| Service cost | $ 2,423 | $ — | $ 2,423 | $ 2,248 | $ — | $ 2,248 |
| Interest cost | 15,594 | 1,956 | 17,550 | 16,573 | 2,034 | 18,607 |
| Expected return on plan assets | (26,136) | — | (26,136) | (27,789) | — | (27,789) |
| Amortization of actuarial loss | 7,353 | 1,088 | 8,441 | 7,068 | 1,053 | 8,121 |
| Amortization of prior service credit | (486) | — | (486) | (486) | — | (486) |
| Net periodic pension (income)/cost | $ (1,252) | $ 3,044 | $ 1,792 | $ (2,386) | $ 3,087 | $ 701 |

| | For the Six Months Ended | | | | | |
| | June 25, 2017 | | | June 26, 2016 | | |
| (In thousands) | Qualified Plans | Non-Qualified Plans | All Plans | Qualified Plans | Non-Qualified Plans | All Plans |
| --- | --- | --- | --- | --- | --- | --- |
| Service cost | $ 4,846 | $ — | $ 4,846 | $ 4,495 | $ — | $ 4,495 |
| Interest cost | 31,188 | 3,912 | 35,100 | 33,147 | 4,068 | 37,215 |
| Expected return on plan assets | (52,272) | — | (52,272) | (55,579) | — | (55,579) |
| Amortization of actuarial loss | 14,706 | 2,176 | 16,882 | 14,137 | 2,106 | 16,243 |
| Amortization of prior service credit | (972) | — | (972) | (972) | — | (972) |
| Net periodic pension (income)/cost | $ (2,504) | $ 6,088 | $ 3,584 | $ (4,772) | $ 6,174 | $ 1,402 |

During the first six months of 2017 and 2016, we made pension contributions of $3.8 million and $3.9 million, respectively, to certain qualified pension plans. We expect contributions to total approximately $8 million to satisfy funding requirements in 2017.

**Multiemployer Plans**

During the second quarter of 2016, we recorded a charge of $11.7 million related to a partial withdrawal obligation under a multiemployer pension plan following an unfavorable arbitration decision. See Note 14 for additional information with respect to the arbitration.

***Other Postretirement Benefits***

The components of net periodic postretirement benefit income were as follows:

| | For the Quarters Ended | | For the Six Months Ended | |
| (In thousands) | June 25, 2017 | June 26, 2016 | June 25, 2017 | June 26, 2016 |
| --- | --- | --- | --- | --- |
| Service cost | $ 92 | $ 104 | $ 184 | $ 208 |
| Interest cost | 470 | 495 | 940 | 990 |
| Amortization of actuarial loss | 905 | 1,026 | 1,810 | 2,052 |
| Amortization of prior service credit | (1,938) | (2,110) | (3,877) | (4,220) |
| Net periodic postretirement benefit income | $ (471) | $ (485) | $ (943) | $ (970) |

## NOTE 10. INCOME TAXES

The Company had income tax expense of $6.7 million and $17.5 million in the second quarter and first six months of 2017, respectively. The Company had income tax expense of $0.1 million in the second quarter of 2016 and an income tax benefit of $9.1 million in the first six months of 2016. The increase in income tax expense was primarily due to higher income from continuing operations in the second quarter and first six months of 2017.

## NOTE 11. EARNINGS/(LOSS) PER SHARE

We compute earnings/(loss) per share using a two-class method, an earnings allocation method used when a company's capital structure includes either two or more classes of common stock or common stock and participating securities. This method determines earnings/(loss) per share based on dividends declared on common stock and participating securities (i.e., distributed earnings), as well as participation rights of participating securities in any undistributed earnings.

Earnings/(loss) per share is computed using both basic shares and diluted shares. The difference between basic and diluted shares is that diluted shares include the dilutive effect of the assumed exercise of outstanding securities. Our stock options, stock-settled long-term performance awards and restricted stock units could have the most significant impact on diluted shares.

For the quarter and six months ended June 25, 2017, $0.1 million of net income was allocated to 1 million shares of participating securities. Excluding this $0.1 million from the calculation of diluted earnings per share attributable to the Company's common stockholders results in diluted earnings per share of $0.09 and $0.17 for the quarter and six months ended June 25, 2017, after rounding.

Securities that could potentially be dilutive are excluded from the computation of diluted earnings per share when a loss from continuing operations exists or when the exercise price exceeds the market value of our Class A Common Stock, because their inclusion would result in an anti-dilutive effect on per share amounts.

The number of stock options excluded from the computation of diluted earnings per share because they were anti-dilutive was approximately 2 million in the second quarter and first six months of 2017 and approximately 6 million in the second quarter and first six months of 2016.

There were no anti-dilutive restricted stock units or stock-settled long-term incentive compensation awards excluded from the computation of diluted earnings per share in the second quarter and first six months of 2017.  The number of restricted stock units and stock-settled long-term incentive compensation awards excluded from the computation of diluted earnings per share because they were anti-dilutive was approximately 2 million in the second quarter and first six months of 2016.

## NOTE 12. SUPPLEMENTAL STOCKHOLDERS' EQUITY INFORMATION

Stockholders' equity is summarized as follows:

| (In thousands) | Total New York Times Company Stockholders' Equity | Noncontrolling Interest | Total Stockholders' Equity |
|---|---|---|---|
| Balance as of December 25, 2016 | $ 847,815 | $ (3,571) | $ 844,244 |
| Net income/(loss) | 28,780 | (106) | 28,674 |
| Other comprehensive income, net of tax | 11,555 | — | 11,555 |
| Effect of issuance of shares | (1,096) | — | (1,096) |
| Dividends declared | (6,496) | — | (6,496) |
| Stock-based compensation | 7,145 | — | 7,145 |
| Balance as of June 25, 2017 | $ 887,703 | $ (3,677) | $ 884,026 |

**THE NEW YORK TIMES COMPANY**
**NOTES TO THE CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

| (In thousands) | Total New York Times Company Stockholders' Equity | Noncontrolling Interest | Total Stockholders' Equity |
|---|---|---|---|
| Balance as of December 27, 2015 | $ 826,751 | $ 1,704 | $ 828,455 |
| Net loss | (8,482) | (5,596) | (14,078) |
| Other comprehensive income, net of tax | 9,029 | — | 9,029 |
| Effect of issuance of shares | (9,194) | — | (9,194) |
| Share repurchases | (15,056) | — | (15,056) |
| Dividends declared | (6,445) | — | (6,445) |
| Stock-based compensation | 6,440 | — | 6,440 |
| Balance as of June 26, 2016 | $ 803,043 | $ (3,892) | $ 799,151 |

On January 14, 2015, the Board of Directors approved an authorization of $101.1 million to repurchase shares of the Company's Class A Common Stock. As of June 25, 2017, the Company had repurchased 6,690,905 Class A shares under this authorization for a cost of $84.9 million (excluding commissions) and $16.2 million remained. Our Board of Directors has authorized us to purchase shares under this authorization from time to time, subject to market conditions and other factors. There is no expiration date with respect to this authorization.

