UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH PALIN, an individual,<br><br>                          Plaintiff,<br><br>   – against –<br><br>THE NEW YORK TIMES COMPANY,<br>a New York corporation, and JAMES<br>BENNET, an individual,<br><br>                          Defendant. | No. 17 Civ. 4853<br><br>Hon. Jed S. Rakoff<br><br>ECF Case |

**PLAINTIFF'S STATEMENT REGARDING**
**FILING OF DECLARATION OF SHANE VOGT [DOC. 109]**

Plaintiff, Sarah Palin ("Gov. Palin"), by counsel and pursuant to ECF Rule 23.5(c), hereby gives notice that the filing of the Declaration of Shane Vogt [Doc. 109], filed in support of Plaintiff's Response to Defendants' Statement of Material Facts & Counterstatement of Material Facts [Doc. No. 108], was delayed due to technical issues occurring late on the night of July 10, 2020.  As set forth in **Exhibit 1** (ECF Notice of Filing for Doc. No. 108), Plaintiff filed Doc. 108 at approximately 11:16 p.m. and immediately began uploading its supporting Declaration and exhibits [Doc. No. 109] for filing.  Because of the volume of exhibits, that process took an extended amount of time.  Plaintiff initiated the filing twice before midnight, but there were technical issues that led to the filings being rejected [**Exhibit 2** (ECF Notices re. error code)].  After that occurred, and additional attempts to resolve the technical issues were unsuccessful, the ECF system went offline [**Exhibit 3**].  After the second attempt to file Doc. No. 109 was unsuccessful, Plaintiff's counsel served a copy of what has now been filed as Doc. No. 109, including a link to access all of its exhibits[**Exhibit 4** (12:40 a.m. service email).].  Doc. No. 109 was filed as soon as practicable after the ECF system came back online.

1

| | |
|---|---|
| Dated:  July 11, 2020. | */s/ Shane B. Vogt* |
| | Kenneth G. Turkel (admitted *pro hac vice*) |
| | Email:  kturkel@bajocuva.com |
| | Shane B. Vogt (admitted *pro hac vice*) |
| | Email:  svogt@bajocuva.com |
| | BAJO | CUVA | COHEN | TURKEL |
| | 100 North Tampa Street, Suite 1900 |
| | Tampa, Florida 33602 |
| | Telephone:  (813) 443-2199 |
| | Facsimile: (813) 443-2193 |
| | |
| | Michael M. Munoz |
| | E-mail:  mmunoz@golenbock.com |
| | GOLENBOCK EISEMAN ASSOR BELL |
| | & PESKOE LLP |
| | 711 Third Avenue |
| | New York, NY  10017 |
| | Telephone:  (212) 907-7300 |
| | Facsimile: (212) 754-0330 |
| | |
| | *Attorneys for Plaintiff* |

## **CERTIFICATE OF SERVICE**

I hereby certify that Plaintiff's Statement Regarding Filing of Declaration of Shane Vogt was filed electronically on July 11, 2020.  This Notice will be sent by operation of the Court's electronic filing system to counsel of record for all parties as indicated on the electronic filing receipt.  Parties and their counsel may access this filing through the Court's system.

*/s/ Shane B. Vogt*
Attorney

# EXHIBIT 1

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **Sent:** | Friday, July 10, 2020 11:17 PM |
| **To:** | CourtMail@nysd.uscourts.gov |
| **Subject:** | Activity in Case 1:17-cv-04853-JSR Palin v. The New York Times Company Counter Statement to Rule 56.1 |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Southern District of New York

## Notice of Electronic Filing

The following transaction was entered by Vogt, Shane on 7/10/2020 at 11:16 PM EDT and filed on 7/10/2020

**Case Name:**   Palin v. The New York Times Company
**Case Number:**   1:17-cv-04853-JSR
**Filer:**   Sarah Palin
**Document Number:** 108

**Docket Text:**
**COUNTER STATEMENT TO [97] Rule 56.1 Statement. Document filed by Sarah Palin..(Vogt, Shane)**

**1:17-cv-04853-JSR Notice has been electronically mailed to:**

David A. Schulz    schulzd@ballardspahr.com, appell@ballardspahr.com, LitDocket_East@ballardspahr.com

David L. Axelrod    axelrodd@ballardspahr.com

Jacquelyn Nicole Schell    schellj@ballardspahr.com, appell@ballardspahr.com, LitDocket_East@ballardspahr.com

Jay Ward Brown    brownjay@ballardspahr.com, LitDocket_East@ballardspahr.com

Kenneth G. Turkel    kturkel@bajocuva.com, tdeleo@bajocuva.com

Lee Levine    levinel@ballardspahr.com, LitDocket_East@ballardspahr.com

Michael D. Sullivan    sullivanm@ballardspahr.com, LitDocket_East@ballardspahr.com

