```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------x
SARAH PALIN,                               :
                                           :
                                           :  17-cv-4853 (JSR)
     Plaintiff,                            :
                                           :  ORDER
          -v-                              :
                                           :
THE NEW YORK TIMES COMPANY and JAMES       :
BENNET,                                    :
                                           :
     Defendants.                           :
-------------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

    The Court hereby corrects the following error in the Opinion and Order signed today, August 28, 2020, Dkt. No. 117, in the above-captioned matter: On page 35, line 5, the word "2020" is deleted and replaced with "2021."

Dated:    New York, NY
           August 28 2020

                                                  JED S. RAKOFF, U.S.D.J.