UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

SARAH PALIN

                  Plaintiff,

-against-

THE NEW YORK TIMES COMPANY and JAMES BENNET,

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

No. 17 Civ. 4853 (JSR)
ECF Case

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, pursuant to the Court's direction on November 23, 2020, Defendants The New York Times Company and James Bennet will file a motion pursuant to Fed. R. Civ. Proc. 54(b), requesting that the Court modify its earlier Opinion and Order, Dkt. 117, and rule that, pursuant to the recently amended Anti-SLAPP statute, New York state law requires that Plaintiff establish actual malice by clear and convincing evidence. Defendants' moving papers (up to 5 pages) are due on November 30, 2020, Plaintiff's answering papers (up to 5 pages) are due on December 7, 2020, and Defendants' reply papers (up to 2 pages) are due on December 9, 2020. The Court will inform the parties if it decides to hear oral argument on the motion.

Dated: New York, New York  
November 25, 2020

Respectfully submitted,

BALLARD SPAHR LLP

By: /s/ *Jay Ward Brown*
  Jay Ward Brown
  David L. Axelrod
  Thomas B. Sullivan
  Jacquelyn N. Schell
1675 Broadway, 19th Floor
New York, NY 10019-5820
Phone: (212) 223-0200
Fax: (212) 223-1942
brownjay@ballardspahr.com
axelrodd@ballardspahr.com
sullivant@ballardspahr.com
schellj@ballardspahr.com

*Counsel for Defendants*