**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------- X

SARAH PALIN

                Plaintiff,

        -against-

THE NEW YORK TIMES COMPANY and JAMES BENNET,

                Defendants.

---------------------------------------- X

No. 17 Civ. 4853 (JSR)
ECF Case

## MOTION TO WITHDRAW APPEARANCE OF LEE LEVINE

Pursuant to Local Civil Rule 1.4, I, Lee Levine, respectfully submit this Motion to Withdraw as counsel for Defendants The New York Times Company and James Bennet. In support of this Motion, I aver as follows:

1. I am senior counsel with the law firm of Ballard Spahr LLP, and counsel to Defendants in the above-captioned matter.

2. In December 2020 I will be retiring from the private practice of law.

3. I have notified Deputy General Counsel for The New York Times Company, David McCraw, as well as James Bennet, of my decision to retire and withdraw as counsel in this action.

4. Defendants are aware and approve of their continued representation by Jay Ward Brown, David L. Axelrod, Thomas B. Sullivan, and Jacquelyn N. Schell of Ballard Spahr LLP.

5. No party will be prejudiced by my withdrawal, and no deadline will be affected.

6. A copy of this motion has been provided to Defendants.

WHEREFORE, for the foregoing reasons, it is respectfully requested that this Court enter an Order granting my withdrawal from this matter.

Dated: Washington, D.C.
November 30, 2020

Respectfully submitted,

BALLARD SPAHR LLP

By: /s/Lee J. Levine
    Lee J. Levine
1909 K Street, NW, 12th Floor
Washington, D.C. 20006-1157
Phone: (202) 661-2200
Fax: (202) 661-2299
levinel@ballardspahr.com
*Counsel for Defendants*

SO ORDERED

[signature]
JSDJ

12-4-20

2