UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH PALIN, an individual, | No. 17 Civ. 4853 |
| Plaintiff, | |
| – against – | Hon. Jed S. Rakoff |
| THE NEW YORK TIMES COMPANY, a New York corporation, | ECF Case |
| Defendant. | |

## PLAINTIFF'S NOTICE OF MOTION IN LIMINE

**PLEASE TAKE NOTICE** that, for the reasons explained in the accompanying Memorandum of Law, Plaintiff, Sarah Palin ("Gov. Palin"), by her undersigned attorneys, moves for the entry of an order precluding Defendants, The New York Times Company and James Bennet, from using, disclosing, discussing, and/or describing the contents of their proposed trial exhibits listed on **Exhibit A,** to which Gov. Palin will be asserting objections on January 17, 2022, in accordance with the Court's *Individual Rules of Practice*, without first obtaining a ruling from the Court that such materials are admissible, including without limitation during jury selection, opening statements, witness examinations and cross-examinations, and at any other time in the presence of the jury.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Individual Rules of Practice, Defendants' must file any opposition papers on or before January 17, 2022.

Dated: January 10, 2022.

/s/ Shane B. Vogt
Kenneth G. Turkel (admitted *pro hac vice*)
Email: kturkel@tcb-law.com
Shane B. Vogt (admitted *pro hac vice*)
Email: svogt@tcb-law.com
TURKEL CUVA BARRIOS, P.A.
100 North Tampa Street, Suite 1900
Tampa, Florida 33602
Telephone: (813) 443-2199
Facsimile: (813) 443-2193

Michael Munoz
E-mail: mmunoz@golenbock.com
GOLENBOCK EISEMAN ASSOR BELL
& PESKOE LLP
711 Third Avenue
New York, NY 10017
Telephone: (212) 907-7300
Facsimile: (212) 754-0330

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that Plaintiff's Notice of Motion in Limine was filed electronically on January 10, 2022. This Notice will be sent by operation of the Court's electronic filing system to counsel of record for all parties as indicated on the electronic filing receipt. Parties and their counsel may access this filing through the Court's system.

/s/ Shane B. Vogt
Attorney