# EXHIBIT A

# Defendant's Proposed Trial Exhibits

| Defendant Trial Exhibit No. | Date | Description |
|---|---|---|
| 77 | 6/14/2017 | Rep. Rodney Davis on Politically-Motivated Violence |
| 78 | 6/15/2017 | Palin Article: Palin Investigates Legal Options Following New York Times' Fake News |
| 79 | 10/5/2018 | Palin Tweet: Hey Lisa Murkowski - I can see 2022 from my house... |
| 80 | 9/23/2020 | Palin Video: Lisa Murkowski - I can 2022 from my House |
| 81 | 3/11/2020 | Masked Singer Video - Reveal |
| 82 | 12/12/2016 | 1 Quote from NYT's Editor about Christians Tells You Everything You Need To Know . . . |
| 83 | 2/14/2017 | NYT Reporter Calls Melania "A Hooker," Instantly Two Things Happen |
| 84 | 3/2/2017 | NYT Just Slammed Trump For Something They IGNORED Under Obama For 8 Years |
| 85 | 3/26/2017 | The NY Times Just Dropped a BOMBSHELL Concession About MSNBC And The Liberal Media |
| 86 | 4/19/2017 | NYT Publishes Articles From Convicted Terrorist...But It Gets WORSE |
| 87 | 4/22/2017 | NYT Editor Calls Himself THIS For Misleading Tweet |
| 88 | 4/26/2017 | FINALLY! NYT Reporter Posts Misleading Tweet On Trump . . . |
| 89 |  | Masked Singer Video - Dancing and Rapping |
| 90 | 7/22/2021 | Zillow: Sarah Palin most desirable celebrity neighbor: poll |
| 92 | 4/20/2020 | Palin Responses to Requests for Admission |
| 94 | 5/14/2020 | Palin Am. Response to Request for Admission - RFA 27 |
| 95 | 6/14/2017 | Email: Recher to Knorr re "This is great and I think it would be good for tomorrow" |
| 97 | 6/17/2017 | Elizabeth Williamson: Another, Far Different, Washington Billionaire |

| 103 | 7/27/2017 | New York Post: Sarah Palin sues NY Times |
| --- | --- | --- |
| 104 | 6/15/2017 | Business Insider: New York Times corrects editorial that drew huge backlash for blaming Sarah Palin |
| 105 | 8/29/2017 | Forbes: Sarah Palin's Defamation Suit Against the New York Times is Dismissed |
| 106 | 8/21/2019 | Washington Post: New York Times lawyer on Palin editorial: 'It was an honest mistake' |
| 109 | 1/26/2016 | Washington Post: The GOP Contest |
| 110 |  | About SarahPalin.com |
| 112 | 9/3/2008 | WSJ: Palin Candidacy Exposes Divisions Among Women |
| 114 | 1/30/2016 | A Chance to Reset the Republican Race |
| 116 |  | Palin Facebook Page |
| 117 |  | Palin Twitter Page |
| 118 |  | Sarahpalin.com |
| 121 |  | Turning Point USA: America Fest 2021 Speakers |
| 122 |  | Turning Point USA: Palin Bio |
| 124 | 7/29/2014 | Video - WSJ: Sarah Palin Launches Her Own Subscription Channel |
| 125 |  | Sarahpalin.com - Online Store |
| 130 |  | Palin Instagram Account |
| 131* | 1/31/2011 | The Dish (Andrew Sullivan Blog): Guarding Their Heritage |
| 200 | 1/6/2021 | Palin Fox News re Capital Insurrection |
| 201 | 2021 | Palin Video: American Prosperity Summit |
| 202 | 6/10/2021 | Confirmed Speakers: Young Women's Leadership Summit |
| 203 | 11/18/2009 | Politico: Palin Trashes "Lamestream Media" |
| 204 | 6/17/2016 | Palin: Obama "is a special kind of stupid" |
| 206 | 6/25/2009 | Miami Herald: Palin popular among Republicans but polarizing according to poll |
| 207 | 9/4/2008 | Politico: Media swoon over Palin's fiery speech |

| 208 | 8/20/2020 | Steve Schmidt: "paranoia, pathological lying, profound ignorance, brittleness and insanity" |
|---|---|---|
| 209 | 10/5/2011 | Palin Will Not Seek Presidential Nomination |
| 210 | | Washington Post: Seven Years Ago Palin Gave the Best Speech of Her Life |
| 211 | 11/6/2015 | Sarah Palin Evolves on Katie Couric |
| 212 | 10/21/2008 | RNC Shells Out $150k for Palin Fashion |
| 213 | 4/26/2010 | CBS News: Did Sarah Palin Resign as Governor Because of Money |
| 214 | 7/4/2009 | Los Angeles Times: Sarah Palin's Resignation as Alaska Governor sets off speculation |
| 215 | 1/13/2010 | Steve Schmidt's war against Palin |
| 216 | | Going Rogue |
| 217 | | America By Heart |
| 218 | | Sarah Palin Uncut |
| 219 | | Good Tidings and Great Joy |
| 220 | | Sweet Freedom: A Devotional |
| 221 | | Sarah Palin: You Betcha! |
| 222 | 1/12/2011 | Palin Statement re Blood Libel |
| 223 | 1/12/2011 | Reuters: Palin's "Blood Libel" Charge Ignites Firestorm |
| 224 | 1/12/2011 | Salon: Sarah Palin Re-Inserts Herself in the News Cycle |
| 225 | 10/7/2010 | 60 Minutes: Steve Schmidt Article |
| 226 | 10/9/2008 | NBC News: Legislative Report re Palin Firing Public Safety Commissioner |
| 227 | 10/10/2008 | Legislative Report |
| 228 | 7/4/2009 | Business Insider: Sarah Palin: Quitter |
| 229 | 4/19/2017 | Palin Facebook Post - Hilary Clinton |
| 230 | 8/19/2020 | Palin: "I wouldn't prostitute myself . . . ." |