# Exhibit U

8/14/2017                                                                    Search - The Atlantic

# SEARCH

jared loughner  🔍

About 133 results (0.17 seconds)                                                          Sort by: Relevance

### Here Comes the Jared Loughner Competency Hearing (Updated ...
May 24, 2011 **...** It looks more likely than ever now that the Tucson shooting suspect -- **Jared** Lee **Loughner** -- will be declared incompetent to stand trial on ...
https://www.theatlantic.com/national/...jared-loughner.../239386/

### What We Know About Jared Lee Loughner - The Atlantic
Jan 10, 2011 **...** In the aftermath of **Jared** Lee **Loughner's** deadly killing spree, reporters are scrambling to piece together his troubled background. Accurately ...
https://www.theatlantic.com/politics/...jared...loughner/342711/

### 5 Strangest Explanations for Jared Loughner's Attack - The Atlantic
Jan 10, 2011 **...** There's no shortage of media speculation as to why **Jared Loughner** chose to attack Rep. Gabrielle Giffords. Commentators have suggested ...
https://www.theatlantic.com/politics/...jared-loughner-s.../342703/

### Colin Ferguson and Jared Loughner - The Atlantic
Jan 18, 2011 **...** My own view, as of the current evidence, is that **Loughner** was first a foremost a mentally ill person, but that some shards of far right ideology ...
www.theatlantic.com/daily-dish/archive/...jared-loughner/177102/

### Did Sarah Palin's Target Map Play Role in Giffords Shooting? - The ...
Jan 10, 2011 **...** On Saturday, Arizona Democrat Gabrielle Giffords, one of the 20 targeted Congressmen, was shot in the head by 22-year-old **Jared Loughner**, ...
https://www.theatlantic.com/politics/archive/2011/.../342714/

### Blue Trees and Orange Skies, or, The Mind of Jared Loughner - The ...
Jan 12, 2011 **...** This is the latest information on **Jared Loughner's** interior life; it does not seem as if he has been operating under the influence of Roger Ailes:.
https://www.theatlantic.com/national/...jared-loughner/69364/

### Loughner, Lovelle Mixon, and Our Quest for Narratives - The Atlantic
Jan 10, 2011 **...** **Loughner**, a 22-year-old white man living in an Arizona desert town, may have been immersed in the politics of white nationalist groups.
https://www.theatlantic.com/national/archive/.../loughner.../69261/

### Is Jared Loughner a 'White House Case'? - The Atlantic



Jan 13, 2011 **...** We don't yet know if **Jared** Lee **Loughner** was delusional when he went on a shooting rampage in Tucson. He's not talking, and no one has ...

https://www.theatlantic.com/politics/.../is-jared-loughner.../69348/



### The Giffords to Jared Loughner: 'Gabby and I Are Done Thinking ...

Nov 8, 2012 **...** On Thursday **Jared Loughner** was sentenced to seven consecutive life sentences—it's part of a plea deal he agreed to over the summer—for ...

https://www.theatlantic.com/...jared-loughner...i.../321630/



### Judge Halts Forced Medication of Jared Loughner - The Atlantic

Jul 5, 2011 **...** Judge Halts Forced Medication of **Jared Loughner**. The shooting suspect will stop receiving medication after only a few days of treatment ...

https://www.theatlantic.com/national/...jared-loughner/352495/

1    2    3    4    5    6    7    8    9    10    powered

# SEARCH

jared loughner 

About 133 results (0.49 seconds)                                              Sort by: Relevance

### Prosecutors Expect Jared Loughner to Be Found Unfit for Trial - The ...
May 25, 2011 ... Federal mental health experts will not be gauging whether **Loughner** is sane, or what his mental state was at the time of the shooting; but as to ...
https://www.theatlantic.com/national/.../jared-loughner.../351091/



### Jared Loughner Is Losing His Fight to Stay Crazy - The Atlantic
Mar 5, 2012 ... **Jared Loughner** Is Losing His Fight to Stay Crazy. Jared Lougner's lack of sanity has kept him out of the defendant's chair since a judge ruled ...
https://www.theatlantic.com/national/.../jared-loughner.../330954/

