Exhibit AJ

Andrew Sullivan
May 11, 2020

1

2  IN THE UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
3
   - - - - - - - - - - - - - - - - -x
4
   SARAH PALIN,
5
                                   No. 17-cv-4853
6                        Plaintiff,
            v.
7
   THE NEW YORK TIMES COMPANY and
8  JAMES BENNET,

9                        Defendants.

10 - - - - - - - - - - - - - - - - -x

11

12        Remote videotaped deposition of ANDREW

13 SULLIVAN, taken pursuant to Subpoena, was held via

14 videoconference, commencing May 11, 2020, at

15 10:02 a.m., on the above date, before Amanda

16 McCredo, a Court Reporter and Notary Public in the

17 State of New York.

18

19

20

21

22

23

24

25

1

2    A P P E A R A N C E S:

3    For the Plaintiff:

4            SHANE B. VOGT, ESQ.
             BAJO CUVA COHEN TURKEL
5            100 North Tampa Street
             Suite 1900
6            Tampa, Florida 33602
             svogt@bajocuva.com
7            (813)443-2199

8

9    For the Defendants:

10           JAY WARD BROWN, ESQ.
             THOMAS B. SULLIVAN, ESQ.
11           DAVID L. AXELROD, ESQ.
             BALLARD SPAHR LLP
12           1675 Broadway
             19th Floor
13           New York, New York 10019
             brownj@ballardspahr.com
14           sullivant@ballardspahr.com
             axelrodd@ballardspahr.com
15           (212)223-0200

16

17   For the Witness:

18           BRADLEY P. MOSS, ESQ.
             MARK S. ZAID, P.C.
19           1250 Connecticut, N.W.
             Suite 700
20           Washington, D.C. 20036
             brad@markzaid.com
21           (202)330-5610

22

23   ALSO PRESENT:

24   Alexandra Perloff-Giles - New York Times

25   Daniel Macom - videographer

1                        A. Sullivan

2    some mention of her.  But no, only since she was

3    announced.  And then petered out really covering her

4    once, covering her once, and then actually it was

5    over and there was no reason to look into her

6    further.  I did my job, I thought, doing my best to

7    vet a candidate.  And -- but once that was not

8    relevant, once she was not possibly about to be --

9    could be President of the United States, there's no

10   reason to cover her, and I basically largely dropped

11   the subject.  And I think you can see, I've hardly

12   written about her in years.

13       Q    And you mentioned the election, just to put

14   that in context.

15            Are you talking about the 2008 election?

16       A    Yes.

17       Q    Were there any stories that you continued

18   writing about concerning Sarah Palin that continued

19   after the 2008 election?

20       A    Whenever she popped up on the screen in the

21   news or something, and if there was new information

22   about the mystery of her pregnancy.

23       Q    And when you say the mystery of her

24   pregnancy, what are you referring to?

25       A    I'm referring to the sequence of events

```
1                        A. Sullivan
2    that she described about the conception, labor,
3    birth of her fifth child, which I found
4    incomprehensible and seemed to -- seemed to defy
5    laws of logic and nature.  And so, yes.
6             And I thought that if there's a tiny chance
7    that there's something fishy there, then we should
8    know about it.  So, yes, I did pursue that, as is
9    self -- evident -- as is evident from the blog.  And
10   I mean, it's much more accurate to look at what I
11   said in the blog than to have me remember what I
12   wrote 12 years ago.
13       Q    For how long did you write about Sarah
14   Palin's pregnancy?  And we're referring to her son
15   Trig; is that right?
16       A    We are.
17       Q    For how many years did you cover that?
18       A    I didn't cover it years.  I wouldn't say
19   years.  I think once it actually was over, there was
20   an attempt mainly to try and, what's the word, tie
21   up the loose ends.  And the Anchorage Daily News was
22   also involved, her state newspaper, in trying to get
23   to the bottom of this, too.
24            But we never found out -- we never got any
25   actual, solid records proving anything either way.
```

