UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SARAH PALIN,

              Plaintiff,

   – against –

THE NEW YORK TIMES COMPANY and
JAMES BENNET,

              Defendants.

No. 17 Civ. 4853

Hon. Jed S. Rakoff

ECF Case

## DELCARATION OF CRAIG KRONENBERGER

Pursuant to 28 U.S.C. §1746, Craig Kronenberger declares as follows:

1.      I am the Chief Executive Officer and Lead Strategist of Stripe Reputation, Inc., a leading consultancy for online reputation management.

2.      Stripe Reputation provides clients with brand and reputation monitoring, insights, and strategy, including crisis management, social media strategy, digital communication strategy, and messaging strategy. Stripe Reputation provides reputation crisis management for a wide range of high-profile clients, including celebrities, athletes, political figures, executives, and companies of all sizes.

3.      I advise clients in paid media management, crisis and issues management, media analysis and monitoring, and search engine optimization, among other services.

4.      Prior to Stripe Reputation, I worked for various marketing, public relations, and brand development companies.  I first served as the Vice President of Interactive Media for a one of the most successful interactive agencies in the Southeast where I led marketing strategy and brand development for some of the firm's biggest clients.

5.    I then founded my own company growing it to a highly successful 70-person online marketing agency.

6.    I next moved on to become the Vice President of Marketing Strategy and the Global Practice Lead for Search Marketing at Digitas.

7.    After Digitas, I worked as Vice President and Managing Director at iCrossing.

8.    Through these various roles, I led marketing strategy and development for clients like CNN, E*Trade, Choice Hotels, Coca-Cola, and Marriot.

9.    In 2010, I was hired as the Global Managing Director of Strategic Growth at Edelman where I was responsible for leading global teams of more than 200 analysts, data scientists and research experts in Search Engine Management, Digital Crisis and Risk, Paid Media, and Research and Insights.

10.    I was initially recruited to Edelman to create and develop an online reputation management practice for the company.

11.    In doing so, I helped create training courses in areas such as search engine optimization, paid and online media, analytics, understanding data as it relates to online media, content strategy, how to leverage resources on the Internet, and how to use data to inform communications strategies.

12.    I also taught classes and trained Edelman personnel worldwide in the field of online reputation management.

13.    In addition to teaching at Edelman, I have also worked with a number of prestigious universities. I have developed a curriculum for and taught reputation management classes at Emory University. I have also provided training and held speaking engagements on

reputation management at California Institute of Technology, University of Florida, Florida State University, and Oglethorpe University.

14.    Throughout my career, I have spent a considerable amount of time promoting, protecting, and managing reputations for some the world's largest companies, international governments, sectors of the United States government, celebrities, political figures, professional athletes, executives for Fortune 100 companies, and many others.

15.    My clients have included companies like Amazon, Google, Facebook, PayPal, Disney, Nissan, Hewlett Packard, Coca-Cola, Kaiser Permanente, the White House, the King of Jordan, a best-selling, Grammy award-winning musician, an NBA All-Star, a U.S. Ambassador, prestigious universities such as California Institute of Technology, Stanford, and Emory, multiple top executives for Fortune 500 companies, mainstream media news outlets, and many others.

16.    While my precise role and corresponding task differs depending on the client and the scenario, I have provided an array of services including scenario planning, reputation damage analysis and impact, designing crisis communication protocols and digital communication strategies, and developing reputation management internal strategies and protocols for some of his top corporate clients.

17.    In addition to my practical work experience, I have also served as a consulting or advising expert in the areas of online reputation, search engine management, paid media, and digital crisis, numerous times.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 17, 2022.

Craig Kronenberger

3