UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH PALIN, an individual, | No. 17 Civ. 4853 |
| Plaintiff, | |
| – against – | Hon. Jed S. Rakoff |
| THE NEW YORK TIMES COMPANY, a New York corporation, | ECF Case |
| Defendant. | |

# **PLAINTIFF'S PROPOSED VOIR DIRE REQUESTS[1]**

                          TURKEL CUVA BARRIOS, P.A.
                          100 North Tampa Street, Suite 1900
                          Tampa, Florida 33602
                          Telephone:  (813) 443-2199
                          Facsimile: (813) 443-2193

                          and

                          GOLENBOCK EISEMAN ASSOR BELL
                          & PESKOE LLP
                          711 Third Avenue
                          New York, NY  10017
                          Telephone:  (212) 907-7300
                          Facsimile: (212) 754-0330
                          Facsimile: (212) 754-0330

                          *Attorneys for Plaintiff Sarah Palin*

---

[1] These proposed instructions are filed with full reservation of all prior arguments and objections related to the issues of damages and actual malice and all arguments and objections asserted in pending court filings and the Joint Pretrial Order.  Plaintiff respectfully requests leave to amend, modify or add to these instructions based on rulings the Court makes on pending motions.

## **PROPOSED QUESTIONS**

1. Do you have any opinions about Gov. Sarah Palin?

2. Do you have any opinions about the New York Times?

3. Do you have any opinions about the media?

4. Do you subscribe to any news websites or apps?

5. Where do you typically get your news?

6. Have you ever posted any comments about Sarah Palin on social media?

7. Have you, any of your family members, or anyone close to you ever been the victim of gun violence?

8. Do you have any opinions about the Second Amendment or Gun Control?

9. Do you know anything about or did you follow the Jared Loughner shooting incident in 2011 in Arizona?

10. Do you belong to any political organizations or special interest groups? If so, which ones?

11. Have you ever donated money to any political organizations or special interest groups? If so, which ones?

12. Do you have any opinions about civil lawsuits?

13. Have you or has anyone close to you ever been a plaintiff or defendant in a civil lawsuit? If so, what kind of case?

14. Do you have any opinions about damages awards in civil lawsuits?

15. Have you followed any recent high profile court cases closely?

16. Do you have any opinions about defamation (libel or slander)?

/s/ Shane B. Vogt
Kenneth G. Turkel (admitted *pro hac vice*)
Email:  kturkel@tcb-law.com
Shane B. Vogt (admitted *pro hac vice*)
Email:  svogt@tcb-law.com
TURKEL CUVA BARRIOS, P.A.
100 North Tampa Street, Suite 1900
Tampa, Florida 33602
Telephone:  (813) 834-9191
Facsimile: (813) 443-2193

Michael M. Munoz
E-mail:  mmunoz@golenbock.com
GOLENBOCK EISEMAN ASSOR BELL
& PESKOE LLP
711 Third Avenue
New York, NY  10017
Telephone:  (212) 907-7300
Facsimile: (212) 754-0330

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Plaintiff's Proposed Voir Dire Questions was filed electronically on the 20th day of January, 2022.  Notice of this filing will be sent by operation of the Court's electronic filing system to counsel of record for all parties as indicated on the electronic filing receipt.  Parties and their counsel may access this filing through the Court's system.

I FURTHER CERTIFY that the foregoing Plaintiff's Proposed Voir Dire Questions were served electronically via e-mail on the 19th day of January, 2022, to:

| | |
|---|---|
| Thomas B. Sullivan<br>Jacquelyn N. Schell<br>Ballard Spahr LLP<br>1675 Broadway, 19th Floor<br>New York, NY  10019<br>sullivant@ballardspahr.com<br>schellj@ballardspahr.com<br>*Attorneys for The New York Times Company* | David L. Axelrod<br>Ballard Spahr LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103-7599<br>axelrodd@ballardspahr.com<br>*Attorneys for The New York Times Company* |

/s/ Shane B. Vogt
Attorney