UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH PALIN, an individual,<br><br>                Plaintiff,<br><br>– against –<br><br>THE NEW YORK TIMES COMPANY,<br>a New York corporation et al.,<br><br>                Defendants. | Case No.:17cv4853 (JSR) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that S. Preston Ricardo, Esq., of Golenbock Eiseman Assor Bell & Peskoe LLP, hereby appears as counsel of record for Plaintiff Sarah Palin in the above-captioned action. The Clerk of this Court is requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices and other court documents in this proceeding to the undersigned counsel.

Dated:  New York, New York
         January 22, 2022

                                        GOLENBOCK EISEMAN ASSOR BELL
                                        & PESKOE LLP

                                        By:   /s/ S. Preston Ricardo

                                        711 Third Avenue
                                        New York, New York 10017
                                        (212) 907-7300

                                        *Attorneys for Plaintiff Sarah Palin*