```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------
SARAH PALIN,
        Plaintiff,
                                    17-cv-4853 (JSR)
    -v-
                                    ORDER
NEW YORK TIMES CO. and
JAMES BENNET,
        Defendants.
------------------------------
```

JED S. RAKOFF, U.S.D.J.:

The Court has just learned that, based on a new safety protocol that will be implemented imminently, no one may unmask in the courtroom -- even in the HEPA-filter-outfitted witness and attorney boxes -- unless they have tested negative for COVID-19 using an approved molecular diagnostic test. (Antigen tests are not approved.) If a person will be removing his or her mask on successive days, the person may test on an every-other-day schedule; otherwise, the speaker must test negative on the day of his or her appearance. If a speaker has had a confirmed case of COVID-19 (verified by either a doctor's note or a viral test result) within the prior ninety days, he or she will be exempted from these testing requirements. Confirmation of negative test results (or of a prior case of COVID-19) must be provided to the Court through its staff.

To be clear: This new policy will be in effect when trial begins on Monday and applies to all witnesses and counsel who intend to speak without a mask. Moreover, counsel should make adequate preparations

1

to comply with these requirements before trial starts. The Court will not delay the start of the proceedings on account of this new policy.

The following is a list of the tests that are approved:

- PCR / RT-PCR / ddPCR / Rapid PCR (Polymerase Chain Reaction)
- NAA / NAAT (Nucleic Acid Amplification)
- AMP PRB (Amplified Probe)
- LAMP (Loop-mediated Isothermal Amplification)
- Accepted molecular diagnostic test brands, including but not limited to:
    - Abbott ID NOW
    - Quidel Lyra PCR
    - Abbott Realtime PCR
    - Cobas Qualitative PCR
    - FTD PCR
    - Xpert Xpress
    - Simplexa Direct PCR
    - RUCDR Infinite Biologics
    - Lucira Health

The following are tests that are NOT approved:

- All tests that do not have FDA authorization or approval
- All Antigen (Ag) tests (including but not limited to Quidel Sophia, Abbott BinaxNOW and Rapid Antigen Tests)
- All Antibody tests (such as IgG, IgA, IgM and Rapid Antibody Tests)
- All blood tests (such as fingerstick, venipuncture)
- All plasma tests
- All serum tests
- All lateral flow tests
- Any doctor's note

If counsel have any questions or need assistance (either procuring an approved test or arranging for a location within the courthouse to perform a test), they should email covid_response@nysd.uscourts.gov. If needed, the Court has tests that can be made available to the parties free-of-charge and that can be taken one hour prior to the

scheduled appearance time, provided that there is 24-hours' notice sent to the Covid Response email.

SO ORDERED.

New York, NY
January 23, 2022

_____
JED S. RAKOFF, U.S.D.J.