UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

SARAH PALIN,

                Plaintiff,

-against-

THE NEW YORK TIMES COMPANY and JAMES BENNET,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

No. 17 Civ. 4853 (JSR)

ECF Case

### NOTICE OF MOTION *IN LIMINE* FOR A RULING THAT THE CHALLENGED STATEMENTS ARE NOT DEFAMATORY *PER SE*

PLEASE TAKE NOTICE that Defendants The New York Times Company and James Bennet hereby respectfully submit their Motion *in Limine* asking that the Court rule, as a matter of law, that the statements at issue in Plaintiff's defamation claim are not defamatory *per se*. Defendants have served their papers in support of this motion on January 10, 2022, and will file their papers by January 17, 2022, and Plaintiff's answering papers are due on January 17, 2022. Pursuant to Rule 9 of the Court's Individual Rules of Practice, *in limine* motions are normally resolved on the morning of the first day of trial.

Dated: New York, New York
        January 10, 2022

Respectfully submitted,

BALLARD SPAHR LLP

By: /s/ David L. Axelrod
    David L. Axelrod
    Jay Ward Brown
    Thomas B. Sullivan
    Jacquelyn N. Schell

1675 Broadway, 19th Floor
New York, NY 10019-5820
Phone: (212) 223-0200
Fax: (212) 223-1942
brownjay@ballardspahr.com
axelrodd@ballardspahr.com
sullivant@ballardspahr.com
schellj@ballardspahr.com

*Counsel for Defendants*