UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH PALIN, an individual,<br><br>    Plaintiff,<br><br>– v –<br><br>THE NEW YORK TIMES COMPANY,<br>a New York corporation, and<br>JAMES BENNET, an individual,<br><br>    Defendants. | No. 17 Civ. 4853 (JSR)<br><br>ECF Case |

## JOINT UPDATED TRIAL WITNESS DISCLOSURE

Pursuant to the Court's instruction on January 24, 2022, Plaintiff, Sarah Palin, and Defendants, The New York Times Company and James Bennet, hereby make their updated trial witness disclosure and states as follows:

### WITNESS LIST IN THE LIKELY ORDER OF APPEARANCE

1. Elizabeth Williamson
2. Phoebe Lett
3. Eileen Lepping
4. Linda Cohn
5. James Bennet
6. Justin Stile
7. Ross Douthat [Will not be called until the morning of February 8, 2022 at earliest]
8. Andrew Sullivan (Video Depo)
9. Tim Crawford (Video Depo)
10. Gov. Sarah Palin
11. Hanna Ingber
12. Danielle Rhoades Ha
13. Sebastian Tomich

The parties reserve the right to amend or supplement these disclosures to the extent necessary and permitted due to witness availability issues or other unforeseen circumstances..

| | |
|---|---|
| February 1, 2022. | Respectfully submitted, |
| For Plaintiff: | For Defendants: |
| TURKEL CUVA BARRIOS, P.A. | BALLARD SPAHR LLP |
| */s/ Shane B. Vogt* | By: */s/ David L. Axelrod* |
| Kenneth G. Turkel (admitted *pro hac vice*) | David L. Axelrod |
| Email:  kturkel@tcb-law.com | Jay Ward Brown |
| Shane B. Vogt (admitted *pro hac vice*) | Thomas B. Sullivan |
| Email:  svogt@tcb-law.com | Jacquelyn N. Schell |
| 100 North Tampa Street, Suite 1900 | 1675 Broadway, 19th Floor |
| Tampa, Florida 33602 | New York, NY 10019-5820 |
| Tel:  (813) 834-9191 | Phone: (212) 223-0200 |
| Fax: (813) 443-2193 | Fax: (212) 223-1942 |
| | brownjay@ballardspahr.com |
| Michael M. Munoz | axelrodd@ballardspahr.com |
| E-mail:  mmunoz@golenbock.com | sullivant@ballardspahr.com |
| Golenbock Eiseman Assor Bell & Peskoe LLP | schellj@ballardspahr.com |
| 711 Third Avenue | |
| New York, NY  10017 | *Counsel for Defendants* |
| Tel:  (212) 907-7300 | |
| Fax: (212) 754-0330 | |
| | |
| *Counsel for Plaintiff* | |

## **CERTIFICATE OF SERVICE**

  I hereby certify that the Joint Updated Trial Witness Disclosure was filed electronically on February 1, 2022. This Notice will be sent by operation of the Court's electronic filing system to counsel of record for all parties as indicated on the electronic filing receipt. Parties and their counsel may access this filing through the Court's system.

                */s/ Shane B. Vogt*
                Attorney