```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| SARAH PALIN,<br><br>　　　　Plaintiff,<br><br>　　-v-<br><br>THE NEW YORK TIMES COMPANY<br>and JAMES BENNET,<br><br>　　　　Defendants. | 17-cv-4853 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

　　Docket entry 162, a revised witness list submitted after adjournment of the trial to February 3, 2022, was erroneously filed in a manner that prevented public access. The witness list has now been ordered unsealed.

　　SO ORDERED.

New York, NY
February 7, 2022

　　　　　　　　　　　　　　　　　　　　　　JED S. RAKOFF, U.S.D.J.

1