```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

SARAH PALIN,

        Plaintiffs,          17-cv-4853 (JSR)

   -v-                                <u>FINAL JUDGMENT</u>

THE NEW YORK TIMES COMPANY
and JAMES BENNET,

        Defendants.

------------------------------------------------

JED S. RAKOFF, U.S.D.J.:

    In view of the jury having returned a verdict of not-liable, and independently, for the reasons stated by the Court previously in granting Defendants' Rule 50 motion, final judgment is hereby entered dismissing the complaint with prejudice.

    ADJUDGED AND DECREED.

New York, NY  
February 15, 2022

                                                             */s/ Jed S. Rakoff*  
                                                             JED S. RAKOFF, U.S.D.J.