**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SARAH PALIN,

     Plaintiff,

     -v-

THE NEW YORK TIMES COMPANY and
JAMES BENNET;

     Defendants.

17-cv-4853 (JSR)

## VERDICT FORM

As to the plaintiff's libel claim, we the jury find the defendants

☐    Liable

☒    Not-liable

If you find the defendants liable, indicate in the box below how much you award in compensatory or nominal damages. If you find the defendants not-liable, leave this box blank.

$ _____

Dated: 2/15/22

_____
Foreperson