*Case No. 17 Civ. 4853*

# EXHIBIT 3
*to Plaintiff's Omnibus Post Trial Motions*

**From:** Bob Van Voris (BLOOMBERG/ FEDERAL C) <rvanvoris@bloomberg.net>
**Sent:** Wednesday, February 16, 2022 12:13 PM
**To:** Ken Turkel <kturkel@tcb-law.com>; Shane Vogt <svogt@tcb-law.com>
**Subject:** Palin jurors knew of Rakoff ruling during deliberations

Would love to know your thoughts. Here's my story:

https://www.bloomberg.com/news/articles/2022-02-16/palin-jurors-knew-judge-dismissed-n-y-times-case-before-verdict?sref=Hu4igNEZ

---

Bob Van Voris
Legal Reporter
Bloomberg News
731 Lexington Avenue
New York, New York 10022
Cell: **REDACTED**
E-MAIL: **REDACTED**@bloomberg.net
Twitter: @BobVanVoris
Attorney admitted in New York