*Case No. 17 Civ. 4853*

# EXHIBIT 4

*to Plaintiff's Omnibus Post-Trial Motions*









