# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of March, two thousand twenty-two.

In Re: Sarah Palin
-----------------------------

Sarah Palin,

    Petitioner,

v.

The New York Times Company, James Bennett,

    Respondents.

**ORDER**

Docket No. 22-629

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Mar 29 2022
```

    Petitioner Sarah Palin has filed a petition for a writ of mandamus. Petitioner has also filed a post-trial motion in the district court which may impact this petition. Upon consideration thereof,

    IT IS HEREBY ORDERED that this petition is held in abeyance pending the district court's resolution of Petitioner's post-trial motion. Petitioner is directed to inform this Court in writing of the status of the motion in 30-day intervals, beginning 30 days from the date of this order.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit
/s/ Catherine O'Hagan Wolfe

/s/ Catherine O'Hagan Wolfe

CERTIFIED COPY ISSUED ON 03-29-2022