# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of June, two thousand twenty-two.

Before:  John M. Walker, Jr.,
        Denny Chin,
           *Circuit Judge,*
        John F. Keenan,
           *District Judge.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jun 16 2022

In Re: Sarah Palin
-----------------------------

Sarah Palin,

    Petitioner,

v.

The New York Times Company, James Bennett,

    Respondents.

**ORDER**

Docket No. 22-629

Petitioner Sarah Palin petitions for a writ of mandamus. Upon due consideration, it is hereby ORDERED that the petition is DENIED because mandamus relief is not warranted under the present circumstances. *See Cheney v. U.S. Dist. Ct. for D.C.*, 542 U.S. 367, 380–81 (2004). However, denial of the petition is without prejudice to the issues presented in the petition being addressed in Petitioner's pending appeal, which will be assigned to a new panel in the ordinary course.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

---

* Judge John F. Keenan, of the United States District Court for the Southern District of New York, sitting by designation.

CERTIFIED COPY ISSUED ON 06/16/2022