AO 133   (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

SARAH PALIN

v.

THE NEW YORK TIMES COMPANY and
JAMES BENNET

)
)
)
)
)

Case No.: 17-cv-4853 (JSR)

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___02/15/2022___ against ___Plaintiff Sarah Palin___ ,
                                                                                      *Date*

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 800.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 325.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 23,192.81 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 935.00 |
| Fees for witnesses (*itemize on page two*) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,726.77 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 13,336.50 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 37.50 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | 0.00 |
| Other costs (*please itemize*) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5,977.53 |
| TOTAL $ | 46,331.11 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

| Declaration |
|---|

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☑  Electronic service          ☐  First class mail, postage prepaid

☐  Other:  _____

s/ Attorney:   ___Jay Ward Brown___

Name of Attorney:  ___Jay Ward Brown___

For:   ___Defendants The New York Times Company and James Bennet___          Date:   ___06/30/2022___
                          *Name of Claiming Party*

| Taxation of Costs |
|---|

Costs are taxed in the amount of  _____  and included in the judgment.

_____          By: _____          _____
*Clerk of Court*                              *Deputy Clerk*                              *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | Total Cost Each Witness |
| Timothy Crawford, Ormond Beach, Florida | 1 | 40.00 | | | | | $40.00 |
| Craig Kronenberger, Atlanta, Georgia | 1 | 40.00 | | | | | $40.00 |
| Elizabeth Williamson, Washington, District of Columbia | | | 5 | 1,584.53 | | | $1,584.53 |
| Ross Douthat, New Haven, Connecticut | | | 1 | 62.24 | | | $62.24 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | **TOTAL** | $1,726.77 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

## ITEM ONE – FEES OF THE CLERK

Defendants seek the following pro hac vice fees as fees of the clerk.

| Attorney | Date Fee Paid | Docket Entry Reflecting Paid Fee | Docket Entry Where Motion Granted | Amount Sought |
|---|---|---|---|---|
| Axelrod, David L. | 01/30/2020 | 85 | 86 | $200.00 |
| Leatherbury, Thomas S. | 07/06/2017 | 21 | 28 | $200.00 |
| Levine, Lee | 07/06/2017 | 20 | 27 | $200.00 |
| Sullivan, Michael D. | 08/14/2017 | 37 | 39 | $200.00 |
| **TOTAL** | | | | $800.00 |

**U.S. District Court**
**Southern District of New York (Foley Square)**
**CIVIL DOCKET FOR CASE #: 1:17-cv-04853-JSR**

Palin v. The New York Times Company
Assigned to: Judge Jed S. Rakoff
Demand: $75,000
Cause: 28:1332lb Diversity-Libel, Assault, Slander

Date Filed: 06/27/2017
Date Terminated: 02/15/2022
Jury Demand: Both
Nature of Suit: 320 Assault Libel & Slander
Jurisdiction: Diversity

**Plaintiff**

**Sarah Palin**
*an individual*

represented by **Shawn Preston Ricardo**
Golenbock Eiseman Assor Bell & Peskoe LLP
711 Third Avenue, 17th Floor
New York, NY 10017
212-907-7300
Fax: 212-754-0330
Email: pricardo@golenbock.com
*TERMINATED: 03/23/2020*
*LEAD ATTORNEY*

**Kenneth G. Turkel**
Turkel Cuva Barrios
100 N. Tampa St.
Suite 1900
Tampa, FL 33602
813-834-9191
Email: kturkel@tcb-law.com
*ATTORNEY TO BE NOTICED*

**Michael McGee Munoz**
Golenbock Eiseman Assor Bell & Peskoe LLP
711 Third Avenue, 17th Floor
New York, NY 10017
(212) 907-7345
Fax: (212) 754-0330
Email: mmunoz@golenbock.com
*ATTORNEY TO BE NOTICED*

**Shane B. Vogt**
Turkel Cuva Barrios, P.A.
100 North Tampa Street
Suite 1900
Tampa, FL 33602
813-868-6650
Email: svogt@tcb-law.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**The New York Times Company**
*a New York corporation*

represented by **David A. Schulz**
Ballard Spahr LLP
1675 Broadway, 19th Floor
New York, NY 10019
(212) 850-6103
Fax: (212) 223-1942
Email: schulzd@ballardspahr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jay Ward Brown**
Ballard Spahr LLP (DC)
1909 K Street, NW, 12th Floor
Washington, DC 20006
202 508 1136
Fax: 202 661 2299
Email: brownjay@ballardspahr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. Sullivan**
Ballard Spahr LLP (DC)
1909 K Street, NW, 12th Floor
Washington, DC 20006
(202) 508-1116
Fax: (202) 661-2299
Email: sullivanm@ballardspahr.com
*TERMINATED: 07/22/2021*
*LEAD ATTORNEY*
*PRO HAC VICE*

**David L. Axelrod**
Ballard Spahr
1735 Market St., 51st Floor
Philadelphia, PA 19103
215-864-8639
Fax: 215-665-8999
Email: axelrodd@ballardspahr.com
*ATTORNEY TO BE NOTICED*

**Jacquelyn Nicole Schell**
Ballard Spahr LLP (NYC)
1675 Broadway, 19th Floor
New York, NY 10019
646-346-8048
Fax: 212-223-1942
Email: schellj@ballardspahr.com
*ATTORNEY TO BE NOTICED*

**Lee Levine**
Ballard Spahr LLP (DC)
1909 K Street, NW, 12th Floor
Washington, DC 20006
(202) 508-1100

Fax: (202) 661-2299
Email: levine@ballardspahr.com
*TERMINATED: 12/04/2020*

**Thomas S. Leatherbury**
Vinson & Elkins LLP
2001 Ross Avenue
Suite 3700
Dallas, TX 75201
214-220-7792
Fax: 214-999-7792
Email: tleatherbury@velaw.com
*TERMINATED: 01/13/2020*

**Thomas Byrne Sullivan**
Ballard Spahr LLP (NYC)
1675 Broadway, 19th Floor
New York, NY 10019
212-850-6139
Fax: 212-223-1942
Email: sullivant@ballardspahr.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**James Bennet**
*an individual*

represented by **Jay Ward Brown**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David L. Axelrod**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jacquelyn Nicole Schell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lee Levine**
(See above for address)
*TERMINATED: 12/04/2020*

**Michael D. Sullivan**
(See above for address)
*TERMINATED: 07/22/2021*

**Thomas Byrne Sullivan**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/27/2017 | 1 | COMPLAINT against The New York Times Company. (Filing Fee $ 400.00, Receipt Number 0208-13834937)Document filed by Sarah Palin. (Attachments: # 1 Exhibit 01, # 2 Exhibit 02, # 3 Exhibit 03, # 4 Exhibit 04, # 5 Exhibit 05, # 6 Exhibit 06, # 7 Exhibit 07, # 8 Exhibit 08, # 9 Exhibit 09, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit |

| | | |
|---|---|---|
| | | 15, # <u>16</u> Exhibit 16)(Ricardo, Shawn) (Entered: 06/27/2017) |
| 06/27/2017 | <u>2</u> | CIVIL COVER SHEET filed. (Ricardo, Shawn) (Entered: 06/27/2017) |
| 06/27/2017 | <u>3</u> | REQUEST FOR ISSUANCE OF SUMMONS as to The New York Times Company, re: <u>1</u> Complaint,. Document filed by Sarah Palin. (Ricardo, Shawn) (Entered: 06/27/2017) |
| 06/27/2017 | <u>4</u> | **FILING ERROR - DEFICIENT DOCKET ENTRY -** MOTION for Kenneth George Turkel to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-13835535. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Sarah Palin. (Attachments: # <u>1</u> Affidavit of K. Turkel, # <u>2</u> Exhibit 01, # <u>3</u> Text of Proposed Order)(Ricardo, Shawn) Modified on 6/28/2017 (wb). (Entered: 06/27/2017) |
| 06/27/2017 | <u>5</u> | **FILING ERROR - DEFICIENT DOCKET ENTRY -** MOTION for Shane Brady Vogt to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-13835551. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Sarah Palin. (Attachments: # <u>1</u> Affidavit S. Vogt, # <u>2</u> Exhibit 01, # <u>3</u> Text of Proposed Order)(Ricardo, Shawn) Modified on 6/28/2017 (wb). (Entered: 06/27/2017) |
| 06/28/2017 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE-FILE Document No. <u>5</u> MOTION for Shane Brady Vogt to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-13835551. Motion and supporting papers to be reviewed by Clerk's Office staff., <u>4</u> MOTION for Kenneth George Turkel to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-13835535. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of Florida; Please put the Title on Order for Pro hac Vice;. Re-file the motion as a Motion to Appear Pro Hac Vice - attach the correct signed PDF - select the correct named filer/filers - attach valid Certificates of Good Standing issued within the past 30 days - attach Proposed Order.. (wb)** (Entered: 06/28/2017) |
| 06/28/2017 | <u>6</u> | ELECTRONIC SUMMONS ISSUED as to The New York Times Company. (rch) (Entered: 06/28/2017) |
| 06/28/2017 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above-entitled action is assigned to Judge Jed S. Rakoff. Please download and review the Individual Practices of the assigned District Judge, located at http://nysd.uscourts.gov/judges/District. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at http://nysd.uscourts.gov/ecf_filing.php. (rch) (Entered: 06/28/2017) |
| 06/28/2017 | | Magistrate Judge Debra C. Freeman is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: http://nysd.uscourts.gov/forms.php. (rch) (Entered: 06/28/2017) |
| 06/28/2017 | | Case Designated ECF. (rch) (Entered: 06/28/2017) |
| 06/28/2017 | <u>7</u> | NOTICE OF COURT CONFERENCE: Initial Conference set for 7/7/2017 at 11:00 AM in Courtroom 14B, 500 Pearl Street, New York, NY 10007 before Judge Jed S. Rakoff, as further set forth in this order. (Signed by Judge Jed S. Rakoff on 6/28/2017) (jwh) (Entered: 06/28/2017) |
| 06/29/2017 | <u>8</u> | NOTICE OF APPEARANCE by Shawn Preston Ricardo on behalf of Sarah Palin. (Ricardo, Shawn) (Entered: 06/29/2017) |
| 06/29/2017 | <u>9</u> | **FILING ERROR - DEFICIENT DOCKET ENTRY -** MOTION for Kenneth G. Turkel to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Sarah Palin. (Attachments: # <u>1</u> Affidavit of K. Turkel, # <u>2</u> Exhibit 01, # <u>3</u> Text of Proposed Order)(Ricardo, Shawn) Modified on 6/30/2017 (wb). (Entered: 06/29/2017) |

| 06/29/2017 | 10 | **FILING ERROR - DEFICIENT DOCKET ENTRY** - MOTION for Shane B. Vogt to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Sarah Palin. (Attachments: # 1 Affidavit S. Vogt, # 2 Exhibit 01, # 3 Text of Proposed Order)(Ricardo, Shawn) Modified on 6/30/2017 (wb). (Entered: 06/29/2017) |
| 06/30/2017 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE-FILE Document No. 10 MOTION for Shane B. Vogt to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff., 9 MOTION for Kenneth G. Turkel to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of Florida;. Re-file the motion as a Motion to Appear Pro Hac Vice - attach the correct signed PDF - select the correct named filer/filers - attach valid Certificates of Good Standing issued within the past 30 days - attach Proposed Order.. (wb)** (Entered: 06/30/2017) |
| 06/30/2017 | 11 | MOTION for Kenneth G. Turkel to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Sarah Palin. (Attachments: # 1 Affidavit K. Turkel, # 2 Exhibit 01, # 3 Text of Proposed Order)(Ricardo, Shawn) (Entered: 06/30/2017) |
| 06/30/2017 | 12 | MOTION for Shane B. Vogt to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Sarah Palin. (Attachments: # 1 Affidavit S. Vogt, # 2 Exhibit 01, # 3 Text of Proposed Order)(Ricardo, Shawn) (Entered: 06/30/2017) |
| 06/30/2017 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 11 MOTION for Kenneth G. Turkel to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (ma)** (Entered: 06/30/2017) |
| 06/30/2017 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 12 MOTION for Shane B. Vogt to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (ma)** (Entered: 06/30/2017) |
| 07/05/2017 | 13 | ORDER FOR PRO HAC VICE granting 12 Motion for Shane B. Vogt to Appear Pro Hac Vice. (Signed by Judge Jed S. Rakoff on 6/30/2017) (mro) (Entered: 07/05/2017) |
| 07/05/2017 | 14 | ORDER granting 11 Motion for Kenneth G. Turkel to Appear Pro Hac Vice. (Signed by Judge Jed S. Rakoff on 6/30/2017) (mro) (Entered: 07/05/2017) |
| 07/05/2017 | 15 | SUMMONS RETURNED EXECUTED Summons and Complaint, served. The New York Times Company served on 6/29/2017, answer due 7/20/2017. Service was accepted by Ellen Herb, Executive Assistant. Document filed by Sarah Palin. (Ricardo, Shawn) (Entered: 07/05/2017) |
| 07/06/2017 | 16 | NOTICE OF APPEARANCE by Kenneth G. Turkel on behalf of Sarah Palin. (Turkel, Kenneth) (Entered: 07/06/2017) |
| 07/06/2017 | 17 | NOTICE OF APPEARANCE by Shane B. Vogt on behalf of Sarah Palin. (Vogt, Shane) (Entered: 07/06/2017) |
| 07/06/2017 | 18 | NOTICE OF APPEARANCE by David A.. Schulz on behalf of The New York Times Company. (Schulz, David) (Entered: 07/06/2017) |
| 07/06/2017 | 19 | NOTICE OF APPEARANCE by Jay Ward Brown on behalf of The New York Times Company. (Brown, Jay) (Entered: 07/06/2017) |
| 07/06/2017 | 20 | MOTION for Lee Levine to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-13865200. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by The New York Times Company. (Attachments: # 1 Affidavit of Lee Levine in Support of Motion, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Text of Proposed Order)(Levine, Lee) (Entered: 07/06/2017) |
| 07/06/2017 | 21 | MOTION for Thomas S. Leatherbury to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-13865604. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by The New York Times Company. (Attachments: # 1 Exhibit 1 - Affidavit in Support, # 2 |

| | | |
|---|---|---|
| | | Exhibit 2 - Certificate of Good Standing, # 3 Exhibit 3 - Proposed Order)(Leatherbury, Thomas) (Entered: 07/06/2017) |
| 07/06/2017 | 22 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Other Affiliate Grupo Financiero Inbursa, S.A.B. de C.V. for The New York Times Company. Document filed by The New York Times Company.(Brown, Jay) (Entered: 07/06/2017) |
| 07/07/2017 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 20 MOTION for Lee Levine to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-13865200. Motion and supporting papers to be reviewed by Clerk's Office staff., 21 MOTION for Thomas S. Leatherbury to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-13865604. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 07/07/2017) |
| 07/07/2017 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Initial Pretrial Conference held on 7/7/2017. A trial date is set for December 11, 2017. (Kotowski, Linda) (Entered: 08/08/2017) |
| 07/10/2017 | 23 | CIVIL CASE MANAGEMENT PLAN: The case is to be tried to a jury. Motion to Dismiss moving papers: 7/14; Answering: 7/21; Reply: 7/26. Oral Argument set for 7/31/2017 at 04:00 PM before Judge Jed S. Rakoff. Amended Pleadings due by 8/9/2017. Joinder of Parties due by 8/9/2017. Post-discovery summary judgment motions 10/5/2017. Responses due by 10/19/2017. Replies due by 10/26/2017. All depositions (including any expert depositions, see item 3 above) must be completed by 9/28/2017. All discovery is to be completed by 9/28/2017. A final pre-trial conference as well as oral argument on any post-discovery summary judgment motions, shall be held on 11/2/2017 at 04:00 PM before Judge Jed S. Rakoff. This Court requires that this case shall be ready for trial on 12/7/2017. (Signed by Judge Jed S. Rakoff on 7/7/2017) (mro) (Entered: 07/10/2017) |
| 07/14/2017 | 24 | MOTION to Dismiss . Document filed by The New York Times Company.(Brown, Jay) (Entered: 07/14/2017) |
| 07/14/2017 | 25 | MEMORANDUM OF LAW in Support re: 24 MOTION to Dismiss . . Document filed by The New York Times Company. (Brown, Jay) (Entered: 07/14/2017) |
| 07/14/2017 | 26 | DECLARATION of Jay Ward Brown in Support re: 24 MOTION to Dismiss .. Document filed by The New York Times Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Brown, Jay) (Entered: 07/14/2017) |
| 07/17/2017 | 27 | ORDER ON MOTION FOR ADMISSION PRO HAC VICE granting 20 Motion for Lee Levine to Appear Pro Hac Vice. IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Jed S. Rakoff on 7/15/17) (yv) (Entered: 07/17/2017) |
| 07/17/2017 | 28 | ORDER FOR ADMISSION PRO HAC VICE granting 21 Motion for Thomas S. Leatherbury to Appear Pro Hac Vice. IT IS HEREBY ORDERED that Thomas S. Leatherbury is admitted to practice pro hac vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Jed S. Rakoff on 7/15/17) (yv) (Entered: 07/17/2017) |
| 07/21/2017 | 29 | MEMORANDUM OF LAW in Opposition re: 24 MOTION to Dismiss . . Document filed by Sarah Palin. (Vogt, Shane) (Entered: 07/21/2017) |
| 07/21/2017 | 30 | DECLARATION of Shane B. Vogt in Opposition re: 24 MOTION to Dismiss .. Document filed by Sarah Palin. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Vogt, Shane) (Entered: 07/21/2017) |
| 07/26/2017 | 31 | REPLY MEMORANDUM OF LAW in Support re: 24 MOTION to Dismiss . . Document filed by The New York Times Company. (Brown, Jay) (Entered: 07/26/2017) |

| | | |
|---|---|---|
| 07/26/2017 | [32](#) | DECLARATION of Jay Ward Brown in Support re: [24](#) MOTION to Dismiss . Document filed by The New York Times Company. (Attachments: # [1](#) Exhibit A, # [2](#) Exhibit B, # [3](#) Exhibit C, # [4](#) Exhibit D)(Brown, Jay) (Entered: 07/26/2017) |
| 07/26/2017 | [33](#) | TRANSCRIPT of Proceedings re: CONFERENCE held on 7/7/2017 before Judge Jed S. Rakoff. Court Reporter/Transcriber: Raquel Robles, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/16/2017. Redacted Transcript Deadline set for 8/28/2017. Release of Transcript Restriction set for 10/24/2017.(McGuirk, Kelly) (Entered: 07/26/2017) |
| 07/26/2017 | [34](#) | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 7/7/17 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 07/26/2017) |
| 07/31/2017 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Oral Argument held on 7/31/2017 re: [24](#) MOTION to Dismiss . filed by The New York Times Company. (Kotowski, Linda) (Entered: 08/01/2017) |
| 08/10/2017 | [35](#) | ORDER re: [24](#) MOTION to Dismiss . filed by The New York Times Company. To help inform the Court of what inferences are reasonable or unreasonable in this context, the Court, pursuant to Rule 43(c), will convene an evidentiary hearing on Wednesday, August 16 at 2:00 PM EST. At the hearing, defense counsel must produce the author(s) of the editorial, who (or each of whom, if there is more than one author) will be examined under oath by defense counsel for no more than thirty (30) minutes, to be followed by cross-examination of plaintiff's counsel of no more than forty-five (45) minutes, to be followed by no more than fifteen (15) minutes of redirect by defense counsel. The Court also may question each such witness. SO ORDERED., (Evidentiary Hearing set for 8/16/2017 at 02:00 PM before Judge Jed S. Rakoff.) (Signed by Judge Jed S. Rakoff on 8/10/17) (yv) (Entered: 08/10/2017) |
| 08/10/2017 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 8/10/2017. (Kotowski, Linda) (Entered: 08/16/2017) |
| 08/14/2017 | [36](#) | **FILING ERROR - DEFICIENT DOCKET ENTRY -** MOTION for Michael D. Sullivan to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-14010060. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by The New York Times Company. (Sullivan, Michael) Modified on 8/14/2017 (ma). (Entered: 08/14/2017) |
| 08/14/2017 | [37](#) | **FILING ERROR - DEFICIENT DOCKET ENTRY -** DECLARATION of Michael D. Sullivan in Support re: [36](#) MOTION for Michael D. Sullivan to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-14010060. **Motion and supporting papers to be reviewed by Clerk's Office staff..** Document filed by The New York Times Company. (Attachments: # [1](#) Exhibit 1 - certificate of good standing, # [2](#) Text of Proposed Order)(Sullivan, Michael) Modified on 8/14/2017 (ma). (Entered: 08/14/2017) |
| 08/14/2017 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE-FILE Document No. [36](#) MOTION for Michael D. Sullivan to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-14010060. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): ALL THE DOCUMENTS MUST BE FILED TOGETHER. THE DOCUMENTS SHOULD BE IN THE FOLLOWING ORDR: 1) MOTION THEN THE DECLARATION/AFFIDAVIT, CERTIFCATE OF GOOD STANDING FROM THE SUPREME COURT AND THE PROPOSED ORDER MUST ALL BE ATTACHED;. Re-file the motion as a Motion to Appear Pro Hac Vice - attach the correct signed PDF - select the correct named filer/filers - attach valid Certificates of Good Standing issued within the past 30 days - attach Proposed Order.. (ma)** (Entered: 08/14/2017) |

| | | |
|---|---|---|
| 08/14/2017 | 38 | MOTION for Michael D. Sullivan to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by The New York Times Company. (Attachments: # 1 Declaration of Michael D. Sullivan in Support, # 2 Exhibit 1 - certificate of good standing, # 3 Text of Proposed Order)(Sullivan, Michael) (Entered: 08/14/2017) |
| 08/14/2017 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 38 MOTION for Michael D. Sullivan to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (ma)** (Entered: 08/14/2017) |
| 08/16/2017 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Evidentiary Hearing held on 8/16/2017. (Kotowski, Linda) (Entered: 08/23/2017) |
| 08/21/2017 | 39 | MEMO ENDORSED ORDER granting 38 Motion for Michael D. Sullivan to Appear Pro Hac Vice. ENDORSEMENT: IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Jed S. Rakoff on 8/18/17) (yv) Modified on 9/20/2017 (yv). (Entered: 08/21/2017) |
| 08/21/2017 | 40 | MEMORANDUM OF LAW in Opposition re: 24 MOTION to Dismiss . *on Context, Inferences and Plausibility*. Document filed by Sarah Palin. (Vogt, Shane) (Entered: 08/21/2017) |
| 08/21/2017 | 41 | DECLARATION of Shane B. Vogt in Opposition re: 24 MOTION to Dismiss .. Document filed by Sarah Palin. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34)(Vogt, Shane) (Entered: 08/21/2017) |
| 08/21/2017 | 42 | SUPPLEMENTAL MEMORANDUM OF LAW in Support re: 24 MOTION to Dismiss . . Document filed by The New York Times Company. (Brown, Jay) (Entered: 08/21/2017) |
| 08/22/2017 | 43 | RESPONSE to Motion re: 24 MOTION to Dismiss . *(Response to 42 Defendant's Supplemental Memorandum)*. Document filed by Sarah Palin. (Vogt, Shane) (Entered: 08/22/2017) |
| 08/22/2017 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 8/22/2017. (Kotowski, Linda) (Entered: 08/28/2017) |
| 08/23/2017 | 44 | REPLY to Response to Motion re: 24 MOTION to Dismiss . *Reply to Plaintiff's Response, Dkt. No. 43*. Document filed by The New York Times Company. (Brown, Jay) (Entered: 08/23/2017) |
| 08/29/2017 | 45 | OPINION AND ORDER re: 24 MOTION to Dismiss . filed by The New York Times Company. The Court grants defendant's motion to dismiss. Because, moreover, this Court has canvassed in the discussion above all the various additions that plaintiff has even remotely suggested it would include in an amended complaint, the dismissal is "with prejudice," that is, final. Clerk to enter judgment. SO ORDERED. (Signed by Judge Jed S. Rakoff on 8/29/17) (yv) (Main Document 45 replaced on 8/30/2017) (mt). (Entered: 08/29/2017) |
| 08/29/2017 | | Transmission to Judgments and Orders Clerk. Transmitted re: 45 Memorandum & Opinion, to the Judgments and Orders Clerk. (yv) (Entered: 08/29/2017) |
| 08/30/2017 | 46 | CLERK'S JUDGMENT: That for the reasons stated in the Court's Opinion and Order dated August 29, 2017, defendant's motion to dismiss is granted with prejudice. (Signed by Clerk of Court Ruby Krajick on 08/30/2017) (Attachments: # 1 Notice of Right to Appeal, # 2 Notice of Right to Appeal)(dt) (Entered: 08/30/2017) |
| 08/30/2017 | | Terminate Transcript Deadlines (dt) (Entered: 08/30/2017) |

| Date | No. | Description |
|------|-----|-------------|
| 08/30/2017 | 47 | TRANSCRIPT of Proceedings re: ARGUMENT held on 7/31/2017 before Judge Jed S. Rakoff. Court Reporter/Transcriber: Andrew Walker, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/20/2017. Redacted Transcript Deadline set for 10/2/2017. Release of Transcript Restriction set for 11/28/2017.(McGuirk, Kelly) (Entered: 08/30/2017) |
| 08/30/2017 | 48 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a ARGUMENT proceeding held on 7/31/17 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 08/30/2017) |
| 08/30/2017 | 49 | TRANSCRIPT of Proceedings re: HEARING held on 8/16/2017 before Judge Jed S. Rakoff. Court Reporter/Transcriber: Vincent Bologna, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/20/2017. Redacted Transcript Deadline set for 10/2/2017. Release of Transcript Restriction set for 11/28/2017.(McGuirk, Kelly) (Entered: 08/30/2017) |
| 08/30/2017 | 50 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a HEARING proceeding held on 8/16/17 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 08/30/2017) |
| 09/11/2017 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 9/11/2017. (Kotowski, Linda) (Entered: 09/12/2017) |
| 09/25/2017 | 51 | MOTION for Reconsideration re; 45 Memorandum & Opinion,, 46 Clerk's Judgment, . Document filed by Sarah Palin.(Vogt, Shane) (Entered: 09/25/2017) |
| 09/25/2017 | 52 | MEMORANDUM OF LAW in Support re: 51 MOTION for Reconsideration re; 45 Memorandum & Opinion,, 46 Clerk's Judgment, . . Document filed by Sarah Palin. (Vogt, Shane) (Entered: 09/25/2017) |

| | | |
|---|---|---|
| 09/25/2017 | 53 | DECLARATION of Shane B. Vogt in Support re: 51 MOTION for Reconsideration re; 45 Memorandum & Opinion,, 46 Clerk's Judgment, .. Document filed by Sarah Palin. (Attachments: # 1 Exhibit 1 to Exhibit A (Proposed Amended Complaint), # 2 Exhibit 2 to Exhibit A (Proposed Amended Complaint), # 3 Exhibit 3 to Exhibit A (Proposed Amended Complaint), # 4 Exhibit 4 to Exhibit A (Proposed Amended Complaint), # 5 Exhibit 5 to Exhibit A (Proposed Amended Complaint), # 6 Exhibit 6 to Exhibit A (Proposed Amended Complaint), # 7 Exhibit 7 to Exhibit A (Proposed Amended Complaint), # 8 Exhibit 8 to Exhibit A (Proposed Amended Complaint), # 9 Exhibit 9 to Exhibit A (Proposed Amended Complaint), # 10 Exhibit 10 to Exhibit A (Proposed Amended Complaint), # 11 Exhibit 11 to Exhibit A (Proposed Amended Complaint), # 12 Exhibit 12 to Exhibit A (Proposed Amended Complaint), # 13 Exhibit 13 to Exhibit A (Proposed Amended Complaint), # 14 Exhibit 14 to Exhibit A (Proposed Amended Complaint), # 15 Exhibit 15 to Exhibit A (Proposed Amended Complaint), # 16 Exhibit 16 to Exhibit A (Proposed Amended Complaint), # 17 Exhibit 17 to Exhibit A (Proposed Amended Complaint), # 18 Exhibit 18 to Exhibit A (Proposed Amended Complaint), # 19 Exhibit 19 to Exhibit A (Proposed Amended Complaint), # 20 Exhibit 20 to Exhibit A (Proposed Amended Complaint), # 21 Exhibit 21 to Exhibit A (Proposed Amended Complaint), # 22 Exhibit 22 to Exhibit A (Proposed Amended Complaint), # 23 Exhibit 23 to Exhibit A (Proposed Amended Complaint), # 24 Exhibit 24 to Exhibit A (Proposed Amended Complaint), # 25 Exhibit 25 to Exhibit A (Proposed Amended Complaint), # 26 Exhibit 26 to Exhibit A (Proposed Amended Complaint), # 27 Exhibit 27 to Exhibit A (Proposed Amended Complaint), # 28 Exhibit 28 to Exhibit A (Proposed Amended Complaint), # 29 Exhibit 29 to Exhibit A (Proposed Amended Complaint))(Vogt, Shane) (Entered: 09/25/2017) |
| 09/25/2017 | 54 | DECLARATION of Shane B. Vogt in Support re: 51 MOTION for Reconsideration re; 45 Memorandum & Opinion,, 46 Clerk's Judgment, .. Document filed by Sarah Palin. (Attachments: # 1 Exhibit A to Declaration)(Vogt, Shane) (Entered: 09/25/2017) |
| 10/03/2017 | 55 | NOTICE OF CHANGE OF ADDRESS by David A.. Schulz on behalf of The New York Times Company. New Address: Ballard Spahr LLP, 919 Third Avenue, 37th Floor, New York, NY, USA 10022-3915, 212-850-6103. (Schulz, David) (Entered: 10/03/2017) |
| 10/03/2017 | 56 | NOTICE OF CHANGE OF ADDRESS by Jay Ward Brown on behalf of The New York Times Company. New Address: Ballard Spahr LLP, 1909 K Street, NW, 12th Floor, Washington, DC, USA 20006-1157, 202-508-1136. (Brown, Jay) (Entered: 10/03/2017) |
| 10/03/2017 | 57 | NOTICE OF CHANGE OF ADDRESS by Lee Levine on behalf of The New York Times Company. New Address: Ballard Spahr LLP, 1909 K Street, NW, 12th Floor, Washington, DC, USA 20006-1157, 202-508-1110. (Levine, Lee) (Entered: 10/03/2017) |
| 10/03/2017 | 58 | NOTICE OF CHANGE OF ADDRESS by Michael D. Sullivan on behalf of The New York Times Company. New Address: Ballard Spahr LLP, 1909 K Street, NW, 12th Floor, Washington, DC, USA 20006-1157, 202-508-1116. (Sullivan, Michael) (Entered: 10/03/2017) |
| 10/09/2017 | 59 | MEMORANDUM OF LAW in Opposition re: 51 MOTION for Reconsideration re; 45 Memorandum & Opinion,, 46 Clerk's Judgment, . . Document filed by The New York Times Company. (Brown, Jay) (Entered: 10/09/2017) |
| 10/16/2017 | 60 | REPLY MEMORANDUM OF LAW in Support re: 51 MOTION for Reconsideration re; 45 Memorandum & Opinion,, 46 Clerk's Judgment, . . Document filed by Sarah Palin. (Vogt, Shane) (Entered: 10/16/2017) |
| 10/23/2017 | 61 | MEMORANDUM ORDER denying 51 Motion for Reconsideration re 45 Memorandum & Opinion. For the foregoing reasons, plaintiff's motion for reconsideration is hereby denied. The Clerk of the Court is directed to close the case. So Ordered., (Signed by Judge Jed S. Rakoff on 10/23/17) (yv) (Entered: 10/23/2017) |
| 10/23/2017 | | Terminate Transcript Deadlines (yv) (Entered: 12/05/2017) |
| 11/21/2017 | 62 | NOTICE OF APPEAL from 46 Clerk's Judgment, 61 Order on Motion for Reconsideration,. Document filed by Sarah Palin. Filing fee $ 505.00, receipt number 0208-14390616. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Vogt, Shane) (Entered: |

