UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------
SARAH PALIN,

       Plaintiff,

  -v-

THE NEW YORK TIMES COMPANY
and JAMES BENNET,

       Defendants.
---------------------------------

17-cv-4853 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

    The mandate from the Second Circuit Court of Appeals remanding this case for a new trial has now issued. Accordingly, the Court will convene a telephonic conference, on the record, on Tuesday, November 12, at 11:30am to set a trial date, which under no circumstances will be later than February 2025, and, if the parties prefer, can be as early as mid-December 2024.

    Prior to the telephonic conference, counsel should consult with each other, as well as their clients and witnesses, as to their availability and preferences, so that a firm and fixed trial date can be set at the conference. The Court will separately send an email to counsel specifying the phone conference number as well as the access code for this conference.

    SO ORDERED.

New York, NY
November 7, 2022

                                               JED S. RAKOFF, U.S.D.J.