**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

SARAH PALIN

                Plaintiff,

        -against-                   No. 1:17-cv-04853-JSR

THE NEW YORK TIMES COMPANY and JAMES BENNET,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**NOTICE OF MOTION *IN LIMINE*
REGARDING CASE MANAGEMENT TECHNIQUES**

PLEASE TAKE NOTICE that Defendants The New York Times Company and James Bennet will file a motion requesting that the Court (1) direct the jurors, upon being seated, to read the editorial "America's Lethal Politics" (the "Editorial") and the corrections to the Editorial subsequently published by The Times; and (2) instruct the jury, prior to counsel delivering opening statements, or at the latest upon conclusion of opening statements, on the key principles of defamation law to be applied in this case and, if not previously given to them, provide to the jurors with such instruction a copy of the Editorial. Defendants have served their papers in support of this motion on March 31, 2025, and will file their papers by April 7, 2025, and Plaintiff's answering papers are due on April 7, 2025. Pursuant to Rule 9 of the Court's Individual Rules of Practice, *in limine* motions are normally resolved on the morning of the first day of trial.

Dated: New York, New York
       March 31, 2025

Respectfully submitted,

BALLARD SPAHR LLP
By: */s/ David L. Axelrod*
    David L. Axelrod
    Jay Ward Brown
    Thomas B. Sullivan
    Jacquelyn N. Schell
1675 Broadway, 19th Floor
New York, NY 10019-5820
Phone: (212) 223-0200
Fax: (212) 223-1942
brownjay@ballardspahr.com
axelrodd@ballardspahr.com
sullivant@ballardspahr.com
schellj@ballardspahr.com

WILMER, CUTLER, PICKERING, HALE
AND DORR LLP
Felicia H. Ellsworth (pro hac vice)
Andy O'Laughlin (pro hac vice)
60 State Street
Boston, MA 02109
Phone: (617) 526-6000
Fax: (617) 526-5000
felicia.ellsworth@wilmerhale.com
andy.olaughlin@wilmerhale.com

*Counsel for Defendants*