**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
:
:
SARAH PALIN, :
:
                Plaintiff, :
:
:
          -against- : No. 1:17-cv-04853-JSR
:
:
THE NEW YORK TIMES COMPANY and JAMES :
BENNET, :
:
                Defendants. :
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**NOTICE OF MOTION *IN LIMINE*
TO EXCLUDE EVIDENCE CONCERNING CERTAIN ARTICLES
PUBLISHED BY THE NEW YORK TIMES IN 2011**

PLEASE TAKE NOTICE that Defendants The New York Times Company ("The Times") and James Bennet will file a motion requesting that the Court exclude any documentary exhibits, testimony, or other evidence regarding publication by The Times in 2011 of certain articles purportedly wrongfully linking Plaintiff to the shooting in Tucson, Arizona, in which Rep. Gabrielle Giffords was wounded and six others were killed. Defendants have served their papers in support of this motion on March 31, 2025, will file their papers by April 7, 2025, and Plaintiff's answering papers are due on April 7, 2025. Pursuant to Rule 9 of the Court's Individual Rules of Practice, in limine motions are normally resolved on the morning of the first day of trial.

| | |
|---|---|
| Dated: New York, New York<br>March 31, 2025 | Respectfully submitted,<br><br>BALLARD SPAHR LLP<br>By: */s/ David L. Axelrod*<br>    David L. Axelrod<br>    Jay Ward Brown<br>    Thomas B. Sullivan<br>    Jacquelyn N. Schell<br>1675 Broadway, 19th Floor<br>New York, NY 10019-5820<br>Phone: (212) 223-0200<br>Fax: (212) 223-1942<br>brownjay@ballardspahr.com<br>axelrodd@ballardspahr.com<br>sullivant@ballardspahr.com<br>schellj@ballardspahr.com<br><br>WILMER, CUTLER, PICKERING, HALE AND DORR LLP<br>Felicia H. Ellsworth (pro hac vice)<br>Andy O'Laughlin (pro hac vice)<br>60 State Street<br>Boston, MA 02109<br>Phone: (617) 526-6000<br>Fax: (617) 526-5000<br>felicia.ellsworth@wilmerhale.com<br>andy.olaughlin@wilmerhale.com<br><br>*Counsel for Defendants* |