UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

SARAH PALIN,

              Plaintiff,

            -against-                     No. 1:17-cv-04853-JSR

THE NEW YORK TIMES COMPANY and JAMES BENNET,

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**NOTICE OF MOTION *IN LIMINE*
TO EXCLUDE EVIDENCE OF UNRELATED
<u>CONTROVERSIES AND ASSOCIATED RELIEF</u>**

PLEASE TAKE NOTICE that Defendants The New York Times Company ("The Times") and James Bennet will file a motion requesting that the Court (1) exclude from evidence and preclude the Ms. Palin from asking witnesses questions about the conclusion of Mr. Bennet's tenure at The Times, including the op-ed by Senator Tom Cotton which precipitated his departure, and (2) require Ms. Palin to inform defense counsel before asking a question or introducing an exhibit related to other controversies unrelated to the instant dispute so that a sidebar can be requested if necessary. Defendants have served their papers in support of this motion on March 31, 2025, and will file their papers by April 7, 2025, and Plaintiff's answering papers are due on April 7, 2025. Pursuant to Rule 9 of the Court's Individual Rules of Practice, *in limine* motions are normally resolved on the morning of the first day of trial.

Dated: New York, New York
       March 31, 2025

Respectfully submitted,

BALLARD SPAHR LLP
By: */s/ David L. Axelrod*
    David L. Axelrod
    Jay Ward Brown
    Thomas B. Sullivan
    Jacquelyn N. Schell
1675 Broadway, 19th Floor
New York, NY 10019-5820
Phone: (212) 223-0200
Fax: (212) 223-1942
brownjay@ballardspahr.com
axelrodd@ballardspahr.com
sullivant@ballardspahr.com
schellj@ballardspahr.com

WILMER, CUTLER, PICKERING, HALE AND DORR LLP
Felicia H. Ellsworth (pro hac vice)
Andy O'Laughlin (pro hac vice)
60 State Street
Boston, MA 02109
Phone: (617) 526-6000
Fax: (617) 526-5000
felicia.ellsworth@wilmerhale.com
andy.olaughlin@wilmerhale.com

*Counsel for Defendants*