UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH PALIN, an individual,<br><br>               Plaintiff,<br><br>– against –<br><br>THE NEW YORK TIMES COMPANY,<br>a New York corporation,<br><br>               Defendant. | No. 17 Civ. 4853<br><br>Hon. Jed S. Rakoff<br><br>ECF Case |

# **PLAINTIFF'S PROPOSED VOIR DIRE REQUESTS**

                                 TURKEL CUVA BARRIOS, P.A.
                                 100 North Tampa Street, Suite 1900
                                 Tampa, Florida 33602
                                 Telephone: (813) 443-2199
                                 Facsimile: (813) 443-2193

                                 and

                                 GOLENBOCK EISEMAN ASSOR BELL
                                 & PESKOE LLP
                                 711 Third Avenue
                                 New York, NY 10017
                                 Telephone: (212) 907-7300
                                 Facsimile: (212) 754-0330
                                 Facsimile: (212) 754-0330

                                 *Attorneys for Plaintiff Sarah Palin*

## **PROPOSED QUESTIONS**

1. Have you read or heard anything about this case before today?

2. Have you read or posted any comments about this case on social media?

3. Do you subscribe to any news websites or apps and, if so, do you receive push notifications from any news websites or apps?

4. Do you hold any opinions about Sarah Palin?

5. Do you hold any opinions about the New York Times?

6. Have you, any of your family members, or anyone close to you ever worked at the New York Times?

7. Have you, any of your family members, or anyone close to you ever worked for any news organization or media company?

8. Have you, any of your family members, or anyone close to you ever been the victim of gun violence?

9. Do you have any opinions about the Second Amendment or gun control?

10. Do you belong to any political organizations or special interest groups and, if so, which ones?