UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

SARAH PALIN,

                Plaintiff,

           -against-                           No. 1:17-cv-4853-JSR

THE NEW YORK TIMES COMPANY and JAMES BENNET,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## DEFENDANTS' PROPOSED VOIR DIRE

    Defendants The New York Times Company ("The Times") and James Bennet respectfully submit their proposed voir dire in the above-referenced matter.

Dated: New York, New York
       April 7, 2025

BALLARD SPAHR LLP

By: */s/ David L. Axelrod*
   David L. Axelrod
   Jay Ward Brown
   Thomas B. Sullivan
   Jacquelyn N. Schell
1675 Broadway, 19th Floor
New York, NY 10019-5820
Phone: (212) 223-0200
Fax: (212) 223-1942
brownjay@ballardspahr.com
axelrodd@ballardspahr.com
sullivant@ballardspahr.com
schellj@ballardspahr.com

WILMER, CUTLER, PICKERING, HALE AND DORR LLP
Felicia H. Ellsworth (pro hac vice)
Andy O'Laughlin (pro hac vice)
60 State Street

Boston, MA 02109  
Phone: (617) 526-6000  
Fax: (617) 526-5000  
felicia.ellsworth@wilmerhale.com  
andy.olaughlin@wilmerhale.com  

*Counsel for Defendants*

**PROPOSED VOIR DIRE**

**Knowledge of the Parties, Counsel, or Witnesses**

1. The plaintiff in this case is Sarah Palin, the former Governor of Alaska. Have any of you, a member of your family, or a close friend ever had any dealings with Gov. Palin that you are aware of?

2. One defendant in this case is The New York Times Company (which I may refer to as "The Times"), publisher of the newspaper. Have you, a member of your family, or a close friend ever had any dealings with The Times that you are aware of?

3. The Times will be represented during trial by Dana Green, who works for The Times. Have any of you, a member of your family, or a close friend ever had any dealings with Ms. Green that you are aware of?

4. Another defendant in this case is James Bennet. Have any of you, a member of your family, or a close friend ever had any dealings with Mr. Bennet that you are aware of?

5. The lawyers representing the plaintiff are Ken Turkel and Shane Vogt of the law firm, Bajo Cuva Cohen & Turkel PA, now known as Turkel Cuva Barrios, P.A., and Michael Munoz of the law firm, Golenbock Eiseman Assor Bell & Peskoe LLP. Do any of you know, or know of, these attorneys or their law firms?

6. The lawyers representing the defendants are David Axelrod, Jay Ward Brown, Tom Sullivan, Jacquelyn Schell, Felicia Ellsworth, and Andy O'Laughlin. Do any of you know, or know of, these attorneys?

7. You will hear from or about several other people during the course of this trial. Do you know, or know of, any of the following individuals who worked for The New York Times:

    a. Elizabeth Williamson (Washington, DC)

  b. Robert Semple (New York)

  c. Jesse Wegman (New York)

  d. Nick Fox (New York)

  e. Linda Cohn (New York)

  f. Phoebe Lett (New York)

  g. Eileen Lepping (New York)

  h. Hanna Ingber (New York)

  i. Ross Douthat (Connecticut)

  j. Danielle Rhoades Ha (New York)

  k. Joy Robbins (New York)

  l. William Bardeen (New York)

8. You will hear from or about several other people or entities during the course of this trial. Do you know, or know of, any of the following:

  a. Andrew Sullivan (Washington, DC)

  b. Timothy Crawford (Florida)

  c. A political action committee called SarahPAC

  d. Congresswoman Gabrielle Giffords

  e. Congressman Steven Scalise

9. Have you heard or read about this case or think that you might have heard or read about this case?

## Personal Beliefs that Might Prevent Impartiality

10. Gov. Palin was an elected official, as the Governor of Alaska, and a candidate for office, as the Republican Vice-Presidential nominee in 2008. Do any of you have any beliefs or

feelings about Gov. Palin, good or bad, which would prevent you from being fair and impartial in this case?

11. Do any of you have any beliefs about elected officials or any particular office or political party that would prevent you from being fair and impartial in this case?

12. Have any of you ever run for or held elected office? Would that prevent you from being fair and impartial in this case?

13. Do you have any family or friends that have run for elected office? Would that prevent you from being fair and impartial in this case?

14. You will hear about SarahPAC, a political action committee. Have you been involved with or in a political action committee?

15. Do you have any strong feelings about celebrities that would prevent you from being fair and impartial in this case?

16. The New York Times Company publishes the newspaper, *The New York Times*, and the website, www.nytimes.com. Do any of you have any beliefs about The New York Times that would prevent you from being fair and impartial in this case?

17. Do any of you have any beliefs about newspapers or the media generally that would prevent you from being fair and impartial in this case?

18. Do any of you believe that The New York Times has a bias against certain political parties or issues?

19. Do any of you believe that the media has a bias against certain political parties or issues?

20. Have any of you worked in journalism?

21. You will hear about two historical events. Please raise your hand if you, a family member, or a close friend were involved in or has any connection to these events:

    a. First, the shooting that occurred at an event for Congresswoman Gabrielle Giffords in Tucson, Arizona, on January 8, 2011.

    b. Second, the shooting that occurred at a practice for the Congressional baseball game, in Alexandria, Virginia, on June 14, 2017.

22. Please raise your hand if you recall or know the facts surrounding these events.

23. Are you or a member of your family a member of the National Rifle Association or NRA?

**Jurors' Personal Experiences**

24. Have you ever been a juror before? If so, in a civil or criminal matter? Without telling us what the verdict was, did the jury reach a verdict?

25. Have you ever been personally involved in a lawsuit, whether as a plaintiff, defendant, or witness?

26. Have you ever been personally involved in a defamation lawsuit, whether as a plaintiff, defendant, or witness?

27. Have you, any members of your family, or any close friends ever been charged with a criminal offense, other than a minor traffic violation? If so, please explain the circumstances.

28. Have you, any members of your family, or any close friends ever been sued in a civil case? If so, please explain the circumstances.

29. Is there anything that we have not discussed that would prevent you from being fair and impartial in evaluating the evidence in this case?