UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SARAH PALIN,

    Plaintiff,

-v-

THE NEW YORK TIMES COMPANY and JAMES BENNET,

    Defendants.

---

17-cv-4853 (JSR)

## VERDICT

As to the plaintiff's libel claim, we the jury find the defendants

☐ Liable

☒ Not-liable

If you find the defendants liable, indicate in the box below how much you award in compensatory or nominal damages. If you find the defendants not-liable, leave this box blank.

$ _____

Dated: 4/22/25

_____
Foreperson