UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Sarah Palin,

                        Plaintiff,                      17 **CIVIL** 4853 (JSR)

-against-                                     **JUDGMENT**

The NY Times, et al.,

                        Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Jed S. Rakoff, United States District Judge, the jury having returned a verdict in favor of Defendants, the Complaint is hereby dismissed.

DATED: New York, New York
          April 28, 2025

                                                        TAMMI M. HELLWIG
                                                          Clerk of Court

**So Ordered:**

                                                    BY:    K. Mango

_____
  U.S.D.J.                                                       Deputy Clerk