# ATTACHMENT 5

**PLAINTIFF'S NOTICE OF FILING IN SUPPORT OF MEMORANDUM OF LAW ON POST-TRIAL MOTIONS**

| | |
|---|---|
| **From:** | Katarina Resar Krasulova |
| **To:** | Katarina Resar Krasulova; Rakoff NYSD Chambers; Ken Turkel; schulzd@ballardspahr.com; brownjay@ballardspahr.com; Shane Vogt; Andy"; axelrodd@ballardspahr.com; Felicia H"; schellj@ballardspahr.com; Gayla Arnold; David Hayes |
| **Subject:** | Palin v. The New York Times Company, 17-cv-04853 |
| **Date:** | Monday, April 14, 2025 10:24:55 PM |

Counsel,

The Court has received the written objection of Plaintiff to the most recent version of the Preliminary Instruction, but is unpersuaded. Accordingly, the version of the instruction that counsel received late this afternoon will be the one read to the jury tomorrow. As a result, counsel do not need to be in the courtroom until 9:15 a.m. tomorrow, at which time Judge Rakoff will state on the record his reasons for adopting the final version of the Preliminary Instruction and for denying Plaintiff's objection.

Sincerely,

Katarina

**Katarina Resar Krasulova**
**Law Clerk to the Hon. Jed S. Rakoff**
United States District Court
Southern District of New York
500 Pearl Street – Room 1340
New York, NY 10007
Chambers: (212) 805-0401