UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SARAH PALIN, an individual,

        Plaintiff,

– against –

THE NEW YORK TIMES COMPANY,
a New York corporation, and
JAMES BENNET, an individual,

        Defendants.

**No. 17 Civ. 4853**

Hon. Jed S. Rakoff

ECF Case

---

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Sarah Palin, Plaintiff in this case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Final Judgment entered in this action on April 28, 2025 [Doc. 245] ("Final Judgment"), inclusive (without limitation) of the April 22, 2025 Jury Verdict [Doc. 241] and any and all interlocutory judgments, decrees, decisions, rulings, verdicts, and opinions that merged into and became part of the Final Judgment, that are related to the Final Judgment, and upon which the Final Judgment is based.

**Notice of Pending Motions Under Rule 4(A) *Fed. R. App. P.***

Pursuant to Second Circuit Local Rule 4.2, Plaintiff hereby provides notice that on May 23, 2025, Plaintiff filed motions for a new trial and to set aside and/or vacate the Final Judgment and Verdict under Rule 59, *Fed. R. Civ. P.*, and for judgment under Rules 50(b), *Fed. R. Civ. P.* *See* Plaintiff's Notice of Post-Trial Motions [Doc. 258]. Pursuant to the briefing schedule set by the District Court [*see* May 22, 2025 Minute Entry], Plaintiff filed her Memorandum of Law in Support of Post-Trial Motions [Doc. 260] on May 27, 2025. Under Rule 4(a)(4)(A), *Fed. R. App. P.*, the time to file this Notice of Appeal runs from the entry of the order disposing of the last remaining of these motions, but Plaintiff is filing this Notice of Appeal within thirty days of the Final Judgment to ensure preservation of all her appellate rights. Pursuant to Rule 4(a)(4)(B), *Fed. R. App. P.* this Notice of Appeal becomes effective when the order disposing of the last of Plaintiff's motions [Doc. 258] is entered.

*/s/ Shane B. Vogt*
Kenneth G. Turkel (Co-Lead Counsel)
kturkel@tcb-law.com
Shane B. Vogt (Co-Lead Counsel)
svogt@tcb-law.com
TURKEL CUVA BARRIOS, P.A.
100 North Tampa Street, Suite 1900
Tampa, Florida 33602
Tel: (813) 834-9191
Fax: (813) 443-2193

Michael Munoz
mmunoz@golenbock.com
S. Preston Ricardo
pricardo@golenbock.com
GOLENBOCK EISEMAN ASSOR
BELL & PESKOE LLP
711 Third Avenue
New York, NY 10017
Tel: (212) 907-7300
Fax: (212) 754-0330

*Counsel for Plaintiff*
*Sarah Palin*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Notice of Appeal was filed electronically on the 28th day of May, 2025. Notice of this filing will be sent by operation of the Court's electronic filing system to counsel of record for all parties as indicated on the electronic filing receipt. Parties and their counsel may access this filing through the Court's system.

                                         */s/ Shane B. Vogt*
                                         Attorney for Plaintiff Sarah Palin