UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH PALIN, an individual,<br><br>    Plaintiff,<br><br>– against –<br><br>THE NEW YORK TIMES COMPANY, a New York corporation, and JAMES BENNET, an individual,<br><br>    Defendant. | No. 17 Civ. 4853<br><br>Hon. Jed S. Rakoff<br><br>ECF Case |

## NOTICE OF CHANGE OF ADDRESS/AFFILIATION

**PLEASE TAKE NOTICE** that Shane B. Vogt, Esq., co-counsel for Plaintiff, Sarah Palin, has changed his law firm/affiliation and all future pleadings, orders, and other papers served upon the undersigned should be sent to the following address:

**Shane B. Vogt, Esq.**
**VOGT LAW**
**625 E. Twiggs St.**
**Suite 1090**
**Tampa, FL 33602**
**Phone: (813)-737-0717**
**Email: shane@svogtlaw.com**

**PLEASE TAKE FUTHER NOTICE** that Kenneth G. Turkel, Esq., and the law firm of Turkel, Cuva, Barrios, P.A. shall remain co-lead-counsel of record for Plaintiff, Sarah Palin, in this action, and all future pleadings, orders, and other papers served upon Plaintiff should be served accordingly.

Dated: July 10, 2025.	Respectfully submitted,

*/s/ Shane B. Vogt*
Shane B. Vogt, Esq. (admitted *pro hac vice*)
E-mail: shane@svogtlaw.com
VOGT LAW
625 E. Twiggs St.
Suite 1090
Tampa, Florida 33602
Tel: (813) 737-0717

Kenneth G. Turkel (admitted *pro hac vice*)
Email: kturkel@tcb-law.com
TURKEL CUVA BARRIOS, P.A.
100 North Tampa Street, Suite 1900
Tampa, Florida 33602
Telephone: (813) 834-9191
Facsimile: (813) 443-2193

Michael M. Munoz
E-mail: mmunoz@golenbock.com
GOLENBOCK EISEMAN ASSOR BELL
& PESKOE LLP
711 Third Avenue
New York, NY 10017
Telephone: (212) 907-7300
Facsimile: (212) 754-0330

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that Plaintiff's Reply Memorandum of Law in in Support of Post-Trial Motions was filed electronically on July 10, 2025.  This Notice will be sent by operation of the Court's electronic filing system to counsel of record for all parties as indicated on the electronic filing receipt.  Parties and their counsel may access this filing through the Court's system.

                                                  */s/ Shane B. Vogt*
                                                  Attorney