UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
SARAH PALIN,
                  Plaintiff,

-against-

THE NEW YORK TIMES COMPANY and JAMES BENNET,
                  Defendants.
------------------------------------- X

No. 17 Civ. 4853 (JSR)
ECF Case

## MOTION TO WITHDRAW APPEARANCE OF DAVID A. SCHULZ

Pursuant to Local Civil Rule 1.4, I, David A. Schulz, respectfully submit this Motion to Withdraw as counsel for Defendants The New York Times Company and James Bennet. In support of this Motion, I aver as follows:

1.    I was, until recently, senior counsel with the law firm of Ballard Spahr LLP, and counsel to Defendants in the above-captioned matter.

2.    Effective December 31, 2025, I have retired from my position with Ballard Spahr LLP.

3.    I have notified Deputy General Counsel for The New York Times Company, David McCraw, as well as James Bennet, of my retirement and my intention to withdraw as counsel in this action.

4.    Defendants are aware and approve of their continued representation by Jay Ward Brown, David L. Axelrod, Thomas B. Sullivan, and Jacquelyn N. Schell of Ballard Spahr LLP.

5.    No party will be prejudiced by my withdrawal, and no deadline will be affected.

6.      A copy of this motion has been provided to Defendants.

7.      I am not asserting a retaining or charging lien.

WHEREFORE, for the foregoing reasons, it is respectfully requested that this Court enter an Order granting my withdrawal from this matter.

Dated:  January 6, 2026

Respectfully submitted,

BALLARD SPAHR LLP

By: */s/ David A. Schulz*
    David A. Schulz
1675 Broadway, 19th Floor
New York, NY 10019
Phone: (212) 860-6103
Fax: (212) 223-1942
schulzd@ballardspahr.com

*Counsel for Defendants*

2