Case: 25-1375, 03/16/2026, DktEntry: 49.1, Page 1 of 1
Case 1:17-cv-04853-JSR   Document 271   Filed 03/16/26   Page 1 of 1

1:17-cv-04853-JSR

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Mar 16 2026

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of March, two thousand twenty-six,

Sarah Palin,

    Plaintiff - Appellant,

v.

The New York Times Company, James Bennet,

    Defendants - Appellees.

**ORDER**
Docket No. 25-1375

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 03/16/2026