The following table summarizes the changes in AOCI by component as of June 25, 2017:

| (In thousands) | Foreign Currency Translation Adjustments | Funded Status of Benefit Plans | Total Accumulated Other Comprehensive Loss |
|---|---|---|---|
| Balance as of December 25, 2016 | $ (1,822) | $ (477,994) | $ (479,816) |
| Other comprehensive income before reclassifications, before tax[1] | 5,071 | — | 5,071 |
| Amounts reclassified from accumulated other comprehensive loss, before tax[1] | — | 13,841 | 13,841 |
| Income tax expense[1] | 1,885 | 5,472 | 7,357 |
| Net current-period other comprehensive income, net of tax | 3,186 | 8,369 | 11,555 |
| Balance as of June 25, 2017 | $ 1,364 | $ (469,625) | $ (468,261) |

(1)   *All amounts are shown net of noncontrolling interest.*

The following table summarizes the reclassifications from AOCI for the six months ended June 25, 2017:

| **(In thousands)** | | |
|---|---|---|
| Detail about accumulated other comprehensive loss components | Amounts reclassified from accumulated other comprehensive loss | Affect line item in the statement where net income is presented |
|---|---|---|
| Funded status of benefit plans: | | |
| Amortization of prior service credit[1] | $ (4,850) | Selling, general & administrative costs |
| Amortization of actuarial loss[1] | 18,691 | Selling, general & administrative costs |
| Total reclassification, before tax[2] | 13,841 | |
| Income tax expense | 5,472 | Income tax (benefit)/expense |
| Total reclassification, net of tax | $ 8,369 | |

(1)   *These accumulated other comprehensive income components are included in the computation of net periodic benefit cost for pension and other retirement benefits. See Note 9 for additional information.*

(2)   *There were no reclassifications relating to noncontrolling interest for the six months ended June 25, 2017.*

14

## NOTE 13. SEGMENT INFORMATION

We have one reportable segment that includes The New York Times, NYTimes.com and related businesses. Therefore, all required segment information can be found in the Condensed Consolidated Financial Statements.

Our operating segment generated revenues principally from subscriptions and advertising. Other revenues consist primarily of revenues from news services/syndication, digital archives, building rental income, NYT Live (our live events business), e-commerce and affiliate referrals.

## NOTE 14. CONTINGENT LIABILITIES

### *Restricted Cash*

We were required to maintain $17.9 million and $24.9 million of restricted cash as of June 25, 2017 and December 25, 2016, respectively, the majority of which is set aside to collateralize workers' compensation obligations.

### *Newspaper and Mail Deliverers–Publishers' Pension Fund*

In September 2013, the Newspaper and Mail Deliverers-Publishers' Pension Fund (the "NMDU Fund") assessed a partial withdrawal liability against the Company in the amount of approximately $26 million for the plan years ending May 31, 2012 and 2013 (the "Initial Assessment"), an amount that was increased to approximately $34 million in December 2014, when the NMDU Fund issued a revised partial withdrawal liability assessment for the plan year ending May 31, 2013 (the "Revised Assessment"). The NMDU Fund claimed that when City & Suburban Delivery Systems, Inc., a retail and newsstand distribution subsidiary of the Company and the largest contributor to the NMDU Fund, ceased operations in 2009, it triggered a decline of more than 70% in contribution base units in each of these two plan years.

The Company disagreed with both the NMDU Fund's determination that a partial withdrawal occurred and the methodology by which it calculated the withdrawal liability, and the parties engaged in arbitration proceedings to resolve the matter. In June 2016, the arbitrator issued an interim award and opinion that supported the NMDU Fund's determination that a partial withdrawal had occurred, including concluding that the methodology used to calculate the Initial Assessment was correct. However, the arbitrator also concluded that the NMDU Fund's calculation of the Revised Assessment was incorrect. In July 2017, the arbitrator issued a final award and opinion. The Company plans to appeal the arbitrator's decision.

Due to requirements of the Employee Retirement Income Security Act of 1974 that sponsors make payments demanded by plans during arbitration and any resultant appeals, the Company had been making payments to the NMDU fund since September 2013 relating to the Initial Assessment and February 2015 relating to the Revised Assessment based on the NMDU Fund's demand. As a result, as of June 25, 2017, we have paid $13.5 million relating to the Initial Assessment since the receipt of the initial demand letter. We also paid $5.0 million related to the Revised Assessment, which was refunded in July 2016 based on the arbitrator's ruling. The Company recognized $0.1 million and $0.2 million of expense for the second quarter and six months ended June 25, 2017, respectively. The Company recognized $13.3 million and $15.1 million of expense (inclusive of a special item of $11.7 million) for the second quarter and six months ended June 26, 2016, respectively.

The Company had a liability of $8.1 million as of June 25, 2017, related to this matter. Management believes it is reasonably possible that the total loss in this matter could exceed the liability established by a range of zero to approximately $10 million.

### *NEMG T&G, Inc.*

The Company was involved in class action litigation brought on behalf of individuals who, from 2006 to 2011, delivered newspapers at NEMG T&G, Inc., a subsidiary of the Company ("T&G"). T&G was a part of the New England Media Group, which the Company sold in 2013. The plaintiffs asserted several claims against T&G, including a challenge to their classification as independent contractors, and sought unspecified damages. In December 2016, the Company reached a settlement with respect to the claims, which was approved by the court in May 2017. As a result of the settlement, the Company recorded a charge of $3.7 million in the fourth quarter of 2016 within discontinued operations.

### *Other*

We are involved in various legal actions incidental to our business that are now pending against us. These actions are generally for amounts greatly in excess of the payments, if any, that may be required to be made. Although the Company cannot predict the outcome of these matters, it is possible that an unfavorable outcome in one or more matters could be material to the Company's consolidated results of operations or cash flows for an individual reporting period. However, based on currently available information, management does not believe that the ultimate resolution of these matters, individually or in the aggregate, is likely to have a material effect on the Company's financial position.

**THE NEW YORK TIMES COMPANY**
**NOTES TO THE CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

**NOTE 15. SUBSEQUENT EVENT**

On June 29, 2017, our Board of Directors approved a dividend of $0.04 per share on our Class A and Class B common stock that was paid on July 27, 2017, to all stockholders of record as of the close of business on July 12, 2017. Our Board of Directors will continue to evaluate the appropriate dividend level on an ongoing basis in light of our earnings, capital requirements, financial condition and other relevant factors.

On July 19, 2017, the arbitrator in the ongoing arbitration matter involving in the NMDU Fund issued a final award and opinion.  See Note 14 for additional information on this matter.

On July 31, 2017, Madison, a partnership in which the Company has an investment through a subsidiary, sold substantially all of the remaining assets at its mill site (which consisted of hydro power assets). See Note 5 for additional information on this sale and the Company's joint venture investment in Madison.

**Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations**

**EXECUTIVE OVERVIEW**

We are a global media organization that includes newspapers, print and digital products and investments. We have one reportable segment with businesses that include our newspapers, websites, mobile applications and related businesses.