Michael McGee Munoz    mmunoz@golenbock.com, courtnotifications@golenbock.com

Shane B. Vogt     svogt@bajocuva.com, garnold@bajocuva.com, lisa.meriwether@bajocuva.com

Thomas Byrne Sullivan     sullivant@ballardspahr.com, appell@ballardspahr.com, baileys@ballardspahr.com, LitDocket_East@ballardspahr.com, relyear@ballardspahr.com

**1:17-cv-04853-JSR Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=7/10/2020] [FileNumber=24268299-0] [65941631a668aab81213d61bbc8e60e3aa98691be6a254b651637328e3af2f18ca3703d3295ebc718ccf6d77540f4d540fac5221e15eaedb89c84d4d2c70a043]]

# **EXHIBIT 2**

**From:** Gayla Arnold <garnold@baiocuva.com>
**Sent:** Friday, July 10, 2020 11:54:06 PM
**To:** Shane Vogt <shane.vogt@baiocuva.com>
**Subject:**

ECF,REOPEN

ERROR: Document is malformed or contains code which may cause an external action (such as launching an application). This PDF document cannot be accepted.

Error File: C:\fakepath\Exhibit 9.pdf

Submitted Entries

# EXHIBIT 3



Welcome to the U.S. District Court for the Southern District of New York

Southern District of New York Version 1.2 NextGen - Document Filing System

The web link above will redirect you to the Public Access to Court Electronic Records (PACER) public access system.

*IMPORTANT* - The Southern District of New York is a NextGen ECF court. Persons wishing to electronically file with the court must do so through the PACER system. You will need an upgraded PACER account that has been linked to this court.

For more information on NextGen ECF click here.

## SDNY ECF Service Interruption Notice for July 11, 2020

Please be advised the Court's Electronic Case Filing (ECF) system will be unavailable from
**6:00 A.M. to 7:00 P.M. on Saturday, July 11, 2020.**

During this time, the ECF system will be unavailable to all users (court staff, ECF filers, and PACER).
Filers are directed to section 23.6 of the Court's ECF Rules & Instructions for information regarding technical issues that prevent timely filing.

**Effective April 1, 2020, the rules for electronic filing have changed.
Click here to visit the court's ECF Rules & Instructions.**

**All filings concerning the Application of the Commonwealth of Puerto Rico
pursuant to Title III of PROMESA are to be filed in the District of Puerto Rico (https://ecf.prb.uscourts.gov).**

Important Note - "It remains the duty of the attorney for a party to review regularly the docket sheet of the case" (ECF Rule #9).

Go to https://nysd.uscourts.gov/rules/ecf-related-instructions for Electronic Case Filing Rules & Instructions, forms, training information and to sign up for notification of important ECF related news including interruptions in service.

14December2018

Court Information

# **EXHIBIT 4**

| | |
|---|---|
| **From:** | Gayla Arnold |
| **Sent:** | Saturday, July 11, 2020 12:40 AM |
| **To:** | 'schulzd@ballardspahr.com'; 'sullivant@ballardspahr.com'; 'sullivanm@ballardspahr.com'; 'levinel@ballardspahr.com'; 'brownjay@ballardspahr.com'; 'axelrodd@ballardspahr.com'; 'schellj@ballardspahr.com' |
| **Cc:** | Shane B. Vogt (Shane.Vogt@bajocuva.com); Ken Turkel; David Hayes; Lisa Meriwether; Teri Deleo; 'mmunoz@golenbock.com' |
| **Subject:** | Palin/NYT - Service of Declaration |
| **Attachments:** | Declaration of Shane Vogt.pdf |

| Court: | U.S. District Court – Southern District of New York |
|---|---|
| Case No: | 17cv4853 (JSR)(DCF) |
| Plaintiff(s): | Sarah Palin, an individual |
| Defendant(s): | The New York Times Company, a New York corporation, and James Bennet, an individual |
| Document(s) being served: | Declaration of Shane Vogt<br>Exhibits to Declaration: https://bcct.sharefile.com/d-sd49d3ed08cc4146a |
| Sender's Name: | Shane B. Vogt |
| Sender's Phone Number: | 813.443.2199 |
| Note: | Attempted twice to docket w/ the Court and received PDF errors (see below).  Will attempt again to docket tomorrow and will contact the Clerk on Monday. |

Gayla Arnold
Legal Assistant
Bajo | Cuva | Cohen | Turkel
100 N. Tampa Street, Suite 1900
Tampa, Florida 33602
P: 813.868.6172 | F: 813.443.2193
garnold@bajocuva.com

1

From: Gayla Arnold <garnold@bajocuva.com>
Sent: Friday, July 10, 2020 11:54:06 PM
To: Shane Vogt <shane.vogt@bajocuva.com>
Subject:

ECF,REOPEN

ERROR: Document is malformed or contains code which may cause an external action (such as launching an applicat

Error File: C:\fakepath\Exhibit 9.pdf

Submitted Entries