### Loughner's Descent Into Madness - The Atlantic
Jan 13, 2011 ... From his elementary years through middle school, **Jared Loughner** lived a life that his friends saw as little different from their own. There was ...
https://www.theatlantic.com/politics/archive/.../loughner-s.../342661/

### Jared Lee Loughner and the Rise of Anti-Social Media - The Atlantic
Jan 11, 2011 ... Inside the new world of pre-meditated, pre-mediated violence.
https://www.theatlantic.com/politics/.../jared...loughner.../69315/

### Jared Loughner Charged by Prosecutors - The Atlantic
Jan 9, 2011 ... **Loughner**, 22, who remains in federal custody, is formally charged with one count of attempted assassination of a member of Congress, two ...
https://www.theatlantic.com/politics/.../01/jared-loughner.../69174/

### Jared Loughner Charged With More Murders Than Expected - The ...

Mar 4, 2011 **...** **Jared Loughner** was indicted yesterday with more federal murder charges than he'd previously been accused of. Talking Points Memo reports ...

www.theatlantic.com/politics/archive/.../jared-loughner.../348628/



### How Did Loughner Get A Legal Gun? - The Atlantic

Jan 10, 2011 **...** Today, the Washington Post reported that "A community college instructor who taught Tucson shooting suspect **Jared Loughner** was so ...

https://www.theatlantic.com/daily-dish/...loughner-get.../177487/



### Walmart, Guns, and Money: What's Inside Gabby Giffords Files for ...

Mar 27, 2013 **...** From the details revealed in 2,700 pages of documents about the lead-up to **Jared Loughner's** attack on Giffords in 2011, it seems as though ...

https://www.theatlantic.com/national/archive/2013/03/.../316906/



### U.S. v. Loughner: Parsing A Plea Deal For Alleged Tucson Shooter ...

Aug 5, 2012 **...** It's certainly conceivable, as The Los Angeles Times' Rick Serrano first reported, that **Jared Loughner**, the alleged Tucson shooter, will change ...

https://www.theatlantic.com/national/...v-loughner.../260721/

### If Jared Lee Loughner Were Abdul Mohammed - The Atlantic

Jan 10, 2011 **...** But since his name was **Jared** Lee **Loughner**, he gets called "mentally unstable"; the word "terrorist" rarely comes up. When are we going to ...

https://www.theatlantic.com/daily.../if-jared...loughner.../177485/

1   2   3   4   5   6   7   8   9   10   powere

# SEARCH

jared loughner 🔍

About 133 results (0.25 seconds)                                                                 Sort by: Relevance

### Was Shooting of Rep. Gabrielle Giffords Political? - The Atlantic
Jan 8, 2011 ... The shooter, 22-year-old **Jared** Lee **Loughner**, is in police custody. Andrew Sullivan and Garance Franke-Ruta are regularly updating at ...
https://www.theatlantic.com/politics/archive/2011/01/.../342719/

### Beltway Back and Forth: The Loughner Venue Change Saga - The ...
Jan 18, 2011 ... I got dizzy Monday following the back-and-forth in the story of a potential venue change for the federal murder trial of **Jared** Lee **Loughner**, the ...
www.theatlantic.com/national/archive/2011/...loughner.../69673/

### My Last Word on Loughner - The Atlantic
Jan 20, 2011 ... Okay, so we're not saying there's a direct causal link, only that **Jared Loughner** could have picked up on this miasma of overheated talking ...
https://www.theatlantic.com/national/archive/...loughner/69930/

### Loughner Hearing Transcripts Add Confusion, Not Clarity - The ...
Jun 15, 2011 ... When **Jared Loughner** appeared in court last month he was quickly declared incompetent and unfit to stand trial. Doctors had spent months ...
https://www.theatlantic.com/national/archive/.../loughner.../351767/

### Jared Lee Loughner's Mug Shot - The Atlantic
**Jared** Lee **Loughner's** Mug Shot. The Daily Dish; Jan 10, 2011; Daily Dish. Like  The Atlantic? Subscribe to The Atlantic Daily, our free weekday email ...
https://www.theatlantic.com/amp/article/177455/