Andrew Sullivan
May 11, 2020                                    41

```
 1                      A. Sullivan
 2  So -- so after -- I think, certainly after -- I
 3  mean, you'd have to look at the blog and I can't
 4  remember everything, so I might have referred to it
 5  again.  But I don't think I referred to it much
 6  after December 2008, maybe the beginning of January.
 7      Q    Okay.
 8           MR. VOGT:  Why don't we take a break there
 9        because we're at about an hour.
10           And I didn't tell you this at the
11        beginning, I apologize, but if you need to take
12        a break for any reason, just let me know.  It's
13        not a marathon.
14           THE WITNESS:  The coffee is -- I'm having
15        some -- on my bladder right now, so I will
16        disappear for a second.
17           THE VIDEOGRAPHER:  Off the record.
18        The time is 10:55 a.m.
19                      (Recess taken.)
20           THE VIDEOGRAPHER:  We are now back on the
21        record.  The time is 11:11 a.m.
22  BY MR. VOGT:
23      Q    Mr. Sullivan, I'm going to send a few
24  exhibits now just to take a look at to help identify
25  for me.
```

```
 1                         A. Sullivan
 2         Q    Mr. Sullivan, you should be looking at now
 3    what's been marked as Plaintiff's Exhibit 141.
 4              Do you have that?
 5         A    I do, yes.
 6                         (Exhibit 141 was shown to the
 7                         witness.)
 8         Q    It's a Daily Dish piece entitled "A Smear?"
 9    from August 31 of 2008.
10              Are you familiar with this?
11         A    I, I -- I recognize it, but I've long
12    since -- I haven't seen it in, like, 12 years.  It's
13    just -- yeah.  I'm not familiar with it, but I can
14    see that that's what I would have written.
15         Q    Okay.  And that was going to be my next
16    question.
17              Did you write this?
18         A    Yup.
19         Q    And do you recall at all, looking at it
20    now, what the circumstances were that led you to
21    write this piece?
22         A    No, I do not, except what its first
23    question -- the first sentence says, that --
24    presumably it's quite common on The Dish for readers
25    to push back on me, and we always used to publish
```

1                        A. Sullivan

2    dissents of the day so that I would be kept on my

3    toes.  So it's probably reader emails, to be honest

4    with you.

5        Q    The second paragraph there starts with the

6    sentence, "The job of a press is to ask questions

7    which have a basis in fact."

8              Do you see that?

9        A    Yes.

10       Q    Did you write that?

11       A    Yes, sir.

12       Q    Do you agree with that statement?

13       A    Yes.

14       Q    And when you say that "the job of a press

15   is to ask questions which have a basis in fact,"

16   what do you mean?

17       A    I mean, it's stupid to ask questions for

18   which there is no real answer, in which someone

19   can't actually prove it either way.  But if you're

20   asking a question to which there is almost certainly

21   an empirical answer, that's different.

22       Q    And what do you say by an "empirical

23   answer"?  When you say that, what do you mean?

24       A    I mean facts that can answer the question.

25       Q    And do you know, is this a true and

1                           A. Sullivan

2    accurate copy of the piece titled "A Smear?" that

3    was published on The Dish on August 31, 2008?

4        A    I mean, I could verify it by going back to

5    The Dish, but I presume it's -- it reads like me and

6    it sounds like me and it's almost certainly what I

7    wrote.  Again, I don't remember actually writing

8    this post.

9        Q    That's okay.

10       A    But it's a quite common post saying, "Okay,

11   you guys all disagree with me on this, and this is

12   why I'm doing what I'm doing," and then I have to

13   take further objections.

14            The goal of The Dish was to get to the

15   truth of things.  And all our goal was to, with

16   debate and open debate, open inquiry in which any

17   subject was available for discussion.  And I would

18   also be required every day to respond to a dissent

19   from people who might have objected to something in

20   the blog.  Explain myself.  If I've made a mistake,

21   correct it and apologize.  If I haven't, explained

22   why I think I haven't and so on and so on.  So this

23   strikes me as one of those posts.

24       Q    And you said if you made a mistake, you

25   would correct yourself and apologize; is that right?