| | | 11/21/2017) |
|---|---|---|
| 11/21/2017 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 62 Notice of Appeal. (tp) (Entered: 11/21/2017) |
| 11/21/2017 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 62 Notice of Appeal, filed by Sarah Palin were transmitted to the U.S. Court of Appeals. (tp) (Entered: 11/21/2017) |
| 01/22/2018 | 63 | NOTICE OF CHANGE OF ADDRESS by David A. Schulz on behalf of The New York Times Company. New Address: Ballard Spahr LLP, 1675 Broadway, 19th Floor, New York, NY, US 10019-5820, 212-850-6103. (Schulz, David) (Entered: 01/22/2018) |
| 08/06/2019 | 64 | OPINION of USCA (Certified) as to 62 Notice of Appeal, filed by Sarah Palin USCA Case Number 17-3801-cv. This case is ultimately about the First Amendment, but the subject matter implicated in this appeal is far less dramatic: rules of procedure and pleading standards. Sarah Palin appeals the dismissal of her defamation complaint against The New York Times ("the Times") for failure to state a claim. The district court (Rakoff, J.), uncertain as to whether Palin's complaint plausibly alleged all of the required elements of her defamation claim, held an evidentiary hearing to test the sufficiency of Palins pleadings. Following the hearing, and without converting the proceeding to one for summary judgment, the district court relied on evidence adduced at that hearing to dismiss Palins complaint under Federal Rule of Civil Procedure 12(b)(6). We find that the district court erred in relying on facts outside the pleadings to dismiss the complaint. We further conclude that Palin's Proposed Amended Complaint plausibly states a claim for defamation and may proceed to full discovery. We therefore VACATE and REMAND for proceedings consistent with this opinion.. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Certified: 8/6/2019. (nd) (Entered: 08/06/2019) |
| 08/06/2019 | | Transmission of USCA Opinion to the District Judge re: 64 USCA Opinion. (nd) (Entered: 08/06/2019) |
| 10/15/2019 | 65 | AMENDED OPINION OF USCA as to 62 Notice of Appeal, filed by Sarah Palin. USCA Case Number 17-3801-cv. This case is ultimately about the First Amendment, but the subject matter implicated in this appeal is far less dramatic: rules of procedure and pleading standards. Sarah Palin appeals the dismissal of her defamation complaint against The New York Times ("the Times") for failure to state a claim. The district court (Rakoff, J.), uncertain as to whether Palin's complaint plausibly alleged all of the required elements of her defamation claim, held an evidentiary hearing to test the sufficiency of Palin's pleadings. Following the hearing, and without converting the proceeding to one for summary judgment, the district court relied on evidence adduced at that hearing to dismiss Palin's complaint under Federal Rule of Civil Procedure 12(b)(6). We find that the district court erred in relying on facts outside the pleadings to dismiss the complaint. We further conclude that Palin's Proposed Amended Complaint plausibly states a claim for defamation and may proceed to full discovery. We therefore VACATE and REMAND for proceedings consistent with this opinion. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Certified: 10/15/2019. (nd) (Entered: 10/15/2019) |
| 12/10/2019 | 66 | MANDATE of USCA (Certified Copy) as to 62 Notice of Appeal, filed by Sarah Palin. USCA Case Number 17-3801. IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is VACATED and the case is REMANDED to the district court for further proceedings consistent with this Court's opinion. This judgment is nunc pro tunc to October 15, 2019, the date the Amended Opinion was filed. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 12/09/2019. (Attachments: # 1 Opinion, # 2 Amended Opinion, # 3 Judgment)(nd) (Entered: 12/10/2019) |
| 12/10/2019 | | Transmission of USCA Mandate to the District Judge re: 66 USCA Mandate,,. (nd) (Entered: 12/10/2019) |
| 12/11/2019 | | Minute Entry for proceedings held before Judge Jed S. Rakoff:. Scheduling Conference set for 12/16/2019 at 11:00 AM before Judge Jed S. Rakoff. (Kotowski, Linda) (Entered: 12/11/2019) |

| | | |
|---|---|---|
| 12/12/2019 | 67 | ORDER: The Court will hold a scheduling conference in this case on Monday, December 16, 2019 at 11:00 AM in Courtroom 14B at 500 Pearl St., New York, NY. (Scheduling Conference set for 12/16/2019 at 11:00 AM in Courtroom 14B, 500 Pearl Street, New York, NY 10007 before Judge Jed S. Rakoff.) (Signed by Judge Jed S. Rakoff on 12/11/2019) (jwh) (Entered: 12/12/2019) |
| 12/13/2019 | 68 | NOTICE OF APPEARANCE by Thomas Byrne Sullivan on behalf of The New York Times Company. (Sullivan, Thomas) (Entered: 12/13/2019) |
| 12/16/2019 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Scheduling Conference held on 12/16/2019, ( Final Pretrial Conference set for 5/26/2020 at 11:00 AM before Judge Jed S. Rakoff., Jury Trial set for 6/22/2020 at 09:30 AM before Judge Jed S. Rakoff.). (Kotowski, Linda) (Entered: 12/16/2019) |
| 12/16/2019 | 69 | CIVIL CASE MANAGEMENT PLAN: Trial - 6/22/20. The case is to be tried to a jury. Amended Pleadings due by 1/7/2020. Motions due by 4/27/2020. Responses due by 5/11/2020 Replies due by 5/18/2020. Deposition due by 4/6/2020. Discovery due by 4/13/2020. Oral Argument set for 5/26/2020 at 11:00 AM before Judge Jed S. Rakoff. Final Pretrial Conference set for 5/26/2020 at 11:00 AM before Judge Jed S. Rakoff. (Signed by Judge Jed S. Rakoff on 12/16/2019) (jwh) (Entered: 12/16/2019) |
| 12/30/2019 | 70 | FIRST AMENDED COMPLAINT amending 1 Complaint, against The New York Times Company, James Bennet with JURY DEMAND.Document filed by Sarah Palin. Related document: 1 Complaint,. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29)(Ricardo, Shawn) (Entered: 12/30/2019) |
| 12/30/2019 | 71 | REQUEST FOR ISSUANCE OF SUMMONS as to James Bennet, re: 70 Amended Complaint,,. Document filed by Sarah Palin. (Ricardo, Shawn) (Entered: 12/30/2019) |
| 01/02/2020 | 72 | ELECTRONIC SUMMONS ISSUED as to James Bennet. (pc) (Entered: 01/02/2020) |
| 01/02/2020 | 73 | NOTICE OF APPEARANCE by Jay Ward Brown on behalf of James Bennet. (Brown, Jay) (Entered: 01/02/2020) |
| 01/02/2020 | 74 | NOTICE OF APPEARANCE by Thomas Byrne Sullivan on behalf of James Bennet. (Sullivan, Thomas) (Entered: 01/02/2020) |
| 01/02/2020 | 75 | ANSWER to 70 Amended Complaint,, with JURY DEMAND. Document filed by James Bennet, The New York Times Company.(Brown, Jay) (Entered: 01/02/2020) |
| 01/02/2020 | 76 | MOTION for Judgment on the Pleadings *to dismiss plaintiff's claim for disgorgement damages*. Document filed by James Bennet, The New York Times Company. Responses due by 1/10/2020(Brown, Jay) (Entered: 01/02/2020) |
| 01/02/2020 | 77 | MEMORANDUM OF LAW in Support re: 76 MOTION for Judgment on the Pleadings *to dismiss plaintiff's claim for disgorgement damages*. . Document filed by James Bennet, The New York Times Company. (Brown, Jay) (Entered: 01/02/2020) |
| 01/03/2020 | 78 | MOTION to Withdraw *as Co-Counsel*. Document filed by The New York Times Company. (Attachments: # 1 Text of Proposed Order)(Leatherbury, Thomas) (Entered: 01/03/2020) |
| 01/03/2020 | 79 | DECLARATION of Thomas S. Leatherbury in Support re: 78 MOTION to Withdraw *as Co-Counsel.*. Document filed by The New York Times Company. (Leatherbury, Thomas) (Entered: 01/03/2020) |
| 01/10/2020 | 80 | MEMORANDUM OF LAW in Opposition re: 76 MOTION for Judgment on the Pleadings *to dismiss plaintiff's claim for disgorgement damages*. . Document filed by Sarah Palin. (Vogt, Shane) (Entered: 01/10/2020) |

| | | |
|---|---|---|
| 01/13/2020 | 81 | ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL granting 78 Motion to Withdraw: IT IS HEREBY ORDERED that the noticed request to withdraw Thomas S. Leatherbury and Vinson & Elkins LLP as co-counsel for The New York Times Company is granted, and the appearances of Mr. Leatherbury and Vinson & Elkins LLP are withdrawn as of the date of this Order. (Attorney Thomas S. Leatherbury terminated.) (Signed by Judge Jed S. Rakoff on 1/10/2020) (jwh) Modified on 1/13/2020 (jwh). (Entered: 01/13/2020) |
| 01/16/2020 | 82 | REPLY MEMORANDUM OF LAW in Support re: 76 MOTION for Judgment on the Pleadings *to dismiss plaintiff's claim for disgorgement damages*. . Document filed by James Bennet, The New York Times Company. (Brown, Jay) (Entered: 01/16/2020) |
| 01/21/2020 | 83 | MEMORANDUM ORDER granting 76 Motion for Judgment on the Pleadings: For these reasons, the Court grants the defendants' motion for partial judgment on the pleadings dismissing Palin's claim for disgorgement damages. The Clerk is directed to close the entry bearing the docket number 76. (Signed by Judge Jed S. Rakoff on 1/19/2020) (jwh) (Entered: 01/21/2020) |
| 01/24/2020 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 1/24/2020. (Kotowski, Linda) (Entered: 01/30/2020) |
| 01/27/2020 | 84 | PROTECTIVE ORDER regarding procedures to be followed that shall govern the handling of confidential material. (Signed by Judge Jed S. Rakoff on 1/24/2020) (jwh) (Entered: 01/27/2020) |
| 01/30/2020 | 85 | MOTION for David L. Axelrod to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-18640467. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by James Bennet, The New York Times Company. (Attachments: # 1 Affidavit of D. Axelrod, # 2 Exhibit 1, # 3 Text of Proposed Order)(Axelrod, David) (Entered: 01/30/2020) |
| 02/03/2020 | 86 | ORDER ON MOTION FOR ADMISSION PRO HAC VICE granting 85 Motion for David L. Axelrod to Appear Pro Hac Vice. (Signed by Judge Jed S. Rakoff on 1/31/2020) (jwh) (Entered: 02/03/2020) |
| 02/20/2020 | 87 | NOTICE OF APPEARANCE by Jacquelyn Nicole Schell on behalf of James Bennet, The New York Times Company..(Schell, Jacquelyn) (Entered: 02/20/2020) |
| 02/27/2020 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 2/27/2020. (Kotowski, Linda) (Entered: 02/27/2020) |
| 03/11/2020 | 88 | TRANSCRIPT of Proceedings re: CONFERENCE held on 12/16/2019 before Judge Jed S. Rakoff. Court Reporter/Transcriber: Sonya Ketter Moore, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/1/2020. Redacted Transcript Deadline set for 4/13/2020. Release of Transcript Restriction set for 6/9/2020..(McGuirk, Kelly) (Entered: 03/11/2020) |
| 03/11/2020 | 89 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 12/16/19 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 03/11/2020) |
| 03/17/2020 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 3/17/2020. (tro) Modified on 3/18/2020 (tro). (Entered: 03/18/2020) |
| 03/17/2020 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Interim Pretrial Conference held on 3/17/2020. (tro) (Entered: 03/19/2020) |
| 03/18/2020 | 90 | AMENDED CIVIL CASE MANAGEMENT PLAN: Ready for Trial by 8/24/2020. Amended pleadings may be filed without leave of Court until 1/7/20. Deposition due by 5/29/2020. Discovery due by 6/5/2020. Motions due by 6/19/2020. Responses due by 7/10/2020. Replies due by 7/17/2020. Oral Argument set for 7/27/2020 at 02:00 PM before Judge Jed S. Rakoff. Final Pretrial Conference |

| | | |
|---|---|---|
| | | set for 7/27/2020 at 02:00 PM before Judge Jed S. Rakoff. The Court will decide any summary judgment motions by no later than 8/10/20. The trial of any remaining claims will commence on 8/24/20 at 9:00 am. Jury Trial set for 8/24/2020 at 09:00 AM before Judge Jed S. Rakoff. (Signed by Judge Jed S. Rakoff on 3/18/2020) (jwh) (Entered: 03/18/2020) |
| 03/19/2020 | | MEMORANDUM TO THE DOCKET CLERK: The final pre-trial conference and the trial dates previously set for May 26, 2020 and June 22, 2020, respectively, have been adjourned to July 27, 2020 at 2:00 p.m. and August 24, 2020 at 9:00 a.m.(kgo) (Entered: 03/19/2020) |
| 03/19/2020 | | Set/Reset Hearings: Final Pretrial Conference set for 7/27/2020 at 02:00 PM before Judge Jed S. Rakoff. Jury Trial set for 8/24/2020 at 09:00 AM before Judge Jed S. Rakoff. (kgo) (Entered: 03/19/2020) |
| 03/19/2020 | 91 | NOTICE OF APPEARANCE by Michael McGee Munoz on behalf of Sarah Palin..(Munoz, Michael) (Entered: 03/19/2020) |
| 03/20/2020 | 92 | NOTICE of Substitution of Attorney. Old Attorney: S. Preston Ricardo, New Attorney: Michael M. Munoz, Address: Golenbock Eiseman Assor Bell & Peskoe LLP, 711 Third Avenue, 17th Floor, New York, NY, United States 10017, 212-907-7300. Document filed by Sarah Palin..(Ricardo, Shawn) (Entered: 03/20/2020) |
| 03/23/2020 | 93 | MEMO ENDORSEMENT on re: 92 Notice of Substitution of Attorney, filed by Sarah Palin. ENDORSEMENT: SO ORDERED. (Attorney Shawn Preston Ricardo terminated.) (Signed by Judge Jed S. Rakoff on 3/23/2020) (jwh) (Entered: 03/23/2020) |
| 06/12/2020 | 94 | MOTION for Summary Judgment . Document filed by James Bennet, The New York Times Company..(Brown, Jay) (Entered: 06/12/2020) |
| 06/12/2020 | 95 | MOTION for Partial Summary Judgment . Document filed by Sarah Palin..(Vogt, Shane) (Entered: 06/12/2020) |
| 06/19/2020 | 96 | MEMORANDUM OF LAW in Support re: 94 MOTION for Summary Judgment . . Document filed by James Bennet, The New York Times Company..(Brown, Jay) (Entered: 06/19/2020) |
| 06/19/2020 | 97 | RULE 56.1 STATEMENT. Document filed by James Bennet, The New York Times Company.. (Brown, Jay) (Entered: 06/19/2020) |
| 06/19/2020 | 98 | DECLARATION of James Bennet in Support re: 94 MOTION for Summary Judgment .. Document filed by James Bennet, The New York Times Company..(Brown, Jay) (Entered: 06/19/2020) |
| 06/19/2020 | 99 | DECLARATION of Thomas B. Sullivan in Support re: 94 MOTION for Summary Judgment .. Document filed by James Bennet, The New York Times Company. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51, # 52 Exhibit 52, # 53 Exhibit 53, # 54 Exhibit 54, # 55 Exhibit 55, # 56 Exhibit 56, # 57 Exhibit 57, # 58 Exhibit 58, # 59 Exhibit 59, # 60 Exhibit 60, # 61 Exhibit 61).(Brown, Jay) (Entered: 06/19/2020) |
| 06/19/2020 | 100 | MEMORANDUM OF LAW in Support re: 95 MOTION for Partial Summary Judgment . . Document filed by Sarah Palin..(Vogt, Shane) (Entered: 06/19/2020) |
| 06/19/2020 | 101 | RULE 56.1 STATEMENT. Document filed by Sarah Palin..(Vogt, Shane) (Entered: 06/19/2020) |
| 06/19/2020 | 102 | DECLARATION of Shane B. Vogt in Support re: 95 MOTION for Partial Summary Judgment .. Document filed by Sarah Palin. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # |

| Date | # | Description |
|---|---|---|
| | | 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W, # 24 Exhibit X, # 25 Exhibit Y, # 26 Exhibit Z, # 27 Exhibit AA, # 28 Exhibit BB).(Vogt, Shane) (Entered: 06/19/2020) |
| 07/08/2020 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 7/8/2020. (Kotowski, Linda) (Entered: 07/10/2020) |
| 07/09/2020 | 103 | **FILING ERROR - WRONG EVENT TYPE SELECTED FROM MENU -** CONSENT MOTION to Amend/Correct 99 Declaration in Support of Motion,,,,, . Document filed by James Bennet, The New York Times Company. (Attachments: # 1 Exhibit Corrected Exhibit 4, # 2 Exhibit Corrected Exhibit 5).(Sullivan, Thomas) Modified on 7/27/2020 (lb). (Entered: 07/09/2020) |
| 07/10/2020 | 104 | MEMORANDUM OF LAW in Opposition re: 95 MOTION for Partial Summary Judgment . . Document filed by James Bennet, The New York Times Company..(Brown, Jay) (Entered: 07/10/2020) |
| 07/10/2020 | 105 | DECLARATION of Jacquelyn N. Schell in Opposition re: 95 MOTION for Partial Summary Judgment .. Document filed by James Bennet, The New York Times Company. (Attachments: # 1 Exhibit 62, # 2 Exhibit 63, # 3 Exhibit 64, # 4 Exhibit 65, # 5 Exhibit 66).(Brown, Jay) (Entered: 07/10/2020) |
| 07/10/2020 | 106 | COUNTER STATEMENT TO 101 Rule 56.1 Statement. Document filed by James Bennet, The New York Times Company..(Brown, Jay) (Entered: 07/10/2020) |
| 07/10/2020 | 107 | MEMORANDUM OF LAW in Opposition re: 94 MOTION for Summary Judgment . . Document filed by Sarah Palin..(Vogt, Shane) (Entered: 07/10/2020) |
| 07/10/2020 | 108 | COUNTER STATEMENT TO 97 Rule 56.1 Statement. Document filed by Sarah Palin..(Vogt, Shane) (Entered: 07/10/2020) |
| 07/11/2020 | 109 | DECLARATION of Shane B. Vogt in Opposition re: 94 MOTION for Summary Judgment .. Document filed by Sarah Palin. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51, # 52 Exhibit 52, # 53 Exhibit 53, # 54 Exhibit 54, # 55 Exhibit 55, # 56 Exhibit 56, # 57 Exhibit 57, # 58 Exhibit 58, # 59 Exhibit 59, # 60 Exhibit 60, # 61 Exhibit 61, # 62 Exhibit 62, # 63 Exhibit 63, # 64 Exhibit 64, # 65 Exhibit 65, # 66 Exhibit 66, # 67 Exhibit 67, # 68 Exhibit 68, # 69 Exhibit 69, # 70 Exhibit 70 (Part 1), # 71 Exhibit 70 (Part 2), # 72 Exhibit 70 (Part 3), # 73 Exhibit 70 (Part 4), # 74 Exhibit 71, # 75 Exhibit 72, # 76 Exhibit 73, # 77 Exhibit 74, # 78 Exhibit 75, # 79 Exhibit 76, # 80 Exhibit 77, # 81 Exhibit 78, # 82 Exhibit 79, # 83 Exhibit 80, # 84 Exhibit 81, # 85 Exhibit 82, # 86 Exhibit 83, # 87 Exhibit 84, # 88 Exhibit 85, # 89 Exhibit 86, # 90 Exhibit 87, # 91 Exhibit 88, # 92 Exhibit 89, # 93 Exhibit 90, # 94 Exhibit 91, # 95 Exhibit 92, # 96 Exhibit 93, # 97 Exhibit 94, # 98 Exhibit 95, # 99 Exhibit 96, # 100 Exhibit 97, # 101 Exhibit 98, # 102 Exhibit 99, # 103 Exhibit 100, # 104 Exhibit 101, # 105 Exhibit 102, # 106 Exhibit 103, # 107 Exhibit 104, # 108 Exhibit 105, # 109 Exhibit 106, # 110 Exhibit 107, # 111 Exhibit 108, # 112 Exhibit 109, # 113 Exhibit 110, # 114 Exhibit 111, # 115 Exhibit 112, # 116 Exhibit 113, # 117 Exhibit 114, # 118 Exhibit 115, # 119 Exhibit 116, # 120 Exhibit 117, # 121 Exhibit 118, # 122 Exhibit 119, # 123 Exhibit 120, # 124 Exhibit 121, # 125 Exhibit 122, # 126 Exhibit 123, # 127 Exhibit 124, # 128 Exhibit 125, # 129 Exhibit 126, # 130 Exhibit 127, # 131 Exhibit 128, # 132 Exhibit 129, # 133 Exhibit 130, # 134 Exhibit 131, # 135 Exhibit 132, # 136 Exhibit 133, # 137 Exhibit 134, # 138 Exhibit 135, # 139 Exhibit 136, # 140 Exhibit 137, # 141 Exhibit 138, # 142 Exhibit 139, # 143 Exhibit 140, # 144 Exhibit 141, # 145 Exhibit 142, # 146 Exhibit 143, # 147 Exhibit 144, # 148 Exhibit 145, # 149 Exhibit 146, # 150 Exhibit 147, # 151 Exhibit 148, # 152 Exhibit 149, # 153 Exhibit 150, # 154 Exhibit 151, # 155 |

Exhibit 152, # [156](#) Exhibit 153, # [157](#) Exhibit 154, # [159](#) Exhibit 155, # [159](#) Exhibit 156, # [160](#) Exhibit 157, # [165](#) Exhibit 158, # [162](#) Exhibit 159, # [163](#) Exhibit 160, # [164](#) Exhibit 161, # [165](#) Exhibit 162, # [166](#) Exhibit 163, # [167](#) Exhibit 164, # [168](#) Exhibit 165, # [169](#) Exhibit 166, # [170](#) Exhibit 167, # [171](#) Exhibit 168, # [172](#) Exhibit 169, # [173](#) Exhibit 170, # [174](#) Exhibit 171, # [175](#) Exhibit 172, # [176](#) Exhibit 173, # [177](#) Exhibit 174, # [178](#) Exhibit 175, # [179](#) Exhibit 176, # [180](#) Exhibit 177, # [181](#) Exhibit 178, # [182](#) Exhibit 179, # [183](#) Exhibit 180, # [184](#) Exhibit 181, # [185](#) Exhibit 182, # [186](#) Exhibit 183, # [187](#) Exhibit 184, # [188](#) Exhibit 185, # [189](#) Exhibit 186, # [190](#) Exhibit 187, # [191](#) Exhibit 188, # [192](#) Exhibit 189, # [193](#) Exhibit 190, # [194](#) Exhibit 191, # [195](#) Exhibit 192, # [196](#) Exhibit 193, # [197](#) Exhibit 194, # [198](#) Exhibit 195, # [199](#) Exhibit 196, # [200](#) Exhibit 197, # [201](#) Exhibit 198, # [202](#) Exhibit 199, # [203](#) Exhibit 200, # [204](#) Exhibit 201, # [205](#) Exhibit 202, # [206](#) Exhibit 203, # [207](#) Exhibit 204, # [208](#) Exhibit 205, # [209](#) Exhibit 206, # [210](#) Exhibit 207, # [211](#) Exhibit 208, # [212](#) Exhibit 209, # [213](#) Exhibit 210, # [214](#) Exhibit 211).(Vogt, Shane) (Entered: 07/11/2020)

| 07/11/2020 | [110](#) | NOTICE of Plaintiff's Statement Regarding Filing of Declaration of Shane Vogt [Doc. 109] re: [109](#) Declaration in Opposition to Motion,,,,,,,,,,,,,,,,,,,,. Document filed by Sarah Palin. (Attachments: # [1](#) Exhibit 1, # [2](#) Exhibit 2, # [3](#) Exhibit 3, # [4](#) Exhibit 4).(Vogt, Shane) (Entered: 07/11/2020) |
| --- | --- | --- |
| 07/15/2020 | [111](#) | **FILING ERROR - WRONG EVENT TYPE SELECTED FROM MENU -** MOTION for Reconsideration re; [83](#) Order on Motion for Judgment on the Pleadings, . Document filed by Sarah Palin..(Vogt, Shane) Modified on 7/28/2020 (lb). (Entered: 07/15/2020) |
| 07/16/2020 | | NOTICE of Hearing:The Pretrial Conference set for 7/27/2020 at 02:00 PM before Judge Jed S. Rakoff shall proceed telephonically. Dial in information: USA toll free - 888-363-4735; International, caller paid - 215-446-3657; Access code - 1086415..(Kotowski, Linda) (Entered: 07/16/2020) |
| 07/17/2020 | [112](#) | REPLY MEMORANDUM OF LAW in Opposition re: [94](#) MOTION for Summary Judgment . . Document filed by Sarah Palin..(Vogt, Shane) (Entered: 07/17/2020) |
| 07/17/2020 | [113](#) | REPLY MEMORANDUM OF LAW in Support re: [94](#) MOTION for Summary Judgment . . Document filed by The New York Times Company..(Brown, Jay) (Entered: 07/17/2020) |
| 07/17/2020 | [114](#) | RULE 56.1 STATEMENT. Document filed by James Bennet, The New York Times Company..(Brown, Jay) (Entered: 07/17/2020) |
| 07/20/2020 | [115](#) | MEMORANDUM OF LAW in Opposition re: [111](#) MOTION for Reconsideration re; [83](#) Order on Motion for Judgment on the Pleadings, . . filed document filed by James Bennet, The New York Times Company..(Brown, Jay) (Entered: 07/20/2020) |
| 07/22/2020 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 7/22/2020, ( Jury Trial set for 2/1/2021 at 09:30 AM before Judge Jed S. Rakoff.). (Kotowski, Linda) (Entered: 07/22/2020) |
| 07/27/2020 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephonic Oral Argument held on 7/27/2020 re: [95](#) MOTION for Partial Summary Judgment . filed by Sarah Palin, [94](#) MOTION for Summary Judgment . filed by The New York Times Company, James Bennet. (Kotowski, Linda) (Entered: 07/30/2020) |
| 07/28/2020 | | **\*\*\*NOTICE TO ATTORNEY TO RE-FILE DOCUMENT - EVENT TYPE ERROR. Notice to Attorney Shane B. Vogt to RE-FILE Document [111](#) MOTION for Reconsideration re; [83](#) Order on Motion for Judgment on the Pleadings, .. Use the event type Memorandum of Law in Support (non-motion) found under the event list Other Answers. (lb)** (Entered: 07/28/2020) |
| 07/28/2020 | [116](#) | MEMORANDUM OF LAW in Support re: [83](#) Order on Motion for Judgment on the Pleadings, *of Reconsideration and/or Alteration or Amendment of January 21, 2020 Memorandum Order*. Document filed by Sarah Palin..(Vogt, Shane) (Entered: 07/28/2020) |
| 08/28/2020 | [117](#) | OPINION AND ORDER re: [95](#) MOTION for Partial Summary Judgment . filed by Sarah Palin, [94](#) MOTION for Summary Judgment . filed by The New York Times Company, James Bennet. For the above-discussed reasons, plaintiff's motion for partial summary judgment is denied and defendants' motion for summary judgment is also denied. The Clerk of the Court is directed to close docket |