We generate revenues principally from subscriptions and advertising. Other revenues primarily consist of revenues from news services/syndication, digital archives, building rental income, NYT Live (our live events business), e-commerce and affiliate referrals. Our main operating costs are employee-related costs.

In the accompanying analysis of financial information, we present certain information derived from consolidated financial information but not presented in our financial statements prepared in accordance with generally accepted accounting principles in the United States of America ("GAAP"). These supplemental non-GAAP financial performance measures exclude depreciation, amortization, severance, non-operating retirement costs and certain identified special items, as applicable. These non-GAAP financial measures should not be considered in isolation from or as a substitute for the related GAAP measures, and should be read in conjunction with financial information presented on a GAAP basis. For further information and reconciliations of these non-GAAP measures to the most directly comparable GAAP measures, see "—Results of Operations—Non-GAAP Financial Measures."

**Financial Highlights**

For the second quarter of 2017, diluted earnings per share from continuing operations were $0.09, compared with $0.00 for the second quarter of 2016. Diluted earnings per share from continuing operations excluding severance, non-operating retirement costs and special items discussed below (or "adjusted diluted earnings per share," a non-GAAP measure) were $0.18 and $0.11 for the second quarters of 2017 and 2016, respectively.

The Company had an operating profit of $27.7 million in the second quarter of 2017, compared with $9.1 million for the second quarter of 2016. The increase was largely due to two special items (discussed below) recorded in the second quarter of 2016. Operating profit before depreciation, amortization, severance, non-operating retirement costs and special items discussed below (or "adjusted operating profit," a non-GAAP measure) was $67.1 million and $54.5 million for the second quarters of 2017 and 2016, respectively.

Total revenues increased 9.2% to $407.1 million in the second quarter of 2017 from $372.6 million in the second quarter of 2016, primarily driven by increases in digital and print subscription revenue, as well as digital advertising revenue, partially offset by a decrease in print advertising revenue.

Subscription revenues increased 13.9% in the second quarter of 2017 compared with the second quarter of 2016, primarily due to significant growth in the number of subscriptions to the Company's digital subscription products, as well as the 2017 increase in home-delivery prices for The New York Times newspaper, which more than offset a decline in print copies sold. Revenue from our digital-only subscriptions (which includes news product and Crossword product subscriptions) increased 46.4% in the second quarter of 2017 compared with the second quarter of 2016.

Paid digital-only subscriptions totaled approximately 2,333,000 at the end of the second quarter of 2017, a 63.4% increase compared with the end of the second quarter of 2016.

Total advertising revenues increased 0.8% in the second quarter of 2017 compared with the second quarter of 2016, reflecting a 22.5% increase in digital advertising revenues, partially offset by a 10.5% decrease in print advertising revenues. The increase in digital advertising revenues primarily reflected increases in revenue from our smartphone platform, our programmatic channels and branded content, partially offset by a decrease in traditional website display advertising. The decrease in print advertising revenues was driven by a decline in display advertising, primarily in the luxury, real estate, technology, telecommunications and travel categories.

Other revenues increased 12.8% in the second quarter of 2017 compared with the second quarter of 2016, largely due to affiliate referral revenue associated with the product review and recommendation websites, The Wirecutter and The Sweethome, which the Company acquired in October 2016. The increase was partially offset by lower revenue from fewer conferences held in the second quarter of 2017 compared with the second quarter of 2016.

Operating costs increased in the second quarter of 2017 to $377.4 million from $339.9 million in the second quarter of 2016, largely due to severance expense associated with workforce reductions as well as higher compensation, marketing costs and costs from acquired companies, which were partially offset by lower print production and distribution costs and savings in international operations. Operating costs before depreciation, amortization, severance and non-operating retirement costs (or "adjusted operating costs," a non-GAAP measure) increased in the second quarter of 2017 to $340.0 million from $318.2 million in the second quarter of 2016.

Non-operating retirement costs decreased to $3.0 million during the second quarter of 2017 from $5.0 million in the second quarter of 2016 due to lower multiemployer pension plan withdrawal expense.

On May 31, 2017, we announced certain measures in our newsroom designed to streamline our editing process and allow us to make further investments in our newsroom.  These measures resulted in a workforce reduction affecting our newsroom. We recognized severance costs of $19.3 million in the second quarter of 2017, substantially all of which were related to this workforce reduction, and we expect to incur up to approximately $6 million of additional costs in the second half of 2017 in connection with these measures.

**RESULTS OF OPERATIONS**

The following table presents our consolidated financial results:

| (In thousands) | For the Quarters Ended | | | For the Six Months Ended | | |
| | June 25, 2017 | June 26, 2016 | % Change | June 25, 2017 | June 26, 2016 | % Change |
|---|---|---|---|---|---|---|
| Revenues | | | | | | |
| Subscription | $ 250,037 | $ 219,480 | 13.9 % | $ 492,412 | $ 437,474 | 12.6 % |
| Advertising | 132,234 | 131,155 | 0.8 % | 262,262 | 270,835 | (3.2)% |
| Other | 24,803 | 21,995 | 12.8 % | 51,204 | 43,836 | 16.8 % |
| Total revenues | 407,074 | 372,630 | 9.2 % | 805,878 | 752,145 | 7.1 % |
| Operating costs | | | | | | |
| Production costs: | | | | | | |
| Wages and benefits | 88,565 | 90,630 | (2.3)% | 179,343 | 183,101 | (2.1)% |
| Raw materials | 15,813 | 17,012 | (7.0)% | 32,743 | 34,887 | (6.1)% |
| Other | 44,907 | 45,075 | (0.4)% | 90,435 | 92,591 | (2.3)% |
| Total production costs | 149,285 | 152,717 | (2.2)% | 302,521 | 310,579 | (2.6)% |
| Selling, general and administrative costs | 213,004 | 172,069 | 23.8 % | 411,008 | 350,315 | 17.3 % |
| Depreciation and amortization | 15,131 | 15,147 | (0.1)% | 31,284 | 30,619 | 2.2 % |
| Total operating costs | 377,420 | 339,933 | 11.0 % | 744,813 | 691,513 | 7.7 % |
| Headquarters redesign and consolidation | 1,985 | — | * | 4,387 | — | * |
| Restructuring charge | — | 11,855 | * | — | 11,855 | * |
| Multiemployer pension withdrawal expense | — | 11,701 | * | — | 11,701 | * |
| Operating profit | 27,669 | 9,141 | * | 56,678 | 37,076 | 52.9 % |
| Loss from joint ventures | (266) | (412) | * | (93) | (42,308) | * |
| Interest expense, net | 5,133 | 9,097 | (43.6)% | 10,458 | 17,923 | (41.7)% |
| Income/(loss) from continuing operations before income taxes | 22,270 | (368) | * | 46,127 | (23,155) | * |
| Income tax expense/(benefit) | 6,711 | 124 | * | 17,453 | (9,077) | * |
| Net income/(loss) | 15,559 | (492) | * | 28,674 | (14,078) | * |
| Net loss attributable to the noncontrolling interest | 40 | 281 | (85.8)% | 106 | 5,596 | (98.1)% |
| Net income/(loss) attributable to The New York Times Company common stockholders | $ 15,599 | $ (211) | * | $ 28,780 | $ (8,482) | * |

\*    *Represents a change equal to or in excess of 100% or not meaningful.*

**Revenues**

**Subscription Revenues**

As of the second quarter of 2017, the Company has renamed "circulation revenues" as "subscription revenues." Subscription revenues consist of revenues from subscriptions to our print and digital products (including our news products and Crossword product), as well as single-copy sales of our print products (which comprise approximately 10% of these revenues). These revenues are based on both the number of copies of the printed newspaper sold and digital-only subscriptions, and the rates charged to the respective customers.