### Why the Loughner Trial Needs a Gag Order - The Atlantic
Jan 20, 2011 ... Sometime later this year, probably a month or two from now, court-appointed lawyers for Tucson shooting suspect **Jared** Lee **Loughner** will ...
https://www.theatlantic.com/national/archive/...loughner.../69761/

### How Will Loughner's Gunshots Echo in the Supreme Court's Quiet ...
Jan 12, 2011 ... There's a more important question than whether Sarah Palin's website or Glenn Beck's vitriol influenced accused killer **Jared** Lee **Loughner**.
https://www.theatlantic.com/national/...loughners...in.../69367/

### Loughner Believed Grammar Has a Politics; So Did the First ...
Jan 11, 2011 ... In the gymnasium of conspiracy, **Jared** Lee **Loughner's** belief that "The government is implying mind control and brain wash on the people by ...
https://www.theatlantic.com/politics/.../01/loughner.../69341/

### Stop the Blame Game - The Atlantic
Jan 11, 2011 ... It's becoming increasingly clear that overheated political vitriol played virtually no role in **Jared** Lee **Loughner's** shooting spree. His political ...
https://www.theatlantic.com/politics/archive/2011/01/stop.../69294/

### Unabomber Lawyer to Represent Loughner - The Atlantic

| | Jan 12, 2011 **...** When **Jared Loughner**, the Tucson gunman, goes to court, he'll be represented by the public defender Judy Clarke. You may not have heard of ...<br>**https://www.theatlantic.com/politics/archive/...loughner/342670/** |
|---|---|

1    2    3    4    5    6    7    8    9    10

powered b

# SEARCH

jared loughner  🔍

About 133 results (0.30 seconds)                                                      Sort by: Relevance


### Giffords Shooter Pleads Guilty to 19 Counts; Agrees to Life in Prison ...
Aug 7, 2012 ... **Jared Loughner**, the man accused of shooting former U.S. Rep. Gabrielle Giffords and 18 others, killing six in Tucson in January 2011, ...
https://www.theatlantic.com/national/.../08/loughners.../324983/


### All Stories by Adam Martin - The Atlantic
**Jared Loughner** Is Losing His Fight to Stay Crazy. Jared Lougner's lack of sanity has kept him out of the defendant's chair since a judge ruled him unfit to stand ...
https://www.theatlantic.com/author/adam-martin/?page=45


### The Anti-Nihilist - The Atlantic
Jan 18, 2011 ... So does that make Nietzsche and **Jared** Lee **Loughner** philosophical brethren after all, joined in the same fanatical fight against nihilism?
https://www.theatlantic.com/daily-dish/archive/2011/01/.../177108/


### Heavy Metal Band: Stop Blaming Us for Tucson - The Atlantic
Jan 12, 2011 ... In the wake of the attack in Tucson, Arizona, writers and pundits have been debating a number of theories for why suspect **Jared Loughner** ...
https://www.theatlantic.com/politics/archive/2011/.../339196/


### Restraining Orders, But For Guns - The Atlantic
May 27, 2015 ... **Jared Loughner's** parents knew he could be dangerous. In the months before his shooting rampage in a Tucson parking lot, they took away his ...
https://www.theatlantic.com/politics/archive/2015/05/.../454371/


### Dzhokhar Tsarnaev Is One Attorney Degree of Separation from Lots ...
Apr 29, 2013 ... **Jared Loughner** In January 2011, Loughner shot and killed six people in a parking lot in Tuscon, also severely wounding Congresswoman ...
https://www.theatlantic.com/national/archive/2013/04/.../315795/


### New Republic Writer Defends Palin on Giffords - The Atlantic
Jan 12, 2011 ... But you can sympathize with her situation, he points out-- "she had nothing to do with **Jared Loughner**." He writes at his New Republic blog:.
www.theatlantic.com/politics/archive/2011/01/new.../339197/