Andrew Sullivan
May 11, 2020                           47

```
 1                        A. Sullivan

 2        A     If I made a factual mistake, yes.

 3              Sometimes, if I made a general mistake --

 4     for example, I have a whole section called "I Was

 5     Wrong" about the Iraq war.  I think I'm not bragging

 6     to say that I was very -- more -- more open to

 7     dissent and criticism within my own blog than

 8     anybody else.  No one -- no one voluntarily subjects

 9     themselves to constant scrutiny and questioning the

10     way I did on the blog.  And that's because a blog is

11     written in real-time.  And so, it's always

12     assimilating new information.  So that every time

13     you post at 1:00 p.m., you might have to correct,

14     shade, nuance it by 2:00 p.m.  The important thing

15     is that you don't leave things hanging.  You try

16     your best to resolve questions of fact.

17        Q     And how would you go about doing that?

18     Like, how were you doing research for facts related

19     to pieces that you were working on?

20        A     Almost always in the public domain.  I'm

21     not an investigative journalist.  I'm looking at

22     what's out there, what's been reported, what we

23     know, what we can know.  I'm not going into

24     libraries.  That's not what the blogger does.

25              The blogger doesn't even spend two weeks
```

```
 1                      A. Sullivan

 2     trying to figure out a piece and then write it.  The

 3     blogger is writing as the story develops.  And so,

 4     it's inevitably going to be caught occasionally in

 5     jumping to a conclusion that is not merited.

 6          Q    Let me show you another piece, plaintiff's

 7     deposition Exhibit 142.  It's titled "Why Does Trig

 8     Matter?"

 9          A    Yup.

10                          (Exhibit 142 was shown to the

11                          witness.)

12          Q    And do you recall this piece?

13          A    I do not recall this piece because I -- as

14     you can see, I wrote so many pieces.

15               Do you want me to read this before I

16     answer?

17          Q    No, no.  I was just going to ask you.  This

18     is in June of 2010.

19               Do you know why you were still writing

20     about the Trig issue in June of 2010?

21          A    Presumably because this guy, Jonathan

22     Bernstein, prompted it.  As I'm responding to

23     someone, looking at this, that criticized me.  So

24     that's probably why.

25               I don't recall exactly why, but that's
```

Andrew Sullivan
May 11, 2020                              52

```
1                     A. Sullivan
2        A    Yes.
3        Q    -- called "The Day Trig Was Born."
4             Do you recognize this?
5        A    I -- I do not -- I do not -- I mean, again,
6    I don't recognize any of these posts, but I can
7    acknowledge that looks exactly like a post on my
8    blog and I'm sure -- I'm sure that is what I wrote.
9    But I -- as I said, I don't remember.  I wrote
10   thousands and thousands of these.
11       Q    Do you recall there being a label affixed
12   to this investigation or inquiry concerning Sarah
13   Palin's son Trig?  Do you recall that it was
14   referring to as "Trig Trutherism"?
15       A    Yes.
16       Q    And do you recall salon.com writing a piece
17   about Trig Trutherism?
18       A    No, I don't.
19       Q    And do you know -- I know you said you
20   don't recall the salon.com piece, but do you know if
21   this -- "The Day Trig Was Born" piece, was this
22   written in response to anyone else?
23       A    I don't remember.
24       Q    Do you recall being on the Jamie Weinstein
25   Show's podcast in 2017?
```

Andrew Sullivan
May 11, 2020                           55

1                      A. Sullivan

2       Q    Do you recall how you first found out about

3    the Loughner shooting?

4       A    I do not recall, but I presume it was

5    because it was a breaking story and I was blogging

6    and had to cover it.  Yeah, there was a -- the

7    Giffords assassination, right, that was what it was

8    about?  Am I remembering that correctly?

9       Q    Yes.

10      A    Yeah, because I think I was blogging at the

11   time.  Yeah, I know I was blogging at the time.

12           So I would have heard it -- it would come

13   off the news at some point or I find it in my feed

14   or something.  But it was everywhere that day.  So,

15   as usual, I had to follow the story.

16      Q    And do you recall starting to live-blog

17   about the Loughner shooting?

18      A    I do not recall the live blog.  But when I

19   was doing my homework for this, I looked up and saw

20   it, yeah.  But I did lots of live blogs.  So I don't

21   recall specifically, but, yeah, that makes sense.