| | | entries 94 and 95. The trial of this case, pandemic permitting, will commence on February 1, 2020 at 9:30 a.m. SO ORDERED. (Signed by Judge Jed S. Rakoff on 8/28/2020) (kv) (Entered: 08/28/2020) |
|---|---|---|
| 08/28/2020 | [118](#) | ORDER: The Court hereby corrects the following error in the Opinion and Order signed today, August 28, 2020, Dkt. No. 117, in the above-captioned matter: On page 35, line 5, the word "2020" is deleted and replaced with "2021." (Signed by Judge Jed S. Rakoff on 8/28/2020) (rro) (Entered: 08/28/2020) |
| 11/23/2020 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 11/23/2020. (Kotowski, Linda) (Entered: 12/04/2020) |
| 11/25/2020 | [119](#) | MOTION for Reconsideration re; [117](#) Memorandum & Opinion,, . Document filed by James Bennet, The New York Times Company..(Brown, Jay) (Entered: 11/25/2020) |
| 11/30/2020 | [120](#) | MEMORANDUM OF LAW in Support re: [119](#) MOTION for Reconsideration re; [117](#) Memorandum & Opinion,, . . Document filed by James Bennet, The New York Times Company..(Brown, Jay) (Entered: 11/30/2020) |
| 11/30/2020 | [121](#) | MOTION for Lee. J. Levine to Withdraw as Attorney . Document filed by James Bennet, The New York Times Company..(Levine, Lee) (Entered: 11/30/2020) |
| 12/04/2020 | [122](#) | MEMO ENDORSEMENT granting [121](#) Motion to Withdraw as Attorney. ENDORSEMENT: SO ORDERED. (Attorney Lee Levine terminated.) (Signed by Judge Jed S. Rakoff on 12/4/2020) (rro) (Entered: 12/04/2020) |
| 12/07/2020 | [123](#) | RESPONSE to Motion re: [119](#) MOTION for Reconsideration re; [117](#) Memorandum & Opinion,, . . Document filed by Sarah Palin..(Vogt, Shane) (Entered: 12/07/2020) |
| 12/09/2020 | [124](#) | REPLY MEMORANDUM OF LAW in Support re: [119](#) MOTION for Reconsideration re; [117](#) Memorandum & Opinion,, . . Document filed by The New York Times Company..(Brown, Jay) (Entered: 12/09/2020) |
| 12/17/2020 | | Minute Entry for proceedings held before Judge Jed S. Rakoff:. Jury Trial set for 6/21/2021 at 09:30 AM before Judge Jed S. Rakoff, pending further order of the Court. (Kotowski, Linda) (Entered: 12/17/2020) |
| 12/29/2020 | [125](#) | MEMORANDUM ORDER granting [119](#) Motion for Reconsideration: For the foregoing reasons, defendants' motion is granted. The Court holds that N.Y. Civil Rights Law § 76-a, as amended on November 10, 2020, applies to this action and requires plaintiff, as a matter of state law, to prove by clear and convincing evidence what she had already been tasked with establishing under the federal Constitution: that defendants made the allegedly defamatory statements in the Editorial "with knowledge of [their] falsity or with reckless disregard of whether [they were] false" -- that is, with actual malice. See § 76-a(2). The Clerk of the Court is directed to close the entry at docket number 119. (Signed by Judge Jed S. Rakoff on 12/29/2020) (jwh) (Entered: 12/29/2020) |
| 01/12/2021 | [126](#) | INTERNET CITATION NOTE: Material from decision with Internet citation re: [125](#) Order on Motion for Reconsideration. (sjo) (Entered: 01/12/2021) |
| 06/18/2021 | | NOTICE: The trial is adjourned pending further of the Court..(Kotowski, Linda) (Entered: 06/18/2021) |
| 06/22/2021 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 6/22/2021. (Kotowski, Linda) (Entered: 06/22/2021) |
| 07/19/2021 | [127](#) | MOTION for Michael D. Sullivan to Withdraw as Attorney . Document filed by James Bennet, The New York Times Company..(Sullivan, Michael) (Entered: 07/19/2021) |
| 07/22/2021 | [128](#) | MEMO ENDORSEMENT granting [127](#) Motion to Withdraw as Attorney. ENDORSEMENT: SO ORDERED. Attorney Michael D. Sullivan terminated. (Signed by Judge Jed S. Rakoff on 7/20/2021) (kv) (Entered: 07/22/2021) |

| | | |
|---|---|---|
| 07/28/2021 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 7/28/2021. ( Jury Trial set for 9/20/2021 at 09:30 AM before Judge Jed S. Rakoff.). (Kotowski, Linda) (Entered: 07/29/2021) |
| 08/12/2021 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: In the above-captioned case, a telephone conference was held August 12, 2021 without transcription or recording. Counsel for Plaintiff and Defendant were present. Developments with the COVID-19 pandemic necessitate the postponement of the jury trial. Accordingly, trial will now commence January 24, 2022. ( Jury Selection set for 1/24/2022 at 09:30AM before Judge Jed S. Rakoff.). (Kotowski, Linda) (Entered: 08/12/2021) |
| 12/20/2021 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 12/20/2021. (Kotowski, Linda) (Entered: 12/20/2021) |
| 01/07/2022 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 1/7/2022.. The Court denied Plaintiffs motion to adjourn the trial but granted Plaintiffs motion to adjust the sitting times on certain trial days. (Kotowski, Linda) (Entered: 01/07/2022) |
| 01/10/2022 | | Minute Entry for proceedings held before Judge Jed S. Rakoff:. A telphonic Pretrial Conference set for 1/11/2022 at 02:30 PM before Judge Jed S. Rakoff. The public may access this proceeding by dialing :USA toll free 888-363-4735, international caller paid 215-446-3657, Access code 1086415 (Kotowski, Linda) (Entered: 01/10/2022) |
| 01/10/2022 | | Minute Entry for proceedings held before Judge Jed S. Rakoff:. Telephone Conference set for 1/11/2022 at 02:30 PM before Judge Jed S. Rakoff. The public may access this proceeding by dialing :USA toll free 888-363-4735, international caller paid 215-446-3657, Access code 1086415 (Kotowski, Linda) (Entered: 01/10/2022) |
| 01/10/2022 | 129 | MOTION in Limine . Document filed by Sarah Palin. (Attachments: # 1 Exhibit A).(Vogt, Shane) (Entered: 01/10/2022) |
| 01/10/2022 | 130 | MEMORANDUM OF LAW in Support re: 129 MOTION in Limine . . Document filed by Sarah Palin. (Attachments: # 1 Exhibit A).(Vogt, Shane) (Entered: 01/10/2022) |
| 01/11/2022 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 1/11/2022. (Kotowski, Linda) (Entered: 01/13/2022) |
| 01/14/2022 | 131 | **FILING ERROR - DEFICIENT DOCKET ENTRY -** MOTION in Limine *For A Ruling That The Challenged Statements Are Not Defamatory Per Se*. Document filed by James Bennet, The New York Times Company. (Attachments: # 1 Memorandum in Support).(Axelrod, David) Modified on 1/31/2022 (kj). (Entered: 01/14/2022) |
| 01/14/2022 | 132 | MOTION in Limine *To Exclude The Testimony of Craig Kronenberger*. Document filed by James Bennet, The New York Times Company..(Axelrod, David) (Entered: 01/14/2022) |
| 01/14/2022 | 133 | MEMORANDUM OF LAW in Support re: 132 MOTION in Limine *To Exclude The Testimony of Craig Kronenberger*. . Document filed by James Bennet, The New York Times Company..(Axelrod, David) (Entered: 01/14/2022) |
| 01/14/2022 | 134 | DECLARATION of David L. Axelrod in Support re: 132 MOTION in Limine *To Exclude The Testimony of Craig Kronenberger*.. Document filed by James Bennet, The New York Times Company. (Attachments: # 1 Ex. 1, # 2 Ex. 2, # 3 Ex. 3, # 4 Ex. 4, # 5 Ex. 5, # 6 Ex. 6, # 7 Ex. 7, # 8 Ex. 8, # 9 Ex. 9, # 10 Ex. 10, # 11 Ex. 11, # 12 Ex. 12, # 13 Ex. 13, # 14 Ex. 14, # 15 Ex. 15, # 16 Ex. 16, # 17 Ex. 17, # 18 Ex. 18).(Axelrod, David) (Entered: 01/14/2022) |
| 01/14/2022 | | Minute Entry for proceedings held before Judge Jed S. Rakoff:. Jury Selection set for 1/24/2022 at 09:00AM before Judge Jed S. Rakoff. The public may listen by using the connection information:Toll-Free USA : 877-810-9415International Caller Paid: 636-651-3185Access Code: 4086346 (Kotowski, Linda) (Entered: 01/14/2022) |

| 01/14/2022 | [135] | MOTION in Limine *to Exclude Evidence Regarding Articles and Posts Published by Atlantic Media, an Article James Bennet Was Sent, and Senator Michael Bennet*. Document filed by James Bennet, The New York Times Company..(Axelrod, David) (Entered: 01/14/2022) |
| --- | --- | --- |
| 01/14/2022 | [136] | MEMORANDUM OF LAW in Support re: [135] MOTION in Limine *to Exclude Evidence Regarding Articles and Posts Published by Atlantic Media, an Article James Bennet Was Sent, and Senator Michael Bennet*. . Document filed by James Bennet, The New York Times Company..(Axelrod, David) (Entered: 01/14/2022) |
| 01/14/2022 | [137] | MOTION in Limine *to Exclude Evidence of James Bennet's Departure from The Times, Unrelated Controversies During His Tenure as Opinion Editor, and the Elimination of the Public Editor Position*. Document filed by James Bennet, The New York Times Company..(Axelrod, David) (Entered: 01/14/2022) |
| 01/14/2022 | [138] | MEMORANDUM OF LAW in Support re: [137] MOTION in Limine *to Exclude Evidence of James Bennet's Departure from The Times, Unrelated Controversies During His Tenure as Opinion Editor, and the Elimination of the Public Editor Position*. . Document filed by James Bennet, The New York Times Company..(Axelrod, David) (Entered: 01/14/2022) |
| 01/14/2022 | [139] | DECLARATION of Thomas B. Sullivan in Support re: [137] MOTION in Limine *to Exclude Evidence of James Bennet's Departure from The Times, Unrelated Controversies During His Tenure as Opinion Editor, and the Elimination of the Public Editor Position*., [135] MOTION in Limine *to Exclude Evidence Regarding Articles and Posts Published by Atlantic Media, an Article James Bennet Was Sent, and Senator Michael Bennet*.. Document filed by James Bennet, The New York Times Company. (Attachments: # [1] Ex. A, # [2] Ex. B, # [3] Ex. C, # [4] Ex. D, # [5] Ex. E, # [6] Ex. F, # [7] Ex. G, # [8] Ex. H, # [9] Ex. I, # [10] Ex. J, # [11] Ex. K, # [12] Ex. L, # [13] Ex. M (intentionally omitted), # [14] Ex. N, # [15] Ex. O, # [16] Ex. P, # [17] Ex. Q, # [18] Ex. R, # [19] Ex. S, # [20] Ex. T, # [21] Ex. U, # [22] Ex. V, # [23] Ex. W, # [24] Ex. X, # [25] Ex. Y, # [26] Ex. Z, # [27] Ex. AA, # [28] Ex. AB, # [29] Ex. AC, # [30] Ex. AD, # [31] Ex. AE, # [32] Ex. AF, # [33] Ex. AG, # [34] Ex. AH, # [35] Ex. AI, # [36] Ex. AJ, # [37] Ex. AK, # [38] Ex. AL, # [39] Ex. AM, # [40] Ex. AN, # [41] Ex. AO, # [42] Ex. AP - Part 1 of 2, # [43] Ex. AP - Part 2 of 2, # [44] Ex. AQ, # [45] Ex. AR, # [46] Ex. AS, # [47] Ex. AT, # [48] Ex. AU, # [49] Ex. AV).(Axelrod, David) (Entered: 01/14/2022) |
| 01/14/2022 | | **\*\*\*NOTICE TO ATTORNEY TO RE-FILE DOCUMENT - DEFICIENT DOCKET ENTRY ERROR. Notice to Attorney David Axelrod to RE-FILE Document [131] MOTION in Limine *For A Ruling That The Challenged Statements Are Not Defamatory Per Se*.. ERROR(S): Supporting Documents are filed separately, each receiving their own document #. (Supporting Documents are found under the Event Type - Replies, Opposition and Supporting Documents; Rule 56.1 Statement is found under Other Answers). (kj)** (Entered: 01/31/2022) |
| 01/17/2022 | [140] | MOTION in Limine *Regarding Case Management Techniques*. Document filed by James Bennet, The New York Times Company. (Attachments: # [1] Exhibit A, # [2] Exhibit B).(Axelrod, David) (Entered: 01/17/2022) |
| 01/17/2022 | [141] | MEMORANDUM OF LAW in Support re: [140] MOTION in Limine *Regarding Case Management Techniques*. . Document filed by James Bennet, The New York Times Company..(Axelrod, David) (Entered: 01/17/2022) |
| 01/17/2022 | [142] | **FILING ERROR - DEFICIENT DOCKET ENTRY -** MEMORANDUM OF LAW in Opposition re: [131] MOTION in Limine *For A Ruling That The Challenged Statements Are Not Defamatory Per Se*. . Document filed by Sarah Palin..(Vogt, Shane) Modified on 1/31/2022 (kj). (Entered: 01/17/2022) |
| 01/17/2022 | [143] | MEMORANDUM OF LAW in Opposition re: [140] MOTION in Limine *Regarding Case Management Techniques*. . Document filed by Sarah Palin..(Vogt, Shane) (Entered: 01/17/2022) |
| 01/17/2022 | [144] | RESPONSE in Opposition to Motion re: [129] MOTION in Limine . . Document filed by James Bennet, The New York Times Company..(Axelrod, David) (Entered: 01/17/2022) |

| | | |
|---|---|---|
| 01/17/2022 | [145] | MEMORANDUM OF LAW in Opposition re: [137] MOTION in Limine *to Exclude Evidence of James Bennet's Departure from The Times, Unrelated Controversies During His Tenure as Opinion Editor, and the Elimination of the Public Editor Position*. . Document filed by Sarah Palin..(Vogt, Shane) (Entered: 01/17/2022) |
| 01/17/2022 | [146] | PROPOSED JURY INSTRUCTIONS. Document filed by James Bennet, The New York Times Company..(Axelrod, David) (Entered: 01/17/2022) |
| 01/17/2022 | [147] | MEMORANDUM OF LAW in Opposition re: [135] MOTION in Limine *to Exclude Evidence Regarding Articles and Posts Published by Atlantic Media, an Article James Bennet Was Sent, and Senator Michael Bennet*. . Document filed by Sarah Palin..(Vogt, Shane) (Entered: 01/17/2022) |
| 01/17/2022 | [148] | PROPOSED PRE-TRIAL ORDER. Document filed by Sarah Palin..(Vogt, Shane) (Entered: 01/17/2022) |
| 01/17/2022 | [149] | MEMORANDUM OF LAW in Opposition re: [132] MOTION in Limine *To Exclude The Testimony of Craig Kronenberger*. . Document filed by Sarah Palin. (Attachments: # [1] Exhibit A).(Vogt, Shane) (Entered: 01/17/2022) |
| 01/17/2022 | [150] | DECLARATION of Craig Kronenberger in Opposition re: [132] MOTION in Limine *To Exclude The Testimony of Craig Kronenberger*.. Document filed by Sarah Palin..(Vogt, Shane) (Entered: 01/17/2022) |
| 01/17/2022 | [151] | PROPOSED JURY INSTRUCTIONS. Document filed by Sarah Palin..(Vogt, Shane) (Entered: 01/17/2022) |
| 01/17/2022 | | ***NOTICE TO ATTORNEY TO RE-FILE DOCUMENT - DEFICIENT DOCKET ENTRY ERROR. Notice to Attorney Shane Vogt to RE-FILE Document [142] Memorandum of Law in Opposition to Motion,. ERROR(S): Supporting and or Opposing document(s) was linked to a deficient filing. (kj)** (Entered: 01/31/2022) |
| 01/18/2022 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Jury Trial in this matter will commence before Judge Rakoff on 1/24/22. Throughout the trial, the public may listen to the proceedings using the following public access line: 877-810-9415; Access Code: 4086346. (Kotowski, Linda) (Entered: 01/18/2022) |
| 01/19/2022 | [152] | PROPOSED VOIR DIRE QUESTIONS. Document filed by James Bennet, The New York Times Company..(Axelrod, David) (Entered: 01/19/2022) |
| 01/19/2022 | [153] | PROPOSED JURY INSTRUCTIONS. Document filed by James Bennet, The New York Times Company..(Axelrod, David) (Entered: 01/19/2022) |
| 01/20/2022 | [154] | PROPOSED VOIR DIRE QUESTIONS. Document filed by Sarah Palin..(Vogt, Shane) (Entered: 01/20/2022) |
| 01/20/2022 | | Minute Entry for proceedings held before Judge Jed S. Rakoff:. Jury Selection set for 1/24/2022 before Judge Jed S. Rakoff. Throughout the trial, the public may listen to the proceedings using the following public access line: USA Toll free: 844-721-7237, International Caller paid: 409-207-6951,Access Code: 7920433This is a change in connection information. (Kotowski, Linda) (Entered: 01/20/2022) |
| 01/21/2022 | [155] | PROPOSED JURY INSTRUCTIONS. Document filed by Sarah Palin..(Vogt, Shane) (Entered: 01/21/2022) |
| 01/22/2022 | [156] | NOTICE OF APPEARANCE by Shawn Preston Ricardo on behalf of Sarah Palin..(Ricardo, Shawn) (Entered: 01/22/2022) |
| 01/22/2022 | [157] | JOINT PRETRIAL CONSENT ORDER: Pursuant to Rule 4 of the Court's Individual Rules of Practice, Plaintiff Sarah Palin and Defendants The New York Times Company ("The Times") and James Bennet respectfully submit this proposed joint pretrial order for the jury trial scheduled to commence on January 24, 2022, as further set forth in this Order. Estimates Length of Trial: Five (5) days. (Signed by Judge Jed S. Rakoff on 1/22/2022) (mml) (Entered: 01/24/2022) |

| | | |
|---|---|---|
| 01/23/2022 | [158](#) | ORDER: The Court has just learned that, based on a new safety protocol that will be implemented imminently, no one may unmask in the courtroom -- even in the HEPA-filter-outfitted witness and attorney boxes -- unless they have tested negative for COVID-19 using an approved molecular diagnostic test. (Antigen tests are not approved.) If a person will be removing his or her mask on successive days, the person may test on an every-other-day schedule; otherwise, the speaker must test negative on the day of his or her appearance. If a speaker has had a confirmed case of COVID-19 (verified by either a doctor'snote or a viral test result) within the prior ninety days, he or she will be exempted from these testing requirements. Confirmation of negative test results (or of a prior case of COVID-19) must be provided to the Court through its staff, as further set forth in this Order. (Signed by Judge Jed S. Rakoff on 1/23/2022) (mml) (Entered: 01/24/2022) |
| 01/24/2022 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 1/23/2022 regarding the Plaintiffs positive test for COVID-19, without transcription or recording. (Kotowski, Linda) (Entered: 01/24/2022) |
| 01/24/2022 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Hearing Out of Jury Presence held on 1/24/2022, Minute entry for proceedings held before Judge Jed S. Rakoff: Hearing held on 1/24/22. Present for the plaintiff: Kenneth Turkel, Michael Munoz & Shane Vogt, present for the defendant: David Schulz, Jay Brown, David Axelrod, Thomas Sullivan for the defendant, and a court reporter. Due to Plaintiffs positive tests for COVID-19, the trial is adjourned to 2/3/22. The Court ruled on the parties motions in limine, setting forth its reasoning on the record. The Court denied Defendants motion [159](#) for a ruling that the challenged statements are not defamatory per se, without prejudice to Defendants raising the issue again at the charging conference. The Court granted Defendants motion [132](#) to exclude the testimony of Plaintiffs damages expert. The Court granted in part and denied in part Defendants motion [137](#) , granting the prong of the motion seeking to exclude evidence about James Bennets departure from the New York Times but denying the rest of the motion without prejudice to reraising the objections if the evidence is offered. The Court denied Defendants motion [135](#) without prejudice to reraising the objections if the evidence is offered, except that the Court granted the aspect of Defendants motion seeking exclusion of articles concerning the Plaintiffs child. The Court denied Defendants motion [140](#) regarding case management issues, but the Court will read the jury a preliminary instruction immediately after opening statements are finished. The Court heard argument on and finalized the text of that preliminary instruction. Plaintiffs motion [129](#) is denied as moot, but each partys counsel shall identify for opposing counsel any objected-to, proposed exhibits they intend to reference during their opening statements. The Court will rule on any remaining objections to such exhibits before the start of trial. The parties shall file a joint, final, and binding list of witnesses in likely order of appearance on 2/1/22. Throughout the trial, the public may listen to the proceedings using the following public access line: USA Toll free: 844-721-7237, International Caller paid: 409-207-6951,Access Code: 7920433. Pursuant to Federal law, the public is strictly prohibited from recording any part of these proceedings. ( Bench Trial set for 2/3/2022 at 09:00 AM before Judge Jed S. Rakoff.) (Kotowski, Linda) (Entered: 02/01/2022) |
| 01/31/2022 | [159](#) | MOTION in Limine *For A Ruling That The Challenged Statements Are Not Defamatory Per Se*. Document filed by James Bennet, The New York Times Company..(Axelrod, David) (Entered: 01/31/2022) |
| 01/31/2022 | [160](#) | MEMORANDUM OF LAW in Support re: [159](#) MOTION in Limine *For A Ruling That The Challenged Statements Are Not Defamatory Per Se*. . Document filed by James Bennet, The New York Times Company..(Axelrod, David) (Entered: 01/31/2022) |
| 01/31/2022 | [161](#) | MEMORANDUM OF LAW in Opposition re: [159](#) MOTION in Limine *For A Ruling That The Challenged Statements Are Not Defamatory Per Se*. . Document filed by Sarah Palin..(Vogt, Shane) (Entered: 01/31/2022) |
| 02/01/2022 | [162](#) | WITNESS LIST. Document filed by Sarah Palin..(Vogt, Shane) (Entered: 02/01/2022) |
| 02/03/2022 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Jury Trial begun on 2/3/2022. (Kotowski, Linda) (Entered: 02/04/2022) |

| 02/04/2022 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Jury Trial held on 2/4/2022. (Court Reporter Kristen Carranante) (Kotowski, Linda) (Entered: 02/04/2022) |
|---|---|---|
| 02/07/2022 | 163 | ORDER re: 162 Witness List filed by Sarah Palin. Docket entry 162, a revised witness list submitted after adjournment of the trial to February 3, 2022, was erroneously filed in a manner that prevented public access. The witness list has now been ordered unsealed. SO ORDERED. (Signed by Judge Jed S. Rakoff on 2/7/2022) (kv) (Entered: 02/07/2022) |
| 02/07/2022 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Jury Trial held on 2/7/2022. (Kotowski, Linda) (Entered: 02/08/2022) |
| 02/08/2022 | 164 | TRIAL MEMORANDUM. Document filed by Sarah Palin..(Vogt, Shane) (Entered: 02/08/2022) |
| 02/08/2022 | 165 | TRIAL MEMORANDUM. Document filed by Sarah Palin..(Vogt, Shane) (Entered: 02/08/2022) |
| 02/08/2022 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Jury Trial held on 2/8/2022. (Kotowski, Linda) (Entered: 02/08/2022) |
| 02/09/2022 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Jury Trial held on 2/9/2022. (Kotowski, Linda) (Entered: 02/11/2022) |
| 02/10/2022 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Jury Trial held on 2/10/2022. Both sides rest. Defendant's Motion to Dismiss denied. (Kotowski, Linda) Modified on 2/11/2022 (Kotowski, Linda). (Entered: 02/11/2022) |
| 02/11/2022 | 166 | TRANSCRIPT of Proceedings re: CONFERENCE held on 1/24/2022 before Judge Jed S. Rakoff. Court Reporter/Transcriber: Kelly Surina, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/4/2022. Redacted Transcript Deadline set for 3/14/2022. Release of Transcript Restriction set for 5/12/2022..(Moya, Goretti) (Entered: 02/11/2022) |
| 02/11/2022 | 167 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 1/24/22 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 02/11/2022) |
| 02/11/2022 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Jury Trial held on 2/11/2022. (Kotowski, Linda) (Entered: 02/16/2022) |
| 02/14/2022 | 168 | TRANSCRIPT of Proceedings re: CONFERENCE held on 1/11/2022 before Judge Jed S. Rakoff. Court Reporter/Transcriber: Steven Greenblum, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/7/2022. Redacted Transcript Deadline set for 3/17/2022. Release of Transcript Restriction set for 5/16/2022..(Moya, Goretti) (Entered: 02/14/2022) |
| 02/14/2022 | 169 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 1/11/22 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 02/14/2022) |
| 02/14/2022 | 170 | THE COURT'S INSTRUCTIONS OF LAW TO THE JURY: Ct. Ex. 1..(kv) (Entered: 02/14/2022) |
| 02/14/2022 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Jury Trial held on 2/14/2022. The Court grants the defendants' Rule 50 Motion. Charge by the Court. At 3:40pm, after Marshal is sworn, the jury retires to deliberate. (Kotowski, Linda) (Entered: 02/16/2022) |

| | | |
|---|---|---|
| 02/15/2022 | 171 | FINAL JUDGMENT: In view of the jury having returned a verdict of not-liable, and independently, for the reasons stated by the Court previously in granting Defendants' Rule 50 motion, final judgment is hereby entered dismissing the complaint with prejudice. ADJUDGED AND DECREED. (Signed by Judge Jed S. Rakoff on 2/15/2022) (kv) (Entered: 02/15/2022) |
| 02/15/2022 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Jury Trial completed on 2/15/2022. (Kotowski, Linda) (Entered: 02/16/2022) |
| 02/16/2022 | 172 | ORDER: It is the Court's uniform practice after a verdict has been rendered in a jury trial to have the Court's law clerk inquire of the jury as to whether there were any problems understanding the Court's instructions of law, so that improvements can be made in future cases. Late yesterday, in the course of such an inquiry in this case -- in which the jury confirmed that they had fully understood the instructions and had no suggestions regarding jury instructions for future cases -- several jurors volunteered to the law clerk that, prior to the rendering of the jury verdict in this case, they had learned of the fact of this Court's Rule 50 determination on Monday to dismiss the case on legal grounds. These jurors reported that although they had been assiduously adhering to the Court's instruction to avoid media coverage of the trial, they had involuntarily received "push notifications" on their smartphones that contained the bottom-line of the ruling. The jurors repeatedly assured the Court's law clerk that these notifications had not affected them in any way or played any role whatever in their deliberations. The Court also notes that when it proposed to the parties, during oral argument on Monday morning, to render its Rule 50 decision later that day but to permit the jury to continue deliberating so that the Court of Appeals would have the benefit of both the Court's legal determination and the jury's verdict, no party objected to this plan. Nor did any party object when the Court reconvened later that day, outside the presence of the jury, and the Court indicated that it was prepared to issue a Rule 50 decision at that time. Indeed, no party objected to this procedure at any time whatever. Nevertheless, in an excess of caution, the Court hereby brings the foregoing facts to the parties' attention. If any party feels there is any relief they seek based on the above, counsel should promptly initiate a joint phone conference with the Court to discuss whether any further proceedings are appropriate. SO ORDERED. (Signed by Judge Jed S. Rakoff on 2/16/2022) (kv) (Entered: 02/16/2022) |
| 02/16/2022 | 173 | VERDICT FORM..(kv) (Entered: 02/16/2022) |
| 02/16/2022 | 174 | ORDER: The Clerk is directed to docket the attached documents, to supplement the record in this case. Exhibit A is an instruction sent by email to members of the jury on Saturday, February 12, 2022 admonishing them again to avoid any media coverage of the trial. Exhibit B is correspondence between the Court and counsel for the parties regarding case law germane to Defendants' Rule 50 motion for judgment as a matter of law. SO ORDERED. (Signed by Judge Jed S. Rakoff on 2/16/2022) (kv) (Entered: 02/16/2022) |
| 02/17/2022 | | Minute Entry for proceedings held before Judge Jed S. Rakoff:. Telephone Conference set for 2/23/2022 at 04:00 PM before Judge Jed S. Rakoff. The public may access this proceeding on the following line:USA toll free 888-363-4735, international caller paid 215-446-3657, Access code 1086415 (Kotowski, Linda) (Entered: 02/17/2022) |
| 02/21/2022 | 175 | TRANSCRIPT of Proceedings re: TRIAL held on 2/3/2022 before Judge Jed S. Rakoff. Court Reporter/Transcriber: Khristine Sellin, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/14/2022. Redacted Transcript Deadline set for 3/24/2022. Release of Transcript Restriction set for 5/23/2022..(Moya, Goretti) (Entered: 02/21/2022) |
| 02/21/2022 | 176 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 2/3/22 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 02/21/2022) |