Subscription revenues increased 13.9% in the second quarter and 12.6% in the first six months of 2017 compared with the same prior-year periods, primarily due to significant growth in the number of subscriptions to the Company's digital subscription products, as well as the 2017 increase in home-delivery prices for The New York Times newspaper, which more than offset a decline in print copies sold. Revenues from our digital-only news subscriptions (including e-readers and replica editions) were $79.3 million in the second quarter of 2017 and $152.2 million in the first six months of 2017, an increase of 46.5% and 43.3% from the second quarter and first six months of 2016, respectively.

The following table summarizes digital-only subscription revenues for the second quarters and first six months of 2017 and 2016:

| (In thousands) | For the Quarters Ended | | | For the Six Months Ended | | |
|---|---|---|---|---|---|---|
| | June 25, 2017 | June 26, 2016 | % Change | June 25, 2017 | June 26, 2016 | % Change |
| Digital-only subscription revenues: | | | | | | |
| Digital-only news product subscription revenues | $ 79,300 | $ 54,126 | 46.5% | $ 152,161 | $ 106,201 | 43.3% |
| Digital Crossword product subscription revenues | 3,243 | 2,272 | 42.7% | 6,199 | 4,370 | 41.9% |
| Total digital-only subscription revenues | $ 82,543 | $ 56,398 | 46.4% | $ 158,360 | $ 110,571 | 43.2% |

The following table summarizes digital-only subscriptions as of the end of the second quarters of 2017 and 2016:

| (In thousands) | For the Quarters Ended | | |
|---|---|---|---|
| | June 25, 2017 | June 26, 2016 | % Change |
| Digital-only subscriptions[1]: | | | |
| Digital-only news product subscriptions | 2,027 | 1,216 | 66.7% |
| Digital Crossword product subscriptions | 306 | 212 | 44.3% |
| Total digital-only subscriptions | 2,333 | 1,428 | 63.4% |

[1]   *Reflects certain immaterial prior-period corrections.*

**Advertising Revenues**

Advertising revenues are derived from the sale of our advertising products and services on our print, web and mobile platforms. These revenues are primarily determined by the volume, rate and mix of advertisements. Display advertising revenue is principally from advertisers promoting products, services or brands in print in the form of column-inch ads, and on our web and mobile platforms in the form of banners, video, rich media and other interactive ads. Display advertising also includes branded content on The Times's platforms. Classified advertising revenue includes line-ads sold in the major categories of real estate, help wanted, automotive and other. Other advertising revenue primarily includes creative services fees associated with, among other things, our branded content studio; revenue from preprinted advertising, also known as free-standing inserts; and revenue generated from branded bags in which our newspapers are delivered.

Advertising revenues (print and digital) by category were as follows:

| | For the Quarters Ended | | | | | | % Change | | |
| | June 25, 2017 | | | June 26, 2016 | | | | | |
| *(In thousands)* | **Print** | **Digital** | **Total** | **Print** | **Digital** | **Total** | **Print** | **Digital** | **Total** |
|---|---|---|---|---|---|---|---|---|---|
| Display | $ 68,499 | $ 44,485 | $112,984 | $ 77,320 | $ 39,126 | $116,446 | (11.4)% | 13.7% | (3.0)% |
| Classified and Other | 8,557 | 10,693 | 19,250 | 8,792 | 5,917 | 14,709 | (2.7)% | 80.7% | 30.9 % |
| Total advertising | $ 77,056 | $ 55,178 | $132,234 | $ 86,112 | $ 45,043 | $131,155 | (10.5)% | 22.5% | 0.8 % |

| | For the Six Months Ended | | | | | | % Change | | |
| | June 25, 2017 | | | June 26, 2016 | | | | | |
| *(In thousands)* | **Print** | **Digital** | **Total** | **Print** | **Digital** | **Total** | **Print** | **Digital** | **Total** |
|---|---|---|---|---|---|---|---|---|---|
| Display | $140,126 | $ 87,461 | $227,587 | $165,957 | $ 76,510 | $242,467 | (15.6)% | 14.3% | (6.1)% |
| Classified and Other | 17,287 | 17,388 | 34,675 | 18,054 | 10,314 | 28,368 | (4.2)% | 68.6% | 22.2 % |
| Total advertising | $157,413 | $104,849 | $262,262 | $184,011 | $ 86,824 | $270,835 | (14.5)% | 20.8% | (3.2)% |

Print advertising revenues, which represented 58.3% of total advertising revenues for the second quarter of 2017 and 60.0% of total advertising revenues for the first six months of 2017, declined 10.5% to $77.1 million in the second quarter of 2017 and 14.5% to $157.4 million in the first six months of 2017, compared with $86.1 million and $184.0 million, respectively, in the same prior-year periods. The decrease in both periods was driven by a decline in display advertising, primarily in the luxury, real estate, technology, telecommunications and travel categories.

Digital advertising revenues, which represented 41.7% of total advertising revenues for the second quarter of 2017 and 40.0% of total advertising revenues for the first six months of 2017, increased 22.5% to $55.2 million in the second quarter of 2017 and 20.8% to $104.8 million in the first six months of 2017, respectively, compared with $45.0 million and $86.8 million, respectively, in the same prior-year periods. The increase in both periods primarily reflected increases in revenue from our smartphone platform, our programmatic channels and branded content, partially offset by a decrease in traditional website display advertising.

Classified and Other advertising revenues increased 30.9% in the second quarter of 2017 and 22.2% in the first six months of 2017, compared with the same prior-year periods, due to an increase in digital creative services fees.

**Other Revenues**

Other revenues primarily consist of revenues from news services/syndication, digital archives, building rental income, our NYT Live business, e-commerce and affiliate referrals.

Other revenues increased 12.8% in the second quarter of 2017 and 16.8% in the first six months of 2017, compared with the same prior-year periods, largely due to affiliate referral revenue associated with our acquisition of the product review and recommendation websites, The Wirecutter and The Sweethome, which the Company acquired in October 2016, partially offset by lower revenue from fewer conferences held in the second quarter of 2017 compared with the second quarter of 2016.