### Compensating for Mass Murder - The Atlantic
Apr 2, 2015 ... Then **Jared Loughner**, a young man with untreated schizophrenia, showed up at the shopping center with a Glock semi-automatic handgun.

https://www.theatlantic.com/business/archive/2015/04/.../389174/



### An Assassination Attempt In Arizona: Live-Blogging - The Atlantic

Jan 8, 2011 **...** I've watched the **Jared Loughner** Youtube videos. They show evidence of delusions of persecution. Loughner's less than coherent language ...

www.theatlantic.com/daily-dish/print/2011/01/an.../177552/



### Don't Hold Your Breath for Tighter Gun Control - The Atlantic

Jan 14, 2011 **...** A common argument is that if more bystanders had been armed at the Tucson Safeway this week, **Jared Loughner** might have been stopped ...

www.theatlantic.com/politics/archive/2011/01/don-t.../342641/

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | powered |

PALIN04465

# SEARCH

jared loughner 🔍

About 133 results (0.29 seconds)                                          Sort by: Relevance

### The Insanity Defense - The Atlantic
Jan 21, 2011 ... Prompted by **Jared Loughner's** crimes, Room For Debate asks who does, and who should, qualify for an insanity plea. Here's Dr. Beatriz Luna, ...
www.theatlantic.com/daily-dish/archive/2011/01/the.../176930/



### Is This the MSNBC Segment That Got Keith Olbermann Fired? - The ...
May 26, 2011 ... Before it became apparent that Tucson shooter **Jared Loughner** "did not watch TV" and "disliked the news," a number of political pundits ...
https://www.theatlantic.com/politics/archive/2011/05/.../351135/

### All Stories by Adam Martin - The Atlantic
Loughner Ruled Unfit to Stand Trial, Sent to Hospital. The Giffords ... Prosecutors Expect **Jared Loughner** to Be Found Unfit for Trial. The Giffords shooter would ...
https://www.theatlantic.com/author/adam-martin/?page=99

### Tragedy in Arizona: The Shooting of Congresswoman Gabrielle ...
Jan 8, 2011 ... The alleged shooter, identified by AP sources as 22-year-old **Jared** Lee **Loughner**, was frustrated with the U.S. government, and the shooting ...
https://www.theatlantic.com/politics/archive/2011/01/.../69149/

### Peter King's Hearing on Islam and Terrorism - The Atlantic
Mar 10, 2011 ... ... sentence is bigotry in its own right--unless you hasten to include references to Oklahoma City, **Jared Loughner**, and right-wing extremists.
https://www.theatlantic.com/national/archive/2011/03/.../72332/



### Jon Stewart Is 'Emo' - The Atlantic
Jan 12, 2011 ... In many ways, the monologue was seen as a defense of Sarah Palin against those blaming her for **Jared Loughner's** killing spree. The Wall ...
https://www.theatlantic.com/entertainment/archive/...is.../339194/

### The More We Know - The Atlantic
Jan 17, 2011 ... Rich Lowry cites the following in exonerating the far right from any influence on **Jared Loughner's** disturbed mind: He became intrigued by ...
www.theatlantic.com/daily-dish/print/2011/01/the...we.../177149/



### After Shooting, Will Mental Health Practices Change? - The Atlantic
Jan 11, 2011 ... **Jared Loughner**, the man who killed six and injured 14 in a Tucson Safeway on Saturday, appears to have suffered from severe mental illness.

www.theatlantic.com/politics/archive/2011/01/after.../342689/


### The Psychogeography of Gun Violence - The Atlantic
Jan 12, 2011 **...** The media was quick to portray the shooter **Jared** Lee **Loughner** as unhinged and paranoid, digging up his Internet ravings and probing former ...
https://www.theatlantic.com/national/archive/2011/01/.../69353/


### All Stories by Bill Wyman - The Atlantic
**Jared** Lee **Loughner** had an inconsistent and slightly incomprehensible set of beliefs. In this way, he was a true native son. Bill Wyman; Jan 13, 2011.
https://www.theatlantic.com/author/bill-wyman/