22   That would happen with any number of stories: the

23   Green Revolution, campaign, debates, announcements

24   that would have -- so, yeah, I was -- yeah.

25      Q    Does the Loughner shooting stand out in

Andrew Sullivan
May 11, 2020                                    56

                         A. Sullivan

1                        A. Sullivan

2    your mind at all?

3        A    No.

4        Q    Do you know, prior to the Loughner

5    shooting, when the last time was that a member of

6    Congress had been shot?

7        A    No.

8        Q    Let me show you Exhibit 146.

9                     (Exhibit 146 was shown to the

10                     witness.)

11       A    Yup.

12       Q    And it should be "An Assassination Attempt

13   in Arizona:  Live-Blogging" --

14       A    Yeah.

15       Q    -- the Daily Dish?

16       A    Yes.

17       Q    Do you recognize this?

18       A    I recognize it as a classic page.  I don't

19   have a specific memory of this particular thread.

20            It's very much what we would do if a

21   breaking story was happening.  Our job was to

22   provide as much update information as we could to

23   get to the facts.

24       Q    And do you recall, were you the actual one

25   who was blogging on this particular date?

```
 1                      A. Sullivan
 2      Q    Yeah.  Did you have any concerns that
 3   rhetoric could lead to violence?
 4      A    Always.  Obviously extreme rhetoric can,
 5   self-evidently, if we're not careful, lead to
 6   violence, yeah.
 7      Q    Did you consider that to be an important
 8   issue?
 9      A    I'm -- I, I, I -- well, depends what you
10   mean by "important," but yes, it's a matter of
11   debate in the democratic society.
12      Q    If it had been established that there was a
13   direct link between an individual's rhetoric and an
14   act of violence, is that something that would have
15   stood out in your mind?
16      A    If someone said "shoot that person" and
17   someone went along and shot that person, then yes,
18   obviously.
19           But, in general, I'm a free speech
20   supporter.  I certainly don't believe in any
21   sanctions on it.
22      Q    Let me show you now another piece that's
23   been marked as plaintiff's deposition Exhibit 123.
24                      (Exhibit 123 was shown to the
25                      witness.)
```

Andrew Sullivan
May 11, 2020                                      63

```
1                      A. Sullivan
2        A    Okey-doke.
3        Q    It should be titled "Caldwell's
4   Unfairness."
5        A    Yes.
6        Q    Do you remember this piece?
7        A    I vaguely do remember it, yes, but not very
8   well, but...
9        Q    And do you know whether you wrote this
10  piece?
11       A    I would have, yes.  I'm not -- others would
12  have helped contribute to it, if there was -- but I
13  think it looks like a post that I would have done.
14       Q    Do you know who Christopher Caldwell is?
15       A    I do, yes.
16       Q    Who's he?
17       A    He -- he's a writer for, right now, I
18  think -- where is he based now?  I think he might be
19  based at The American Conservative.  He has, I
20  think, a gig at The New York Times.  He's a
21  contributing editor there.
22            He just wrote this rather brilliant book.
23  And we've known each other for -- since I was at
24  Harvard with him.
25       Q    And --
```

                         A. Sullivan

1

2        A    I regard him as a friend.

3        Q    In this particular piece, you asked him for

4    a correction; is that right?

5        A    Yes.  Or at least some acknowledgment --

6    where does it say that?  I just have to see that.

7        Q    If you look at the last page -- or the, I'm

8    sorry --

9        A    "The Financial Times needs to run a

10   correction," I see that now.

11       Q    Did you write that, "The Financial Times

12   needs to run a correction"?

13       A    I think so, yes, to the best of my

14   recollection.

15       Q    Did you ask people for corrections often?

16       A    No.  And this, to be honest with you, is

17   a -- I would imagine -- it's more -- it's more a

18   rhetorical question than a real one.  It's more

19   about I thought that he misread what I was doing.

20       Q    Why do you think he misread it?

21       A    Say what?

22       Q    Why do you think he misread it?

23       A    I can't remember the actual piece that he

24   wrote.  I'd have to reread this post to remind

25   myself, so I'm not sure.