| 02/21/2022 | 177 | TRANSCRIPT of Proceedings re: TRIAL held on 2/4/2022 before Judge Jed S. Rakoff. Court Reporter/Transcriber: Khristine Sellin, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/14/2022. Redacted Transcript Deadline set for 3/24/2022. Release of Transcript Restriction set for 5/23/2022..(Moya, Goretti) (Entered: 02/21/2022) |
| 02/21/2022 | 178 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 2/4/22 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 02/21/2022) |
| 02/21/2022 | 179 | TRANSCRIPT of Proceedings re: TRIAL held on 2/7/2022 before Judge Jed S. Rakoff. Court Reporter/Transcriber: Khristine Sellin, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/14/2022. Redacted Transcript Deadline set for 3/24/2022. Release of Transcript Restriction set for 5/23/2022..(Moya, Goretti) (Entered: 02/21/2022) |
| 02/21/2022 | 180 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 2/7/22 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 02/21/2022) |
| 02/21/2022 | 181 | TRANSCRIPT of Proceedings re: TRIAL held on 2/8/2022 before Judge Jed S. Rakoff. Court Reporter/Transcriber: Khristine Sellin, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/14/2022. Redacted Transcript Deadline set for 3/24/2022. Release of Transcript Restriction set for 5/23/2022..(Moya, Goretti) (Entered: 02/21/2022) |
| 02/21/2022 | 182 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 2/8/22 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 02/21/2022) |
| 02/21/2022 | 183 | TRANSCRIPT of Proceedings re: TRIAL held on 2/9/2022 before Judge Jed S. Rakoff. Court Reporter/Transcriber: Khristine Sellin, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/14/2022. Redacted Transcript Deadline set for 3/24/2022. Release of Transcript Restriction set for 5/23/2022..(Moya, Goretti) (Entered: 02/21/2022) |
| 02/21/2022 | 184 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 2/9/22 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 02/21/2022) |
| 02/21/2022 | 185 | TRANSCRIPT of Proceedings re: TRIAL held on 2/10/2022 before Judge Jed S. Rakoff. Court Reporter/Transcriber: Khristine Sellin, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of |

| | | |
|---|---|---|
| | | Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/14/2022. Redacted Transcript Deadline set for 3/24/2022. Release of Transcript Restriction set for 5/23/2022..(Moya, Goretti) (Entered: 02/21/2022) |
| 02/21/2022 | 186 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 2/10/22 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 02/21/2022) |
| 02/21/2022 | 187 | TRANSCRIPT of Proceedings re: TRIAL held on 2/11/2022 before Judge Jed S. Rakoff. Court Reporter/Transcriber: Khristine Sellin, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/14/2022. Redacted Transcript Deadline set for 3/24/2022. Release of Transcript Restriction set for 5/23/2022..(Moya, Goretti) (Entered: 02/21/2022) |
| 02/21/2022 | 188 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 2/11/22 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 02/21/2022) |
| 02/21/2022 | 189 | TRANSCRIPT of Proceedings re: TRIAL held on 2/14/2022 before Judge Jed S. Rakoff. Court Reporter/Transcriber: Khristine Sellin, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/14/2022. Redacted Transcript Deadline set for 3/24/2022. Release of Transcript Restriction set for 5/23/2022..(Moya, Goretti) (Entered: 02/21/2022) |
| 02/21/2022 | 190 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 2/14/22 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 02/21/2022) |
| 02/21/2022 | 191 | TRANSCRIPT of Proceedings re: TRIAL held on 2/15/2022 before Judge Jed S. Rakoff. Court Reporter/Transcriber: Khristine Sellin, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/14/2022. Redacted Transcript Deadline set for 3/24/2022. Release of Transcript Restriction set for 5/23/2022..(Moya, Goretti) (Entered: 02/21/2022) |
| 02/21/2022 | 192 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 2/15/22 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 02/21/2022) |
| 02/23/2022 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 2/23/2022 with court reporter Khris Sellin. Plaintiff's post trial motions not to exceed 50 pages, all motions in a single submission. Defendants' response not to exceed 50 pages, replies are limited to 15 pages. (Kotowski, Linda) (Entered: 02/23/2022) |

| | | |
|---|---|---|
| 02/25/2022 | 193 | TRANSCRIPT of Proceedings re: CONFERENCE held on 2/23/2022 before Judge Jed S. Rakoff. Court Reporter/Transcriber: Khristine Sellin, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/18/2022. Redacted Transcript Deadline set for 3/28/2022. Release of Transcript Restriction set for 5/26/2022..(Moya, Goretti) (Entered: 02/25/2022) |
| 02/25/2022 | 194 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 2/23/22 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 02/25/2022) |
| 02/28/2022 | 195 | MOTION to Disqualify Judge *retroactive to August 28,2020, and setting aside/vacating rulings and orders made by the Court during that time*., MOTION approval to interview members of jury concerning their receipt of push notifications during trial ., MOTION for Reconsideration *, Reargument and/or Rehearing of Court's decision under Rule 50*., MOTION to Set Aside Verdict *and Final Judgment and granting Plaintiff a new trial*. Document filed by Sarah Palin..(Vogt, Shane) (Entered: 02/28/2022) |
| 03/01/2022 | 196 | OPINION: At trial, plaintiff Sarah Palin wholly failed to prove her case even to the minimum standard required by law. Accordingly, defendants the New York Times Company (the "Times") and James Bennet moved to dismiss the case prior to the start of jury deliberations. After hearing extensive argument, the Court granted the motion shortly after the jury had begun its deliberations. This Opinion sets forth the reasons for that decision, as well as the reasons for how the Court then dealt with the deliberating jury. (as further set forth herein). For all the reasons set forth above, the Court entered final judgment as a matter of law in favor of The New York Times Co. and James Bennet, because no reasonable jury could find that Sarah Palin proved that the defendants published "America's Lethal Politics" with actual malice. SO ORDERED. (Signed by Judge Jed S. Rakoff on 3/1/2022) (kv) (Entered: 03/01/2022) |
| 03/04/2022 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 3/4/2022 without transcription or recording. Counsel for Plaintiff and Defendant were present. The Court granted defendants unopposed motion for extensions of time to brief post-trial motions, which shall now proceed on the following schedule: plaintiffs omnibus motion due 3/22/22, defendants opposition due 4/12/22, plaintiffs reply due 4/19/22. The Court also granted defendants unopposed motion for leave not to file an initial notice of taxable costs, as required by Local Rule 54.1, and instead to file any notice of taxable costs by no later than 30 days after the Court issues its decision on the post-trial motions. (Kotowski, Linda) (Entered: 03/04/2022) |
| 03/17/2022 | 197 | NOTICE OF APPEAL from 125 Order on Motion for Reconsideration,,, 171 Judgment, 196 Memorandum & Opinion,,,,. Document filed by Sarah Palin. Filing fee $ 505.00, receipt number ANYSDC-25876553. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Vogt, Shane) (Entered: 03/17/2022) |
| 03/17/2022 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 197 Notice of Appeal,..(nd) (Entered: 03/17/2022) |
| 03/17/2022 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 197 Notice of Appeal, filed by Sarah Palin were transmitted to the U.S. Court of Appeals..(nd) (Entered: 03/17/2022) |
| 03/22/2022 | 198 | MEMORANDUM OF LAW in Support re: 195 MOTION to Disqualify Judge *retroactive to August 28,2020, and setting aside/vacating rulings and orders made by the Court during that time*. MOTION approval to interview members of jury concerning their receipt of push notifications during trial . MOTION for Reconsideration *, Reargument and/or Rehearing of Court's decision under Rule 50*. MOTION to Set Aside Verdict *and Final Judgment and granting Plaintiff a new trial*. . Document filed by Sarah Palin. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 |

| | | Exhibit 5, # 6 Exhibit 6 (Part 1 of 2), # 7 Exhibit 6 (Part 2 of 2)).(Vogt, Shane) (Entered: 03/22/2022) |
|---|---|---|
| 03/25/2022 | 199 | INITIAL NOTICE OF STAY OF APPEAL re: 197 Notice of Appeal,. A notice of appeal was filed in this case on 03/17/2022. Since at least one motion cited in F.R.A.P. 4(a)(4) has been filed in the district court, this appeal is stayed pending resolution of the motion(s). USCA Case No. 22-558..(nd) (Entered: 03/25/2022) |
| 03/29/2022 | 200 | ORDER of USCA (Certified Copy) USCA Case Number 22-629. Petitioner Sarah Palin has filed a petition for a writ of mandamus. Petitioner has also filed a post-trial motion in the district court which may impact this petition. Upon consideration thereof, IT IS HEREBY ORDERED that this petition is held in abeyance pending the district court's resolution of Petitioners post-trial motion. Petitioner is directed to inform this Court in writing of the status of the motion in 30-day intervals, beginning 30 days from the date of this order. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Certified: 03/29/2022..(nd) (Entered: 03/29/2022) |
| 04/12/2022 | 201 | MEMORANDUM OF LAW in Opposition re: 195 MOTION to Disqualify Judge *retroactive to August 28,2020, and setting aside/vacating rulings and orders made by the Court during that time*. MOTION approval to interview members of jury concerning their receipt of push notifications during trial . MOTION for Reconsideration *, Reargument and/or Rehearing of Court's decision under Rule 50*. MOTION to Set Aside Verdict *and Final Judgment and granting Plaintiff a new trial*. . Document filed by James Bennet, The New York Times Company..(Axelrod, David) (Entered: 04/12/2022) |
| 04/19/2022 | 202 | REPLY to Response to Motion re: 195 MOTION to Disqualify Judge *retroactive to August 28,2020, and setting aside/vacating rulings and orders made by the Court during that time*. MOTION approval to interview members of jury concerning their receipt of push notifications during trial . MOTION for Reconsideration *, Reargument and/or Rehearing of Court's decision under Rule 50*. MOTION to Set Aside Verdict *and Final Judgment and granting Plaintiff a new trial*. . Document filed by Sarah Palin..(Vogt, Shane) (Entered: 04/19/2022) |
| 05/31/2022 | 203 | OPINION AND ORDER re: 195 MOTION to Disqualify Judge *retroactive to August 28,2020, and setting aside/vacating rulings and orders made by the Court during that time*. MOTION approval to interview members of jury concerning their receipt of push notifications during trial . MOTION for Reconsideration *, Reargument and/or Rehearing of Court's decision under Rule 50*. MOTION to Set Aside Verdict *and Final Judgment and granting Plaintiff a new trial*. filed by Sarah Palin. The meritless accusations of impropriety in Palin's motion cannot substitute for what her trial presentation lacked: proof of actual malice. This requires, under both Supreme Court precedent and New York State statutory law, clear and convincing evidence that Bennet and the Times published "America's Lethal Politics" knowing that it was false or in reckless disregard of its falsity. See New York Times v. Sullivan, 376 U.S. 254, 280 (1964). And, as the Supreme Court has likewise held, this high standard cannot be satisfied simply by a negative inference drawn from discrediting Bennet's denials. See Anderson, 477 U.S. at 256. Here, Palin still cannot identify any affirmative evidence to support the essential element of actual malice. This absence is not a consequence of trial procedures, judicial bias, or adverse evidentiary rulings. It is, in the Court's view, a reflection of the facts of the case. To be sure, as the Court itself recognized even it is initial statement of its Rule 50 decision, the evidence showed that Bennet and the Times's Editorial Board made mistakes as they rushed to meet a print deadline, and that their editorial processes failed to catch those mistakes before publication. See Tr. 1303-1304. But in a defamation case brought by a public figure like Sarah Palin, a mistake is not enough to win if it was not motivated by actual malice. And the striking thing about the trial here was that Palin, for all her earlier assertions, could not in the end introduce even a speck of such evidence. Palin's motion is hereby denied in its entirety. SO ORDERED. (Signed by Judge Jed S. Rakoff on 5/31/2022) (kv) (Entered: 05/31/2022) |

| | | |
|---|---|---|
| 06/16/2022 | 204 | ORDER of USCA (Certified Copy) USCA Case Number 22-0629. Petitioner Sarah Palin petitions for a writ of mandamus. Upon due consideration, it is hereby ORDERED that the petition is DENIED because mandamus relief is not warranted under the present circumstances. See Cheney v. U.S. Dist. Ct. for D.C., 542 U.S. 367, 380-81 (2004). However, denial of the petition is without prejudice to the issues presented in the petition being addressed in Petitioner's pending appeal, which will be assigned to a new panel in the ordinary course. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Certified: 06/16/2022..(nd) (Entered: 06/16/2022) |
| 06/16/2022 | 205 | AMENDED NOTICE OF APPEAL re: 197 Notice of Appeal, 117 Memorandum & Opinion,, 125 Order on Motion for Reconsideration,,, 171 Judgment, 203 Memorandum & Opinion,,,,,,,, 196 Memorandum & Opinion,,,. Document filed by Sarah Palin..(Vogt, Shane) (Entered: 06/16/2022) |
| 06/17/2022 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 205 Amended Notice of Appeal. (tp) (Entered: 06/17/2022) |
| 06/17/2022 | | First Supplemental ROA Sent to USCA (Electronic File). Certified Supplemental Indexed record on Appeal Electronic Files for 205 Amended Notice of Appeal, filed by Sarah Palin were transmitted to the U.S. Court of Appeals. (tp) (Entered: 06/17/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/29/2022 16:34:23 | | | |
| **PACER Login:** | ballardric | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:17-cv-04853-JSR |
| **Billable Pages:** | 30 | **Cost:** | 3.00 |

## ITEM TWO – FEES FOR SERVICE OF SUMMONS AND SUBPOENA

Defendants are seeking costs for the service of the following subpoenas. Each subpoena was served by a private process server, Capitol Process Services, Inc., but Defendants are only seeking the lesser amount that the United Marshalls Service would have been able to collect for the same service. That fee is currently $65 per hour. *See* 28 C.F.R. § 0.114(a)(3).

| Subpoena Recipient | Type of Subpoena | Date Served | Amount Sought |
|---|---|---|---|
| Todd Palin | Subpoena to Produce Documents | 3/20/20 | $65.00 |
| Todd Palin | Subpoena to Testify at a Deposition in a Civil Action | 3/20/20 | $65.00 |
| Timothy Crawford | Subpoena to Produce Documents | 2/17/20 | $65.00 |
| Timothy Crawford | Subpoena to Testify at a Deposition in a Civil Action | 2/17/20 | $65.00 |
| National Rifle Association | Subpoena to Produce Documents | 2/14/20 | $65.00 |
| **TOTAL** | | | **$325.00** |

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050  --  FAX 202 667-2520
tfelter@capitolprocess.com

**Due By: 03/29/2020**
Invoice Date: 2/28/2020
Invoice #: 1574705
Job#: 1574705
Client File#: N/A

Frances Vincent
Ballard Spahr LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006

**TOTAL INVOICE AMOUNT DUE**

$270.42

- - - - - - -                                                                                                                - - - - - -

**Job #:**  1574705      **Client Matter #:** N/A

**Plaintiff:**  Sarah Palin

**Defendant:**   The New York Times Company. et al.

**Civil Action No.**   17-cv-04853

**Recipient:**
Ronald Timothy Crawford
▮▮▮▮▮▮▮Ormond Beach, Florida
32174

**Date Received:**
2/14/2020
**Completed:**
2/17/2020

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Check Issue Fee | 1 | $10.00 | $10.00 |
| Witness Fee Tendered | 1 | $60.42 | $60.42 |
| Service of Process | 1 | $150.00 | $150.00 |
| Priority Fee - RUSH | 1 | $50.00 | $50.00 |
| | | **Job Total Due =** | $270.42 |

**TOTAL INVOICE AMOUNT DUE:**                                                                       $270.42



**Terms:** Thank you for your business. Please provide the invoice number on your check.
FEIN: 52-2283731

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009          Phone 202 667-0050  --  FAX 202 667-2520
tfelter@capitolprocess.com

**Due By: 04/19/2020**
Invoice Date: 3/20/2020
Invoice #: 1574709
Job#: 1574709
Client File#: 00281288

Frances Vincent
Ballard Spahr LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006

**TOTAL INVOICE AMOUNT DUE**

$125.00

- - - - - -                                                                                              - - - - - - -

---

**Job #:**  1574709      **Client Matter #:** 00281288

**Plaintiff:**  Sarah Palin

**Defendant:**   The New York Times Company, et al.

**Case No.**  17-cv-04853

**Recipient:**
Todd Mitchell Palin
████████████████████, Wasilla, Alaska
99654

**Date Received:**
2/14/2020
**Completed:**
3/20/2020

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Attempted Service of Process / Additional Service at Same Address (Discount) | 1 | $75.00 | $75.00 |
| Priority Fee - IMMEDIATE / Additional Service at Same Address (Discount) | 1 | $50.00 | $50.00 |
| | **Job Total Due =** | | $125.00 |

**TOTAL INVOICE AMOUNT DUE:**                                                                    **$125.00**



**Terms:** Thank you for your business. Please provide the invoice number on your check.
FEIN:  52-2283731

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050  --  FAX 202 667-2520

tfelter@capitolprocess.com

**Due By: 04/19/2020**
Invoice Date: 3/20/2020
Invoice #: 1574706
Job#: 1574706
Client File#: 00281288

Frances Vincent
Ballard Spahr LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006

**TOTAL INVOICE AMOUNT DUE**

$260.00

- - - - - - -                                                                                          - - - - - - -

---

**Job #:** 1574706     **Client Matter #:** 00281288

**Plaintiff:**  Sarah Palin

**Defendant:**   The New York Times Company, et al.

**Case No.**   17-cv-04853

**Recipient:**
Todd Mitchell Palin
██████████████████, Wasilla, Alaska 99654

**Date Received:**
2/14/2020

**Completed:**
3/20/2020

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Check Issue Fee | 1 | $10.00 | $10.00 |
| Attempted Service of Process | 1 | $150.00 | $150.00 |
| Priority Fee - IMMEDIATE | 1 | $100.00 | $100.00 |
| | | **Job Total Due =** | $260.00 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**TOTAL INVOICE AMOUNT DUE:**                                           **$260.00**



**Terms:** Thank you for your business. Please provide the invoice number on your check.
FEIN:  52-2283731

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050  --  FAX 202 667-2520
tfelter@capitolprocess.com

**Due By: 03/22/2020**
Invoice Date: 2/21/2020
Invoice #: 1574636
Job#: 1574636
Client File#: 00281288

Frances Vincent
Ballard Spahr LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006

**TOTAL INVOICE AMOUNT DUE**

$200.00

- - - - - - -                                                                                                    - - - - - -

**Job #:** 1574636     **Client Matter #:** 00281288
**Plaintiff:** Sarah Palin
**Defendant:** The New York Times Company, et al.
**Civil Action No.** 17-cv-04853

**Recipient:**
National Rifle Association of America c/o
Corporation Service Company, Registered
Agent
100 Shockoe Slip, 2nd Floor, Richmond,
Virginia 23219

**Date Received:**
2/13/2020
**Completed:**
2/14/2020

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Service of Process | 1 | $150.00 | $150.00 |
| Priority Fee - RUSH | 1 | $50.00 | $50.00 |
| | | **Job Total Due =** | $200.00 |
| | | **Job Total Recd =** | |

**TOTAL INVOICE AMOUNT DUE:**                                      **$200.00**



**Terms:** Thank you for your business. Please provide the invoice number on your check.
FEIN:  52-2283731

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050  --  FAX 202 667-2520
tfelter@capitolprocess.com

**Due By: 03/29/2020**
Invoice Date: 2/28/2020
Invoice #: 1574708
Job#: 1574708
Client File#: N/A

Frances Vincent
Ballard Spahr LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006

**TOTAL INVOICE AMOUNT DUE**

$100.00

- - - - - - -                                                                                          - - - - - -

**Job #:**  1574708      **Client Matter #:** N/A
**Plaintiff:**  Sarah Palin
**Defendant:**   The New York Times Company. et al.
**Civil Action No.**   17-cv-04853

**Recipient:**
Ronald Timothy Crawford
███████████████ Ormond Beach, Florida
32174

**Date Received:**
2/14/2020
**Completed:**
2/17/2020

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Service of Process / Additional Service at Same Address (Discount) | 1 | $75.00 | $75.00 |
| Priority Fee - RUSH / Additional Service at Same Address (Discount) | 1 | $25.00 | $25.00 |
| **Job Total Due =** | | | $100.00 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**TOTAL INVOICE AMOUNT DUE:**                                                                    **$100.00**



**Terms:** Thank you for your business. Please provide the invoice number on your check.
FEIN: 52-2283731

## ITEM THREE – FEES FOR PRINTED OR ELECTRONICALLY RECORDED TRANSCRIPTS NECESSARILY OBTAINED FOR USE IN THE CASE

Defendants are seeking costs for the following deposition transcripts.   Each of the following transcripts was used in the parties' summary judgment briefing and, in some cases, at trial, and was therefore necessarily obtained for use in the case.

| Witness Name | Date of Deposition | Use in Summary Judgment Briefing | Use at Trial | Amount Sought |
|---|---|---|---|---|
| Bennet, James | 05/26/2020 | *See* Declaration of Shane B. Vogt dated July 10, 2020 (Doc. 109) ("Vogt Decl.") ¶ 6 & Ex. 4; Declaration of Thomas B. Sullivan dated June 19, 2020 (Doc. 99) ("Sullivan Decl.") ¶ 3 & Ex. 2. | Trial Tr. at 325:25-327:20 | $683.40 |
| Bennet, James | 05/27/2020 | Vogt Decl. ¶ 6 & Ex. 4; Sullivan Decl. ¶ 3 & Ex. 2. | | $1,052.50 |
| Crawford, Timothy | 05/12/2020 | Vogt Decl. ¶ 12 & Ex. 10; Sullivan Decl. ¶ 6 & Ex. 5; Declaration of Jacquelyn N. Schell dated July 10, 2020 (Doc. 105) ("Schell Decl.") ¶ 4 & Ex. 64. | Trial Tr. at 445:1-447:2 | $625.30 |
| Cohn, Linda | 05/07/2020 | Vogt Decl. ¶ 8 & Ex. 6; Sullivan Decl. ¶ 5 & Ex. 4. | Trial Tr. at 535:1-537:2 | $770.40 |
| Douthat, Ross | 05/08/2020 | Vogt Decl. ¶ 10 & Ex. 8; Sullivan | | $609.70 |

| | | Decl. ¶ 45 & Ex. 44. | | |
|---|---|---|---|---|
| Lepping, Eileen | 05/05/2020 | Vogt Decl. ¶ 4 & Ex. 2; Sullivan Decl. ¶ 60 & Ex. 59. | Trial Tr. at 437:14-439:10 | $766.50 |
| Lett, Phoebe | 05/04/2020 | Vogt Decl. ¶ 9 & Ex. 7 | Trial Tr. at 350:4-352:7; 383:18-384:5 | $676.80 |
| Palin, Sarah | 05/20/2020 | Vogt Decl. ¶ 11 & Ex. 9; Sullivan Decl. ¶ 7 & Ex. 6; Schell Decl. ¶ 5 & Ex. 65. | | $805.35 |
| Palin, Sarah | 05/21/2020 | Vogt Decl. ¶ 11 & Ex. 9; Sullivan Decl. ¶ 7 & Ex. 6; Schell Decl. ¶ 5 & Ex. 65. | Trial Tr. at 987:21-989:24 | $924.30 |
| Stile, Justin | 05/29/2020 | Vogt Decl. ¶ 7 & Ex. 5 | | $517.40 |
| Sullivan, Andrew | 05/11/2020 | Vogt Decl. ¶ 3 & Ex. 1; Sullivan Decl. ¶ 42 & Ex. 41. | | $550.80 |
| Williamson, Elizabeth | 05/18/2020 | Vogt Decl. ¶ 5 & Ex. 3; Sullivan Decl. ¶ 4 & Ex. 3. | | $821.50 |
| Williamson, Elizabeth | 05/19/2020 | Vogt Decl. ¶ 5 & Ex. 3; Sullivan Decl. ¶ 4 & Ex. 3. | Trial Tr. at 111:23-114:4 | $709.20 |
| **TOTAL** | | | | **$9,513.15** |

Defendants also seek transcript costs for two additional witnesses, Hanna Ingber and Craig Kronenberger.  These deponents' testimony was not used at trial or on summary judgment,

4

but "at the time the deposition was taken" these witnesses' testimony "appeared to be reasonably necessary to the litigation." *Adrea, LLC v. Barnes & Noble, Inc.*, No. 13 Civ. 4137 (JSR), 2017 U.S. Dist. LEXIS 122644, at *6 (S.D.N.Y. July 25, 2017).  Ms. Ingber was called by Plaintiff as a witness at the trial.  Trial Tr. at 1019:12-1036:25.  Mr. Kronenberger was put forward by plaintiff as an expert witness, but was excluded from the trial by the Court after it granted Defendants' Daubert motion.  1/24/22 Tr. at 11:20-12:4.

| Witness Name | Date of Deposition | Amount Sought |
|---|---|---|
| Ingber, Hanna | 05/06/2020 | $604.40 |
| Kronenberger, Craig | 05/22/2020 | $1,886.95 |
| **TOTAL** | | **$2,491.35** |

Defendants are seeking the following costs associated with video recording deposition testimony.  Mr. Crawford and Mr. Sullivan were both designated by Plaintiff as witnesses whose deposition testimony would be played at trial.  *See* Doc. 157 at 53 (witness list).  Mr. Crawford's testimony was shown at trial on February 7, 2022.  *See* Trial Tr. at 445:2-447:2.  Mr. Sullivan's deposition was not shown, following the Court's rulings on the admissibility of certain parts of his testimony.  *See* Trial Tr. at 311:21-23; 322:19-24.

| Witness Name | Date of Deposition | Amount Sought |
|---|---|---|
| Crawford, Timothy | 05/12/2020 | $930.00 |
| Sullivan, Andrew | 05/11/2020 | $200.00 |
| **TOTAL** | | **$1,130.00** |

Defendants are seeking the following costs associated with trial transcripts.  Each of these transcripts was used on Plaintiff's unsuccessful mandamus petition, *see In re: Sarah Palin*, No. 22-629 (2d Cir.), Dkt. 13, PA83-1233, PA2395-2427, and was also relied on in the Court's consideration of Defendants' Rule 50 motion and Plaintiff's various post-trial motions.

| Transcript Type | Date | Amount Sought |
|---|---|---|
| Trial Day 1 | 02/03/2022 | $1,013.46 |
| Trial Day 2 | 02/04/2022 | $1,524.18 |

| Trial Day 3 | 02/07/2022 | $1,012.65 |
|---|---|---|
| Trial Day 4 | 02/08/2022 | $889.62 |
| Trial Day 5 | 02/09/2022 | $1,356.66 |
| Trial Day 6 | 02/10/2022 | $1,524.18 |
| Trial Day 7 | 02/11/2022 | $1,540.14 |
| Trial Day 8 | 02/14/2022 | $462.84 |
| Trial Day 9 | 02/15/2022 | $159.60 |
| **TOTAL** |  | **$9,483.33** |

Finally, Defendants intend to seek reimbursement for four conference transcripts, each of which was cited in the parties' summary judgment or post-trial briefing and three of which were included in the appendix for Plaintiff's mandamus petition.

| Conference Date | Use on Summary Judgment or Post-Trial Briefing | Use in Plaintiff's Mandamus Petition | Amount Sought |
|---|---|---|---|
| July 31, 2017 | Vogt Decl. ¶ 175 & Ex. 173; | PA2281-2313 | $164.01 |
| August 16, 2017 | Sullivan Decl. ¶ 2 & Ex. 1 | PA2314-2394 | $318.33 |
| January 11, 2022 | Defs.' Opp. to Pl.'s Post-Trial Motions (Doc. 201) ("Defs. Post-Trial Opp.") at 42 |  | $48.24 |
| January 24, 2022 | Defs. Post-Trial Opp." at 7, 13, 41, 42, 43, 49 | PA46-82 | $44.40 |
| **TOTAL** |  |  | $574.98 |

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL  33131
Phone:305-373-8404   Fax:305-358-3711

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 120474113 | 5/15/2020 | 2152747 |
| **Job Date** | **Case No.** | |
| 5/4/2020 | 17CV4853 | |
| **Case Name** | | |
| Sarah Palin vs. The New York Times Company | | |
| **Payment Terms** | | |
| Due upon receipt | | |

David Axelrod, Esquire
Ballard, Spahr, Stillman & Friedman, L.L.P.
1675 Broadway
19th Floor
New York NY  10019

| | | | | | |
|---|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Phoebe Lett | 188.00 | Pages | @ | 3.60 | 676.80 |
| Realtime Page Premium | 139.00 | Pages | @ | 2.60 | 361.40 |
| Litigation Support Package | | | | 40.00 | 40.00 |
| Condensed Transcript | | | | 20.00 | 20.00 |
| Processing & Handling | | | | 45.00 | 45.00 |

|  |  |
|---|---|
| TOTAL DUE  >>> | **$1,143.20** |
| AFTER 6/14/2020  PAY | $1,314.68 |

Remote Location, NY

|  |  |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **1,143.20** |

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** 76-0523238                                   Phone: 646-346-8045   Fax:212-223-1942

*Please detach bottom portion and return with payment.*

David Axelrod, Esquire
Ballard, Spahr, Stillman & Friedman, L.L.P.
1675 Broadway
19th Floor
New York NY  10019

| | | |
|---|---|---|
| Job No. | : 2152747 | BU ID | : 61-OUTTOWN |
| Case No. | : 17CV4853 | | |
| Case Name | : Sarah Palin vs. The New York Times Company | | |
| | | | |
| Invoice No. | : 120474113 | Invoice Date | : 5/15/2020 |
| **Total Due** | **: $ 1,143.20** | | |