**Operating Costs**

Operating costs were as follows:

| (In thousands) | For the Quarters Ended | | | For the Six Months Ended | | |
| | June 25, 2017 | June 26, 2016 | % Change | June 25, 2017 | June 26, 2016 | % Change |
|---|---|---|---|---|---|---|
| Production costs: | | | | | | |
| Wages and benefits | $ 88,565 | $ 90,630 | (2.3)% | $ 179,343 | $ 183,101 | (2.1)% |
| Raw materials | 15,813 | 17,012 | (7.0)% | 32,743 | 34,887 | (6.1)% |
| Other | 44,907 | 45,075 | (0.4)% | 90,435 | 92,591 | (2.3)% |
| Total production costs | 149,285 | 152,717 | (2.2)% | 302,521 | 310,579 | (2.6)% |
| Selling, general and administrative costs | 213,004 | 172,069 | 23.8 % | 411,008 | 350,315 | 17.3 % |
| Depreciation and amortization | 15,131 | 15,147 | (0.1)% | 31,284 | 30,619 | 2.2 % |
| Total operating costs | $ 377,420 | $ 339,933 | 11.0 % | $ 744,813 | $ 691,513 | 7.7 % |

**Production Costs**

Production costs include items such as labor costs, raw materials, and machinery and equipment expenses related to news-gathering and production activity, as well as costs related to producing branded content.

Production costs decreased in the second quarter of 2017 compared with the second quarter of 2016, driven by a decrease in wage and benefits ($2.1 million) and raw materials ($1.2 million). Raw materials expense decreased due to lower newsprint and magazine paper consumption, partially offset by higher newsprint pricing.

Production costs decreased in the first six months of 2017 compared with the first six months of 2016, driven by a decrease in wage and benefits ($3.8 million), other expenses ($2.2 million), and raw materials ($2.1 million). Other expenses decreased primarily as a result of lower outside printing expenses. Raw materials expense decreased due to lower newsprint and magazine paper consumption, partially offset by higher newsprint pricing.

**Selling, General and Administrative Costs**

Selling, general and administrative costs include costs associated with the selling, marketing and distribution of products as well as administrative expenses.

Selling, general and administrative costs increased in the second quarter of 2017 compared with the second quarter of 2016, primarily due to an increase in severance ($17.6 million), compensation costs ($14.2 million) and promotion and marketing costs ($6.1 million). Severance costs increased due to a workforce reduction.  Compensation costs increased primarily as a result of an increase in variable compensation expenses and increased hiring to support digital growth initiatives. Promotion and marketing costs increased due to increased spending to promote our brand and subscription business.

Selling, general and administrative costs increased in the first six months of 2017 compared with the first six months of 2016, primarily due to an increase in compensation costs ($20.8 million), promotion and marketing costs ($18.9 million) and severance ($15.6 million). Compensation costs increased primarily as a result of an increase in variable compensation expenses and increased hiring to support digital growth initiatives. Promotion and marketing costs increased due to increased spending to promote our brand and subscription business. Severance costs increased due to a workforce reduction.

**Depreciation and Amortization**

Depreciation and amortization costs were flat in the second quarter of 2017 compared with the same prior-year period.

Depreciation and amortization costs increased in the first six months of 2017 compared with the same prior-year period, primarily due to the Company's acquisitions of digital marketing agencies, Hello Society and Fake Love, and product review and recommendation websites, The Wirecutter and The Sweethome.

**Other Items**

See Note 7 of the Notes to the Condensed Consolidated Financial Statements for additional information regarding other items, including costs related to the redesign of our headquarters building.

**NON-OPERATING ITEMS**

**Joint Ventures**

See Note 5 of the Notes to the Condensed Consolidated Financial Statements for information regarding our joint venture investments.

**Interest Expense, Net**

See Note 6 of the Notes to the Condensed Consolidated Financial Statements for information regarding interest expense.

**Income Taxes**

See Note 10 of the Notes to the Condensed Consolidated Financial Statements for information regarding income taxes.

**Non-GAAP Financial Measures**

We have included in this report certain supplemental financial information derived from consolidated financial information but not presented in our financial statements prepared in accordance with GAAP. Specifically, we have referred to the following non-GAAP financial measures in this report:

- diluted earnings per share from continuing operations excluding severance, non-operating retirement costs and the impact of special items (or adjusted diluted earnings per share from continuing operations);

- operating profit before depreciation, amortization, severance, non-operating retirement costs and special items (or adjusted operating profit); and

- operating costs before depreciation, amortization, severance and non-operating retirement costs (or adjusted operating costs).

The special items in 2017 consisted of a $2.0 million pre-tax expense ($1.2 million after tax or $.01 per share) in the second quarter and a $2.4 million pre-tax expense ($1.4 million after tax or $.01 per share) in the first quarter, related to the planned redesign and consolidation of space in our headquarters building.

The special items in 2016 consisted of an $11.9 million ($7.1 million after tax or $.04 per share) charge in connection with the streamlining of the Company's international print operations (primarily consisting of severance costs), an $11.7 million ($7.0 million after tax or $.04 per share) charge for a partial withdrawal obligation under a multiemployer pension plan following an unfavorable arbitration decision, each in the second quarter, and a $41.4 million ($20.1 million after tax and net of the noncontrolling interest) loss from joint ventures in the first quarter related to the announced closure of a paper mill operated by Madison Paper Industries, in which the Company has an investment through a subsidiary.

We have included these non-GAAP financial measures because management reviews them on a regular basis and uses them to evaluate and manage the performance of our operations. We believe that, for the reasons outlined below, these non-GAAP financial measures provide useful information to investors as a supplement to reported diluted earnings/(loss) per share from continuing operations, operating profit/(loss) and operating costs. However, these measures should be evaluated only in conjunction with the comparable GAAP financial measures and should not be viewed as alternative or superior measures of GAAP results.

Adjusted diluted earnings per share provides useful information in evaluating our period-to-period performance because it eliminates items that we do not consider to be indicative of earnings from ongoing operating activities. Adjusted operating profit is useful in evaluating the ongoing performance of our businesses as it excludes the significant non-cash impact of depreciation and amortization as well as items not indicative of ongoing operating activities. Total operating costs include depreciation, amortization, severance and non-operating retirement costs. Adjusted operating costs, which exclude these items, provide investors with helpful supplemental information on our underlying operating costs that is used by management in its financial and operational decision-making.

Management considers special items, which may include impairment charges, pension settlement charges and other items that arise from time to time, to be outside the ordinary course of our operations. Management believes that excluding these items provides a better understanding of the underlying trends in the Company's operating performance and allows more accurate comparisons of the Company's operating results to historical performance. In addition, management excludes severance costs, which may fluctuate significantly from quarter to quarter, because it believes these costs do not necessarily reflect expected future operating costs and do not contribute to a meaningful comparison of the Company's operating results to historical performance.

Non-operating retirement costs include:

- interest cost, expected return on plan assets and amortization of actuarial gain and loss components of pension expense;

- interest cost and amortization of actuarial gain and loss components of retiree medical expense; and

- all expenses associated with multiemployer pension plan withdrawal obligations, not otherwise included as special items.