1    2    3    4    5    6    7    8    9    10    powered

# SEARCH

jared loughner  🔍

About 133 results (0.31 seconds)                                              Sort by: Relevance

### Guns and Roses: Arizona and Utah Move to Adopt State Guns - The ...
Feb 28, 2011 **...** ... quick to cite the rough-and-tumble days of the Wild West -- and made little mention of the tumult of 2011, courtesy of **Jared Loughner's** Glock.
https://www.theatlantic.com/politics/archive/2011/.../71798/

### Armed Hero in Giffords Shooting Almost Shot the Wrong Guy - The ...
Jan 11, 2011 **...** ... says the handgun he was carrying led him to run toward the sound of bullets being fired in Tuscon and help stop **Jared** Lee **Loughner**.
https://www.theatlantic.com/politics/archive/2011/.../339205/

### Army Vet's Alleged Plot to Bomb Mosque Foiled - The Atlantic
Jan 31, 2011 **...** **Jared Loughner** is apparently "delusional and seems far more interested in fringe ideas than left-right politics. I was sure I was going to have a ...
https://www.theatlantic.com/politics/archive/2011/.../342443/

### Don't Let Judge Roll Die in Vain - The Atlantic
Jan 9, 2011 **...** Judge Roll's death may have been random in the sense that he was not the target of **Jared** Lee **Loughner's** gun. This was not, from what is now ...
https://www.theatlantic.com/national/archive/2011/01/.../69155/

### 'We Need to Talk About Kevin': When Art Confronts Tragedy - The ...
Jan 14, 2011 **...** It's too soon after **Jared** Lee **Loughner's** massacre in Arizona to predict how our social and political climate will adapt to the horrifying fact of his ...
https://www.theatlantic.com/entertainment/archive/.../69597/

### All Stories by Michael Serazio - The Atlantic
**Jared** Lee **Loughner** and the Rise of Anti-Social Media. Inside the new world of pre-meditated, pre-mediated violence. Michael Serazio; Jan 11, 2011.
https://www.theatlantic.com/author/michael-serazio/

### Tea Party Group Blames 'Leftist' for Giffords Shooting - The Atlantic
Jan 9, 2011 **...** "The left is coming and will hit us hard on this. We need to push back harder with the simple truth. The shooter was a liberal lunatic," says the ...
https://www.theatlantic.com/politics/archive/2011/01/.../69153/

### Confusing Mental-Health Intervention and Violence Prevention -


### The ...
May 26, 2014 **...** Before **Jared Loughner** shot Gabbie Giffords near Tucson, Arizona he had raised red flags at school, where teachers reported that he had ...
https://www.theatlantic.com/health/archive/2014/.../371577/


### The Most Bogus Argument Against New Gun Laws - The Atlantic
May 6, 2013 **...** In Tucson in 2011, shooter **Jared Loughner** was tackled and his gun wrested from him as he tried to reload after firing 31 bullets in a matter of ...
https://www.theatlantic.com/politics/archive/2013/.../275574/


### Gender and Support Systems - The Atlantic
Jan 20, 2011 **...** I thought about this gender gap in support networks when I read the Times article about **Jared Loughner**. For all of the explanations that have ...
https://www.theatlantic.com/national/archive/2011/01/.../69919/

1     2     3     4     5     6     7     8     9     10     powered

# SEARCH

jared loughner 🔍

About 133 results (0.51 seconds)                                                    Sort by: Relevance


### Why Americans Tolerate Gun Violence - The Atlantic
Feb 10, 2011 ... When **Jared** Lee **Loughner** arrived at the La Toscana Village mall he was ... like the .22 revolver used by Sirhan Sirhan; but **Loughner's** weapon ...
https://www.theatlantic.com/national/archive/2011/02/.../70933/


### Public Opinion May Finally Be an Enemy the NRA Actually Fears ...
May 3, 2013 ... Simon, a former staffer for Gabby Giffords, was shot through the arm by **Jared Loughner** in the 2011 shooting in Tucson. She presented McCain ...
https://www.theatlantic.com/politics/archive/2013/05/.../315616/