Andrew Sullivan
May 11, 2020                                    65

```
 1                       A. Sullivan
 2      Q    Would you read through this post, because I
 3   want to ask you a few questions about it.
 4      A    Yeah.  Would you give me a couple of
 5   seconds?
 6      Q    Yes.
 7      A    (Perusing document.)
 8           Yes.  I've read it now.
 9      Q    Okay.
10           Let's start sort of at the beginning of it.
11   You start by saying, "It's important to push back
12   against untruths as much as against incivility."
13           Is that right?
14      A    Yes.
15      Q    And you agree with that statement?
16      A    Always.  If one can, yes.  We're all human.
17   But yes, that's the goal.
18      Q    Have you ever heard Mr. Bennet make a
19   statement similar to that?
20      A    Yes.  I don't recall a specific instance,
21   no.  But I do know that -- I do know him and his
22   work as a journalist and he is absolutely committed
23   to the truth.  And he is personally an extremely
24   civil and reasonable person.
25      Q    And then you go on to say, "So when
```

```
 1                       A. Sullivan
 2   Christopher Caldwell writes the following in The
 3   Financial Times, I have to ask him for actual
 4   evidence."
 5           What do you mean by "actual evidence"
 6   there?
 7       A    That I specifically said Sarah Palin was
 8   responsible for the murder of Jared Loughner.  At
 9   least that's what I -- I haven't -- I would need to
10   read Chris's piece too, but I'm inferring that
11   that's why.
12       Q    And --
13       A    Or why attribute political motives to
14   someone who's -- who, who -- whose main identifying
15   feature is being a little bonkers.
16       Q    Did you ever see any evidence that Sarah
17   Palin was responsible for the Loughner shooting?
18       A    No, no.  Not to my recollection, no.  I
19   do -- I mean, there was -- there was an argument, at
20   the time, as I recall, again, in which those
21   crosshairs were misinterpreted or regarded as
22   potentially inflammatory.  But I don't think I took
23   a position on that myself.  I can't remember.
24           But that was one of the things, as you
25   recall, that this was obviously -- obviously this
```

1                        A.  Sullivan

2      was all over the map.  All over The New York Times

3      and Washington -- every single media was -- I would

4      say that I was one of the ones that was least

5      susceptible to blaming all this on politics.  And as

6      you can see from the blog, I end up thinking, well,

7      no, this is best explained by mental illness.

8           Q     And do you know, at the time, when this was

9      being written, January 15 of 2011, were you looking

10     for evidence to see whether or not Mr. Loughner was

11     motivated by the map that was circulated by Sarah

12     Palin's political action committee?

13          A     Yes.  Everybody was poring over Loughner's

14     writing and ideas, as I remember, so I would be a

15     part of that, too, just absorbing -- again, the blog

16     is not -- I'm not an investigative journalist on the

17     blog.  I am responding to other items and

18     information that emerged that might help cast light

19     on a particular situation and trying to make a

20     judgment about them as I can.  But it's always to

21     flush out the truth.

22          Q     And when you say everyone was poring over

23     the materials about the shooting, what do you mean

24     by "everyone"?

25          A     It was a big media frenzy, as I recall.

| 1 | A. Sullivan |
|---|---|

2    Q    At the time, you were at The Atlantic,

3  correct?

4    A    Yes.

5    Q    Did The Atlantic cover the Loughner

6  shooting?

7    A    I don't recall.

8    Q    Did you ever have any conversations with

9  Mr. Bennet about the Loughner shooting?

10    A    No, no, I don't recall any.

11    Q    And in particular, if you go down, the

12  statement that you pull out from Mr. Caldwell's

13  piece in The Financial Times says, "Many prominent

14  people disheartened by the resurgence of the

15  Republican Party, notably the blogger Andrew

16  Sullivan, The New York Times columnist Paul Krugman,

17  and the Pima County sheriff Clarence Dupnik, linked

18  the shootings to Republican ideology or rhetoric, as

19  expressed by former vice presidential candidate

20  Sarah Palin or the Tea Party movement or certain

21  talk-show hosts."