Remit To: **U S Legal Support, Inc.**
**P.O. Box 4772**
**Houston TX  77210-4772**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL  33131
Phone:305-373-8404   Fax:305-358-3711

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 120475750 | 5/21/2020 | 2152771 |
| **Job Date** | **Case No.** | |
| 5/5/2020 | 17CV4853 | |
| **Case Name** | | |
| Sarah Palin vs. The New York Times Company | | |
| **Payment Terms** | | |
| Due upon receipt | | |

David Axelrod, Esquire
Ballard, Spahr, Stillman & Friedman, L.L.P.
1675 Broadway
19th Floor
New York NY  10019

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Eileen Lepping | | | | | |
| Realtime Page Premium | 182.00 | Pages | @ | 3.35 | 609.70 |
| Litigation Support Package | 138.00 | Pages | @ | 2.60 | 358.80 |
| Condensed Transcript | | | | 40.00 | 40.00 |
| Processing & Handling | | | | 20.00 | 20.00 |
| | | | | 45.00 | 45.00 |
| Eileen Lepping | | | | | |
| Exhibit | 122.00 | Pages | @ | 0.65 | 79.30 |
| Exhibits: Color | 62.00 | Pages | @ | 1.25 | 77.50 |

Remote Location, NY

| | |
|---|---|
| **TOTAL DUE  >>>** | **$1,230.30** |
| AFTER 6/20/2020 PAY | $1,414.85 |
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **1,230.30** |

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** 76-0523238                                    Phone: 646-346-8045    Fax:212-223-1942

*Please detach bottom portion and return with payment.*

David Axelrod, Esquire
Ballard, Spahr, Stillman & Friedman, L.L.P.
1675 Broadway
19th Floor
New York NY  10019

Job No.     : 2152771         BU ID        :61-OUTTOWN
Case No.   : 17CV4853
Case Name  : Sarah Palin vs. The New York Times Company

Invoice No. : 120475750      Invoice Date :5/21/2020
**Total Due  : $ 1,230.30**

Remit To: **U S Legal Support, Inc.**
**P.O. Box 4772**
**Houston TX  77210-4772**

**PAYMENT WITH CREDIT CARD**                AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                              Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:



# INVOICE

| Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|
| 120478155 | 5/28/2020 | Due upon receipt |

| Job No. | Job Date: | Balance |
|---|---|---|
| 2152777 | 5/6/2020 | $1126.77 |

| Case Name |
|---|
| Sarah Palin vs. The New York Times Company |

| Case No |
|---|
| 17CV4853 |

**U.S. Legal Support, Inc.**
**One Southeast Third AvenueSuite 1250**
**Miami FL 33131**
**Phone: 305-373-8404  Fax: 305-358-3711**

**David Axelrod, Esquire**
**Ballard, Spahr, Stillman & Friedman, L.L.P.**
**1675 Broadway**
**19th Floor**
**New York NY 10019**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| *U.S. Legal Support, Inc. - Remote Video Conference Reporter, Witness and all Parties will appear via Video Conference. | David Axelrod, Esquire Ballard, Spahr, Stillman & Friedman, L.L.P. 1675 Broadway 19th Floor New York NY 10019 | Client Matter No: Claim No: Insured: |

| Services/Items | Units | Rate | Amount | Discount | Charges |
|---|---|---|---|---|---|
| Items Covered: 1 CERTIFIED COPY OF TRANSCRIPT OF:Hanna Ingber | | | | | |
| Copy | 139.00 | $3.35 | $465.65 | $0.00 | $465.65 |
| Realtime Page Premium | 104.00 | $2.60 | $270.40 | $0.00 | $270.40 |
| Litigation Support Package | 1.00 | $40.00 | $40.00 | $0.00 | $40.00 |
| Condensed Transcript | 1.00 | $20.00 | $20.00 | $0.00 | $20.00 |
| Processing & Handling | 1.00 | $45.00 | $45.00 | $0.00 | $45.00 |
| ( Taxable 0.00) | | | | | |
| Items Covered: Hanna Ingber | | | | | |
| Exhibit | 125.00 | $0.65 | $81.25 | $0.00 | $81.25 |
| Exhibits:  Color | 46.00 | $1.25 | $57.50 | $0.00 | $57.50 |
| ( Taxable 0.00) | | | | | |
| | | | $979.80 | $0.00 | |

Remote Location, NY

| | |
|---|---|
| **Total Due** | **$979.80** |
| **(-) Payments/Credits** | **$0.00** |
| **(+) Finance Charges/Debits** | **$146.97** |
| **(=) New Balance** | **$1126.77** |

**Tax ID : 76-0523238**                          Phone: 646-346-8045            Fax:212-223-1942

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

*"Please detach bottom portion and return with payment."*

David Axelrod, Esquire
Ballard, Spahr, Stillman & Friedman, L.L.P.
1675 Broadway 19th Floor
New York NY 10019

| Invoice No. | 120478155 |
|---|---|
| **Invoice Date:** | 5/28/2020 |
| **Total Due** | **$1126.77** |
| **Job No.** | 2152777 |
| **Case No:** | 17CV4853 |

Remit To:     **U S Legal Support, Inc.**
                  **P.O. Box 4772**
                  **Houston TX 77210-4772**



# INVOICE

| Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|
| 120481145 | 6/5/2020 | Due upon receipt |

| Job No. | Job Date: | Balance |
|---|---|---|
| 2152744 | 5/7/2020 | $1488.10 |

| Case Name |
|---|
| Sarah Palin vs. The New York Times Company |

| Case No |
|---|
| 17CV4853 |

**U.S. Legal Support, Inc.**
**One Southeast Third AvenueSuite 1250**
**Miami FL 33131**
**Phone: 305-373-8404  Fax: 305-358-3711**

**David Axelrod, Esquire**
**Ballard, Spahr, Stillman & Friedman, L.L.P.**
**1675 Broadway**
**19th Floor**
**New York NY 10019**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| *U.S. Legal Support, Inc. - Remote Video Conference<br>Reporter, Witness and all Parties will appear via Video Conference. | David Axelrod, Esquire<br>Ballard, Spahr, Stillman & Friedman, L.L.P.<br>1675 Broadway<br>19th Floor<br>New York NY 10019 | Client Matter No:<br>Claim No:<br>Insured: |

| Services/Items | Units | Rate | Amount | Discount | Charges |
|---|---|---|---|---|---|
| Items Covered: Deposition Of:Linda Cohn | | | | | |
| Exhibit | 13.00 | $0.65 | $8.45 | $0.00 | $8.45 |
| Exhibits:  Color | 28.00 | $1.25 | $35.00 | $0.00 | $35.00 |
| ( Taxable 0.00) | | | | | |
| Items Covered: 1 CERTIFIED COPY OF TRANSCRIPT OF:Linda Cohn | | | | | |
| Copy | 217.00 | $3.35 | $726.95 | $0.00 | $726.95 |
| Realtime Page Premium | 161.00 | $2.60 | $418.60 | $0.00 | $418.60 |
| Litigation Support Package | 1.00 | $40.00 | $40.00 | $0.00 | $40.00 |
| Condensed Transcript | 1.00 | $20.00 | $20.00 | $0.00 | $20.00 |
| Processing & Handling | 1.00 | $45.00 | $45.00 | $0.00 | $45.00 |
| ( Taxable 0.00) | | | | | |
| | | | $1294.00 | $0.00 | |

Remote Location, NY

| | |
|---|---|
| **Total Due** | **$1294.00** |
| **(-) Payments/Credits** | **$0.00** |
| **(+) Finance Charges/Debits** | **$194.10** |
| **(=) New Balance** | **$1488.10** |

**Tax ID : 76-0523238**                                     Phone: 646-346-8045                    Fax:212-223-1942

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

*"Please detach bottom portion and return with payment."*

David Axelrod, Esquire
Ballard, Spahr, Stillman & Friedman, L.L.P.
1675 Broadway 19th Floor
New York NY 10019

| Invoice No. | 120481145 |
|---|---|
| Invoice Date: | 6/5/2020 |
| Total Due | $1488.10 |
| Job No. | 2152744 |
| Case No.: | 17CV4853 |

Remit To:     **U S Legal Support, Inc.**
**P.O. Box 4772**
**Houston TX 77210-4772**

# I N V O I C E

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL  33131
Phone:305-373-8404   Fax:305-358-3711

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 120476516 | 5/22/2020 | 2152751 |
| **Job Date** | **Case No.** | |
| 5/8/2020 | 17CV4853 | |
| **Case Name** | | |
| Sarah Palin vs. The New York Times Company | | |
| **Payment Terms** | | |
| Due upon receipt | | |

David Axelrod, Esquire
Ballard, Spahr, Stillman & Friedman, L.L.P.
1675 Broadway
19th Floor
New York NY  10019

| | | | | | |
|---|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Ross Douthat | 182.00 | Pages | @ | 3.35 | 609.70 |
| Realtime Page Premium | 134.00 | Pages | @ | 2.60 | 348.40 |
| Litigation Support Package | | | | 40.00 | 40.00 |
| Condensed Transcript | | | | 20.00 | 20.00 |
| Processing & Handling | | | | 45.00 | 45.00 |
| | | **TOTAL DUE  >>>** | | | **$1,063.10** |
| | | AFTER 6/21/2020  PAY | | | $1,222.57 |
| Remote Location, NY | | | | | |
| | | **(-) Payments/Credits:** | | | 0.00 |
| | | **(+) Finance Charges/Debits:** | | | 0.00 |
| | | **(=) New Balance:** | | | **1,063.10** |

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** 76-0523238                                    Phone: 646-346-8045    Fax:212-223-1942

*Please detach bottom portion and return with payment.*

David Axelrod, Esquire
Ballard, Spahr, Stillman & Friedman, L.L.P.
1675 Broadway
19th Floor
New York NY  10019

| | | | | |
|---|---|---|---|---|
| Job No. | : 2152751 | BU ID | :61-OUTTOWN | |
| Case No. | : 17CV4853 | | | |
| Case Name | : Sarah Palin vs. The New York Times Company | | | |
| | | | | |
| Invoice No. | 120476516 | Invoice Date | 5/22/2020 | |
| **Total Due** | **: $ 1,063.10** | | | |

Remit To: **U S Legal Support, Inc.**
          **P.O. Box 4772**
          **Houston TX  77210-4772**

## PAYMENT WITH CREDIT CARD               AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                     Card Security Code:
Amount to Charge:



# INVOICE

| Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|
| 120476943 | 5/26/2020 | Due upon receipt |

| Job No. | Job Date: | Balance |
|---|---|---|
| 2152767 | 5/11/2020 | $1086.06 |

| Case Name |
|---|
| Sarah Palin vs. The New York Times Company |

| Case No |
|---|
| 17CV4853 |

**U.S. Legal Support, Inc.**
**One Southeast Third AvenueSuite 1250**
**Miami FL 33131**
**Phone: 305-373-8404  Fax: 305-358-3711**

**Jay Ward Brown, Esquire**
**Ballard, Spahr, Stillman & Friedman, L.L.P.**
**1675 Broadway**
**19th Floor**
**New York NY 10019**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| *U.S. Legal Support, Inc. - Remote Video Conference Reporter, Witness and all Parties will appear via Video Conference. | Jay Ward Brown, Esquire Ballard, Spahr, Stillman & Friedman, L.L.P. 1675 Broadway 19th Floor New York NY 10019 | Client Matter No: Claim No: Insured: |

| Services/Items | Units | Rate | Amount | Discount | Charges |
|---|---|---|---|---|---|
| Items Covered: 1 CERTIFIED COPY OF TRANSCRIPT OF:Andrew Sullivan | | | | | |
| Copy | 153.00 | $3.60 | $550.80 | $0.00 | $550.80 |
| Realtime Page Premium | 111.00 | $2.60 | $288.60 | $0.00 | $288.60 |
| Litigation Support Package | 1.00 | $40.00 | $40.00 | $0.00 | $40.00 |
| Condensed Transcript | 1.00 | $20.00 | $20.00 | $0.00 | $20.00 |
| Processing & Handling | 1.00 | $45.00 | $45.00 | $0.00 | $45.00 |
| ( Taxable 0.00) | | | | | |
| | | | $944.40 | $0.00 | |

Remote Location, NY

| | |
|---|---|
| **Total Due** | **$944.40** |
| **(-) Payments/Credits** | **$0.00** |
| **(+) Finance Charges/Debits** | **$141.66** |
| **(=) New Balance** | **$1086.06** |

**Tax ID : 76-0523238**                                        Phone: 646-346-8045          Fax:212-223-1942

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

*"Please detach bottom portion and return with payment."*

Jay Ward Brown, Esquire
Ballard, Spahr, Stillman & Friedman, L.L.P.
1675 Broadway 19th Floor
New York NY 10019

| Invoice No. | 120476943 |
|---|---|
| Invoice Date: | 5/26/2020 |
| Total Due | **$1086.06** |
| Job No. | 2152767 |
| Case No: | 17CV4853 |

Remit To:   **U S Legal Support, Inc.**
            **P.O. Box 4772**
            **Houston TX 77210-4772**



# INVOICE

| Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|
| 120550054 | 12/1/2020 | Due upon receipt |

| Job No. | Job Date | Balance |
|---|---|---|
| 2152769 | 5/11/2020 | $200.00 |

| Case Name |
|---|
| Sarah Palin vs. The New York Times Company |

| Case No |
|---|
| 17CV4853 |

**U.S. Legal Support, Inc.**
**One Southeast Third AvenueSuite 1250**
**Miami FL 33131**
**Phone: 305-373-8404  Fax: 305-358-3711**

**Jacquelyn Schell, Esquire**
**Ballard, Spahr, Stillman & Friedman, L.L.P.**
**1675 Broadway**
**19th Floor**
**New York NY 10019**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| *U.S. Legal Support, Inc. - Remote Video Conference Reporter, Witness and all Parties will appear via Video Conference. | Jacquelyn Schell, Esquire Ballard, Spahr, Stillman & Friedman, L.L.P. 1675 Broadway 19th Floor New York NY 10019 | Client Matter No: Claim No: Insured: |

| Services/Items | Units | Rate | Amount | Discount | Charges |
|---|---|---|---|---|---|
| Items Covered: Videotaped Deposition Of:Andrew Sullivan | | | | | |
| Video/Text Synchronization | 2.50 | $70.00 | $175.00 | $0.00 | $175.00 |
| Processing/Delivery:  Video Media | 1.00 | $25.00 | $25.00 | $0.00 | $25.00 |
| ( Taxable 0.00) | | | | | |
| | | | $200.00 | $0.00 | |

Thank you for choosing U.S. Legal Support!

| | |
|---|---|
| Total Due | $200.00 |
| (-) Payments/Credits | $0.00 |
| (+) Finance Charges/Debits | $0.00 |
| (=) New Balance | $200.00 |

**Tax ID : 76-0523238**                          Phone: 646-346-8045          Fax:212-223-1942

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

*"Please detach bottom portion and return with payment."*

Jacquelyn Schell, Esquire
Ballard, Spahr, Stillman & Friedman, L.L.P.
1675 Broadway 19th Floor
New York NY 10019

| Invoice No. | 120550054 |
|---|---|
| Invoice Date: | 12/1/2020 |
| Total Due | $200.00 |
| Job No. | 2152769 |
| Case No: | 17CV4853 |

Remit To:      **U S Legal Support, Inc.**
                   **P.O. Box 4772**
                   **Houston TX 77210-4772**

# I N V O I C E

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 130148989 | 5/21/2020 | 306321 |

| Job Date | Case No. |
|---|---|
| 5/12/2020 | |

| Case Name |
|---|
| Sarah Palin v. New York Times |

| Payment Terms |
|---|
| Due upon receipt |

Thomas Sullivan, Esquire
Ballard Spahr LLP
1675 Broadway
19th Floor
New York, NY  10022

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Timothy Crawford Transcript | 134.00 | Pages | 609.70 |
| Exhibit | 24.00 | Pages | 15.60 |
| RemoteDepo w/InstantExhibit - Videoconferencing | | | 0.00 |
| Reporter Appearance - Hourly | 4.00 | Hours | 340.00 |
| Expedite - 1-day | 134.00 | Pages | 609.70 |
| RemoteDepo - Text Streaming | | | 150.00 |
| Realtime | 134.00 | Pages | 348.40 |
| ASCII | | | 0.00 |
| Minuscript/Condensed Transcript | | | 20.00 |
| Litigation Support Package | | | 40.00 |
| Handling, Processing & Archiving | | | 45.00 |

**TOTAL DUE  >>>**                                **$2,178.40**
AFTER 7/5/2020  PAY                               $2,505.16

Online bill pay available at   https://corporatebillpay.uslegalsupport.com/

Thank you for your business!

**(-) Payments/Credits:**                          0.00
**(+) Finance Charges/Debits:**                    0.00

**Tax ID:** 76-0523238                    Phone: 212-223-0200    Fax:212-223-1942

*Please detach bottom portion and return with payment.*

Thomas Sullivan, Esquire
Ballard Spahr LLP
1675 Broadway
19th Floor
New York, NY  10022

| | | |
|---|---|---|
| Invoice No. | : | 130148989 |
| Invoice Date | : | 5/21/2020 |
| **Total Due** | : | **$2,178.40** |

| | | |
|---|---|---|
| Job No. | : | 306321 |
| BU ID | : | 21-NYC |
| Case No. | : | |
| Case Name | : | Sarah Palin v. New York Times |

Remit To:   **U S Legal Support, Inc.**
                 **P.O. Box 4772**
                 **Houston, TX  77210-4772**

# INVOICE


877.479.2484

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 130148989 | 5/21/2020 | 306321 |

| Job Date | Case No. |
|---|---|
| 5/12/2020 | |

| Case Name |
|---|
| Sarah Palin v. New York Times |

| Payment Terms |
|---|
| Due upon receipt |

Thomas Sullivan, Esquire
Ballard Spahr LLP
1675 Broadway
19th Floor
New York, NY  10022

(=) New Balance:          $2,178.40

**Tax ID:** 76-0523238

Phone: 212-223-0200    Fax:212-223-1942

*Please detach bottom portion and return with payment.*

Thomas Sullivan, Esquire
Ballard Spahr LLP
1675 Broadway
19th Floor
New York, NY  10022

| | | |
|---|---|---|
| Invoice No. | : | 130148989 |
| Invoice Date | : | 5/21/2020 |
| **Total Due** | : | **$2,178.40** |

| | | |
|---|---|---|
| Job No. | : | 306321 |
| BU ID | : | 21-NYC |
| Case No. | : | |
| Case Name | : | Sarah Palin v. New York Times |

Remit To:   **U S Legal Support, Inc.**
            **P.O. Box 4772**
            **Houston, TX  77210-4772**

# I N V O I C E

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 130148700 | 5/15/2020 | 306322 |

| Job Date | Case No. | |
|---|---|---|
| 5/12/2020 | | |

| Case Name |
|---|
| Sarah Palin v. New York Times |

| Payment Terms |
|---|
| Due upon receipt |

**877.479.2484**

Thomas Sullivan, Esquire
Ballard Spahr LLP
1675 Broadway
19th Floor
New York, NY  10022

Timothy Crawford

| | | | |
|---|---|---|---:|
| Video - First 2 hrs | | | 385.00 |
| Video - Add'l Hrs | 1.50 | Hours | 187.50 |
| Video - Text Synchronization | 2.50 | Hours | 312.50 |
| VIDEO- Handling, Processing & Archiving | | | 45.00 |

**TOTAL DUE  >>>**                     **$930.00**
AFTER 6/29/2020  PAY                  $1,069.50

Online bill pay available at   https://corporatebillpay.uslegalsupport.com/

Thank you for your business!

**(-) Payments/Credits:**            0.00
**(+) Finance Charges/Debits:**      0.00
**(=) New Balance:**             **$930.00**

**Tax ID:** 76-0523238

Phone: 212-223-0200    Fax:212-223-1942

*Please detach bottom portion and return with payment.*

Thomas Sullivan, Esquire
Ballard Spahr LLP
1675 Broadway
19th Floor
New York, NY  10022

Invoice No.      :   130148700
Invoice Date    :   5/15/2020
**Total Due**       :   **$930.00**

| | | |
|---|---|---|
| Job No. | : | 306322 |
| BU ID | : | 21-NYC |
| Case No. | : | |
| Case Name | : | Sarah Palin v. New York Times |

Remit To:   **U S Legal Support, Inc.**
            **P.O. Box 4772**
            **Houston, TX  77210-4772**



# INVOICE

| Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|
| 120479204 | 5/31/2020 | Due upon receipt |

| Job No. | Job Date: | Balance |
|---|---|---|
| 2152756 | 5/18/2020 | $1508.00 |

| Case Name |
|---|
| Sarah Palin vs. The New York Times Company |

| Case No |
|---|
| 17CV4853 |

**U.S. Legal Support, Inc.**
**One Southeast Third AvenueSuite 1250**
**Miami FL 33131**
**Phone: 305-373-8404  Fax: 305-358-3711**

**Jay Ward Brown, Esquire**
**Ballard, Spahr, Stillman & Friedman, L.L.P.**
**1675 Broadway**
**19th Floor**
**New York NY 10019**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| *U.S. Legal Support, Inc. - Remote Video Conference Reporter, Witness and all Parties will appear via Video Conference. | Jay Ward Brown, Esquire Ballard, Spahr, Stillman & Friedman, L.L.P. 1675 Broadway 19th Floor New York NY 10019 | Client Matter No: Claim No: Insured: |

| Services/Items | Units | Rate | Amount | Discount | Charges |
|---|---|---|---|---|---|
| Items Covered: 1 CERTIFIED COPY OF TRANSCRIPT OF:Elizabeth Williamson | | | | | |
| Copy | 195.00 | $3.35 | $653.25 | $0.00 | $653.25 |
| Realtime Page Premium | 148.00 | $2.60 | $384.80 | $0.00 | $384.80 |
| Litigation Support Package | 1.00 | $40.00 | $40.00 | $0.00 | $40.00 |
| Condensed Transcript | 1.00 | $20.00 | $20.00 | $0.00 | $20.00 |
| Processing & Handling | 1.00 | $45.00 | $45.00 | $0.00 | $45.00 |
| ( Taxable 0.00) | | | | | |
| Items Covered: Elizabeth Williamson | | | | | |
| Exhibit | 80.00 | $0.65 | $52.00 | $0.00 | $52.00 |
| Exhibits:  Color | 93.00 | $1.25 | $116.25 | $0.00 | $116.25 |
| ( Taxable 0.00) | | | | | |
| | | | $1311.30 | $0.00 | |

Remote Location, PA

| | |
|---|---|
| **Total Due** | **$1311.30** |
| **(-) Payments/Credits** | **$0.00** |
| **(+) Finance Charges/Debits** | **$196.70** |
| **(=) New Balance** | **$1508.00** |

**Tax ID : 76-0523238**                              Phone: 646-346-8045                Fax:212-223-1942

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

*"Please detach bottom portion and return with payment."*

Jay Ward Brown, Esquire
Ballard, Spahr, Stillman & Friedman, L.L.P.
1675 Broadway 19th Floor
New York NY 10019

| Invoice No. | 120479204 |
|---|---|
| Invoice Date: | 5/31/2020 |
| Total Due | **$1508.00** |
| Job No. | 2152756 |
| Case No: | 17CV4853 |

Remit To:    **U S Legal Support, Inc.**
             **P.O. Box 4772**
             **Houston TX 77210-4772**

Received by E-mail on July 8, 2020



# INVOICE

| Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|
| 120480515 | 6/4/2020 | Due upon receipt |

**U.S. Legal Support, Inc.**
**One Southeast Third AvenueSuite 1250**
**Miami FL 33131**
**Phone: 305-373-8404  Fax: 305-358-3711**

| Job No. | Job Date: | Balance |
|---|---|---|
| 2152761 | 5/19/2020 | $1384.83 |

| Case Name |
|---|
| Sarah Palin vs. The New York Times Company |

**Jay Ward Brown, Esquire**
**Ballard, Spahr, Stillman & Friedman, L.L.P.**
**1675 Broadway**
**19th Floor**
**New York NY 10019**

| Case No |
|---|
| 17CV4853 |

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| *U.S. Legal Support, Inc. - Remote Video Conference Reporter, Witness and all Parties will appear via Video Conference. | Jay Ward Brown, Esquire Ballard, Spahr, Stillman & Friedman, L.L.P. 1675 Broadway 19th Floor New York NY 10019 | Client Matter No: Claim No: Insured: |

| Services/Items | Units | Rate | Amount | Discount | Charges |
|---|---|---|---|---|---|
| Items Covered: 1 CERTIFIED COPY OF TRANSCRIPT OF:Elizabeth Williamson | | | | | |
| Copy | 197.00 | $3.60 | $709.20 | $0.00 | $709.20 |
| Realtime Page Premium | 150.00 | $2.60 | $390.00 | $0.00 | $390.00 |
| Litigation Support Package | 1.00 | $40.00 | $40.00 | $0.00 | $40.00 |
| Condensed Transcript | 1.00 | $20.00 | $20.00 | $0.00 | $20.00 |
| Processing & Handling | 1.00 | $45.00 | $45.00 | $0.00 | $45.00 |
| ( Taxable 0.00) | | | | | |
| | | | $1204.20 | $0.00 | |

Remote Location, NY

| | |
|---|---|
| **Total Due** | **$1204.20** |
| **(-) Payments/Credits** | **$0.00** |
| **(+) Finance Charges/Debits** | **$180.63** |
| **(=) New Balance** | **$1384.83** |

**Tax ID : 76-0523238**

Phone: 646-346-8045          Fax:212-223-1942

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

*"Please detach bottom portion and return with payment."*

Jay Ward Brown, Esquire
Ballard, Spahr, Stillman & Friedman, L.L.P.
1675 Broadway 19th Floor
New York NY 10019

| Invoice No. | 120480515 |
|---|---|
| **Invoice Date:** | 6/4/2020 |
| **Total Due** | **$1384.83** |
| **Job No.** | 2152761 |
| **Case No:** | 17CV4853 |

Remit To:  **U S Legal Support, Inc.**
**P.O. Box 4772**
**Houston TX 77210-4772**

# I N V O I C E

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 130149718 | 6/4/2020 | 306325 |

| Job Date | Case No. |
|---|---|
| 5/20/2020 | |

| Case Name |
|---|
| Sarah Palin v. New York Times |

| Payment Terms |
|---|
| Due upon receipt |

**877.479.2484**

Thomas Sullivan, Esquire
Ballard Spahr LLP
1675 Broadway
19th Floor
New York, NY  10022

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Sarah Palin | 177.00 | Pages | 805.35 |
| RemoteDepo w/InstantExhibit - Videoconferencing | | | 0.00 |
| Reporter Appearance - Per Session | | | 75.00 |
| RemoteDepo - Text Streaming | 2.00 | | 300.00 |
| Realtime | 177.00 | Pages | 460.20 |
| Realtime | 177.00 | Pages | 460.20 |
| Rough Draft ASCII | 177.00 | Pages | 0.00 |
| ASCII | | | 0.00 |
| Minuscript/Condensed Transcript | | | 20.00 |
| Litigation Support Package | | | 40.00 |
| Handling, Processing & Archiving | | | 45.00 |

| | |
|---|---|
| **TOTAL DUE  >>>** | **$2,205.75** |
| AFTER 7/19/2020  PAY | $2,536.61 |

Online bill pay available at   https://corporatebillpay.uslegalsupport.com/

Thank you for your business!

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |

**Tax ID:** 76-0523238

Phone: 212-223-0200    Fax:212-223-1942

*Please detach bottom portion and return with payment.*

Thomas Sullivan, Esquire
Ballard Spahr LLP
1675 Broadway
19th Floor
New York, NY  10022

| | | |
|---|---|---|
| Invoice No. | : | 130149718 |
| Invoice Date | : | 6/4/2020 |
| **Total Due** | **:** | **$2,205.75** |

| | | |
|---|---|---|
| Job No. | : | 306325 |
| BU ID | : | 21-NYC |
| Case No. | : | |
| Case Name | : | Sarah Palin v. New York Times |

Remit To:   **U S Legal Support, Inc.**
**P.O. Box 4772**
**Houston, TX  77210-4772**

# INVOICE



877.479.2484

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 130149718 | 6/4/2020 | 306325 |
| **Job Date** | **Case No.** | |
| 5/20/2020 | | |
| **Case Name** | | |
| Sarah Palin v. New York Times | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Thomas Sullivan, Esquire
Ballard Spahr LLP
1675 Broadway
19th Floor
New York, NY  10022

| | |
|---|---|
| **(=) New Balance:** | **$2,205.75** |

**Tax ID:** 76-0523238                    Phone: 212-223-0200    Fax:212-223-1942

*Please detach bottom portion and return with payment.*

Thomas Sullivan, Esquire
Ballard Spahr LLP
1675 Broadway
19th Floor
New York, NY  10022

| | | |
|---|---|---|
| Invoice No. | : | 130149718 |
| Invoice Date | : | 6/4/2020 |
| **Total Due** | : | **$2,205.75** |

| | | |
|---|---|---|
| Job No. | : | 306325 |
| BU ID | : | 21-NYC |
| Case No. | : | |
| Case Name | : | Sarah Palin v. New York Times |

Remit To:   **U S Legal Support, Inc.**
            **P.O. Box 4772**
            **Houston, TX  77210-4772**

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 130149758 | 6/4/2020 | 306331 |

| Job Date | Case No. |
|---|---|
| 5/21/2020 | |

| Case Name |
|---|
| Sarah Palin v. New York Times |

| Payment Terms |
|---|
| Due upon receipt |

Thomas Sullivan, Esquire
Ballard Spahr LLP
1675 Broadway
19th Floor
New York, NY  10022

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Sarah Palin Transcript | 184.00 | Pages | 837.20 |
| Exhibit | 134.00 | Pages | 87.10 |
| RemoteDepo w/InstantExhibit - Videoconferencing | | | 0.00 |
| Reporter Appearance - Per Session | | | 75.00 |
| RemoteDepo - Text Streaming | 3.00 | | 450.00 |
| Realtime | 184.00 | Pages | 478.40 |
| Realtime | 184.00 | Pages | 478.40 |
| Realtime | 184.00 | Pages | 478.40 |
| Rough Draft ASCII | 184.00 | Pages | 0.00 |
| ASCII | | | 0.00 |
| Minuscript/Condensed Transcript | | | 20.00 |
| Litigation Support Package | | | 40.00 |
| Handling, Processing & Archiving | | | 45.00 |

|  |  |
|---|---|
| **TOTAL DUE  >>>** | **$2,989.50** |
| AFTER 7/19/2020  PAY | $3,437.93 |

Online bill pay available at   https://corporatebillpay.uslegalsupport.com/

Thank you for your business!