These non-operating retirement costs are primarily tied to financial market performance and changes in market interest rates and investment performance. Non-operating retirement costs do not include service costs and amortization of prior service costs for pension and retiree medical benefits, which we believe reflect the ongoing operating costs of providing pension and retiree medical benefits to our employees. We consider non-operating retirement costs to be outside the performance of our ongoing core business operations and believe that presenting operating results excluding non-operating retirement costs, in addition to our GAAP operating results, provides increased transparency and a better understanding of the underlying trends in our operating business performance.

Reconciliations of these non-GAAP financial measures to the most directly comparable GAAP measures are set out in the tables below.

**Reconciliation of diluted earnings per share from continuing operations excluding severance, non-operating retirement costs and special items (or adjusted diluted earnings per share from continuing operations)**

| | For the Quarters Ended | | | For the Six Months Ended | | |
|---|---|---|---|---|---|---|
| | June 25, 2017 | June 26, 2016 | % Change | June 25, 2017 | June 26, 2016 | % Change |
| Diluted earnings/(loss) per share from continuing operations | $ 0.09 | $ — | * | $ 0.17 | $ (0.05) | * |
| Add: | | | | | | |
| Severance | 0.12 | 0.01 | * | 0.13 | 0.03 | * |
| Non-operating retirement costs | 0.02 | 0.03 | (33.3)% | 0.04 | 0.06 | (33.3)% |
| Special items: | | | | | | |
| Headquarters redesign and consolidation | 0.02 | — | * | 0.03 | — | * |
| Restructuring charge | — | 0.07 | * | — | 0.07 | * |
| Multiemployer pension plan withdrawal expense | — | 0.07 | * | — | 0.07 | * |
| Loss from joint ventures, net of noncontrolling interest | — | — | * | — | 0.21 | * |
| Income tax expense of adjustments | (0.07) | (0.08) | (12.5)% | (0.08) | (0.18) | (55.6)% |
| Adjusted diluted earnings per share from continuing operations [1] | $ 0.18 | $ 0.11 | 63.6 % | $ 0.29 | $ 0.21 | 38.1% |

[1]   *Amounts may not add due to rounding.*

*   *Represents a change equal to or in excess of 100% or not meaningful*

**Reconciliation of operating profit before depreciation & amortization, severance, non-operating retirement costs and special items (or adjusted operating profit)**

| (In thousands) | For the Quarters Ended | | | For the Six Months Ended | | |
| --- | --- | --- | --- | --- | --- | --- |
| | June 25, 2017 | June 26, 2016 | % Change | June 25, 2017 | June 26, 2016 | % Change |
| Operating profit | $ 27,669 | $ 9,141 | * | $ 56,678 | $ 37,076 | 52.9 % |
| Add: | | | | | | |
| Depreciation & amortization | 15,131 | 15,147 | (0.1)% | 31,284 | 30,619 | 2.2 % |
| Severance | 19,254 | 1,656 | * | 20,854 | 5,256 | * |
| Non-operating retirement costs | 3,040 | 4,967 | (38.8)% | 6,543 | 9,503 | (31.1)% |
| Special items: | | | | | | |
| Headquarters redesign and consolidation | 1,985 | — | * | 4,387 | — | * |
| Restructuring charge | — | 11,855 | * | — | 11,855 | * |
| Multiemployer pension plan withdrawal expense | — | 11,701 | * | — | 11,701 | * |
| Adjusted operating profit | $ 67,079 | $ 54,467 | 23.2 % | $ 119,746 | $ 106,010 | 13.0 % |

\*    *Represents a change equal to or in excess of 100% or not meaningful*

**Reconciliation of operating costs before depreciation & amortization, severance and non-operating retirement costs (or adjusted operating costs)**

| (In thousands) | For the Quarters Ended | | | For the Six Months Ended | | |
| --- | --- | --- | --- | --- | --- | --- |
| | June 25, 2017 | June 26, 2016 | % Change | June 25, 2017 | June 26, 2016 | % Change |
| Operating costs | $ 377,420 | $ 339,933 | 11.0 % | $ 744,813 | $ 691,513 | 7.7 % |
| Less: | | | | | | |
| Depreciation & amortization | 15,131 | 15,147 | (0.1)% | 31,284 | 30,619 | 2.2 % |
| Severance | 19,254 | 1,656 | * | 20,854 | 5,256 | * |
| Non-operating retirement costs | 3,040 | 4,967 | (38.8)% | 6,543 | 9,503 | (31.1)% |
| Adjusted operating costs | $ 339,995 | $ 318,163 | 6.9 % | $ 686,132 | $ 646,135 | 6.2 % |

\*    *Represents a change equal to or in excess of 100% or not meaningful*

**LIQUIDITY AND CAPITAL RESOURCES**

We believe our cash balance and cash provided by operations, in combination with other sources of cash, will be sufficient to meet our financing needs over the next twelve months. As of June 25, 2017, we had cash, cash equivalents and short- and long-term marketable securities of $807.4 million and total debt and capital lease obligations of $248.6 million. Accordingly, our cash, cash equivalents and marketable securities exceeded total debt and capital lease obligations by $558.8 million. Our cash and investment balances have increased since the end of 2016, primarily due to higher overall revenue, partially offset by variable compensation payments of approximately $41 million.

On January 14, 2015, the Board of Directors approved an authorization of $101.1 million to repurchase shares of the Company's Class A Common Stock. As of June 25, 2017, the Company had repurchased 6,690,905 Class A shares under this authorization for a cost of $84.9 million (excluding commissions) and $16.2 million remained. Our Board of Directors has authorized us to purchase shares under this authorization from time to time, subject to market conditions and other factors. There is no expiration date with respect to this authorization.

We have paid quarterly dividends of $0.04 per share on the Class A and Class B Common Stock since late 2013. We currently expect to continue to pay comparable cash dividends in the future, although changes in our dividend program will be considered by our Board of Directors in light of our earnings, capital requirements, financial condition and other factors considered relevant.

The Company and UPM-Kymmene Corporation ("UPM"), a Finnish paper manufacturing company, are partners through subsidiary companies in Madison Paper Industries, which previously operated a supercalendered paper mill in Maine ("Madison"). The Company's 40% ownership of Madison is through an 80%-owned consolidated subsidiary that owns 50% of Madison. UPM owns 60% of Madison, including a 10% interest through a 20% noncontrolling interest in the consolidated subsidiary of the Company.   The paper mill was closed in May 2016. The Company's joint venture in Madison is currently being liquidated. In the fourth quarter of 2016, Madison sold certain assets at the mill site and we recognized a gain of $3.9 million related to the sale. On July 31, 2017, Madison sold substantially all of the remaining assets at the mill site (which consisted of hydro power assets). We expect to recognize a gain of approximately $20 to $25 million in the third quarter of 2017 related to this sale, which will reduce our liability accordingly. See Note 5 of the Notes to the Condensed Consolidated Financial Statements for more information on the Company's investment in Madison.