### What's the Solution to Gun Violence in America? - The Atlantic
Mar 8, 2016 ... Both Aurora shooter James Holmes and **Jared Loughner**, who shot Representative Gabrielle Giffords, had their names run through the check ...
https://www.theatlantic.com/politics/archive/2016/03/.../462537/


### Political Insiders Split Over Palin's 'Crosshairs' - The Atlantic
Jan 12, 2011 ... ... by reporters and commentators to draw any connection between political speech the actions of gunman **Jared Loughner** were out of bounds.
https://www.theatlantic.com/politics/archive/2011/01/.../69461/


### The Author of 'The Anarchist Cookbook' Is No Longer a Fan of 'The ...
Dec 20, 2013 ... NBC News reports that, "Just in the last two years, law enforcement has tied the volume to Arizona shooter **Jared Loughner**, the Boston ...
https://www.theatlantic.com/entertainment/archive/.../356360/


### U.S. - The Atlantic
The Atlantic covers news and analysis on politics, business, culture, technology, national, international and life on the official site of The Atlantic Magazine.
www.theatlantic.com/national/?page=341


### The Possibility of Fewer Shootings? - The Atlantic
Jul 22, 2012 ... The latest Colorado shooter -- like **Jared Loughner** of Tucson, Seung-Hui Cho of Virginia Tech, and the countless others whose names we ...
https://www.theatlantic.com/national/archive/2012/07/.../260158/


### How Gun Rights Harm the Rule of Law - The Atlantic
Apr 1, 2015 ... Consider the 2011 mass shooting in Tucson, where **Jared Loughner** shot Representative Gabrielle Giffords in the head at a constituent meeting ...

https://www.theatlantic.com/politics/archive/2015/.../389288/



### All Stories by Philip Bump - The Atlantic

The Atlantic covers news and analysis on politics, business, culture, technology, national, international and life on the official site of The Atlantic Magazine.

https://www.theatlantic.com/author/philip-bump/?page=75



### How to Protect Members of Congress - The Atlantic

Jan 11, 2011 **...** ... just seem particularly nervous, as several witnesses described Giffords's alleged assailant, **Jared Loughner**, moments before the shooting.

https://www.theatlantic.com/politics/archive/2011/01/.../69352/

1   2   3   4   5   6   7   8   9   10          powered

# SEARCH

jared loughner

About 133 results (0.33 seconds)

Sort by: Relevance


### Bobby Jindal Calls for Better Mental-Health Reporting to National ...
Jul 27, 2015 ... ... Colorado, shooter; **Jared Loughner**, who shot Representative Gabrielle Giffords and others in Arizona; and now possibly Houser—and those ...
https://www.theatlantic.com/politics/archive/2015/07/.../399683/


### Why We Shouldn't Worry About Killer Gerunds - The Atlantic
Jan 21, 2011 ... ... is because they believe that Palin, CNN or the confrontational tenor of political discourse had influenced alleged gunman **Jared Loughner**.
https://www.theatlantic.com/politics/archive/2011/01/.../69986/


### Media Reacts to News That Norwegian Terror Suspect Isn't Muslim ...
Jul 23, 2011 ... ... Podhoretz seemed to dramatically shift his tone, by tweeting: "Brevik appears to be precisely whom the left wanted **Jared Loughner** to be.".
https://www.theatlantic.com/international/archive/.../353194/


### Sarah Palin Gets Death Threats, Too - The Atlantic
Mar 7, 2011 ... After **Jared Loughner** shot Rep. Gabrielle Giffords and others in Arizona, aides said Palin was receiving an unprecedented number of death ...
www.theatlantic.com/politics/archive/2011/03/palins.../348644/


### All Stories by Max Fisher - The Atlantic
5 Strangest Explanations for **Jared Loughner's** Attack. Would you believe heavy metal and sci-fi novels? Max Fisher; Jan 10, 2011 ...
https://www.theatlantic.com/author/max-fisher/?page=17