22         Did you take issue with Mr. Caldwell saying

23  that you had linked the shootings in Arizona to

24  political ideology or rhetoric?

25    A    I'm sorry, the question was do I remember

```
 1                    A. Sullivan
 2   what, sorry, exactly?
 3        Q     Did you take issue with Mr. Caldwell saying
 4   that you had linked the shootings in Tuscon,
 5   Arizona, to political ideology or rhetoric?
 6        A     Yes, I think I was -- that obviously was
 7   something I aired and it might have had some
 8   marginal impact on all this, and I do think
 9   extremism and rhetoric can lead some rather unstable
10   people to do unstable things.
11             But I -- but I really did believe that, at
12   The Dish, we had tried to get to the truth.  And
13   that by the time we had examined it, we had come to
14   the conclusion that it was overwhelmingly almost
15   certainly a factor of mental illness rather than
16   anything else.
17             And also I made clear to say that I think
18   Sarah Palin herself would be mortified by what had
19   just happened and would be distressed by it as well
20   as anybody else.  I think there's a point in the
21   blogging where I specifically say that.  That's not
22   just -- that's to say, I think Sarah Palin would be
23   horrified at this, I think would be as horrified by
24   this as anybody else, I think that's what I wrote,
25   something like that.
```

1                          A. Sullivan

2        Q    Do you know, did you ever uncover any

3    information in the course of writing about

4    Loughner's shooting that indicated whether or not he

5    had even ever seen the map that was circulated by

6    Sarah Palin's political action committee?

7        A    I don't recall.

8        Q    And then if you go to the last paragraph of

9    the piece.

10       A    Yup.

11       Q    You have a line in there, "Did I ever 'link

12   the shooting to Republican ideology or rhetoric'?

13   Nope."

14            Is that an accurate statement?

15       A    Yes, because I wasn't making any

16   conclusion.  I was airing the debate as it was

17   happening.  And as you know, lots of people were

18   saying that at the time.

19            But did I explicitly then say that's what

20   happened and link it directly, empirically?  No, I

21   didn't.  Not.  I aired the possibility that was

22   true.  And as information came over the wire as we

23   learned more and more -- this is literally the first

24   hours afterwards, so there was still huge amounts of

25   misleading information, disinformation,

1                    A. Sullivan

2    misinformation.  But our job was to air it all and

3    see if we can come to some kind of provisional

4    conclusion.

5             And the conclusion that I seemed to have

6    come by, looking at this, is it was basically a

7    question of somebody's bad mental health and that

8    the man was a bit bonkers.

9        Q    Yeah.  And I think you said that at the end

10   of this paragraph.  You say, "But as for the motive

11   of Loughner, by the time 6:32 p.m. comes along, I

12   have concluded that this was likely a psychotic

13   breakdown, and cited a psychiatrist to that effect,

14   and specifically ended with the case that he is 'of

15   no party.'"

16            Is that right?

17       A    Well, that's what I read here.  I don't

18   remember writing the sentence, but that's what I

19   read in front of me, yes.

20       Q    Do you remember reaching that conclusion?

21       A    Yeah, I do.  I think I do remember it.

22            I remember -- this often happens, you know,

23   like the shooting of Steve Scalise and so on.  It

24   might have been linked to left-wing causes, but in

25   fact -- and some of these -- some of this rhetoric

1        A. Sullivan

2   can filter down to mentally ill people and make them

3   do things or give them ideas that can lead to harm.

4        But I think, in this case, I think the

5   evidence is that I raise that possibility.  And as

6   we usually do on The Dish, by the time we had

7   concluded, we realize, no, it looks like maybe all

8   this is much more salient as a factor.  But even

9   then, you know, we didn't know -- there hadn't been

10  a trial, there hadn't been any investigation into

11  any of this because it was within the same day.

12        So I thought it was unfair for Christopher

13  to say I hadn't been open-minded about this in

14  having come to a different conclusion, that's all.

15  Q    Did you think it was unfair of him to say

16  you had linked political rhetoric to the Loughner

17  shooting?