**Tax ID:** 76-0523238

Phone: 212-223-0200    Fax:212-223-1942

*Please detach bottom portion and return with payment.*

Thomas Sullivan, Esquire
Ballard Spahr LLP
1675 Broadway
19th Floor
New York, NY  10022

| | | |
|---|---|---|
| Invoice No. | : | 130149758 |
| Invoice Date | : | 6/4/2020 |
| **Total Due** | **:** | **$2,989.50** |

| | | |
|---|---|---|
| Job No. | : | 306331 |
| BU ID | : | 21-NYC |
| Case No. | : | |
| Case Name | : | Sarah Palin v. New York Times |

Remit To:   **U S Legal Support, Inc.**
**P.O. Box 4772**
**Houston, TX  77210-4772**

# **I N V O I C E**



877.479.2484

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 130149758 | 6/4/2020 | 306331 |
| **Job Date** | **Case No.** | |
| 5/21/2020 | | |
| **Case Name** | | |
| Sarah Palin v. New York Times | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Thomas Sullivan, Esquire
Ballard Spahr LLP
1675 Broadway
19th Floor
New York, NY  10022

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$2,989.50** |

**Tax ID:** 76-0523238

Phone: 212-223-0200   Fax:212-223-1942

*Please detach bottom portion and return with payment.*

Thomas Sullivan, Esquire
Ballard Spahr LLP
1675 Broadway
19th Floor
New York, NY  10022

| | | |
|---|---|---|
| Invoice No. | : | 130149758 |
| Invoice Date | : | 6/4/2020 |
| **Total Due** | : | **$2,989.50** |

| | | |
|---|---|---|
| Job No. | : | 306331 |
| BU ID | : | 21-NYC |
| Case No. | : | |
| Case Name | : | Sarah Palin v. New York Times |

Remit To:   **U S Legal Support, Inc.**
              **P.O. Box 4772**
              **Houston, TX  77210-4772**

# I N V O I C E

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 130149904 | 6/9/2020 | 306334 |

| Job Date | Case No. |
|---|---|
| 5/22/2020 | |

| Case Name |
|---|
| Sarah Palin v. New York Times |

| Payment Terms |
|---|
| Due upon receipt |

Thomas Sullivan, Esquire
Ballard Spahr LLP
1675 Broadway
19th Floor
New York, NY  10022

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Craig Kronenberger | 378.00 | Pages | 1,719.90 |
| Exhibit | 257.00 | Pages | 167.05 |
| RemoteDepo w/InstantExhibit - Videoconferencing | | | 0.00 |
| Reporter Appearance - Per Session | 2.00 | Sessions | 150.00 |
| RemoteDepo - Text Streaming | | | 150.00 |
| Realtime | 378.00 | Pages | 982.80 |
| ASCII | | | 0.00 |
| Minuscript/Condensed Transcript | | | 20.00 |
| Litigation Support Package | | | 40.00 |
| Handling, Processing & Archiving | | | 45.00 |

**TOTAL DUE >>>**  **$3,274.75**

AFTER 7/24/2020  PAY  $3,765.96

Online bill pay available at   https://corporatebillpay.uslegalsupport.com/

Thank you for your business!

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$3,274.75** |

**Tax ID:** 76-0523238

Phone: 212-223-0200    Fax:212-223-1942

*Please detach bottom portion and return with payment.*

Thomas Sullivan, Esquire
Ballard Spahr LLP
1675 Broadway
19th Floor
New York, NY  10022

| | | |
|---|---|---|
| Invoice No. | : | 130149904 |
| Invoice Date | : | 6/9/2020 |
| **Total Due** | : | **$3,274.75** |

| | | |
|---|---|---|
| Job No. | : | 306334 |
| BU ID | : | 21-NYC |
| Case No. | : | |
| Case Name | : | Sarah Palin v. New York Times |

Remit To:  **U S Legal Support, Inc.**
**P.O. Box 4772**
**Houston, TX  77210-4772**



# INVOICE

| Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|
| 120482382 | 6/10/2020 | Due upon receipt |

| Job No. | Job Date: | Balance |
|---|---|---|
| 2152782 | 5/26/2020 | $1758.27 |

| Case Name |
|---|
| Sarah Palin vs. The New York Times Company |

| Case No |
|---|
| 17CV4853 |

**U.S. Legal Support, Inc.**
**One Southeast Third AvenueSuite 1250**
**Miami FL 33131**
**Phone: 305-373-8404  Fax: 305-358-3711**

**Jay Ward Brown, Esquire**
**Ballard, Spahr, Stillman & Friedman, L.L.P.**
**1675 Broadway**
**19th Floor**
**New York NY 10019**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| *U.S. Legal Support, Inc. - Remote Video Conference Reporter, Witness and all Parties will appear via Video Conference. | Jay Ward Brown, Esquire Ballard, Spahr, Stillman & Friedman, L.L.P. 1675 Broadway 19th Floor New York NY 10019 | Client Matter No: Claim No: Insured: |

| Services/Items | Units | Rate | Amount | Discount | Charges |
|---|---|---|---|---|---|
| Items Covered: 1 CERTIFIED COPY OF TRANSCRIPT OF:James Bennet | | | | | |
| Copy | 204.00 | $3.35 | $683.40 | $0.00 | $683.40 |
| Rough Draft | 149.00 | $2.00 | $298.00 | $0.00 | $298.00 |
| Expedited Transcript | 149.00 | $2.97 | $442.53 | $0.00 | $442.53 |
| Litigation Support Package | 1.00 | $40.00 | $40.00 | $0.00 | $40.00 |
| Condensed Transcript | 1.00 | $20.00 | $20.00 | $0.00 | $20.00 |
| Processing & Handling | 1.00 | $45.00 | $45.00 | $0.00 | $45.00 |
| ( Taxable 0.00) | | | | | |
| | | | $1528.93 | $0.00 | |

Remote Location, NY
6-Day Expedite on Original

| | |
|---|---|
| **Total Due** | **$1528.93** |
| **(-) Payments/Credits** | **$0.00** |
| **(+) Finance Charges/Debits** | **$229.34** |
| **(=) New Balance** | **$1758.27** |

**Tax ID : 76-0523238**                                    Phone: 646-346-8045                Fax:212-223-1942

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

*"Please detach bottom portion and return with payment."*

Jay Ward Brown, Esquire
Ballard, Spahr, Stillman & Friedman, L.L.P.
1675 Broadway 19th Floor
New York NY 10019

| Invoice No. | 120482382 |
|---|---|
| **Invoice Date:** | 6/10/2020 |
| **Total Due** | **$1758.27** |
| **Job No.** | 2152782 |
| **Case No:** | 17CV4853 |

Remit To:     **U S Legal Support, Inc.**
                    **P.O. Box 4772**
                    **Houston TX 77210-4772**



# INVOICE

| Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|
| 120483042 | 6/11/2020 | Due upon receipt |

| Job No. | Job Date: | Balance |
|---|---|---|
| 2152786 | 5/27/2020 | $2298.36 |

| Case Name |
|---|
| Sarah Palin vs. The New York Times Company |

| Case No |
|---|
| 17CV4853 |

**U.S. Legal Support, Inc.**
**One Southeast Third AvenueSuite 1250**
**Miami FL 33131**
**Phone: 305-373-8404  Fax: 305-358-3711**

**Jay Ward Brown, Esquire**
**Ballard, Spahr, Stillman & Friedman, L.L.P.**
**1675 Broadway**
**19th Floor**
**New York NY 10019**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| *U.S. Legal Support, Inc. - Remote Video Conference Reporter, Witness and all Parties will appear via Video Conference. | Jay Ward Brown, Esquire Ballard, Spahr, Stillman & Friedman, L.L.P. 1675 Broadway 19th Floor New York NY 10019 | Client Matter No: Claim No: Insured: |

| Services/Items | Units | Rate | Amount | Discount | Charges |
|---|---|---|---|---|---|
| Items Covered: 1 CERTIFIED COPY OF TRANSCRIPT OF:James Bennett | | | | | |
| Copy | 209.00 | $3.35 | $700.15 | $0.00 | $700.15 |
| Rough Draft | 151.00 | $2.00 | $302.00 | $0.00 | $302.00 |
| Expedited Transcript | 151.00 | $3.57 | $539.07 | $0.00 | $539.07 |
| Litigation Support Package | 1.00 | $40.00 | $40.00 | $0.00 | $40.00 |
| Condensed Transcript | 1.00 | $20.00 | $20.00 | $0.00 | $20.00 |
| Processing & Handling | 1.00 | $45.00 | $45.00 | $0.00 | $45.00 |
| ( Taxable 0.00) | | | | | |
| Items Covered: James Bennet | | | | | |
| Exhibit | 369.00 | $0.65 | $239.85 | $0.00 | $239.85 |
| Exhibits:  Color | 90.00 | $1.25 | $112.50 | $0.00 | $112.50 |
| ( Taxable 0.00) | | | | | |
| | | | $1998.57 | $0.00 | |

Remote Location, NY
5-Day Expedite on Original Order

| | |
|---|---|
| **Total Due** | **$1998.57** |
| **(-) Payments/Credits** | **$0.00** |
| **(+) Finance Charges/Debits** | **$299.79** |
| **(=) New Balance** | **$2298.36** |

**Tax ID : 76-0523238**                                           Phone: 646-346-8045          Fax:212-223-1942

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

*"Please detach bottom portion and return with payment."*

Jay Ward Brown, Esquire
Ballard, Spahr, Stillman & Friedman, L.L.P.
1675 Broadway 19th Floor
New York NY 10019

| Invoice No. | 120483042 |
|---|---|
| **Invoice Date:** | 6/11/2020 |
| **Total Due** | **$2298.36** |
| **Job No.** | 2152786 |
| **Case No:** | 17CV4853 |

Remit To:     **U S Legal Support, Inc.**
              **P.O. Box 4772**
              **Houston TX 77210-4772**

# INVOICE

U.S. Legal Support, Inc.
4200 West Cypress Street
Suite 750
Tampa FL  33607
Phone:813-876-4722    Fax:813-877-2675

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 120483898 | 6/12/2020 | 2165640 |
| **Job Date** | **Case No.** | |
| 5/29/2020 | 17CV4853 | |
| **Case Name** | | |
| Sarah Palin vs. The New York Times Company | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Jacquelyn Sche l, Esquire
Ballard, Spahr, Stillman & Friedman, L.L.P.
1675 Broadway
19th Floor
New York NY  10019

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Justin Stile Transcript | 130.00 Pages | | 3.25 | 422.50 |
|    Litigation Support Package | | | 40.00 | 40.00 |
|    Condensed Transcript | | | 20.00 | 20.00 |
|    Processing & Handling | | | 45.00 | 45.00 |
| Justin Stile Exhibit | | | | |
|    Exhibit | 146.00 Pages | @ | 0.65 | 94.90 |

**TOTAL DUE  >>>**                    **$622.40**
AFTER 7/12/2020 PAY              $715.76

For your convenience, we offer online invoice payment at:  https://www.uslegalsupport.com/online-b ll-pay/
Thank you for your business!

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **622.40** |

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** 76-0523238                              Phone: 646-346-8045    Fax:212-223-1942

*Please detach bottom portion and return with payment.*

Jacquelyn Schell, Esquire
Ballard, Spahr, Stillman & Friedman, L.L.P.
1675 Broadway
19th Floor
New York NY  10019

| | | | |
|---|---|---|---|
| Job No. | : 2165640 | BU ID | :54-TAMPA |
| Case No. | : 17CV4853 | | |
| Case Name | : Sarah Palin vs. The New York Times Company | | |
| Invoice No. | : 120483898 | Invoice Date | :6/12/2020 |
| **Total Due** | **: $ 622.40** | | |

Remit To: **U S Legal Support, Inc.**
     **P.O. Box 4772**
     **Houston TX  77210-4772**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:                Card Security Code:

Amount to Charge:

Cardho ler's Signature:

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
Tax ID No. 13-2775946

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

INVOICE NO.:  0540023-IN
INVOICE DATE:  02/17/22

CUSTOMER NO.:  1006578
WORK ORDER NO.:  226144
SALESPERSON:  JANA

Ballard, Spahr, Andrews & Ingers
1735 Market Street
51st Floor
Philadelphia, PA 19103-7559
Attention: Jacquelyn Schell

**\*PAYMENT IS DUE UPON RECEIPT\***

| JOB DATE | SARAH PALIN V THE NEW YORK TIMES COMPANY | | | | |
|----------|------------------------------------------|--|--|--|--|
|          | CASE NO.   **17CV04853**                 | | | | |
| 1/11/2022 | Original | 12.00  Pages at | $4.02 | 48.24 |



| | |
|---|---|
| Net Invoice: | 48.24 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | 48.24 |

**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER**
**PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC**

| | |
|---|---|
| Less Deposit: | 48.24 |
| **Invoice Balance:** | 0.00 |



ACCOUNT ENDING  54000

**Platinum Card®**

CARD MEMBER

GIANNI DIMEZZA

| DATE | | DESCRIPTION | AMOUNT |
|------|------|------|------|
| Feb 17 | **SOUTHERN DISTRICT REPORT** 500 PEARL STE 330 NEW YORK NY 10007 (212) 805-0300 http://www.sdreporters.com | **SOUTHERN DISTRICT RENEW YORK NY** Will appear on your Feb 25, 2022 statement as SOUTHERN DISTRICT RENEW YORK NY CARD GIANNI DIMEZZA MEMBERSHIP REWARDS POINTS 1X on Other purchases          48 ADDITIONAL INFORMATION 41731151 0540023 2119103- PROFESSIONAL SEVICES | $48.24 |

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
Tax ID No. 13-2775946

| | |
|---|---|
| INVOICE NO.: | 0540024-IN |
| INVOICE DATE: | 02/17/22 |

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

| | |
|---|---|
| CUSTOMER NO.: | 1006578 |
| WORK ORDER NO.: | 226770 |
| SALESPERSON: | CSIW |

Ballard,Spahr,Andrews & Ingers
1735 Market Street
51st Floor
Philadelphia, PA 19103-7559
Attention:Gianni DiMezza

### *PAYMENT IS DUE UPON RECEIPT*

| JOB DATE | SARAH PALIN V THE NEW YORK TIMES COMPANY | | | | |
|---|---|---|---|---|---|
| | CASE NO. | 17CV04853 | | | |
| 2/15/2022 | Original | 20.00 | Pages at | $7.98 | 159.60 |
| 2/15/2022 | Real Time Unedited Transcript | 20.00 | Pages at | $3.05 | 61.00 |



| | |
|---|---|
| Net Invoice: | 220.60 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **220.60** |

### WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER
### PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC

| | |
|---|---|
| Less Deposit: | 220.60 |
| **Invoice Balance:** | **0.00** |

AMERICAN EXPRESS

ACCOUNT ENDING 54000

**Platinum Card®**

CARD MEMBER

**GIANNI DIMEZZA**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| Feb 17 | **SOUTHERN DISTRICT REPORT**<br>500 PEARL<br>STE 330<br>NEW YORK<br>NY<br>10007<br>(212) 805-0300<br>http://www.sdreporters.com | **SOUTHERN DISTRICT RENEW YORK NY** | **$220.60** |

**SOUTHERN DISTRICT RENEW YORK NY**

Will appear on your Feb 25, 2022 statement as SOUTHERN DISTRICT RENEW YORK NY

CARD

GIANNI DIMEZZA

MEMBERSHIP REWARDS POINTS

1X on Other purchases     221

ADDITIONAL INFORMATION

41731634 0540024 2119103-

PROFESSIONAL SEVICES

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
Tax ID No. 13-2775946

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

INVOICE NO.:  0540025-IN
INVOICE DATE:  02/17/22

CUSTOMER NO.:  1006578
WORK ORDER NO.:  226769
SALESPERSON:  CSIW

Ballard, Spahr, Andrews & Ingers
1735 Market Street
51st Floor
Philadelphia, PA 19103-7559
Attention: Gianni DiMezza

**\*PAYMENT IS DUE UPON RECEIPT\***

| JOB DATE | SARAH PALIN V THE NEW YORK TIMES COMPANY | | | | |
|---|---|---|---|---|---|
| | CASE NO. **17CV04853** | | | | |
| 2/14/2022 | Original | 58.00 | Pages at | $7.98 | 462.84 |
| 2/14/2022 | Real Time Unedited Transcript | 58.00 | Pages at | $3.05 | 176.90 |



| | |
|---|---|
| Net Invoice: | 639.74 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | 639.74 |

**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER**
**PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC**

| | |
|---|---|
| Less Deposit: | 639.74 |
| **Invoice Balance:** | 0.00 |



ACCOUNT ENDING -54000

**Platinum Card®**

CARD MEMBER

**GIANNI DIMEZZA**

| DATE | | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Feb 17 | **SOUTHERN DISTRICT REPORT** 500 PEARL STE 330 NEW YORK NY 10007 (212) 805-0300 http://www.sdreporters.com | **SOUTHERN DISTRICT RENEW YORK NY** Will appear on your Feb 25, 2022 statement as SOUTHERN DISTRICT RENEW YORK NY | **$639.74** |

CARD
GIANNI DIMEZZA

MEMBERSHIP REWARDS POINTS
1X on Other purchases      640

ADDITIONAL INFORMATION
41732162 0540025 2119103-
PROFESSIONAL SEVICES

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
Tax ID No. 13-2775946

INVOICE NO.:   0540030-IN
INVOICE DATE:   02/17/22

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

CUSTOMER NO.:   1006578
WORK ORDER NO.:   226693
SALESPERSON:   CSIW

Ballard,Spahr,Andrews & Ingers
1735   Market Street
51st Floor
Philadelphia, PA   19103-7559

Attention:Gianni DiMezza

*PAYMENT IS DUE UPON RECEIPT*

| JOB DATE | | | | | |
|----------|--|--|--|--|--|
| | SARAH PALIN V THE NEW YORK TIMES COMPANY | | | | |
| | CASE NO.   **17CV04853** | | | | |
| 2/8/2022 | Original | 166.00 | Pages at | $4.59 | 761.94 |
| 2/8/2022 | Real Time Unedited Transcript | 182.00 | Pages at | $3.05 | 555.10 |
| 2/8/2022 | Original | 16.00 | Pages at | $7.98 | 127.68 |



| | |
|--|--|
| Net Invoice: | 1,444.72 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | 1,444.72 |

**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER**
**PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC**



ACCOUNT ENDING 54000

CARD MEMBER

Platinum Card®

GIANNI DIMEZZA

| DATE | | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Feb 17 | **SOUTHERN DISTRICT REPORT**<br>500 PEARL<br>STE 330<br>NEW YORK<br>NY<br>10007<br>(212) 805-0300<br>http://www.sdreporters.com | **SOUTHERN DISTRICT RENEW YORK NY**<br>Will appear on your Feb 25, 2022 statement as SOUTHERN DISTRICT RENEW YORK NY<br><br>CARD<br>GIANNI DIMEZZA<br><br>MEMBERSHIP REWARDS POINTS<br>1X on Other purchases                                    1,445<br><br>ADDITIONAL INFORMATION<br>41777646 20877 2119103-<br>PROFESSIONAL SEVICES | $1,444.72 |

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
Tax ID No. 13-2775946

INVOICE NO.:  0540032-IN
INVOICE DATE:  02/17/22

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

CUSTOMER NO.:  1006578
WORK ORDER NO.:  226692
SALESPERSON:  CSIW

Ballard,Spahr,Andrews & Ingers
1735 Market Street
51st Floor
Philadelphia, PA  19103-7559
Attention:Gianni DiMezza

**\*PAYMENT IS DUE UPON RECEIPT\***

| JOB DATE | SARAH PALIN V THE NEW YORK TIMES COMPANY | | | | |
|---|---|---|---|---|---|
| | CASE NO.  **17CV04853** | | | | |
| 2/7/2022 | Original | 125.00 | Pages at | $4.59 | 573.75 |
| 2/7/2022 | Original | 55.00 | Pages at | $7.98 | 438.90 |
| 2/7/2022 | Real Time Unedited Transcript | 180.00 | Pages at | $3.05 | 549.00 |



| | |
|---|---|
| Net Invoice: | 1.561.65 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | 1.561.65 |

**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER
PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC**



ACCOUNT ENDING  54000

**Platinum Card®**

CARD MEMBER

**GIANNI DIMEZZA**

| DATE | | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Feb 17 | **SOUTHERN DISTRICT REPORT**<br>500 PEARL<br>STE 330<br>NEW YORK<br>NY<br>10007<br>(212) 805-0300<br>http://www.sdreporters.com | **SOUTHERN DISTRICT RENEW YORK NY**<br>Will appear on your Feb 25, 2022 statement as SOUTHERN DISTRICT RENEW YORK NY<br><br>CARD<br>GIANNI DIMEZZA<br><br>MEMBERSHIP REWARDS POINTS<br>1X on Other purchases                                   1,562<br><br>ADDITIONAL INFORMATION<br>41778362 20877 2119103-<br>PROFESSIONAL SEVICES | **$1,561.65** |

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
Tax ID No. 13-2775946

INVOICE NO.: 0540029-IN
INVOICE DATE: 02/17/22

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

CUSTOMER NO.: 1006578
WORK ORDER NO.: 226694
SALESPERSON: CSIW

Ballard,Spahr,Andrews & Ingers
1735 Market Street
51st Floor
Philadelphia, PA 19103-7559
Attention:Gianni DiMezza

*PAYMENT IS DUE UPON RECEIPT*

| JOB DATE | SARAH PALIN V THE NEW YORK TIMES COMPANY | | | | |
|---|---|---|---|---|---|
| | CASE NO. | 17CV04853 | | | |
| 2/9/2022 | Original | 40.00 | Pages at | $4.59 | 183.60 |
| 2/9/2022 | Original | 147.00 | Pages at | $7.98 | 1,173.06 |
| 2/9/2022 | Real Time Unedited Transcript | 187.00 | Pages at | $3.05 | 570.35 |



| | |
|---|---|
| Net Invoice: | 1,927.01 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | 1,927.01 |

**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER
PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC**



ACCOUNT ENDING  54000

**Platinum Card®**

CARD MEMBER

**GIANNI DIMEZZA**

| DATE | | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Feb 17 | **SOUTHERN DISTRICT REPORT** 500 PEARL STE 330 NEW YORK NY 10007 (212) 805-0300 http://www.sdreporters.com | **SOUTHERN DISTRICT RENEW YORK NY** Will appear on your Feb 25, 2022 statement as SOUTHERN DISTRICT RENEW YORK NY CARD GIANNI DIMEZZA MEMBERSHIP REWARDS POINTS 1X on Other purchases        1,927 ADDITIONAL INFORMATION 41777250 20877 2119103- PROFESSIONAL SEVICES | **$1,927.01** |

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
Tax ID No. 13-2775946

INVOICE NO.:  0540027-IN
INVOICE DATE:  02/17/22

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

CUSTOMER NO.:  1006578
WORK ORDER NO.:  226695
SALESPERSON:  CSIW

Ballard,Spahr,Andrews & Ingers
1735 Market Street
5 lst Floor
Philadelphia, PA  19103-7559
Attention:Gianni DiMezza

*PAYMENT IS DUE UPON RECEIPT*

| JOB DATE | SARAH PALIN V THE NEW YORK TIMES COMPANY | | | | |
|---|---|---|---|---|---|
| | CASE NO.   **17CV04853** | | | | |
| | | | | | |
| 2/10/2022 | Original | 191.00 | Pages at | $7.98 | 1.524.18 |
| 2/10/2022 | Real Time Unedited Transcript | 191.00 | Pages at | $3.05 | 582.55 |

PAID
AmEX
2/17/22

| | |
|---|---|
| Net Invoice: | 2.106.73 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | 2.106.73 |

**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER
PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC**

| | |
|---|---|
| Less Deposit: | 2,106.73 |
| **Invoice Balance:** | 0.00 |

Firefox

about:blank



ACCOUNT ENDING  54000

Platinum Card®

CARD MEMBER

GIANNI DIMEZZA

| DATE | | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Feb 17 | **SOUTHERN DISTRICT REPORT**<br>500 PEARL<br>STE 330<br>NEW YORK<br>NY<br>10007<br>(212) 805-0300<br>http://www.sdreporters.com | **SOUTHERN DISTRICT RENEW YORK NY**<br>Will appear on your Feb 25, 2022 statement as SOUTHERN DISTRICT RENEW YORK NY<br><br>CARD<br>GIANNI DIMEZZA<br><br>MEMBERSHIP REWARDS POINTS<br>1X on Other purchases                          2,107<br><br>ADDITIONAL INFORMATION<br>41733142 0540027 2119103-<br>PROFESSIONAL SEVICES | $2,106.73 |

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
Tax ID No. 13-2775946

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

INVOICE NO.: 0540026-IN
INVOICE DATE: 02/17/22

CUSTOMER NO.: 1006578
WORK ORDER NO.: 226696
SALESPERSON: CSIW

Ballard,Spahr,Andrews & Ingers
1735 Market Street
51st Floor
Philadelphia, PA 19103-7559
Attention:Gianni DiMezza

*PAYMENT IS DUE UPON RECEIPT*

| JOB DATE | SARAH PALIN V THE NEW YORK TIMES COMPANY | | | | |
|----------|------|------|------|------|------|
| | CASE NO. 17CV04853 | | | | |
| 2/11/2022 | Original | 193.00 | Pages at | $7.98 | 1.540.14 |
| 2/11/2022 | Real Time Unedited Transcript | 193.00 | Pages at | $3.05 | 588.65 |



| | |
|---|---|
| Net Invoice: | 2.128.79 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | 2.128.79 |

**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER**
**PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC**

| | |
|---|---|
| Less Deposit: | 2,128.79 |
| **Invoice Balance:** | 0.00 |

Firefox



ACCOUNT ENDING  54000

**Platinum Card®**

CARD MEMBER

GIANNI DIMEZZA

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| Feb 17 | **SOUTHERN DISTRICT REPORT**<br>500 PEARL<br>STE 330<br>NEW YORK<br>NY<br>10007<br>(212) 805-0300<br>http://www.sdreporters.com | **SOUTHERN DISTRICT RENEW YORK NY**<br>Will appear on your Feb 25, 2022 statement as SOUTHERN DISTRICT RENEW YORK NY<br><br>CARD<br>GIANNI DIMEZZA<br><br>MEMBERSHIP REWARDS POINTS<br>1X on Other purchases     2,129<br><br>ADDITIONAL INFORMATION<br>41732650 0540026 2119103-<br>PROFESSIONAL SEVICES | **$2,128.79** |

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
Tax ID No. 13-2775946

INVOICE NO.:  0539869-IN
INVOICE DATE:  02/10/22

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

CUSTOMER NO.:  1006578
WORK ORDER NO.:  226517
SALESPERSON:  JANA

Ballard,Spahr,Andrews & Ingers
1735  Market Street
51st Floor
Philadelphia, PA  19103-7559
Attention:Gianni DiMezza

**PAID INVOICE    2/10/22**

| JOB DATE | SARAH PALIN V THE NEW YORK TIMES COMPANY | | | | |
|---|---|---|---|---|---|
| | CASE NO. | **17CV04853** | | | |
| 2/3/2022 | Original | 127.00 | Pages at | $7.98 | 1,013.46 |
| 2/3/2022 | Real Time Unedited Transcript | 127.00 | Pages at | $3.05 | 387.35 |

Net Invoice:  1,400.81
Less Discount:  0.00
Freight:  0.00
Sales Tax:  0.00
**Invoice Total:**  1,400.81

**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER
PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC**



ACCOUNT ENDING 54000

Platinum Card®

CARD MEMBER

GIANNI DIMEZZA

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| Feb 10 | **SOUTHERN DISTRICT REPORT**<br>500 PEARL<br>STE 330<br>NEW YORK<br>NY<br>10007<br>(212) 805-0300<br>http://www.sdreporters.com | **SOUTHERN DISTRICT RENEW YORK NY**<br><br>Will appear on your Feb 25, 2022 statement as SOUTHERN DISTRICT RENEW YORK NY<br><br>CARD<br>GIANNI DIMEZZA<br><br>MEMBERSHIP REWARDS POINTS<br>1X on Other purchases                          1,401<br><br>ADDITIONAL INFORMATION<br>35650363 0539869 2119103-<br>PROFESSIONAL SEVICES | **$1,400.81** |