**Capital Resources**

**Sources and Uses of Cash**

Cash flows provided by/(used in) by category were as follows:

| (In thousands) | For the Six Months Ended | | | |
| --- | --- | --- | --- | --- |
| | June 25, 2017 | | June 26, 2016 | % Change |
| Operating activities | $ | 99,461 | $ | 40,791 | * |
| Investing activities | $ | 18,105 | $ | 291,552 | (93.8)% |
| Financing activities | $ | (14,342) | $ | (38,137) | (62.4)% |

*\* Represents a change equal to or in excess of 100% or not meaningful*

**Operating Activities**

Cash from operating activities is generated by cash receipts from subscriptions, advertising sales and other revenue transactions. Operating cash outflows include payments for employee compensation, pension and other benefits, raw materials, interest and income taxes.

Net cash provided by operating activities increased in the first six months of 2017 compared with the same prior-year period due to increased accruals related to the recent workforce reduction and lower income tax and variable compensation payments in 2017.

**Investing Activities**

Cash from investing activities generally includes proceeds from marketable securities that have matured and the sale of assets, investments or a business. Cash used in investing activities generally includes purchases of marketable securities, payments for capital projects, restricted cash, acquisitions of new businesses and investments.

Net cash provided by investing activities in the first six months of 2017 was primarily related to maturities of marketable securities, partially offset by purchases of marketable securities and capital expenditures.

### Financing Activities

Cash from financing activities generally includes borrowings under third-party financing arrangements, the issuance of long-term debt and funds from stock option exercises. Cash used in financing activities generally includes the repayment of amounts outstanding under third-party financing arrangements, the payment of dividends, the payment of long-term debt and capital lease obligations and share-based compensation tax withholding.

Net cash used in financing activities in the first six months of 2017 was primarily related to dividend payments of $13.0 million and share-based compensation tax withholding of $3.8 million, partially offset by stock issuances of $2.7 million.

### Restricted Cash

We were required to maintain $17.9 million of restricted cash as of June 25, 2017 and $24.9 million as of December 25, 2016, the majority of which is set aside to collateralize workers' compensation obligations.

### Third-Party Financing

As of June 25, 2017, our current indebtedness consisted of the repurchase option related to a sale-leaseback of a portion of our New York headquarters. See Note 6 for information regarding our total debt and capital lease obligations. See Note 8 for information regarding the fair value of our long-term debt.

### CRITICAL ACCOUNTING POLICIES

Our critical accounting policies are detailed in our Annual Report on Form 10-K for the year ended December 25, 2016. Other than the renaming of "circulation revenues" as "subscription revenues" as described in Note 2 of the Notes to the Condensed Consolidated Financial Statements, as of June 25, 2017, our critical accounting policies have not changed from December 25, 2016.

### CONTRACTUAL OBLIGATIONS & OFF-BALANCE SHEET ARRANGEMENTS

Our contractual obligations and off-balance sheet arrangements are detailed in our Annual Report on Form 10-K for the year ended December 25, 2016. As of June 25, 2017, our contractual obligations and off-balance sheet arrangements have not changed materially from December 25, 2016.

### FORWARD-LOOKING STATEMENTS

This Quarterly Report on Form 10-Q, including the section titled "Management's Discussion and Analysis of Financial Condition and Results of Operations," contains forward-looking statements that relate to future events or our future financial performance. We may also make written and oral forward-looking statements in our Securities and Exchange Commission ("SEC") filings and otherwise. We have tried, where possible, to identify such statements by using words such as "believe," "expect," "intend," "estimate," "anticipate," "will," "could," "project," "plan" and similar expressions in connection with any discussion of future operating or financial performance. Any forward-looking statements are and will be based upon our then-current expectations, estimates and assumptions regarding future events and are applicable only as of the dates of such statements. We undertake no obligation to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise.

By their nature, forward-looking statements are subject to risks and uncertainties that could cause actual results to differ materially from those anticipated in any such statements. You should bear this in mind as you consider forward-looking statements. Factors that we think could, individually or in the aggregate, cause our actual results to differ materially from expected and historical results include those described in our Annual Report on Form 10-K for the year ended December 25, 2016, as well as other risks and factors identified from time to time in our SEC filings.

### Item 3. Quantitative and Qualitative Disclosures About Market Risk

Our Annual Report on Form 10-K for the year ended December 25, 2016, details our disclosures about market risk. As of June 25, 2017, there were no material changes in our market risks from December 25, 2016.

### Item 4. Controls and Procedures

### EVALUATION OF DISCLOSURE CONTROLS AND PROCEDURES

Our management, with the participation of our principal executive officer and our principal financial officer, evaluated the effectiveness of our disclosure controls and procedures (as defined in Rules 13a-15(e) and 15d-15(e) of the Securities Exchange Act of 1934) as of June 25, 2017. Based upon such evaluation, our principal executive officer and principal financial officer concluded that our disclosure controls and procedures were effective to ensure that the information required to be

disclosed by us in the reports that we file or submit under the Securities Exchange Act of 1934 is recorded, processed, summarized and reported within the time periods specified in the SEC's rules and forms, and is accumulated and communicated to our management, including our principal executive officer and principal financial officer, as appropriate to allow timely decisions regarding required disclosure.

**CHANGES IN INTERNAL CONTROL OVER FINANCIAL REPORTING**

There were no changes in our internal control over financial reporting during the quarter ended June 25, 2017, that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

## PART II. OTHER INFORMATION

### Item 1. Legal Proceedings

We are involved in various legal actions incidental to our business that are now pending against us. These actions are generally for amounts greatly in excess of the payments, if any, that may be required to be made. See Note 14 of the Notes to the Consolidated Financial Statements for a description of certain matters, which is incorporated herein by reference. Although the Company cannot predict the outcome of these matters, it is possible that an unfavorable outcome in one or more matters could be material to the Company's consolidated results of operations or cash flows for an individual reporting period. However, based on currently available information, management does not believe that the ultimate resolution of these matters, individually or in the aggregate, is likely to have a material effect on the Company's financial position.

### Item 1A. Risk Factors

There have been no material changes to our risk factors as set forth in "Item 1A—Risk Factors" in our Annual Report on Form 10-K for the year ended December 25, 2016.

### Item 2. Unregistered Sales of Equity Securities and Use of Proceeds

(a) Unregistered Sales of Equity Securities

On May 30, 2017 we issued 1,800 shares of Class A Common Stock to holders of Class B Common Stock upon the conversion of such Class B shares into Class A shares. The conversion, which was in accordance with our Certificate of Incorporation, did not involve a public offering and was exempt from registration pursuant to Section 3(a)(9) of the Securities Act of 1933, as amended.