### Is Gabby Giffords the New Jim Brady? - The Atlantic
Jan 8, 2013 ... ... her appearance at the Democratic National Convention in September to her statements at the trial of her would-be assassin, **Jared Loughner**, ...
https://www.theatlantic.com/politics/archive/2013/01/.../438387/


### Ten Days That Defined 2011 - The Atlantic
Dec 29, 2011 ... On the sunny morning of January 8th, a mentally ill man named **Jared Loughner** approached a town hall meeting being held in a Tucson ...
https://www.theatlantic.com/international/archive/2011/.../333741/


### Clinton Labels Loughner an 'Extremist' While in Abu Dhabi - The ...
Jan 10, 2011 ... Secretary of State Hillary Rodham Clinton labeled Arizona shooter **Jared** Lee **Loughner** an "extremist" while taping a town hall segment for a ...
www.theatlantic.com/politics/archive/2011/...loughner.../69231/


### Under a Blood Red Sky - The Atlantic
Jul 21, 2012 ... Don't just think **Jared Loughner**. Think Jason Coday, too. This sad fact shrouds mournful days like Friday with a sheen of phoniness.
https://www.theatlantic.com/national/archive/2012/07/.../260147/

### The Legal Year in Review - The Atlantic
Dec 5, 2011 ... Six innocent people were killed by **Jared Loughner**, including Arizona's Chief U.S. District Judge John M. Roll. The esteemed jurist, a ...
https://www.theatlantic.com/national/archive/2011/12/.../249452/

1  2  3  4  5  6  7  8  9  10    powered by

# SEARCH

jared loughner  🔍

About 133 results (0.35 seconds)

Sort by: Relevance


### All Stories by Andrew Cohen - The Atlantic
Here Comes the **Jared Loughner** Competency Hearing (Updated). Prosecutors and defense lawyers don't intend to question each other's mental-health ...
https://www.theatlantic.com/author/andrew-cohen/?page=30


### Loughner Ruled Unfit to Stand Trial, Sent to Hospital - The Atlantic
May 25, 2011 ... **Jared** Lee **Loughner** won't go to trial for some time to come, after a federal judge today found him mentally incompetent, and incapable of ...
https://www.theatlantic.com/national/archive/.../loughner.../351094/


### President Obama's Hard Rhetorical Shift on Gun Control
Jun 19, 2015 ... The circumstances of the Tucson shooting and the motives of its perpetrator, **Jared** Lee **Loughner**, differ from what we currently know of the ...
https://www.theatlantic.com/politics/archive/2015/.../396335/


### A Calm Loughner Ruled Mentally Fit for Trial - The Atlantic
Sep 29, 2011 ... **Jared** Lee **Loughner** will eventually be mentally fit for trial, a federal judged ruled Wednesday. According to reports inside the courtroom, the ...
https://www.theatlantic.com/national/archive/...loughner.../337341/


### Why We Need to Look at the Faces of Killers - The Atlantic
Jul 23, 2012 ... But after the initial information is given, do we need to keep seeing it over and over again, the faces like **Jared Loughner's** or Alexander ...
https://www.theatlantic.com/national/archive/2012/07/.../325581/


### Death, Yes, but Torture at Supermax? - The Atlantic
Jun 4, 2012 ... ... to the U.S. Medical Center for Federal Prisoners, located in Springfield, Missouri (the same place where the Tucson shooter, **Jared Loughner**, ...
https://www.theatlantic.com/national/archive/2012/06/.../258002/


### Loughner Family: 'We Don't Understand Why This Happened' - The ...
Jan 11, 2011 ... Randy and Amy **Loughner** have released a statement about the carnage allegedly wrought by their son, **Jared** Lee **Loughner**. The text:.
https://www.theatlantic.com/politics/archive/.../loughner.../69351/

### David Wynn Miller? - The Atlantic
Jan 9, 2011 ... Subscribe to The Atlantic Daily, our free weekday email newsletter. A possible influence on the bizarre theories of **Jared Loughner**?
www.theatlantic.com/daily-dish/archive/2011/01/david.../177520/