18  A    It depends what you mean by "link."  Did

19  I -- did I air the possibility there was a

20  connection?  Yes.  So did everybody.

21        And -- but then more facts came in and the

22  picture became a lot more complicated, as it almost

23  always does.

24  Q    But you never linked the shootings to

25  Republican ideology or rhetoric, correct?

Andrew Sullivan
May 11, 2020                                    102

```
1                    A. Sullivan
2    links to and finds articles around the web and
3    compiles them in a digestible forum, which is a
4    little like what The Dish did, but The Dish did that
5    with a bunch of commentary from me, as well.
6              But The Atlantic Wire was -- it doesn't
7    exist anymore, but for a while there it was a kind
8    of alternative blog on The Atlantic's site, as I
9    recall.
10       Q    And I take it, then, from your answer, that
11   it was a publication of The Atlantic publishing
12   company?
13       A    Yes.  That's my understanding, yes.
14       Q    Do you know what role, if any, James Bennet
15   had with respect to The Wire?
16       A    I don't know, to be honest with you.  I
17   don't know.
18       Q    Mr. Sullivan, plaintiff's counsel earlier
19   was asking you about your writing regarding
20   Mrs. Palin's son, Trig.
21       A    Yes.
22       Q    Do you recall that?
23            Did James Bennet direct you to do reporting
24   or writing or blogging about Mrs. Palin's son, Trig?
25       A    No.
```

Andrew Sullivan
May 11, 2020                                              103

```
1                         A. Sullivan

2        Q     Did James Bennet have any involvement

3    whatsoever in your researching or writing about

4    Mrs. Palin's son, Trig?

5        A     Can I just correct -- I don't -- I wasn't

6    writing about her son, Trig.  I was writing about

7    the story that she told about that and why there

8    were holes in it that I wanted to fill.  This wasn't

9    about the child who had -- with whom I have complete

10   sympathy.  It was about the public pronouncements of

11   a leading politician about a story that she was

12   telling that I found extremely hard to understand

13   and believe and therefore attempted to ask them, as

14   politely as I could, to provide evidence that would

15   help me understand what the situation was and had

16   been.  So I just want to qualify that.

17             I'm not -- in no way interested in a child

18   that deserves, in my view, to be protected from

19   public glare.  I was interested in a leading

20   politician's account of how that child came to be

21   and why it struck me as extraordinarily strange and

22   didn't make sense and, therefore, I wanted to

23   clarify.

24       Q     Fair enough.

25       A     But at no point did James Bennet direct,
```

```
 1                    A. Sullivan
 2  oversee, or even comment to me about this.
 3           And while this was going on in the fall,
 4  most of it I was actually not even in Washington at
 5  all.  I was in Provincetown, Massachusetts, where I
 6  live in the summer.  So there would have been even
 7  less possibility of this, but no.
 8      Q    Fair enough.  I apologize for
 9  mischaracterizing your reporting, but you did in
10  fact answer my question, and that is my last
11  question.
12           MR. BROWN:  Thank you, Mr. Sullivan.
13           THE WITNESS:  Thank you very much.
14           MR. VOGT:  I only have a couple follow-ups.
15  FURTHER EXAMINATION BY
16  MR. VOGT:
17      Q    I think at one point when you were speaking
18  with Mr. Brown, you said you were responsible for
19  all of the posts on The Dish; is that right?
20      A    Alongside my team, yes, but I was
21  ultimately responsible for them.
22      Q    And what do you mean by that, "ultimately
23  responsible"?
24      A    That I wrote them and I was answerable for
25  them to the readers of the magazine and to the
```

1

2            C E R T I F I C A T E

3

4       I, AMANDA McCREDO, a Shorthand Reporter

5   and Notary Public of the State of New York, do

6   hereby certify:

7   That the witness whose examination is

8   hereinbefore set forth was duly sworn, and that

9   such examination is a true record of the

10  testimony given by such witness.

11  I further certify that I am not related to any

12  of the parties to this action by blood or

13  marriage, and that I am in no way interested in

14  the outcome of this matter.

15

16

17            _____

18              AMANDA McCREDO

19

20

21

22

23

24

25