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
Tax ID No. 13-2775946

|  |  |
|---|---|
| INVOICE NO.: | 0539868-IN |
| INVOICE DATE: | 02/10/22 |

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

|  |  |
|---|---|
| CUSTOMER NO.: | 1006578 |
| WORK ORDER NO.: | 226518 |
| SALESPERSON: | CSIW |

Ballard,Spahr,Andrews & Ingers
1735   Market Street
51st Floor
Philadelphia, PA   19103-7559
Attention:Gianni DiMezza

**PAID INVOICE    2/10/22**

---

JOB DATE         SARAH PALIN V THE NEW YORK TIMES COMPANY

                 CASE NO.    **17CV04853**


| 2/4/2022 | Original | 191.00 | Pages at | $7.98 | 1,524.18 |
|---|---|---|---|---|---|
| 2/4/2022 | Real Time Unedited Transcript | 191.00 | Pages at | $3.05 | 582.55 |

|  |  |
|---|---|
| Net Invoice: | 2,106.73 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | 2,106.73 |

**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER
PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC**



ACCOUNT ENDING  54000

**Platinum Card®**

CARD MEMBER

GIANNI DIMEZZA

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| Feb 10 | **SOUTHERN DISTRICT RENEW YORK NY** | $2,106.73 |

**SOUTHERN DISTRICT REPORT**
500 PEARL
STE 330
NEW YORK
NY
10007
(212) 805-0300
http://www.sdreporters.com

Will appear on your Feb 25, 2022 statement as SOUTHERN DISTRICT RENEW YORK NY

CARD
GIANNI DIMEZZA

MEMBERSHIP REWARDS POINTS
1X on Other purchases                                    2,107

ADDITIONAL INFORMATION
35649397 0539868 2119103-
PROFESSIONAL SEVICES

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
**Tax ID No. 13-2775946**

|  |  |
|---|---|
| | INVOICE NO.:  0524814-IN |
| | INVOICE DATE:  03/06/20 |

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

|  |  |
|---|---|
| CUSTOMER NO.:  1006578 |
| WORK ORDER NO.:  212253 |
| SALESPERSON:  CSIW |

Ballard,Spahr,Andrews & Ingers
1735  Market Street
51st Floor
Philadelphia, PA  19103-7559
Attention:Ryan Relyea

*PAYMENT IS DUE UPON RECEIPT*

| JOB DATE | SARAH PALIN V THE NEW YORK TIMES COMPANY | | | | |
|---|---|---|---|---|---|
| | CASE NO. | **17CV04853** | | | |
| 12/16/2019 | Original | | 7.00  Pages at | $2.79 | 19.53 |

|  |  |
|---|---|
| Net Invoice: | 19.53 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | 19.53 |

**FOR CREDIT CARD PAYMENT, PLEASE CALL (212)805-0324**
**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER**
**PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC**

Less Deposit: _____

**Invoice Balance:**

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
**Tax ID No. 13-2775946**

|  |  |
|---|---|
| | INVOICE NO.:  0540023-IN |
| | INVOICE DATE:  02/17/22 |

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

CUSTOMER NO.:  1006578
WORK ORDER NO.:  226144

SALESPERSON:   JANA

Ballard,Spahr,Andrews & Ingers
1735  Market Street
51st Floor
Philadelphia, PA  19103-7559
Attention:Jacquelyn Schell

*PAYMENT IS DUE UPON RECEIPT*

| JOB DATE | SARAH PALIN V THE NEW YORK TIMES COMPANY | | | | |
|---|---|---|---|---|---|
| | CASE NO. | **17CV04853** | | | |
| 1/11/2022 | Original | | 12.00  Pages at | $4.02 | 48.24 |

|  |  |
|---|---|
| Net Invoice: | 48.24 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | 48.24 |

**FOR CREDIT CARD PAYMENT, PLEASE CALL (212)805-0324**
**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER**
**PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC**

Less Deposit: _____

**Invoice Balance:**

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
**Tax ID No. 13-2775946**

|  |  |
|---|---|
| INVOICE NO.: | 0541324-IN |
| INVOICE DATE: | 03/30/22 |

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

|  |  |
|---|---|
| CUSTOMER NO.: | 1028363 |
| WORK ORDER NO.: | 227715 |
| SALESPERSON: | CSIW |

Ballard Spahr LLP
1735 Market St.
51st Fl.
Philadelphia, PA  19103
Attention:Gianni DiMezza

*PAYMENT IS DUE UPON RECEIPT*

---

JOB DATE        SARAH PALIN V THE NEW YORK TIMES COMPANY

CASE NO.    **17CV04853**

| 1/24/2022 | Email | | 37.00 | Pages at | $1.20 | 44.40 |
|---|---|---|---|---|---|---|

|  |  |
|---|---|
| Net Invoice: | 44.40 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | 44.40 |

**FOR CREDIT CARD PAYMENT, PLEASE CALL (212)805-0324**
**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER**
**PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC**

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**

**Tax ID No. 13-2775946**

|  |  |
|---|---|
| | INVOICE NO.:  0486922-IN |
| | INVOICE DATE:  08/15/17 |

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

|  |  |
|---|---|
| CUSTOMER NO.:  1005564 |
| WORK ORDER NO.:  181836 |
| SALESPERSON:   CSIW |

Levine, Sullivan, Koch & Schul
321 West 44th Street
Suite 1000
New York, NY  10036
Attention:Brian Earl

*PAYMENT IS DUE UPON RECEIPT*

| JOB DATE | SARAH PALIN V THE NEW YORK TIMES COMPANY | | | | |
|---|---|---|---|---|---|
| | CASE NO. | **17CV04853** | | | |
| 7/31/2017 | Original | 33.00 | Pages at | $3.93 | 129.69 |

|  |  |
|---|---|
| Net Invoice: | 129.69 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | 129.69 |

**FOR CREDIT CARD PAYMENT, PLEASE CALL (212)805-0324
WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER
PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC**

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**

**Tax ID No. 13-2775946**

|  |  |
|---|---|
| | INVOICE NO.:  0487272-IN |
| | INVOICE DATE:  08/22/17 |

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

|  |  |
|---|---|
| CUSTOMER NO.:  1005564 |
| WORK ORDER NO.:  182205 |
| SALESPERSON:   CSIW |

Levine, Sullivan, Koch & Schul
321 West 44th Street
Suite 1000
New York, NY  10036
Attention:Brian Earl

**\*PAYMENT IS DUE UPON RECEIPT\***

| JOB DATE | SARAH PALIN V THE NEW YORK TIMES COMPANY | | | | |
|---|---|---|---|---|---|
| | CASE NO.    **17CV04853** | | | | |
| 7/31/2017 | Original | 11.00 | Pages at | $3.12 | 34.32 |
| 7/31/2017 | Real Time Unedited Transcript | 11.00 | Pages at | $2.10 | 23.10 |

|  |  |
|---|---|
| Net Invoice: | 57.42 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | 57.42 |

**FOR CREDIT CARD PAYMENT, PLEASE CALL (212)805-0324**
**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER**
**PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC**

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**

**Tax ID No. 13-2775946**

| | |
|---|---|
| INVOICE NO.: | 0487170-IN |
| INVOICE DATE: | 08/22/17 |

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

| | |
|---|---|
| CUSTOMER NO.: | 1005564 |
| WORK ORDER NO.: | 182317 |
| SALESPERSON: | CSIW |

Levine, Sullivan, Koch & Schul
321 West 44th Street
Suite 1000
New York, NY 10036
Attention:David Schulz

*PAYMENT IS DUE UPON RECEIPT*

| JOB DATE | SARAH PALIN V THE NEW YORK TIMES COMPANY | | | | |
|---|---|---|---|---|---|
| | CASE NO.    **17CV04853** | | | | |
| 8/16/2017 | Original | 81.00 | Pages at | $3.93 | 318.33 |
| 8/16/2017 | Real Time Unedited Transcript | 0.00 | Pages at | $1.10 | 0.00 |

| | |
|---|---|
| Net Invoice: | 318.33 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | 318.33 |

**FOR CREDIT CARD PAYMENT, PLEASE CALL (212)805-0324**
**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER**
**PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC**

### ITEM FOUR – FEES AND DISBURSEMENTS FOR PRINTING

Defendants seek the costs of printing their Second Circuit briefs during the appeal of the Court's decision on The Times's motion to dismiss

| Payee | Type of Costs | Date | Amount Sought |
|-------|--------------|------|---------------|
| Counsel Press | Reproduction of appellate brief | 05/15/2018 | $795.00 |
| Counsel Press | Reproduction of petition for rehearing | 08/29/2019 | $140.00 |
| **TOTAL** | | | **$935.00** |

# Invoice

|  |  |
|---|---|
| Invoice Number: | 0009089553 |
| Date: | 5/15/2018 |
| Fed. Tax ID: | 47-3380949 |

**Counsel Press Inc.**

PO Box 65019
Baltimore, MD 21264-5019
800-427-7325

Terms:   ON RECEIPT

**Sold To**

**Ballard Spahr LLP**
919 Third Avenue
37th Floor
New York, NY 10022-3915   USA

Attention: David A. Schulz, Esq.

| File No.: | 280132 |
|---|---|
| Court: | USCOA - 2ND |
| Case Name: | Sarah Palin v. The New York Times Co. |

**Amount**

For Reproduction of:

**APPELLEE'S BRIEF**
  - (9 copies, 68 pages)

| | | | | | |
|---|---|---|---|---|---|
| 1.00 | Preparation of Brief | @ | $795.00 | $795.00 |
| 1.00 | Electronic File Production and Review | @ | $75.00 | $75.00 |
| 1.00 | File Upload(s) | @ | $50.00 | $50.00 |
| 1.00 | Filing of Documents | @ | $80.00 | $80.00 |

00-VW

> This Invoice is Due Upon Receipt. Please Show Invoice Number on Check When Submitting Payment.

| | |
|---|---|
| Subtotal | $1,000.00 |
| Sales Tax | $88.75 |
| | $0.00 |
| Payment/Credit Amount | $0.00 |
| Balance | $1,088.75 |

# Invoice

**Counsel Press Inc.**

PO Box 65019
Baltimore, MD 21264-5019
800-427-7325

| | |
|---|---|
| Invoice Number: | 0009104115 |
| Date: | 8/29/2019 |
| Fed. Tax ID: | 47-3380949 |
| | |
| Terms: | ON RECEIPT |

**Sold To**

Ballard Spahr LLP
1675 Broadway
19th Floor
New York, NY 10019-5820   USA

Attention: David A. Schulz, Esq.

| | |
|---|---|
| File No.: | 290589 |
| Court: | USCOA - 2ND |
| Case Name: | Palin v. The New York Times Company |

| | | | Amount |
|---|---|---|---|
| For Reproduction of: | | | |
| | **PETITION FOR REHEARING** | | |
| 1.00 | Cover(s) - 1st Side | @ | $140.00 | $140.00 |
| 1.00 | Electronic File Production and Review | @ | $75.00 | $75.00 |
| 1.00 | File Upload(s) | @ | $50.00 | $50.00 |

| | | |
|---|---|---|
| 00-VW | This Invoice is Due Upon Receipt. Please Show Invoice Number on Check When Submitting Payment. | Subtotal | $265.00 |
| | | Sales Tax | $23.52 |
| | | | $0.00 |
| | | Payment/Credit Amount | $0.00 |
| | | Balance | $288.52 |

NEW YORK, NY - WASHINGTON, DC - PHILADELPHIA, PA - LOS ANGELES, CA, CHICAGO, IL
BUFFALO, NY - RICHMOND, VA - BOSTON, MA - ISELIN, NJ - SYRACUSE, NY - ROCHESTER, NY

## ITEM FIVE – FEES FOR WITNESSES

Defendants seek witness fees for Craig Kronenberger and Timothy Crawford, each of whom was paid more than the $40 statutory fee.  Mr. Kronenberger was paid through his company Stripe Reputation and Mr. Crawford's fee was put forward by the process server, as indicated on that receipt.

| Witness | Type of Attendance | Date | Fee Amount |
|---|---|---|---|
| Crawford, Timothy | Deposition | 05/12/2020 | $40.00 |
| Kronenberger, Craig | Deposition | 05/22/2020 | $40.00 |
| **TOTAL** | | | **$80.00** |

Defendants also seek the following travel and subsistence costs:

| Witness | Type of Cost | Date | Fee Amount |
|---|---|---|---|
| Willliamson, Elizabeth | Train travel to trial from Washington DC | 01/23/2022 | $296.00 |
| | Taxi travel | 01/23/2022 | $19.55 |
| | Lodging | 01/23/2022-01/24/2022 (1 Night) | $151.53 |
| | Subsistence allowance | 01/23/2022 | $42.00 |
| | Taxi travel | 01/24/2022 | $19.55 |
| | Taxi travel | 01/24/2022 | $29.81 |
| | Taxi travel | 01/24/2022 | $32.16 |
| | Subsistence allowance | 01/24/2022 | $36.00 |

| | | | |
|---|---|---|---|
| | Train travel from trial to Washington DC | 01/27/2022 | $110.00 |
| | Train travel to trial from Washington DC | 02/02/2022 | $186.00 |
| | Taxi travel | 02/02/2022 | $30.95 |
| | Taxi travel | 02/02/2022 | $17.89 |
| | Lodging | 02/02/2022-02/04/2022 (2 Nights) | $303.06 |
| | Subsistence allowance | 02/02/2022 | $27.00[1] |
| | Subsistence allowance | 02/03/2022 | $36.00 |
| | Subsistence allowance | 02/04/2022 | $30.75 |
| | Taxi travel | 02/04/2022 | $27.99 |
| | Taxi travel | 02/04/2022 | $24.29 |
| | Train travel from trial to Washington DC | 02/04/2022 | $164.00 |
| Douthat, Ross | Round-trip train travel between trial and New Haven, CT | 02/09/2022 | $35.50 |
| | Uber travel from courthouse to | 02/09/2022 | $26.74 |

---

[1] A subsistence allowance may not "exceed the maximum per diem allowance prescribed by the Administrator of General Services." 28 U.S.C. § 1821(d)(2). Ms. Williamson's subsistence charges exceeded this amount, but Defendants are seeking only the allowed amount. Those amounts are available at https://www.gsa.gov/travel/plan-book/per-diem-rates/per-diem-rates-results/?action=perdiems_report&state=NY&fiscal_year=2022&zip=10007&city=/

| | Grand Central Terminal | | |
|---|---|---|---|
| **TOTAL** | | | **$1,646.77** |

**Stripe Reputation**

PO Box 8554, 1190 N Highland Ave NE
ATLANTA, GA  31106-1018

# INVOICE

**BILL TO**

Ballard Spahr LLP
David L. Axelrod
1735 Market Street, 51st Floor
Philadelphia, PA  19103-7599

| | |
|---|---|
| **INVOICE #** | BS-3889 |
| **DATE** | 05/29/2020 |
| **DUE DATE** | 06/28/2020 |
| **TERMS** | Net 30 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Client:  Ballard Spahr LLP<br>Project: Palin v. The New York Times Company and James Bennet - Case No. 17cv4853<br>Job #: BCC029<br><br>Deposition Time<br>Craig Kronenberger via Zoom<br><br>Hours - 10:00 - 6:00.<br><br>Total - 8 hours at $450 rate<br><br>Amount Due - $3,600 | 1 | 3,600.00 | 3,600.00 |

Stripe Reputation Inc. EIN: 47-4530457

**BALANCE DUE**          **$3,600.00**

Four Points New York Downtown
6 Platt St
New York, NY  10038
United States
Tel: 212-273-9388

# FOUR POINTS
## BY SHERATON

ELIZABETH WILLIAMSON
BA1312 - Ballard Spahr

| | | | |
|---|---|---|---|
| Page Number | : | 1 | |
| Guest Number | : | 360352 | |
| Folio ID | : | A | |
| No. Of Guest | : | 1 | |
| Room Number | : | 1709 | |
| Marriott Bonvoy Number : | | | |
| Arrive Date | : | 23-JAN-22 | 16:33 |
| Depart Date | : | 24-JAN-22 | 15:45 |

FPbS NY Downto NYCDF  JAN-24-2022  15:50  JESS

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 23-JAN-22 | RT1709 | Room Chrg - Grp - Corporate | 129.00 | |
| 23-JAN-22 | RT1709 | State Tax | 11.45 | |
| 23-JAN-22 | RT1709 | City/Local Tax | 7.58 | |
| 23-JAN-22 | RT1709 | Occupancy/Tourism | 3.50 | |
| 24-JAN-22 | VI | Visa-8366 | | -151.53 |
| | | ** Total | 151.53 | -151.53 |
| | | *** Balance | 0.00 | |

I agreed to pay all room & incidental charges.

Tell us about your stay. www.fourpoints.com/reviews

Continued on the next page

Four Points New York Downtown
6 Platt St
New York, NY  10038
United States
Tel: 212-273-9388

FOUR
POINTS
BY SHERATON

ELIZABETH WILLIAMSON
BA1312 - Ballard Spahr

| | | |
|---|---|---|
| Page Number | : | 2 |
| Guest Number | : | 360352 |
| Folio ID | : | A |
| No. Of Guest | : | 1 |
| Room Number | : | 1709 |
| Marriott Bonvoy Number | : | |
| Arrive Date | : | 23-JAN-22      16:33 |
| Depart Date | : | 24-JAN-22      15:45 |

EXPENSE SUMMARY REPORT

Currency: USD

| Date | Room | RM Tax | Food/Bev | Telecom | Other | Total | Payment |
|---|---|---|---|---|---|---|---|
| 01-23-2022 | 0.00 | 0.00 | 0.00 | 0.00 | 151.53 | 151.53 | 0.00 |
| 01-24-2022 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -151.53 |
| Total | 0.00 | 0.00 | 0.00 | 0.00 | 151.53 | 151.53 | -151.53 |



# Invoice

| | |
|---|---|
| **Guest Name:** | Elizabeth Williamson |

Four Points New York Downtown
6 Platt St
New York NY 10038
Tel: 212-273-9388

| | |
|---|---|
| **Check in:** | 2/2/2022 |
| **Check Out:** | 2/4/2022 |
| **Room#:** | 1809 |
| **Folio#:** | 360769 |

| Reference | DESCRIPTION | DATE | AMOUNT |
|---|---|---|---|
| **RT1809** | Room Charge | 2/2/2022 | $129.00 |
| | State Tax | 2/2/2022 | $11.45 |
| | City Tax | 2/2/2022 | $7.58 |
| | Occupancy Tax | 2/2/2022 | $3.50 |
| **RT1809** | Room Charge | 2/3/2022 | $129.00 |
| | State Tax | 2/3/2022 | $11.45 |
| | City Tax | 2/3/2022 | $7.58 |
| | Occupancy Tax | 2/3/2022 | $3.50 |
| | | **Subtotal** | $303.06 |

Expense Report: EXP-052342
Pay To: Employee: Elizabeth Williamson
Total Amount: ███████

Page 1 of 2

## Expense Report

| | |
|---|---|
| Expense Report Number | EXP-052342 |
| Company | The New York Times Newspaper |
| Report Date | 04/07/2022 |
| Start Date | 01/05/2022 |
| End Date | 04/05/2022 |
| Business Purpose | News Gathering and Reporting |

## Pay To

| | |
|---|---|
| Name | Employee: Elizabeth Williamson |
| Email | ███████ |
| Work Phone | ███████ |
| Address | ███████ Washington, DC 20006 United States of America |

## Amounts

| | |
|---|---|
| Reimbursement Currency | USD |
| Reimbursement Amount | ███████ |
| Cash Advance Applied Amount | 0.00 |
| Personal Amount | 0.00 |
| Company Paid Credit Card Amount | 0.00 |
| Expense Report Total Amount | ███████ |

## Expense Report Lines

| Date | Expense Item | Amount | Memo | Receipt Attached | Itemized |
|---|---|---|---|---|---|
| ████ | ███████ | ████ | | | |
| ████ | ██████ | ██████ | | ██ | |
| ████ | █████ | ████ | | | |
| ████ | ██████ | | | | |
| ████ | ████ | ████████ | | | |
| ████ | ████ | █████ | | ██ | |
| ████ | ████ | ██████ | | | |
| ████ | ██████ | ██████ | | | |
| ████ | █████ | ████ | | | |
| ████ | ██████ | ████ | | | |
| ████ | ██ | ████████ | | | |
| ████ | ███████ | ████ | | | |
| 01/23/2022 | Dinner While Traveling | 50.00 USD | my portion of shared check | Yes | |
| 01/23/2022 | Lunch While Traveling | 19.66 USD | | | |
| 01/23/2022 | Taxi | 19.55 USD | court | | |
| 01/23/2022 | Train / Bus / Subway | 296.00 USD | NOTE: receipt is for 2 tickets RT DC-NYC, $296 is my RT fare | Yes | |
| 01/24/2022 | Taxi | 29.81 USD | court | Yes | |
| 01/24/2022 | Dinner While Traveling | 50.00 USD | my portion of a shared check | Yes | |
| 01/24/2022 | Taxi | 32.16 USD | | Yes | |
| ████ | ██ | █████████ | | ██ | |
| ████ | █████ | █████ | | ██ | |
| ████ | ██████ | █████████ | | ██ | |
| ████ | ██████ | ████ | | | ████ |

**Expense Report: EXP-052342**
**Pay To: Employee: Elizabeth Williamson**
Total Amount: 2,357.35

Page   2   of   2

## Expense Report Lines

| Date | Expense Item | Amount | Memo | Receipt Attached | Itemized |
|------|--------------|--------|------|------------------|----------|
| ██████ | ████████████ | █████ | | █ | |
| ██████ | ████ | ████████████████ ███ | | █ | |
| ██████ | ████ | ██████ | | | |
| 02/01/2022 | Train / Bus / Subway | 186.00 USD | One way DC-NYC (2 pg receipt) | Yes | |
| 02/02/2022 | Taxi | 30.95 USD | | Yes | |
| 02/02/2022 | Dinner While Traveling | 50.00 USD | | Yes | |
| 02/02/2022 | Taxi | 17.89 USD | to train | | |
| 02/03/2022 | Dinner While Traveling | 50.00 USD | | Yes | |
| 02/04/2022 | Dinner While Traveling | 35.49 USD | | Yes | |
| 02/04/2022 | Taxi | 27.99 USD | to train | Yes | |
| 02/04/2022 | Gratuities | 10.00 USD | luggage storage | | |
| 02/04/2022 | Train / Bus / Subway | 164.00 USD | from NY to DC one way | Yes | |
| 02/04/2022 | Taxi | 24.29 USD | Union station to home | | |
| ██████ | ██████ | ████████████ | | | |
| ██████ | ██████ | ████████████ | | | |
| ██████ | █████████████ | ████████████████ | | | |
| ██████ | █████████████ | ████ | | █ | |
| ██████ | █████████████ | ████ | | | |
| ██████ | █████████████ | ████ | | █ | |
| ██████ | ███ | ██████████ | | | |
| ██████ | ███ | ████ | | | |
| ██████ | ███ | ██████████ | | | |
| ██████ | █████████ | ████ | | █ | |
| ██████ | █████████ | ████ | | | |
| ██████ | ███ | ██████████ | | | |
| ██████ | ███ | ████████████ | | | |
| ██████ | ███ | ██████████ | | █ | |

Signature _____     Date _____



Food Bar SONY

```
Check No     : 55
Table No     : 0
Server       : 100650004 Francis
Acct Num     : XXXXXXXXXXXXX8366
Expiry Date  : **/**
Card Type    : VISA
Trans Type   : Authorize
Trans Date   : 2/4/2022
Trans Time   : 4:59 PM
Entry Mode   : Chip
Auth Code    : 02464D
Resp Code    : 00
Mode         : Issuer
App Label    : VISA CREDIT
AID          : A0000000031010
ARC          : 00
TVR          : 8000000000
TSI          : 6800
IAD          : 0601120360A000


00   Approved - Thank You   000



Subtotal    : USD$        30.49

Gratuity    : _____  35.49

Total       : _____


X_____
            Signature
    I Agree to pay total amount as
    per the Card Issuer Agreement.
            Customer Copy
```



```
            PEARL DINER
          212 PEARL STREET
        NEW YORK, NY 10038
          212-344-6620

01/25/2022              10:41:07
Merchant ID:      ••••••••••0853
Device ID:                  2118
Terminal ID:                PP01

Credit Sale:

Transaction #:                 3
Card Type:                  Visa
Account:          ••••••••••8366
Entry:                      Chip

Amount:              $39.30

TIP:                   $ 7.30

Total: $        47.30

STAN:                        003
Auth. Code:              08888D
Batch Number:                  2
Response:               AUTH/TKT
ACI Code:                      E
TRANS ID:       382025571570627
PROCESS AS:               CREDIT

Mode:                     Issuer
AID:          A0000000031010
TVR:              8000008000
IAD:          06011203602000
TSI:                        6800
ARC:                          00
APPN:
AC:          4B34274C6FA00944
ATC:                        0049
APPLAB:            VISA CREDIT


          CUSTOMER COPY
```

```
Merchant: Curb Mobility
Contact #: 1(800) 488-87
email: cs@gocurb.com


*CREDIT CARD SALE

*PASSENGER COPY
Merchant ID:              883
ENTRY METHOD:
CONTACT CHIP
AID:        A0000000031010
APPL. NAME:     CHASE VISA
ATC:                    01F2
TID:              *****x313
Mode:                 Issuer

DRIVER               475783
CAB                    2C56
PASSENGERS                2
DATE          1/24/22 19:03
START              18:40:18
END                19:03:05
TRIP                   2035
STAND. CITY RATE 1
DISTANCE          5.32 mi
FARE R1            $19.50
EXTRA              $1.00
SUB TOTAL          $20.50
TIP                 $4.76
STATE SURCHARGE     $0.50
IMP. SURCHARGE      $0.30
CGN SRCH.           $2.50
AIRPORT FEE:        $1.25
TOTAL              $29.81
VISA                 6419
AUTH               09813D
TRN REF #:       20714965
VAL CODE:            JHTZ
*
    Contact TLC Dial 3-1-1
```

```
   --ORIGINAL--
MED#         1J29
DRIVER:  5304388
  CUSTOMER COPY
02/02/22 TR 7789
START  END MILES
19:00 19:27  5.4
REGULAR FARE
RATE 1:$   21.50
EXTRA: $    1.00
CNGSCH:$    2.50
STSRCH:$    0.50
IMSRCH:$    0.30
AIRFEE:$    0.00
TOTAL: $   30.95

CARD TYPE: VISA
XXXXXXXXXX8366
AUTH:09751D


    THANKS
 TO CONTACT TLC
  DIAL 3-1-1
```



Felice
15 Gold Street, NY NY
15 Gold St
New York, NY 10038
212.785.5950

Server: Carlos                    DOB: 02/02/2022
10:00 PM                               02/02/2022
204/1                                     3/30181

SALE

02/02/2022                             22:00:25
VISA CREDIT      Entry Method:      Chip
CARD #:                    XXXxXXXXXXX9366
PURCHASE         - APPROVED
AUTH CODE: 06515D       RRN: 10277464760

Mode:                               Issuer
AID:                      A0000000031010
TVR:                         8000008000
IAD:                     06011203A02000
TSI:   6800                    ARC:    00
MID: 2844881   TID: 001     SEQ: 033316

SubTotal                  USD $   58.80

Tip                       USD $

Total                     USD

Signature: _____
          ELIZABETH A WILLIAMSON
I agree to pay above total amount
according to card issuer agreement.
(Merchant agreement if Credit Voucher)
Retain this copy for your records

CUSTOMER COPY

visit us on the web at
www.felice15goldstreet.com
Thank You!
***Suggested Gratuites***
15% Tip = 8.10
18% Tip = 9.72
20% Tip = 10.80

>>Merchant Copy<<

RYAN MAGUIRE'S
28 Cliff Street
New York, NY, 10038
212-566-6906

#144/1        01/23/22-A      8:13pm
Guests 2 VANESSA          Table L-2
--------------------------------
              Items          73.80
              Tax             6.55
        Subtotal          80.35

              Tip _____

        TOTAL    90.36

01.79786806 VISA*8366 Chp ELIZABETH A WI
01-23-2022 21:42:02 SIG          80.35
VISA CREDIT              A0000000031010
8000008000/6800  0601120360A000/05806D

I agree to pay the above TOTAL amount
according to card issuer agreement.

SIGN X _____
        (ELIZABETH A WILLIAMSON)

        Suggested Gratuity

        Gratuity 18%: 13.28
        Gratuity 20%: 14.76
        Gratuity 22%: 16.24

        Please visit us on
        www.ryanmaguires.com
        Instagram - @ryanmaguires
        Happy Hour Everyday 4pm-7pm

Felice
15 Gold Street, NY NY
15 Gold St
New York, NY 10038
212.785.5950

Server: Carlos              DOB: 02/03/2022
07:59 PM                         02/03/2022
204/1                             3/30070

                SALE

02/03/2022                      19:59:41
VISA CREDIT      Entry Method:      Chip
CARD #:          XXXXXXXXXXX8366
PURCHASE          - APPROVED
AUTH CODE: 03786D     RRN: 20019080311

Mode:                          Issuer
AID:               A0000000031010
TVR:                    8000003000
IAD:               06011203ACA000
TSI: 6800               ARC:    00
MID: 2844B81  TID: 001  SEQ: 033363

  SubTotal                USD $   79.48

  Tip                     USD $_____

  Total                   USD $_____


Signature: _____
    ELIZABETH A WILLIAMSON
I agree to pay above total amount
according to card issuer agreement.
(Merchant agreement if Credit Voucher)
Retain this copy for your records

        CUSTOMER COPY

    Visit us on the web at
    www.felice15goldstreat.com
        Thank You!
  ***Suggested Gratuites***
      15% Tip = 10.95
      18% Tip = 13.14
      20% Tip = 14.60


    >>Merchant Copy<<



Merchant: Curb Mobility
Contact #: 1(800) 468-87
04
email: cabs@curb.com.