(c) Issuer Purchases of Equity Securities[1]

| Period | Total number of shares of Class A Common Stock purchased (a) | Average price paid per share of Class A Common Stock (b) | Total number of shares of Class A Common Stock purchased as part of publicly announced plans or programs (c) | Maximum number (or approximate dollar value) of shares of Class A Common Stock that may yet be purchased under the plans or programs (d) |
|---|---|---|---|---|
| March 27, 2017 - April 30, 2017 | — | — | — | $  16,236,612 |
| May 1, 2017 - May 28, 2017 | — | — | — | $  16,236,612 |
| May 29, 2017 - June 25, 2017 | — | — | — | $  16,236,612 |
| Total for the second quarter of 2017 | — | — | — | $  16,236,612 |

(1) *On January 14, 2015, the Board of Directors approved an authorization of $101.1 million to repurchase shares of the Company's Class A Common Stock. The Company did not repurchase any shares during the second quarter of 2017. As of June 25, 2017, repurchases under this authorization totaled $84.9 million (excluding commissions), and $16.2 million remained under this authorization. All purchases were made pursuant to our publicly announced share repurchase program. Our Board of Directors has authorized us to purchase shares from time to time, subject to market conditions and other factors. There is no expiration date with respect to this authorization.*

### Item 5. Other Information

As previously disclosed in a Current Report on Form 8-K filed April 19, 2017, at the Company's 2017 Annual Meeting of Stockholders, the Class B common stockholders voted on an advisory resolution regarding the frequency of future advisory votes on compensation of the Company's named executive officers, voting in favor of an annual frequency. Consistent with the result of this advisory vote, the Company's Board of Directors has determined that the Company will hold an annual advisory vote until the next advisory vote on the frequency of stockholder votes on executive compensation.

### Item 6. Exhibits

An exhibit index has been filed as part of this Quarterly Report on Form 10-Q and is incorporated herein by reference.

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

THE NEW YORK TIMES COMPANY
_____
(Registrant)

Date:  August 1, 2017

/s/ JAMES M. FOLLO
_____
James M. Follo
Executive Vice President and
Chief Financial Officer
(Principal Financial Officer)

**Exhibit Index to Quarterly Report on Form 10-Q**

**For the Quarter Ended June 25, 2017**

<u>**Exhibit No.**</u>

| | |
|---|---|
| 12 | Ratio of Earnings to Fixed Charges. |
| 31.1 | Rule 13a-14(a)/15d-14(a) Certification. |
| 31.2 | Rule 13a-14(a)/15d-14(a) Certification. |
| 32.1 | Certification pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. |
| 32.2 | Certification pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. |
| 101.INS | XBRL Instance Document. |
| 101.SCH | XBRL Taxonomy Extension Schema Document. |
| 101.CAL | XBRL Taxonomy Extension Calculation Linkbase Document. |
| 101.DEF | XBRL Taxonomy Extension Definition Linkbase Document. |
| 101.LAB | XBRL Taxonomy Extension Label Linkbase Document. |
| 101.PRE | XBRL Taxonomy Extension Presentation Linkbase Document. |

**EXHIBIT 12**

<u>The New York Times Company Ratio of Earnings to Fixed Charges (Unaudited)</u>

| (In thousands, except ratio) | For the Six Months Ended June 25, 2017 | For the Years Ended | | | |
|---|---|---|---|---|---|
| | | December 25, 2016 | December 27, 2015 | December 28, 2014 | December 29, 2013 |
| Earnings from continuing operations before fixed charges | | | | | |
| Earnings from continuing operations before income taxes, noncontrolling interest and income/(loss) from joint ventures | $ 46,220 | $ 66,799 | $ 97,535 | $ 38,218 | $ 98,014 |
| Distributed earning from less than fifty-percent owned affiliates | — | — | — | 3,914 | 1,400 |
| Adjusted pre-tax earnings from continuing operations | 46,220 | 66,799 | 97,535 | 42,132 | 99,414 |
| Fixed charges less capitalized interest | 16,151 | 47,663 | 50,719 | 62,869 | 63,032 |
| Earnings from continuing operations before fixed charges | $ 62,371 | $ 114,462 | $ 148,254 | $ 105,001 | $ 162,446 |
| Fixed charges | | | | | |
| Interest expense, net of capitalized interest[1] | $ 14,890 | $ 43,825 | $ 46,391 | $ 58,914 | $ 59,588 |
| Capitalized interest | 507 | 559 | 338 | 152 | — |
| Portion of rentals representative of interest factor | 1,261 | 3,838 | 4,328 | 3,955 | 3,444 |
| Total fixed charges | $ 16,658 | $ 48,222 | $ 51,057 | $ 63,021 | $ 63,032 |
| *Ratio of earnings to fixed charges* | 3.74 | 2.37 | 2.90 | 1.67 | 2.58 |

Note:  The Ratio of Earnings to Fixed Charges should be read in conjunction with the Consolidated Financial Statements and Management's Discussion and Analysis of Financial Condition and Results of Operations in this Annual Report on Form 10-K for the fiscal year ended December 25, 2016.

(1)  The Company's policy is to classify interest expense recognized on uncertain tax positions as income tax expense. The Company has excluded interest expense recognized on uncertain tax positions from the Ratio of Earnings to Fixed Charges.

**EXHIBIT 31.1**

**Rule 13a-14(a)/15d-14(a) Certification**

I, Mark Thompson, certify that:

1.  I have reviewed this Quarterly Report on Form 10-Q of The New York Times Company;

2.  Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.  Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.  The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    (a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    (b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    (c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    (d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.  The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    (a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    (b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: August 1, 2017

/s/ MARK THOMPSON

*Mark Thompson*
Chief Executive Officer

**EXHIBIT 31.2**

<u>**Rule 13a-14(a)/15d-14(a) Certification**</u>

I, James M. Follo, certify that:

1.  I have reviewed this Quarterly Report on Form 10-Q of The New York Times Company;

2.  Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.  Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.  The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    (a)  Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    (b)  Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    (c)  Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    (d)  Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.  The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    (a)  All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    (b)  Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: August 1, 2017

/s/ JAMES M. FOLLO
_____

**James M. Follo**
Chief Financial Officer

**EXHIBIT 32.1**

**Certification pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002**

       In connection with the Quarterly Report on Form 10-Q of The New York Times Company (the "Company") for the quarter ended June 25, 2017, as filed with the Securities and Exchange Commission on the date hereof (the "Report"), I, Mark Thompson, Chief Executive Officer of the Company, certify, pursuant to 18 U.S.C. §1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that, based on my knowledge:

(1)  The Report fully complies with the requirements of section 13(a) or 15(d) of the Securities Exchange Act of 1934; and

(2)  The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

August 1, 2017

/s/ MARK THOMPSON
_____

**Mark Thompson**

Chief Executive Officer

**EXHIBIT 32.2**

**Certification pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002**

In connection with the Quarterly Report on Form 10-Q of The New York Times Company (the "Company") for the quarter ended June 25, 2017, as filed with the Securities and Exchange Commission on the date hereof (the "Report"), I, James M. Follo, Chief Financial Officer of the Company, certify, pursuant to 18 U.S.C. §1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that, based on my knowledge:

(1)  The Report fully complies with the requirements of section 13(a) or 15(d) of the Securities Exchange Act of 1934; and

(2)  The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

August 1, 2017

/s/ JAMES M. FOLLO
_____
**James M. Follo**
Chief Financial Officer