### "Bad Medicine" - The Atlantic
Jan 24, 2011 **...** I'm sorry, but blaming the pro-life movement for Kermit Gonsell makes about as much sense as blaming the Tea Party for **Jared Loughner**.
www.theatlantic.com/daily-dish/archive/2011/01/-bad.../176858/

### Accused Tuscon Shooter Pleads Not Guilty - The Atlantic
Mar 9, 2011 **... Jared** Lee **Loughner** pleaded not guilty today to the 49-count indictment that federal prosecutors unveiled last week, reports the AP. **Loughner** ...
https://www.theatlantic.com/politics/archive/2011/03/.../348712/

[1](#)   [2](#)   [3](#)   [4](#)   [5](#)   [6](#)   [7](#)   [8](#)   9   [10](#)        powered

PALIN04474

# SEARCH

jared loughner 

About 133 results (0.35 seconds)                                                    Sort by: Relevance


### Obama: Senate Failure to Pass Gun Bill Is 'Shameful Day for ...
Apr 17, 2013 **...** According to reporters in the room, she was Patricia Maisch, one of the three bystanders who tackled **Jared Loughner** after he shot Rep. Gabby ...
https://www.theatlantic.com/politics/archive/2013/04/.../316161/


### Ole Miss Students Protest Their Own Racist Protesters - The Atlantic
Nov 8, 2012 **...** The University of Mississippi got a lot of attention for a "not-really-a-riot" riot protesting Barack Obama's re-election. That prompted even more ...
https://www.theatlantic.com/national/archive/2012/.../321631/


### Gabrielle Giffords Is Going to Newtown - The Atlantic
Jan 3, 2013 **...** ... is no stranger to the grief caused by a random act of violence, She retired from politics last year after her horrific shooting by **Jared Loughner**.
https://www.theatlantic.com/national/archive/2013/01/.../319896/


### More Guns, Less Crime: A Dialogue - The Atlantic
Dec 26, 2012 **...** How is that **Jared Loughner** was able to have access to firearms? How was it that Seung-Hui Cho was able to get guns? How is it that James ...
https://www.theatlantic.com/national/archive/2012/12/.../266576/


### Walmart's Too Busy to Talk to Joe Biden About Gun Control - The ...
Jan 8, 2013 **...** ... shootings, most notoriously when it sold bullets to **Jared Loughner** before he shot Congresswomen Gabrielle Giffords and 18 others in 2011.
https://www.theatlantic.com/politics/archive/2013/.../319712/


### Giffords Shooting a Pivotal Moment for the Government's Social ...
Feb 16, 2012 **...** Hours after **Jared** Lee **Loughner** shot Rep. Gabrielle Giffords outside of a Safeway in Tucson, a collection of his online data was circulated by ...
https://www.theatlantic.com/technology/archive/.../253181/


### Wisconsin Sikh Leader Died Defending His Congregation - The ...
Aug 7, 2012 **...** ... Colorado, and **Jared Loughner** allegedly used in Tuscon, Arizona in 2010, Reuters' Greg McCune reports. "Semiautomatic handguns are the ...
www.theatlantic.com/national/archive/2012/08/...sikh.../325003/


### 5 Best Monday Columns - The Atlantic
Jan 10, 2011 **...** Ross Douthat on an Assassin's Complex Motivation "It's possible that **Jared** Lee **Loughner**, the young man behind Saturday's rampage in ...

www.theatlantic.com/entertainment/archive/2011/01/5.../342716/



### What We Write About When We Can't Write About Anything Else ...

Jul 20, 2012 **...** We bring up historical precedents, words like Columbine and Virginia Tech and **Jared Loughner**, names whose meanings changed forever ...

https://www.theatlantic.com/national/archive/...we.../325633/



### Gabrielle Giffords to Appear at Her Shooter's Sentence Hearing Today

Nov 8, 2012 **...** **Jared** Lee **Loughner** will appear in a Tuscon court at 10:00 a.m. on Thursday after pleading guilty to murder, attempted murder, and attempted ...

https://www.theatlantic.com/national/archive/2012/.../321648/

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | powered |