******CREDIT CARD SALE*****

*****PASSENGER COPY*****
Merchant ID:                883
ENTRY METHOD:
CONTACT CHIP
AID:       A0000000031010
APPL. NAME:  VISA CREDIT
ATC:                  00A8
TID:             ******317
Mode:               Issuer

DRIVER              503952
CAB                   7F13
PASSENGERS               2
DATE       1-24-22 23:38
START            23:19:29
END              23:37:41
TRIP                13:58
STAND. CITY RATE 1
DISTANCE        7.34 mi
FARE R1           $23.00
EXTRA              $0.50
SUB TOTAL         $23.50
TIP                $5.36
TAX:               $0.50
LMPTAX:            $0.30
CGN SRCH.          $2.50
TOTAL             $32.16
VISA                8366
AUTH              029180
TRN REF #:      20724648
UML CODE:         22GK
****************************

---

Felice
15 Gold Street, NY NY
15 Gold St
New York, NY 10038
212.755.5950

Server: Fernanda         DOB: 01/24/2022
02:14 PM                      01/24/2022
23/1                           3/30040

SALE

01/24/2022                        14:14:49
VISA CREDIT       Entry Method:    Chip
CARD #:              XXXXXXXXXXXX3366
PURCHASE           - APPROVED
AUTH CODE: 09714D    RRN: 10274472699

Mode:                          Issuer
AID:                  A000000005f010
TVR:                      8000008000
IAD:                 06011203A02000
TSI:   5800                 ARC:    00
MID: 2844881   TID: 001    SEQ: 037574

SubTotal                  USD $   78.40

Tip                       USD $ _____

Total                     USD $    94⁰⁰

Signature: _____
           ELIZABETH A WILLIAMSON
I agree to pay above total amount
according to card issuer agreement.
(Merchant agreement if Credit Voucher)
Retain this copy for your records

MERCHANT COPY

visit us on the web at
www.felice15goldstreet.com
Thank You!
***Suggested Gratuites***
15% Tip = 10.80
18% Tip = 12.96
20% Tip = 14.40

>>Customer Copy<<



ceipts/FMfcgzGmthrCSxKNdxCcflWMBhsKfQbX

ange My Password   Sandy Hook- Facts...   Dew - Google Sheets   The New York Time...   canv

**FEBRUARY 4, 2022 AT 4:02 PM**

# Thanks for riding with Guri!

100% of tips go to drivers. Add a tip

| | |
|---|---|
| Lyft fare (4.07mi, 25m 42s) | $22.56 |
| New York Sales Tax | $2.00 |
| Congestion Surcharge | $2.75 |
| Black Car Fund Surcharge | $0.68 |

VISA   Visa *0016                          **$27.99**

**We haven't charged you for this ride yet.**
The charge for this ride will be combined with any other rides you take on February 4,



Train Hall at Penn Sta. (One-Way)Depart 3:35 PM, Wednesday, February 2,
2022
1 ACELA BUSINESS CLASS SEAT
$186.00
Car 5 | Seat 13C
Ticket Terms & Conditions CANCELLATION FEE MAY APPLY.ACELA
SERVICE, NO PARTIAL REFUND IF USED ON OTHER SERVICE
Subtotal
$186.00
Total Charged by Amtrak

$186.00
Passengers
Elizabeth Williamson
Important Information

- Tickets are non-transferable.
- Changes to your itinerary may affect your fare.  Refund and exchange
  restrictions and penalties for failure to cancel unwanted travel may
  apply.  If your travel plans change, contact us before departure to
  change your reservation.  If you do not board your train, your entire
  reservation from that point will be canceled.  If you board a different
  train without notifying us, you will have to pay for it separately; the
  conductor cannot apply the money paid for your prior reservation.  For
  more information please visit Amtrak.com/changes.
- Summary of Terms and Conditions:  Ticket valid for carriage or refund
  (subject to the refund rules of the fare purchased) for twelve months
  after day of issue unless otherwise specified.  Amtrak tickets may only
  be sold or issued by Amtrak or an authorized travel agent/tour
  operator.  Tickets sold or issued by an unauthorized third party will be
  voided by Amtrak.  This ticket is a contract of carriage which includes
  specific terms and conditions and a binding arbitration agreement
  between Amtrak and the ticket holder.  The terms and conditions and
  arbitration agreement are available at Amtrak.com/terms-and-
  conditions.html.  Tickets sold for non-Amtrak service are subject to the
  tariffs of the providing carrier.
- Questions?  Contact us online at Amtrak.com/contact or call 1-800-
  USA-RAIL (1-800-872-7245) or for text telephone (TTY) 1-800-523-
  6590.

Williamson Elizabeth 202202012114280081.pdf
17K



Expense Report ha   ×   |   Bank of America M   ×   |   Bank of America -   ×

🔒 mail.google.com/mail/u/1/?ik=063c1fd461&view=pt&search=all&permthid=threa

# M Gmail

**Elizabeth Williamson**

## Amtrak: eTicket and Receipt for Your 02/02/2022 Trip - ELIZABETH WILLIAMSON
1 message

etickets@amtrak.com <etickets@amtrak.com>          Tue, Feb 1, 2022 at 9:14 PM
To:

SALES RECEIPT

Purchased: 02/01/2022 6:14 PM PTThank you for your purchase.

   1. Retain this receipt for your records.
   2. Print the attached eTicket and carry during your trip.

Merchant ID 006281 Massachusetts Ave NWWashington, DC 20001800-USA-RAILAmtrak.com

Reservation Number - D179C4Washington, DC - Union Station to New York, NY - Moynihan Train Hall at Penn Sta. (One-Way)FEBRUARY 1, 2022
Billing Information
ELIZABETH WILLIAMSON4411 CONNECTICUT AVE NWAPT 311WASHINGTON, DC 20008-
Visa ending in 8366 (Purchase)Authorization Code 05082D
Total $186.00
Purchase Summary - Ticket Number 0320628563662
TRAIN 2172: Washington, DC - Union Station to New York, NY - Moynihan Train Hall at Penn Sta. (One-Way)Depart 3:55 PM, Wednesday, February 2, 2022
1 ACELA BUSINESS CLASS SEAT
$186.00
Car 5 | Seat 13C
Ticket Terms & Conditions CANCELLATION FEE MAY APPLY.ACELA SERVICE, NO PARTIAL REFUND IF USED ON OTHER SERVICE
Subtotal
$186.00
Total Charged by Amtrak

IMG_8616.jpg

 Gmail

**Elizabeth Williamson**

# Amtrak: eTicket and Receipt for Your 02/04/2022 Trip - ELIZABETH WILLIAMSON

**etickets@amtrak.com** <etickets@amtrak.com>    Fri, Feb 4, 2022 at 4:08 PM
To:

SALES RECEIPT

Purchased: 02/04/2022 1:08 PM PTThank you for your purchase.

1. Retain this receipt for your records.
2. Print the attached eTicket and carry during your trip.

Merchant ID 006781 Massachusetts Ave NWWashington, DC 20001800-USA-RAILAmtrak.com

Reservation Number - D30A02New York, NY - Moynihan Train Hall at Penn Sta. to Washington, DC - Union Station (One-Way)FEBRUARY 4, 2022
Billing Information
ELIZABETH WILLIAMSON4411 CONNECTICUT AVE NWAPT 311WASHINGTON, DC 20008-
Visa ending in 8366 (Purchase)Authorization Code 07149D
Total $164.00
Purchase Summary - Ticket Number 0350678553289
TRAIN 2169: New York, NY - Moynihan Train Hall at Penn Sta. to Washington, DC - Union Station (One-Way)Depart 6:00 PM, Friday, February 4, 2022
1 ACELA BUSINESS CLASS SEAT
$164.00
Car 6 | Seat 8C
Ticket Terms & Conditions CANCELLATION FEE MAY APPLY.ACELA SERVICE, NO PARTIAL REFUND IF USED ON OTHER SERVICE
Subtotal
$164.00
Total Charged by Amtrak
$164.00

TRAIN 2155: New York, NY - Moynihan Train Hall at Penn Sta. to Washington, DC - Union Station (Round-Trip)Depart 11:00 AM, Thursday, January 27, 2022
2 ACELA BUSINESS CLASS SEATS
$220.00
Car 6 | Seats 4A, 4C
Ticket Terms & ConditionsNOT VALID ON OTHER DATES/TRAINSNON-REFUNDABLE, EXCHANGES PERMITTED FOR OTHER RAIL FARE PURCHASES
Subtotal
$220.00
Total Charged by Amtrak
$592.00
Passengers
Elizabeth Williamson, Paul Nevin
Important Information

- Tickets are non-transferable.
- Changes to your itinerary may affect your fare. Refund and exchange restrictions and penalties for failure to cancel unwanted travel may apply. If your travel plans change, contact us before departure to change your reservation. If you do not board your train, your entire reservation from that point will be canceled. If you board a different train without notifying us, you will have to pay for it separately; the conductor cannot apply the money paid for your prior reservation. For more information please visit Amtrak.com/changes.
- Summary of Terms and Conditions: Ticket valid for carriage or refund (subject to the refund rules of the fare purchased) for twelve months after day of issue unless otherwise specified. Amtrak tickets may only be sold or issued by Amtrak or an authorized travel agent/tour operator. Tickets sold or issued by an unauthorized third party will be voided by Amtrak. This ticket is a contract of carriage which includes specific terms and conditions and a binding arbitration agreement between Amtrak and the ticket holder. The terms and conditions and arbitration agreement are available at Amtrak.com/terms-and-conditions.html. Tickets sold for non-Amtrak service are subject to the tariffs of the providing carrier.
- Questions? Contact us online at Amtrak.com/contact or call 1-800-USA-RAIL (1-800-872-7245) or for text telephone (TTY) 1-800-523-6590.



IMG_862  ✕      Bank of  ✕      Bank of  ✕     M  Amtrak  ✕

ogle.com/mail/u/1/?ik=063c1fd461&view=pt&search=all&permthid=thread-

M Gmail                                    **Elizabeth Williamson**

## Amtrak: eTicket and Receipt for Your 01/23/2022 Trip - WILLIAMSON Party

1 message

**etickets@amtrak.com** <etickets@amtrak.com>          Fri, Jan 21, 2022 at 8:42 PM
To:

SALES RECEIPT

Purchased: 01/21/2022 5:42 PM PTThank you for your purchase.

1. Retain this receipt for your records.
2. Print the attached eTicket and carry during your trip.

Merchant ID 006241 Massachusetts Ave NWWashington, DC 20001800-USA-RAILAmtrak.com

Reservation Number - CB882DWashington, DC - Union Station to New York, NY - Moynihan Train Hall at Penn Sta. (Round-Trip)JANUARY 21, 2022
Billing Information
ELIZABETH WILLIAMSON4411 CONNECTICUT AVE NWAPT 311WASHINGTON, DC 20008-
Visa ending in 8366 (Purchase)Authorization Code 03824D
Total $592.00
Purchase Summary - Ticket Number 0210624551375
TRAIN 2254: Washington, DC - Union Station to New York, NY - Moynihan Train Hall at Penn Sta. (Round-Trip)Depart 1:00 PM, Sunday, January 23, 2022
2 ACELA BUSINESS CLASS SEATS
$372.00
Car 6 | Seats 10A, 10C
Ticket Terms & Conditions CANCELLATION FEE MAY APPLY.ACELA SERVICE, NO PARTIAL REFUND IF USED ON OTHER SERVICE
Subtotal
$372.00

## Purchase Details

 **Round Trip Off-Peak**          1x          $35.50
Ticket IDs:
WTTC73ZOPX7,
WTTCYLZOPXC

                                              Total:      $35.50

## Payment Info

| | |
|---|---|
| **Merchant name:** | MTA Metro-North Railroad |
| **Merchant Online Address:** | http://www.mta.info/ |
| **Account ID:** | WC5TVQVQUAX |
| **Purchase ID:** | PUZITJR6PIVOATG |
| **Purchase Date:** | 2/9/22, 6:35 AM |
| **Authorization Code:** | 02302D |
| **UTR Number:** | MRN6HEAPNAEUXGG |
| **Name on Card:** | Ross G Douthat |
| **Card Type:** | Visa |
| **Card Number:** | ▉▉▉▉▉ |
| **Amount Charged:** | $35.50 |



**Michal Leibowitz <███████@nytimes.com>**

---

**Fwd: Your Wednesday afternoon trip with Uber**
1 message

---

**Ross Douthat <████████>**                                      Thu, Apr 28, 2022 at 1:51 PM
To: Michal Leibowitz <██████████████>

Uber from Palin trial:

---------- Forwarded message ---------
From: **Uber Receipts** <noreply@uber.com>
Date: Thu, Feb 10, 2022 at 2:24 AM
Subject: Your Wednesday afternoon trip with Uber
To: <█████████████>

# Uber

Total $26.74
February 9, 2022

## Thanks for riding, Ross

We hope you enjoyed your ride
this afternoon.



# Total                    $26.74

> In addition to other government-mandated taxes and fees, you'll also notice a Congestion Surcharge on Manhattan trips below 96th St. Learn more

| | |
|---|---|
| Trip Fare | $21.45 |
| Subtotal | $21.45 |
| NY Congestion Fee ? | $2.75 |

State Sales Tax  $1.90

NY Black Car Fund ? $0.64

Payments

 **Visa** ▓▓▓▓                                    $26.74
2/10/22 2:24 AM

Affiliated with UBER USA, LLC (B03404)

Dispatched by UBER USA, LLC (B03404)

To submit a complaint to the NYC TLC, please call 311.

**Download PDF**

# You rode with Ibrahim

4.94 ★ Rating                    👤✓    Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.



License Plate: ▓▓▓▓

FHV License Number: ▓▓▓▓

Driver's TLC License Number: ▓▓▓▓

When you ride with Uber, your trips are insured in case of a covered accident.

**Learn more ›**

UberX    5.16 miles | 14 min

■    3:26 PM
**Centre St & Pearl St, New York, New York 10007, US**

3:41 PM

120 E 42nd St, New York, NY
10017, US



Report lost item   ›            Contact support   ›            My trips   ›

Forgot password                     Uber Technologies

Privacy                              1515 3rd Street
                                     San Francisco, CA 94158
Terms

**ITEM SIX – FEES FOR EXEMPLIFICATION AND THE COSTS OF MAKING COPIES OF ANY MATERIALS WHERE THE COPIES ARE NECESSARILY OBTAINED FOR USE IN THE CASE**

Defendants seek the following costs for the creation of trial graphics:

| Payee | Date | Amount Sought |
|---|---|---|
| FTI Consulting | 12/10/2021-12/31/2021 | $7,600.00 |
| FTI Consulting | 01/28/2022-02/10/2022 | $5,597.50 |
| **TOTAL** | | **$13,297.50** |

Defendants also seek $39.00 for a physical copy of a newspaper introduced in the record at trial as Defense Exhibit 137.  A receipt for that purchase is attached.

Hi **Ellen**!                                                          <u>Sell</u>   Watchlist   My eBay

 ebay

| Search for anything | All Categories ▼ |

# Your order's in!

When your order is done processing, we'll email info to ellenherb@peoplepc.com.

## You should get it by **Dec 21.**

## Order total: **$39.00**

### Shipping to:

440 Riverside Dr, Apt 123, New York, NY 10027-6832, United States

Order number: **25-08006-61413**



2017 JUNE 15 NEW YORK TIMES - GO...

You should get it by Dec 21.

<u>See order details</u>

---

More from this seller  1/4

   

<u>2020 MARCH 9 NEW YORK TIMES - HO...</u>   <u>1921 JUNE 12 NEW YORK TIMES - ...</u>   <u>1920 JUN YORK TIM</u>

**$18.00**   **$45.00**   **$45.00**
~~$30.00~~   ~~$75.00~~   ~~$75.00~~
+ $5.82 shipping   + $5.82 shipping   + $5.82 shi

Last one

Related sponsored items



1952 June 15
TAFT WESTO...

**$29.62**
~~$39.50~~
+ $10.75 shipping



1952 June 29
TAFT...

**$29.62**
~~$39.50~~
+ $10.75 shipping



TRUMP WHITE
HOUSE 2017...

**$18.50**
+ $3.79 shipping



6-1932 JUNE 10
ARMS TRUCE...

**$31.60**
~~$39.50~~
+ $13.50 shipping



1988 NEW YORK
GEORGE BUS...

**$11.96**
~~$14.95~~
+ $3.98 shipping



1928 HERBERT
HOOVER GOP...

**$31.96**
~~$39.95~~
+ $3.98 shipping



Nixon Styrofoam
Nixon The One...

**$13.50**
+ $9.25 shipping



Richard Nixon
8x10 Signed...

**$10.99**
Free shipping

Recently viewed items  1/2

  

2 PcSet Sterling Silver Elegant Wide 8mm...

VTG Sterling Silver ANTIQUE Ivy Vine...

RARE "Ba Pink Fabri

$28.95
$38.95
Free shipping
Popular

$65.00
+ $4.00 shipping

$39.95
+ $5.95 shi

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact

Site Map

Copyright © 1995-2021 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice



*Invoice Remittance*

Gianni DiMezza
Ballard Spahr LLP
1735 Market Street
Philadelphia, PA 19103
dimezzag@ballardspahr.com

February 14, 2022
FTI Invoice No. 7613656
FTI Job No.  006588.0102
Terms NET 30
Federal I.D. No. 52-1261113
Currency: USD

Re: Palin v. The New York Times Company

Current Invoice Period:  Charges Posted through January 31, 2022

### Amount Due This Period

Professional Services..................................................................................
Expenses....................................................................................................
**Amount Due this Period**..........................................................................

### Previous Balance Due

| Date | Invoice # | Amount | Payments | |
|------|-----------|--------|----------|---|
| 01/20/2022 | 7610918 | $7,828.00 | $0.00 | $7,828.00 |
| **Previous Balance Due**............................................................................ | | | | **$7,828.00** |

**Total Amount Due** ..................................................................................

*Please Remit Payment To: FTI Consulting, Inc.*
*P.O. Box 418005*
*Boston, MA 02241-8005*

*Overnight Payments To: Bank of America ML*
*Lockbox Services*
*Lockbox 418005*
*MA5-527-02-07*
*2 Morrissey Blvd.*
*Dorchester, MA 02125-8005*

*Wire Payment To: Bank of America, NA*
*New York, NY 10038*
*Account #: 002001801422*
*ABA #: 026009593*

*ACH Payments To: Bank of America, NA*
*San Francisco, CA 94109*
*Account #: 002001801422*
*ABA #: 052001633*



*Invoice Summary*

Gianni DiMezza
Ballard Spahr LLP
1735 Market Street
Philadelphia, PA 19103
dimezzag@ballardspahr.com

February 14, 2022
FTI Invoice No. 7613656
FTI Job No.  006588.0102
Terms NET 30
Federal I.D. No. 52-1261113
Currency: USD

Re: Palin v. The New York Times Company

Current Invoice Period:  Charges Posted through January 31, 2022

| Tasks | Hours | Total |
|---|---|---|
| Graphics Production | 17.3 | $6,897.50 |
| Technology Consulting | | |
| **Total** | ███████ | ███████ |

| Name | Title | Rate | Hours | Total |
|---|---|---|---|---|
| Maureen Harrison | Managing Director | $400.00 | 17.0 | $6,800.00 |
| Erik Romstad | Senior Consultant | $325.00 | 0.3 | $97.50 |
| Joshu Svenson | Senior Consultant | $325.00 | ████ | ████ |
| Laura Martinez | Senior Consultant | $325.00 | | |

| **Expenses** | $339.53 |
|---|---|

| **Invoice Total** | ███████ |
|---|---|



*Invoice Activity*

## PROFESSIONAL SERVICES

**Graphics Production**
**Maureen Harrison**



| | | | |
|---|---|---|---|
| 01/28/22 | Develop graphics; revise timeline per G DiMezza | 0.50 | |
| 01/31/22 | Develop graphics; revise timeline per G DiMezza | 1.50 | |
| 02/01/22 | Develop graphics; revise closing deck per G DiMezza | 2.50 | |
| 02/07/22 | Coordinate video clip capture per G DiMezza | 0.50 | |
| 02/09/22 | Develop graphics; review & revise closing deck per G DiMezza | 1.00 | |
| 02/10/22 | Prepare trial transcript template slide for closing; Assemble witness pictures for possible use with trial transcript slides for closing; Available 4:30-10:30 p.m. to revise closing deck per G DiMezza | 8.00 | |
| | $400.00   per hour x total hrs of | 17.00 | $6,800.00 |

**Erik Romstad**

| | | | |
|---|---|---|---|
| 02/10/22 | Develop graphics; create trial testimony slide | 0.30 | |
| | $325.00   per hour x total hrs of | 0.30 | $97.50 |

**Technology Consulting**
**Joshu Svenson**

**Laura Martinez**

## EXPENSES

| | |
|---|---|
| Administrative Expense | $339.53 |
| Total Expenses | $339.53 |



*Invoice Remittance*

| | |
|---|---|
| Gianni DiMezza | January 20, 2022 |
| Ballard Spahr LLP | FTI Invoice No. 7610918 |
| 1735 Market Street | FTI Job No. 006588.0102 |
| Philadelphia, PA 19103 | Terms NET 30 |
| dimezzag@ballardspahr.com | Federal I.D. No. 52-1261113 |
| | Currency: USD |

Re: Palin v. The New York Times Company

Current Invoice Period:  Charges Posted through December 31, 2021

## Amount Due This Period

| | |
|---|---|
| Professional Services | $7,600.00 |
| Expenses | $228.00 |
| **Total Amount Due** | **$7,828.00** |

*Please Remit Payment To: FTI Consulting, Inc.*
*P.O. Box 418005*
*Boston, MA 02241-8005*

*Overnight Payments To: Bank of America ML*
*Lockbox Services*
*Lockbox 418005*
*MA5-527-02-07*
*2 Morrissey Blvd.*
*Dorchester, MA 02125-8005*

*Wire Payment To: Bank of America, NA*
*New York, NY 10038*
*Account #: 002001801422*
*ABA #: 026009593*

*ACH Payments To: Bank of America, NA*
*San Francisco, CA 94109*
*Account #: 002001801422*
*ABA #: 052001633*



*Invoice Summary*

Gianni DiMezza
Ballard Spahr LLP
1735 Market Street
Philadelphia, PA 19103
dimezzag@ballardspahr.com

January 20, 2022
FTI Invoice No. 7610918
FTI Job No.  006588.0102
Terms NET 30
Federal I.D. No. 52-1261113
Currency: USD

Re: Palin v. The New York Times Company

Current Invoice Period:  Charges Posted through December 31, 2021

| Tasks | Hours | Total |
|---|---|---|
| Graphics Production | 19.0 | $7,600.00 |
| **Total** | **19.0** | **$7,600.00** |

| Name | Title | Rate | Hours | Total |
|---|---|---|---|---|
| Maureen Harrison | Managing Director | $400.00 | 19.0 | $7,600.00 |
|  |  |  |  | **$7,600.00** |

| Expenses | $228.00 |
|---|---|

| **Invoice Total** | **$7,828.00** |
|---|---|

*FTI Consulting, Inc. | P.O. Box 418005 | Boston, MA 02241-8005*



*Invoice Activity*

## PROFESSIONAL SERVICES

**Graphics Production**
**Maureen Harrison**

| Date | Description | Hours | |
|------|-------------|-------|---|
| 12/10/21 | Develop graphics; create timeline per G DiMezza | 0.60 | |
| 12/12/21 | Develop graphics; create timeline per G DiMezza | 3.20 | |
| 12/13/21 | Develop graphics; create timelines per G DiMezza | 2.40 | |
| 12/17/21 | Develop graphics; revise timeline demonstrative per G DiMezza | 4.30 | |
| 12/29/21 | Develop graphics; revise timeline demonstrative per G DiMezza; Create closing deck per G DiMezza | 7.40 | |
| 12/31/21 | Develop graphics; revise Closing deck and timeline per G DiMezza | 1.10 | |
| | $400.00   per hour x total hrs of | 19.00 | $7,600.00 |

## EXPENSES

| | | |
|---|---|---|
| Administrative Expense | | $228.00 |
| | Total Expenses | $228.00 |

**ITEM SEVEN – DOCKET FEES UNDER 28 U.S.C. 1923**

Defendants seek $20 as a docket fee pursuant to 28 U.S.C. § 1923(a) because this case proceeded to trial.   Defendants also seek $2.50 for each deposition read into the record, as follows:

| Type of Docket Fee | Witness (If Applicable) | Use in Record | Amount |
|---|---|---|---|
| Trial | N/A | N/A | $20.00 |
| Deposition | Bennet, James | Trial Tr. at 325:25-327:20 | $2.50 |
| Deposition | Williamson, Elizabeth | Trial Tr. at 111:23-114:4 | $2.50 |
| Deposition | Lett, Phoebe | Trial Tr. at 350:4-352:7; 383:18-384:5 | $2.50 |
| Deposition | Lepping, Eileen | Trial Tr. at 437:14-439:10 | $2.50 |
| Deposition | Crawford, Timothy | Trial Tr. at 445:1-447:2 | $2.50 |
| Deposition | Cohn, Linda | Trial Tr. at 535:1-537:2 | $2.50 |
| Deposition | Palin, Sarah | Trial Tr. at 987:21-989:24 | $2.50 |
| **TOTAL** | | | **$37.50** |

**ITEM EIGHT – COSTS AS SHOWN ON MANDATE OF COURT OF APPEALS**

This item is not currently applicable.  Plaintiff's appeal is still pending.

## ITEM NINE – COMPENSATION OF COURT-APPOINTED EXPERTS

This item is not applicable here.

## ITEM TEN – COSTS OF INTERPRETERS AND COSTS OF SPECIAL
## INTERPRETATION SERVICES UNDER 28 U.S.C. 1828

This item is not applicable here.

**ITEM ELEVEN – OTHER COSTS**

Defendants seek two additional categories of costs.  First, Defendants seek $5,371.41 as repayment for the bill of costs they previously paid for Plaintiff's successful appeal of the Court's decision on the motion to dismiss.  Second, Defendants seek $606.12 for a hotel stay for Justin Stile, a witness from Washington, DC who was on Plaintiff's witness list but who ultimately did not testify at trial after the parties' negotiated a stipulation.

**Ballard Spahr LLP**

Clare Locke LLP
10 Prince Street
Alexandria, VA 22314

Check No. **594038**

Vendor No. **141885-01**

Date   12/05/2019

Amount:  Five Thousand Three Hundred Seventy-One and 41/100 Dollar(s)

Amount   $5,371.41

## NON - NEGOTIABLE

| Date | Invoice Number | Description | Amount |
|------|---------------|-------------|--------|
| 11/25/2019 | 112519 | Clare Locke LLP - Inv # 112519 - Bill of costs | 5,371.41 |

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A BLUE-GREEN BACKGROUND PRINTED ON TRUE WATERMARK PAPER

**Ballard Spahr LLP**
1735 Market Street
51st Floor
Philadelphia, PA 19103

PNC Bank, NA 060
New Jersey

55 - 277 / 312

Check No.   **594038**

Date:   12/05/2019

PAY EXACTLY  Five Thousand Three Hundred Seventy-One and 41/100 Dollar(s)

Amount   $5,371.41

PAY
TO THE
ORDER OF

Clare Locke LLP
10 Prince Street
Alexandria, VA 22314

Additional Signature Required if Over $5,000

SIGNATURE HAS A BLUE-GREEN BACKGROUND / BORDER CONTAINS MICROPRINTING



# Invoice

Four Points New York Downtown
6 Platt St
New York NY 10038
Tel: 212-273-9388

| | |
|---|---|
| **Guest Name:** | Justin Stile |
| **Check in:** | 2/7/2022 |
| **Check Out:** | 2/11/2022 |
| **Room#:** | 2801 |
| **Folio#:** | 361943 |

| Reference | DESCRIPTION | DATE | AMOUNT |
|---|---|---|---|
| RT2801 | Room Charge | 2/7/2022 | $129.00 |
| | State Tax | 2/7/2022 | $11.45 |
| | City Tax | 2/7/2022 | $7.58 |
| | Occupancy Tax | 2/7/2022 | $3.50 |
| RT2801 | Room Charge | 2/8/2022 | $129.00 |
| | State Tax | 2/8/2022 | $11.45 |
| | City Tax | 2/8/2022 | $7.58 |
| | Occupancy Tax | 2/8/2022 | $3.50 |
| RT2801 | Room Charge | 2/9/2022 | $129.00 |
| | State Tax | 2/9/2022 | $11.45 |
| | City Tax | 2/9/2022 | $7.58 |
| | Occupancy Tax | 2/9/2022 | $3.50 |
| RT2801 | Room Charge | 2/10/2022 | $129.00 |
| | State Tax | 2/10/2022 | $11.45 |
| | City Tax | 2/10/2022 | $7.58 |
| | Occupancy Tax | 2/10/2022 | $3.50 |
| | **Subtotal** | | $606.12 |